CHARLES PARKIN, City Attorney
HOWARD D. RUSSELL, Deputy City Attorney
State Bar No. 163595
333 West Ocean Boulevard, 11th Floor
Long Beach, California 90802-4664
Telephone:  (562) 570-2200
Facsimile:   (562) 436-1579

Howard.Russell@longbeach.gov

Attorneys for Defendants
CITY OF LONG BEACH, JOHN B. FAGAN and DANIEL A. MARTINEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.W., a minor by and through his guardian ad litem Tkeyah Boyd, individually and as successor-in-interest to Tyler Damon Woods<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH; OFFICER JOHN B. FAGAN; OFFICER DANIEL A. MARTINEZ; and Does 1-10, inclusive<br><br>Defendants. | Case No.:  EDCV14-01569-VAP (SP)<br><br>C/W with 14-cv-08374-VAP (SP)<br><br>Honorable Virginia A. Phillips<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM[1] (FIRST PHASE)**<br><br>FPTC:          October 26, 2015<br>Trial Date:  November 10, 2015 |
| TREVOR WOODS, Individually and TYRA WOODSON, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICER JOHN B. FAGAN; OFFICER DANIEL A. MARTINEZ; and Does 1-10, inclusive,<br><br>Defendants. | |

---

[1] Defendants have omitted certain claims that defendants believe will not go to the jury (e.g. Section 1983 denial of medical care, Bane Act), and have also

1

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (FIRST PHASE)

We, the jury in the above-entitled case, find as follows:

## FEDERAL LAW QUESTIONS

### 42 U.S.C. Section 1983 (Excessive Force)

**Question No. 1:** Did any defendant officer violate decedent's Fourth Amendment rights by using excessive force against him?

| | | |
|---|---|---|
| Officer John Fagan | Yes _____ | No _____ |
| Officer Daniel Martinez | Yes _____ | No _____ |

Answer Question No. 2.

### 42 U.S.C. Section 1983 (Fourteenth Amendment Interference with Familial Relationship)

**Question 2:** Did any defendant officer intend to harm decedent without having any legitimate law enforcement objective?

| | | |
|---|---|---|
| Officer John Fagan | Yes _____ | No _____ |
| Officer Daniel Martinez | Yes _____ | No _____ |

If you answered "yes" to Question 1 or 2, then answer Question 3. If you answered "no" for Questions 1 and 2, do not answer Question 3 and move directly to Question 4.

**Question No. 3:** Do you find by a preponderance of evidence that either defendant officer engaged in the conduct with malice, oppression or reckless disregard of Plaintiff's rights?

| | | |
|---|---|---|
| Officer John Fagan | Yes _____ | No _____ |
| Officer Daniel Martinez | Yes _____ | No _____ |

---

designated certain claims (e.g. Monell, punitive damages) as second (or later) phase

2

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (FIRST PHASE)

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

# STATE LAW QUESTIONS

### Battery

**Question 4:** Did either defendant officer use unreasonable force against Tyler Woods?

  Officer John Fagan  Yes _____  No _____
  Officer Daniel Martinez  Yes _____  No _____

Answer Question 5.

### Negligence

**Question 5:** Was either defendant officer negligent?

  Officer John Fagan  Yes _____  No _____
  Officer Daniel Martinez  Yes _____  No _____

If you answered "yes" to Question 5, then answer Question 6. If you answered "no" to Question 6, do not answer Question 6 and go directly to the directions for Question 7.

**Question 6:** Was the officer's negligence a substantial factor in causing harm to Tyler Woods?

  Officer John Fagan  Yes _____  No _____
  Officer Daniel Martinez  Yes _____  No _____

GO TO NEXT PAGE

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

# **Damages**

If you answered "yes" to Questions 1, 4, 5, or 6, for any defendant officer, then answer Question 7 for plaintiff N.W. If you did not answer "yes" to any of those questions, but you answered "yes" to Question 2, then answer Questions 8 and 9. If you did not answer "yes" to Questions 1, 2, 4, 5, or 6, then answer no further questions. Have the presiding juror sign and date the verdict form, and inform the Court that the jury has reached a unanimous verdict

Question No. 7: State the amount of compensation that N.W. is entitled to:

    Past economic damages    $ _____
    Future economic damages    $ _____
    Past non-economic damages    $ _____
    Future non-economic damages    $ _____

    Total    $ _____

Question No. 8: State the amount of compensation that TREVOR WOODS is entitled to:

    Past economic damages    $ _____
    Future economic damages    $ _____
    Past non-economic damages    $ _____
    Future non-economic damages    $ _____

    Total    $ _____

Question 9: State the amount of compensation that TYRA WOODSON is entitled to:

    Past economic damages    $ _____
    Future economic damages    $ _____
    Past non-economic damages    $ _____
    Future non-economic damages    $ _____

    Total    $ _____

GO TO NEXT PAGE

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (FIRST PHASE)

If you awarded damages to any of the plaintiffs, then answer Question 10. If you awarded no damages to any plaintiff, answer no further questions. Have the presiding juror sign and date this form, and notify the Court that the jury has reached a verdict.

## COMPARATIVE NEGLIGENCE

Question 10:     Was Tyler Woods negligent?

                        Yes _____          No _____

If you answered "yes" to Question 10, then answer Question 11. If you answered no to Question 20, answer no further questions. Have the presiding juror sign and date this form, and notify the Court that the jury has reached a verdict.

Question 11:   Was Tyler Woods' negligence a substantial factor in causing him harm?

                        Yes _____          No _____

If you answered "yes" to Question 11, then answer Question 12. If you answered no to Question 21, answer no further questions. Have the presiding juror sign and date this form, and notify the Court that the jury has reached a verdict.

Question 12:     What percentage of responsibility for Tyler Woods' harm do you assign to:

  Defendants:     _____%
  Tyler Woods:    _____%

GO TO NEXT PAGE

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

5
DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (FIRST PHASE)

Please have the presiding juror sign and date this verdict form.

Dated: _____            _____
                                                  Presiding Juror

**After this form has been signed, notify the Court that the jury has reached a verdict.**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

DEFENDANTS' PROPOSED SPECIAL VERDICT FORM (FIRST PHASE)