UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WOODS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER JOHN B. FAGAN; et al., <br><br> Defendants. | Case No. CV 14-08374 VAP (SPx) <br><br> [**Proposed**] **AMENDED AND CORRECTED JUDGMENT ON SPECIAL VERDICT** |

This action came on regularly for a bifurcated trial on June 14, 2016, in Courtroom 780 of the United States District Court, Central District of California, Western Division, Honorable Virginia A. Phillips, presiding. The Plaintiffs in this Case No. CV 14-08374 VAP (SPx), Trevor Woods and Tyra Woodson, were represented by Brian T. Dunn of The Cochran Firm and John Fattahi. Defendants John Fagan and Daniel Martinez were represented by Assistant City Attorney Howard Russell.

A jury of seven persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence, the jury was duly instructed by the Court and the Cause was submitted to the jury. The jury deliberated and thereafter returned into Court with two special verdicts as follows:

1. John Fagan and Daniel Martinez interfered with the Plaintiffs' familial relationship with Tyler Woods in violation of the Fourteenth Amendment;
2. John Fagan and Daniel Martinez acted with malice, oppression, or reckless disregard of the Plaintiffs' rights;
3. The damages for Trevor Woods' harm are $300,000.00; and
4. The damages for Tyra Woodson's harm are $750,000.00.

During the second phase of trial, the parties reached a stipulation, which was stated on the record in open court, that the amount of the punitive damages awards against John Fagan and Daniel Martinez shall be $5,000.00 each.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that: As compensatory damages, Plaintiff Trevor Woods shall recover the sum of $300,000.00 from Defendants John Fagan and Daniel Martinez with interest at the federal rate from the date of entry of this judgment until paid, and Plaintiff Tyra Woodson shall recover the sum of $750,000.00 from Defendants John Fagan and Daniel Martinez with interest at the federal rate from the date of entry of this judgment until paid. As punitive damages, Plaintiff Trevor Woods shall recover the sum of $2,500.00 from Defendant John Fagan and $2,500.00 from Defendant Daniel Martinez with interest at the federal rate from the date of entry of this judgment until paid, and Plaintiff Tyra Woodson shall recover the sum of $2,500.00 from Defendant John Fagan and $2,500.00 from Defendant Daniel Martinez with interest at the federal rate from the date of entry of this judgment until paid. Plaintiffs may file separate applications for fees and costs.

DATED: July 07, 2016
(Nunc pro tunc)

Hon. Virginia A. Phillips
United States District Judge