1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4                 - - -

5   HONORABLE VIRGINIA A. PHILLIPS, DISTRICT JUDGE PRESIDING

6

7   TREVOR WOODS, et al.,          )
                                   )
8          Plaintiffs,             )
                                   )
9                                  )
                                   )
10         vs.                     ) No. CV 14-08374-VAP
                                   )
11                                 )
                                   )
12  JOHN B. FAGAN, et al.,         )
                                   )
13         Defendants.             )
    ───────────────────────────────)

14

15

                REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
                        *TRIAL DAY 2*
17
                   LOS ANGELES, CALIFORNIA
18
                  TUESDAY, JUNE 14, 2016
19

20  ──────────────────────────────────────────────────────

21                  MARIA R. BUSTILLOS
                 OFFICIAL COURT REPORTER
22                    C.S.R. 12254
                 UNITED STATES COURTHOUSE
23               312 NORTH SPRING STREET
                        ROOM 404
24            LOS ANGELES, CALIFORNIA 90012
                    (213) 894-2739
25

            UNITED STATES DISTRICT COURT

1                    **A P P E A R A N C E S**

2

3

4      **ON BEHALF OF THE PLAINTIFFS,**
       **TREVOR WOODS, et al.:**          THE COCHRAN FIRM
5                                         BY:  BRIAN T. DUNN, ESQ.
                                          4929 WILSHIRE BOULEVARD
6                                         SUITE 1010
                                          LOS ANGELES, CA 90010
7                                         (323)435-8205

8
                                          LAW OFFICES OF JOHN C.
9                                         FATTAHI
                                          BY:   JOHN C. FATTAHI, ESQ.
10                                        535 N. BRAND BOULEVARD
                                          SUITE 500
11                                        GLENDALE, CA 91203
                                          (818)839-1983
12

13
       **ON BEHALF OF THE DEFENDANTS,**
14     **JOHN B. FAGAN, et al.:**         LONG BEACH CITY ATTORNEY'S
                                          OFFICE
15                                        BY:  HOWARD DARRYL RUSSELL,
                                          ESQ.
16                                        333 WEST OCEAN BOULEVARD
                                          11TH FLOOR
17                                        LONG BEACH, CA 90802
                                          (562)570-2200
18

19

20

21

22

23

24

25

**I N D E X**

|                         |        |       |  PAGE    |         |
|-------------------------|--------|-------|----------|---------|
| PLAINTIFF'S CASE........................ |   |   |    5     |         |

| PLAINTIFF'S WITNESSES:   | DIRECT | CROSS | REDIRECT | RECROSS |
|-------------------------|--------|-------|----------|---------|
| FAGAN, BERNARD JOHN      | --     | --    | --       | --      |
| BY BRIAN DUNN            | 13     | --    | --       | --      |
| BY DARRYL RUSSELL        | --     | 13    | --       | --      |
| MARTINEZ, DANIEL         | --     | --    | --       | --      |
| BY BRIAN DUNN            | 61     | --    | 112      | --      |
| BY DARRYL RUSSELL        | --     | 95    | --       | --      |
| LAMAY, ALEXANDRA         | --     | --    | --       | --      |
| BY BRIAN DUNN            | 117    | --    | --       | --      |
| BY DARRYL RUSSELL        | --     | --    | --       | --      |
| FRASER, MICHAEL          | --     | --    | --       | --      |
| BY JOHN FATTAHI          | 121    | --    | 151      | --      |
| BY DARRYL RUSSELL        | --     | 146   | --       | --      |
| RICHARDSON, JAMES        | --     | --    | --       | --      |
| BY JOHN FATTAHI          | 155    | --    | 201      | --      |
| BY DARRYL RUSSELL        | --     | 196   | --       | --      |
| BRUNSON, MARK            | --     | --    | --       | --      |
| BY JOHN FATTAHI          | 204    | --    | 215      | --      |
| BY DARRYL RUSSELL        | --     | 208   | --       | --      |

- -

1                            E X H I B I T S

2    PLAINTIFF'S                        RECEIVED        MARKED

3       10                              77              --
        7-1                             80              --
4       6-4                             126             --
        28-1                            165             --
5       28                              177             --

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

E X H I B I T S

| DEFENSE'S | RECEIVED | MARKED |
|-----------|----------|--------|
| 1-2 | 14 | -- |
| 1-21 | 23 | -- |
| 1-1 | 25 | -- |
| 1-4 | 32 | -- |

UNITED STATES DISTRICT COURT

```
 1              LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 15, 2016

 2                              -o0o-

 3                  (COURT IN SESSION AT 8:27 A.M.)

 4          THE CLERK:  Calling item number one, LACV

 5   14-08374-VAP:  Trevor Woods, et al. V. Officer John B. Fagan,

 6   et al.

 7       (The following held outside the presence of the jury:)

 8              Counsel, please state your appearance.

 9          MR. DUNN:  Good morning, Your Honor.  And I

10   apologize.  Brian Dunn on behalf of all plaintiffs.

11          THE COURT:  Thank you.

12          MR. FATTAHI

13   :  Good morning, Your Honor.

14          John Fattahi also for the plaintiffs.

15          THE COURT:  Thank you.

16          MR. RUSSELL:  Good morning, Your Honor.

17          Howard Russell for corporal Fagan and

18   Officer Martinez.

19          THE COURT:  All right.  We're on the record outside

20   the presence of the jury and to review some of the proposed

21   trial exhibits.  Where do we want to start?

22          MR. DUNN:  I'll start, Your Honor.  I apologize,

23   Your Honor.  We thought we had it out -- just one picture.

24   All right.  Just one picture, Your Honor, and this is really

25   going to do it for us.
```

```
 1              THE COURT:  All right.

 2              MR. DUNN:  It's Exhibit 5-10.

 3              Um, the picture shows Mr. Woods where he came to

 4     rest after the shooting.  Now, the reason why this picture is

 5     significant is because this is anatomically consistent with

 6     the positioning of Mr. Woods at the conclusion of the

 7     shooting, and it shows a perspective shot, depicting where

 8     the shooting officers were as I zoom out which is here on the

 9     picture and where Mr. Woods came to rest which is here.  The

10     reason why that's significant is because when we get into the

11     testimony of the pathologist, the coroner, there are a

12     preponderance of shots that are coming from back to front,

13     and there are a preponderance of fatal wounds that are coming

14     in through Mr. Woods' buttock area.  If this is too

15     difficult, just walk out.

16              THE COURT:  Well, maybe I should let Mr. Russell

17     tell me the objection.

18              MR. DUNN:  Okay.

19              THE COURT:  Yeah.  And let me ask a question before

20     you do that.  Is this the only other photograph of the scene

21     that you intend to introduce to which there's an objection?

22              MR. DUNN:  I believe so.  I mean, I've conferred

23     with Mr. Russell, and he's going to object blanketly to any

24     pictures of the body that are in the photographs.  This is

25     the only other picture, other than the one that we talked
```

1    about yesterday where the body is kind of shielded by the --

2    by the -- by the tree.  This is the only one that I believe

3    will be objection.

4            THE COURT:  Mr. Russell...

5            MR. RUSSELL:  Your Honor, my objection to the

6    picture is on 403 grounds, but I would ask that if the Court

7    is inclined to allow the picture, because there isn't -- the

8    probative value isn't substantially outweighed, then I would

9    ask the Court to at least limit the use of the picture to

10   show for the purposes that -- that plaintiffs have proffered.

11   And what I mean by it, is this:  The picture as it is

12   displayed on the screen, even zoomed in a little bit can show

13   what the plaintiff is intending to show, where the body is in

14   relation to where the officers were, and if they're going to

15   try and then link that to the testimony -- deposition

16   testimony of Dr. Pena, I understand that.  My concern,

17   obviously, whenever you have a picture of a decedent, is the

18   shock value and what flows from that and so what I don't want

19   to have happen is plaintiffs zoom in on the body to try and

20   establish without foundation, Well, this wound it relates to

21   this and that.  So if -- if -- the objection is 403; but if

22   the Court is inclined to overrule that, I would just ask that

23   the picture be maintained at a sufficient distance, so the

24   plaintiffs can't zoom in on the body for the shock value of

25   that.

```
1            THE COURT:  All right.  Mr. Dunn...

2            MR. DUNN:  I have no objection to that as a

3   concept.  This picture incidentally would not come in through

4   the coroner.  The coroner, as the Court is well aware, is

5   going to be testifying by deposition.  I'm going to have

6   someone read his deposition testimony, and in his deposition

7   he didn't see any pictures like this at all.  This picture

8   would come in through Giuliano -- is that the correct

9   pronunciation -- who is one of the crime scene analysts --

10  and I have no problem not zooming in on it.

11           THE COURT:  I would overrule the objection.  I -- I

12  think the probative value is not substantially outweighed by

13  any of the factors set forth in Rule 403, and it's

14  certainly -- I mean, every 1983 case that has involved a

15  death that I've tried -- and there's been dozens -- there's a

16  picture of the scene, and there's always a picture -- and

17  often more than one, of the decedent, but that's necessary to

18  show often, you know, various things and the parties always

19  have competing -- almost always have -- they certainly do in

20  this case -- have competing versions of what took place and

21  the placement of the decedent's body is usually key to that,

22  resolving that dispute; but particularly, this photograph and

23  what it shows -- there's nothing I think either shocking or

24  prejudicial.  So I would overrule the 403 objection.

25           MR. DUNN:  Thank you, Your Honor.  So is 5-10
```

```
 1    admitted?

 2            THE COURT:  It's ordered admitted.

 3            MR. RUSSELL:  Well, Your Honor, what about the

 4    second piece of the -- the Defense request -- and I'll just

 5    add this for the record.

 6            THE COURT:  I think, Mr. Dunn, is the request that

 7    it not be zoomed in on any further -- Mr. Dunn says he

 8    doesn't intend do that.  So I don't think -- I think that's

 9    moot.

10            MR. RUSSELL:  Okay.  I just wanted that clarified,

11    Your Honor, especially since the witness they intend to

12    introduce the picture through was a forensic analyst, and

13    her -- the evidence from her is measurements from the body to

14    what -- where the officers were shooting, and the picture

15    doesn't -- is not the best evidence of that.  Her testimony

16    is the best evidence of that; but I understand the Court's

17    ruling, and I would trust that the plaintiffs will do what

18    they said they would do.

19            THE COURT:  That's not a best evidence objection.

20    I mean, it's not a proper best evidence objection.  All

21    right.  I think we'll have resolved the issues.  Anything

22    else we need to take up before the jury comes in?

23            MR. DUNN:  I have nothing further, Your Honor.

24            THE COURT:  Mr. Russell...

25            MR. RUSSELL:  Your Honor, I did file last night the
```

1    defendant's objections to the coroner's testimony, along with

2    some counter-designations.  I assume the Court has not had

3    time to review it.  I don't know when the plaintiffs are

4    intending to offer that evidence, but I'm certainly willing

5    to make my argument now, but if they're going to offer it

6    later --

7            THE COURT:  I haven't looked at it yet.  Let me

8    look at it.  You wouldn't be doing it before the lunch hour?

9            MR. DUNN:  No, Your Honor.

10           THE COURT:  All right.

11           MR. DUNN:  At this point, it's anticipated to be

12   tomorrow morning.

13           MR. RUSSELL:  And, Your Honor, just going forward

14   for your review purposes, there were very few objections to

15   the excerpts.  They were mainly portions that talked about

16   would medical care have helped if somebody had gotten there,

17   that type of thing.  And since there's no denial of medical

18   care claim in the case, and there's no pain and suffering,

19   the objections were mostly to those limited portions of the

20   transcript.

21           THE COURT:  All right.  Mr. Dunn, do you want to

22   address that?

23           MR. DUNN:  I haven't had a chance to review it.

24   I'm not going to force the issue on that.  Perhaps

25   Mr. Russell and I can meet and confer and arrive at a

```
 1    solution.

 2            THE COURT:  All right.  And then I'll take it up at

 3    the end of the day and we can talk for a few moments during

 4    the lunch hour on that issue.

 5            MR. FATTAHI:  Thanks again, Your Honor.

 6            THE COURT:  All right.

 7    (Whereupon the following was held in the presence of the

 8    jury:)

 9            THE CLERK:  Calling item one, LACV 14-08374-VAP:

10    Trevor Woods, et al. v. Officer John B. Fagan, et al.

11            Counsel, please state your appearance.

12            MR. DUNN:  Good morning, Your Honor.

13            Brian Dunn on behalf of all plaintiffs.

14            MR. FATTAHI:  Good morning, Your Honor.

15            John Fattahi also on behalf of the plaintiffs.

16            MR. RUSSELL:  Good morning, Your Honor.

17            Howard Russell for Corporal Fagan and Officer

18    Martinez.

19            THE COURT:  Thank you.  Good morning.

20            Let the record reflect the presence of all members

21    of the jury.

22            All right.  Did you want to reopen -- or continue

23    with the examination of Corporal Fagan?

24            MR. DUNN:  Thank you very much, Your Honor.

25            Based on the events of yesterday, one follow-up
```

1    question.

2           THE COURT:  Would you please resume the witness

3    stand.  You do not need to be re-sworn as a witness, as you

4    were previously sworn.  And your testimony is given under

5    penalty of perjury.  Do you understand?

6           THE WITNESS:  Yes, Your Honor.

7           THE COURT:  Thank you.

8    **PLAINTIFF'S WITNESS, JOHN FAGAN, PREVIOUSLY SWORN.**

9                   **DIRECT EXAMINATION (RESUMED)**

10   BY MR. DUNN:

11   Q    In connection with the shooting incident, did you ever

12   give a recorded statement to your knowledge?

13   A    Yes, sir.

14   Q    And did you ever give a recorded statement to an

15   individual whom you understood to be a deputy chief of

16   police?

17   A    I believe he was a commander at the time, but yes, sir.

18           MR. DUNN:  Thank you.  I have nothing further,

19   Your Honor.

20           THE COURT:  Thank you.  Do you wish to examine at

21   this time or reserve.

22           MR. RUSSELL:  I do, Your Honor.

23           THE COURT:  Okay.  Go ahead.

24                   **CROSS-EXAMINATION**

25   BY MR. RUSSELL:

1    Q    Good morning, Corporal Fagan?

2    A    Good morning, sir.

3    Q    We're definitely going to talk about the shooting, but

4    before we get there, I want to see if we can have some

5    context.

6            MR. RUSSELL:  Your Honor, I'd like to publish and

7    admit Exhibit 1-2?

8            THE COURT:  Any objection?

9            MR. DUNN:  No objection, Your Honor.

10           THE COURT:  Thank you.  Go ahead.  It's ordered

11   admitted, and you may publish.

12       (Whereupon Defense's Exhibit 1-2 is admitted hereto.)

13   BY MR. RUSSELL:

14   Q    So, Corporal Fagan, do you recognize the area that's

15   shown in the photograph?

16   A    Yes, sir.

17   Q    And where is that?

18   A    I recognize that to be the location at 441 Nebraska.

19   Q    And that's where the shooting took place?

20   A    Yes, sir.

21   Q    So how was it that you got to that location -- how did

22   you end up at 441 Nebraska?

23   A    Directed there by the LAPD airship and by an officer who

24   said he thought he saw the suspect run in through the front

25   door.

1    Q    Now, when you say "the suspect," did you know who that

2    person was, based on having dealt with him before that night?

3    A    I had never dealt with him ever.

4    Q    At some point, did you learn that the person you were

5    looking for was named Tyler Woods?

6    A    Yes, sir.

7    Q    When you found out that the person was named

8    Tyler Woods, did you recognize whether or not you had ever

9    dealt with him ever before in your role as a police officer?

10   A    I had never heard the name before.

11   Q    Had you ever dealt with him socially or outside of your

12   professional duties?

13   A    No, sir.

14   Q    Okay.  So you went to 441 Nebraska.  Were there any

15   other police officers with you when you went there?

16   A    There were several -- several other police officers

17   there.  I don't know the exact count on the call.

18   Q    And why did you understand for yourself, your purpose in

19   being there?

20   A    Purpose in being there was to apprehend Mr. Woods, who

21   at that point, was the suspect for a robbery warrant.

22   Q    Okay.  And up until the point that you entered

23   441 Nebraska, how much time had you been involved with the

24   call?

25   A    I'm not sure of the exact time, because I was on an

```
 1    outer perimeter spot early in the call, and then as it became
 2    more fluid, it got closer to me, and then I became directly
 3    involved.
 4    Q    Can you explain to the jury what you mean by
 5    "perimeter."
 6    A    What a "perimeter" is for police officers, is it's the
 7    area we try and surround to -- so someone that's on foot
 8    can't escape.  So if it's let's say a one-block area, you
 9    would have an officer on each corner, north, south, east and
10    west, and then possibly an officer halfway between each
11    corner, so that way everybody has a line of sight and then
12    what I would consider, an outer perimeter, which is what my
13    original portion was.  Sometimes you -- you -- you drive
14    around slowly outside this smaller perimeter and just in case
15    a suspect slips through the officers, they miss him.  There
16    was a pathway that nobody knew about and now he's outside of
17    what we would call the inner perimeter.  And I was on the
18    outer perimeter.
19    Q    Did you ever move from the outer perimeter to the inner
20    perimeter during that day?
21    A    Yes, sir.
22    Q    And then from the inner perimeter, how is it that you
23    ended up at 441?  Was it still part of your perimeter duties?
24    A    Well, I've never had an inner perimeter duty because
25    Mr. Woods was fluidly moving.  Once the officers said that
```

```
 1    they thought he went into 441 Nebraska, then I went in after

 2    several officers had gone inside.  I wouldn't know exactly

 3    how many.

 4    Q    Now, once you get inside, you said that the plan that

 5    you had, was we're going to apprehend Mr. Woods; correct?

 6    A    Yes, sir.

 7    Q    So what's the first thing you did to try and apprehend

 8    Mr. Woods?

 9    A    The -- the first thing I did was search the lower

10    parking lot.  I searched the south parking area with K9

11    officer Parcells and his K9 partner.  And we found no one

12    down there.

13    Q    Okay.  And then what did you do after that?

14    A    Then, um, Officer Parcells and several other officers

15    went out a west security door to what I would call -- it was

16    the west side of the building, but it's kind of the back part

17    of the building.  And I remained in the hallway next to a

18    stairwell that led to the second and third floors inside

19    the -- the courtyard.

20    Q    So looking at the photograph that's displayed on the

21    screen, Exhibit 1-2, do you see the stairwell that you just

22    mentioned?

23    A    As you can see, this -- this doorway --

24    Q    Can you can mark on the screen, okay.

25    A    Is -- is -- this would be the east side of the
```

 1    building -- what I would call the front entrance.  And I came

 2    through and went into here, and then inside this is kind of

 3    a -- a small little room that's almost a hallway that leads

 4    out that west door to the rear and then the stairwell would

 5    be on the south side of this little room and that's just

 6    inside this door.

 7    Q    And when you went into -- and the door you're talking

 8    about is to the far right of the photograph?

 9    A    Yes, sir.

10    Q    Okay.  You go into the stairwell.  Is anybody with you?

11    A    When I was standing at the bottom of the farewell, I was

12    with Officer Danny Martinez, who I -- I -- we work different

13    divisions, but I recognized him from working with him before

14    and then two younger officers that I -- I didn't recognize

15    and didn't know their names.

16    Q    So with the four of you in the stairwell, you're on the

17    ground level, what happens next?

18    A    Well, while we're on the ground level, the radio

19    traffic's very busy.  It's -- it's -- there's everybody.  And

20    we call it walking on each other, where if one person is

21    talking and another person tries to talk, you can't

22    understand anything.  During all this radio transmission, our

23    dispatchers say that a lady has called 911, and she started

24    to exit her apartment to go to work and that there was a male

25    black, who she described as fitting our description of

1    Mr. Woods hiding in what I would call a little alcove.  If

2    you've ever seen the corner apartment of these apartments

3    that all have common balconies, the corner apartment kind of

4    sits back a ways and she said the subject was hiding there.

5    I tried to get on the radio and find out if it was the second

6    floor or the third floor, and I believe I was covered; but I

7    believe Sergeant Richardson asked them to clarify, and they

8    said they would have to call the 911 caller back.

9    Q    And did you ever learn what floor the person was calling

10   from before the shooting took place?

11   A    No, sir.

12   Q    Okay.  So you -- at that point, you suspect that the

13   person you're looking for was somewhere in the building?

14   A    I suspected that the -- this was going to be the suspect

15   and -- Mr. Woods -- and I suspected since, um, two other

16   times he had gone to the roof areas of other apartments, just

17   on a hunch, I believed he was heading to the top floor, and I

18   guessed.

19   Q    So what did you and the other officers do?

20   A    The two younger officers that I -- I don't know their

21   names, I told one to stand at the entrance to the stairwell

22   at the -- the bottom floor and under no circumstances was

23   anyone, whether they said they were a resident or anybody

24   other than a uniformed officer was to come down the stairs or

25   up the stairs.

1    Q    What is your -- why would you say that?

2    A    Because we didn't know why Mr. Woods chose this

3    apartment.  I'm thinking through my training and experience,

4    he could have friends and associates here.  Suspects had been

5    known to change clothes.  And I had never seen him, and I

6    didn't know if the two younger officers had seen him.  So

7    anyone could have come walking down the stairs, and if they

8    were -- would let anyone pass by, it could be our suspect.

9    And I didn't want them coming up behind another officer.

10   Q    So you leave officers sort of behind you as you move up

11   the stairwell.  And where is Officer Martinez?

12   A    Officer Martinez is with me as we're ascending the

13   stairwell.  When I got to the second floor, I left this other

14   younger officer that I don't know his name at the same

15   doorway with the same instructions.  And then I headed up the

16   next set of stairwells with Officer Martinez to head to the

17   third floor.

18   Q    And as you were heading up to the third floor, did you

19   see anything?

20   A    Yes, sir.  About halfway up the stairwell, there's a --

21   a three-foot by three-foot opening.  I would say it's a

22   window, but it was more like just an opening covered in

23   Plexiglas, and before I passed in front of it, I looked

24   through it and I could see a male black subject, who fit the

25   description of Mr. Woods in this alcove area to the corner

1    apartment.  And right when I looked up at him, he looked down

2    at me.

3    Q    So if you look back at the picture 1-2, on the right

4    side of the picture on the stairwell, it looks like there's a

5    window that is sort of facing out to the courtyard, is that

6    the window you were looking through?

7    A    No.  The window I was looking through would have -- it's

8    not in the picture.  It's about right here.  So as you --

9    this -- this window looks down on the courtyard.  As I got to

10   about here, you can kind of see the stairwell railing in this

11   picture.  That's when I could see out this window, and this

12   is the alcove I'm talking about, this little opening that you

13   can't see back in there; but I could see Mr. Woods back in

14   there.

15   Q    Okay.  So at this point, you're with Officer Martinez.

16   You see the person that you believe is the suspect.  You

17   later learn it's Mr. Woods.  What do you do?

18   A    I tell, um, Officer Martinez -- but I call him by his

19   first name Danny.  I tell him -- I'm like, Danny, the guy is

20   up here hiding back in the corner.  What I want you to do,

21   I'm going to head up the stairs and try and get him at

22   gunpoint, and you cover me through the window just in case

23   anything happens.

24   Q    So as you start to do that, what happens?

25   A    As I start to ascend that stairwell, I -- I lose sight

```
 1   sight of Mr. Woods, and I leave Officer Martinez.  He is

 2   behind me looking through the window.  As I'm about

 3   three-quarters up on the stairs, he -- Officer Martinez yells

 4   out to me, "He's running."

 5   Q    And when Officer Martinez yelled out to you, "He's

 6   running," what do you do next?

 7   A    I sprinted to the top of the stairs and Officer Martinez

 8   was directly behind me.

 9   Q    And when you exited the stairwell, could you see

10   Mr. Woods?

11   A    Yes, sir.

12   Q    And where -- or what was he doing when you saw him as

13   you came out of the stairwell?

14   A    If you look at this picture right here, is where

15   Officer Martinez and I came out of the stairwell.  When I saw

16   Mr. Woods running, he had come out of the alcove and was

17   heading -- this would be northbound across this balcony.

18   Q    Okay.  At that point, you come out of the stairwell, you

19   see Mr. Woods running, do you say anything to him?

20   A    I start yelling at him to stop -- to get on the ground,

21   to stop.  And I yelled several times.  I don't know how many

22   times I yelled it.

23   Q    And when you yelled, "Stop.  Get on the ground," did he

24   stop?

25   A    No, sir.
```

1    Q     Did he get on the ground?

2    A     No, sir.

3    Q     What did you see him do, if anything, instead of

4    stopping and getting on the ground?

5    A     When he got to about this point on the balcony, he

6    leaped up with one foot striking the rail right here on the

7    balcony and then dove to the roof.

8    Q     Okay.  I'm going to show you another picture here in a

9    moment.

10             MR. DUNN:  No objection.

11             MR. RUSSELL:  Your Honor, I would like to publish

12   and admit 1-21.

13             THE COURT:  Any objection?

14             MR. DUNN:  No objection, Your Honor.

15             THE COURT:  Thank you.  It's ordered admitted and

16   you may publish.

17       (Whereupon Defense's Exhibit 1-21 is admitted hereto.)

18   BY MR. RUSSELL:

19   Q     So do you recognize the area that's depicted in that

20   photo?

21   A     Yes, sir, I do.

22   Q     Okay.  Is -- is that the pathway that Mr. Woods ran down

23   after you told him to stop and get on the ground?

24   A     Yes, sir.  This -- this would be in a northerly

25   direction.  I ran this way, stepped to here and dove up to

 1   there.  That ladder was not there.  That's added after for

 2   the rescue and recovery.

 3   Q    Now, while you were in the stairwell -- let's back up

 4   just a bit -- while you were in the stairwell and you're

 5   searching for Mr. Woods, do you have your gun out?

 6   A    Yes.

 7   Q    Why?

 8   A    Because Mr. Woods was wanted for a robbery.  I later

 9   learned over the radio traffic that a blue steel handgun had

10   been used in the commission of this robbery.

11   Q    Up to that point, you had not seen a gun?

12   A    I had not seen a gun, no, sir.

13   Q    And you had no information that Mr. Woods had a gun in

14   his hand at any time that evening?

15   A    No, sir.

16   Q    Why were you concerned even if no one had seen a gun

17   that he might have a gun?

18   A    Well, I was concerned the past accusations of a

19   commission of an armed robbery, that concerned me.  It also

20   concerned me that Mr. Woods had gone to such great lengths to

21   evade capture that a lot of times when suspects are so

22   desperate and run so hard, through my training and

23   experience, a lot of them are armed.

24   Q    Okay.  I want to show you another picture just very

25   briefly.

```
 1              MR. RUSSELL:  Your Honor, I'd like to admit and
 2      publish 1-1.
 3              THE COURT:  Any --
 4              MR. DUNN:  No objection, Your Honor.
 5              THE COURT:  That's already been admitted; isn't it?
 6      All right.  Well, if it hasn't, it's ordered.  You may
 7      publish.
 8              MR. RUSSELL:  Thank you, Your Honor.
 9          (Whereupon Defense's Exhibit 1-1 is admitted hereto.)
10      BY MR. RUSSELL:
11      Q    In that photograph to the left by those leaves, that's
12      another stairwell; right?
13      A    Yes, sir.
14      Q    And at the top of the stairwell, it looks like there's
15      some type of a window-type opening?
16      A    Yes, sir.
17      Q    Is that what you were talking about, looking through in
18      the other stairwell?
19      A    Yes, sir.  It's a -- like a twin stairwell.  They're
20      built exactly the same.
21      Q    Okay.  So you have your gun out.  You said that you
22      thought Mr. Woods is motivated to get away.  What makes you
23      believe that?
24      A    Well, when I was first on what I would consider an
25      outer perimeter, um, I was in a north/south alley, just north
```

1    of 5th Street and dispatchers advised, via radio that a 911

2    caller was saying that they have an upstairs laundry facility

3    that has a window and he thought he had seen a subject go out

4    that window onto the roof.

5    Q    Anything else that made you believe that Mr. Woods was

6    motivated to evade capture?

7    A    Once we heard that there was a subject possibly on the

8    roof, Sergeant Richardson and I, we walked around the -- on

9    the ground floor of this building, and then I looked into a

10   stairwell and saw that there was an open access to be able to

11   get to this laundry room into the roof; but being with just

12   me and Sergeant Richardson, I didn't go up, and we opted to

13   wait for the LAPD's helicopter.

14   Q    And while you were waiting for the helicopter, did you

15   ever catch sight of Mr. Woods?

16   A    No, sir, I never saw him.

17   Q    You said that you had some information about Mr. Woods

18   being on roofs before.  We know we ended up on the roof of

19   441?

20   A    Yes, sir.

21   Q    Did you have information about -- you said that you had

22   some information about Mr. Woods being on other roofs.  What

23   information did you have?

24   A    Well, this was the first roof that I had information

25   that Mr. Woods was on, and the 911 caller's suspicions were

```
 1    confirmed when the LAPD helicopter got above the scene and
 2    said that a suspect matching Mr. Woods' description was
 3    running northbound across the roof of the complex.
 4    Q    And did you learn about Mr. Woods staying on the roof?
 5    A    Within a matter of moments of the airship, saying he was
 6    running northbound the -- the helicopter observer, who's the
 7    one talking on the radio -- he's not the one flying the --
 8    the helicopter.  He said that the suspect had just leaped
 9    from the third floor roof of this apartment building to a
10    third-floor roof of another apartment building.
11    Q    And as a police officer, what did you think about that
12    information?
13    A    As a police officer and as just a -- a person, I was
14    amazed, because the distance was quite a ways and it was very
15    high.
16    Q    Now, we see on TV and in the movies, people running and
17    jumping from rooftop to rooftop a lot.  Had you seen that
18    before in your career?
19             MR. DUNN:  Irrelevant.
20             MR. RUSSELL:  It goes to his state of mind,
21    Your Honor.
22             THE COURT:  No.  You may reword the question,
23    leaving out your introduction to it.
24             MR. RUSSELL:  Understood.
25    BY MR. RUSSELL:
```

```
 1    Q    How long have you been a police officer?

 2    A    I've been a police officer for a little over 24 years.

 3    Q    How many foot pursuits had you been involved in those

 4   24 years?

 5    A    It would be an estimation, a hundred, 150.

 6    Q    And how many of those hundred to 150 foot pursuits did

 7   you see somebody jumping from rooftop to rooftop?

 8    A    Never.

 9    Q    How many of those hundred to 150 foot pursuits, even if

10   you didn't see it, you heard that the suspect was jumping

11   from rooftop to rooftop?

12    A    I -- other than make-believe television, I've never

13   heard of it.

14    Q    So did that have any significance to you as you're

15   thinking, Okay.  Who am I going to encounter here if we

16   finally catch up to him?

17    A    I thought to myself, this guy is very motivated to get

18   away.  And this person has substantial physical skills to be

19   able to leap that far.

20    Q    And I want to bring your attention back to Exhibit 1-21.

21         Now, when you saw Mr. Woods through the window,

22   could you see any weapons in his hands?

23    A    No, sir.

24    Q    Could you see his hands?

25    A    His hands were underneath like the front part of his
```

1    sweatshirt near his waistband area.

2    Q    Now, we've heard a lot of testimony about the waistband.

3    Can you show the jury what you mean by "the waistband"?

4    A    Yes, sir.  May I stand up?

5            THE COURT:  You may.

6            THE WITNESS:  What I'm talking about with the

7    waistband is the -- the area where all of us wear our

8    belts and area above our pockets and where our pockets are;

9    and generally, through all my training and experience over

10   24 years, this is where most people will carry a weapon

11   because it's most accessible to your hands.  Wherever I drop

12   my hands, they're always within a few inches of most of my

13   waistband, whether it be the front of it, the pockets or the

14   back of it.  Whenever I speak of waistband, that's what I'm

15   talking about.

16   BY MR. RUSSELL:

17   Q    You can have a seat.  Thank you.

18            So in your training, have you received any training

19   as a police officer about the waistband and its significance?

20   A    Yes, sir.

21   Q    And over the 24 years of your experience as a police

22   officer, have you actually found anybody to have a weapon in

23   their waistband?

24   A    Yes, sir.  Several.

25   Q    We also heard about a pat-down search?

1   A     Yes, sir.

2   Q     What's the purpose of a pat-down search?

3   A     Well, we don't even use the term "pat down" in the Long

4   Beach Police Department.  And I don't think I've -- I've been

5   a weapon any of the instructor for years, and we never used

6   the term "pat-down."

7   Q     What term would you use for that concept?

8   A     For that concept in what I would think as an instructor

9   someone is trying to describe a low-level -- what we would

10  call a cursory search, where the person's kept at ease, not

11  like you see when hands are above the head or being bent

12  backwards or on their knees.  It's -- a cursory search is

13  where you have slight control over the detainee but you're

14  still able to feel near the waistband pockets, things like

15  that but it's very -- very low-level.

16  Q     In your experience in 24 years, have you ever found

17  weapons on someone after they've been patted down or a

18  cursory search has been performed?

19  A     Yes, sir.

20  Q     Have you ever heard of other officers finding weapons on

21  people after a cursory search has been performed?

22  A     Yes, sir.  Many times after a person's been searched and

23  handcuffed and transported to jail, officers have found

24  loaded handguns, knives, various weapons in the backseat of

25  the police car.

```
 1    Q    So now going back to this picture it's shown, you said
 2    that Mr. Woods ran basically from where the bottom of the
 3    picture is toward the top, stepped on the railing and jumped
 4    to the roof; correct?
 5    A    Yes, sir.
 6    Q    And when he did that, how long after that, did you open
 7    fire at him?
 8    A    It was milliseconds from the leap to him grabbing and
 9    pulling himself up.  The minute I saw he was gaining access
10    to the roof, I started to fire.
11    Q    Okay.  Did you fire at him as he was running down the
12    pathway that is shown by this line in the exhibit?
13    A    No, sir, I did not.
14    Q    Why didn't -- why didn't you start firing at him at --
15    while else running on the pathway?
16    A    Well, when officers -- when we're trained to fire, we're
17    not only shooting at someone or practicing at a target.
18    We're -- we're trained at what's called "background; what's
19    behind this person.  We -- when you're shooting, you're
20    nervous; you're adrenaline is going, and we miss.  And I did
21    not have a clear shot to take any action against Mr. Woods,
22    because as you can see in the picture, there's a big picture
23    window here, a big picture window here; and part of my
24    training is what if I miss and there's a family in there or
25    little kids, I couldn't take that chance.
```

1          MR. RUSSELL:  Your Honor, if hasn't already been

2     admitted and published, I'd like to show 1-4.

3          THE COURT:  Any objection?

4          MR. DUNN:  No objection, Your Honor.

5          THE COURT:  It is ordered admitted.  You may

6     publish.

7       (Whereupon Defense's Exhibit 1-4 is admitted hereto.)

8     BY MR. RUSSELL:

9     Q    Can you see in that photograph the approximate location

10    you were when you opened fire at Mr. Woods?

11    A    Yes, sir.  It's an approximation.  And like I said

12    yesterday, the little yellow cards are evidence of shell

13    casings.  And I believe I was standing here; Officer Martinez

14    was standing right next to me.

15    Q    So you said that you started firing when you realized he

16    was going to the roof?

17    A    Yes, sir.

18    Q    What's so important about the roof that you would open

19    fire?

20    A    Well, there -- the roof is what we -- we call "high

21    ground," where someone, if they gain access to being above

22    you or higher than you, they -- they have a very clear shot

23    at you.  If they have a weapon, they have the advantage.

24    It's just like when a -- a SWAT team is deployed, they always

25    put the snipers up high, so that they can have high ground

1    and be looking down at the suspects.

2    Q    Was there anything about -- was there anything about

3    that particular roof that gave you concern?

4    A    This -- this roof if you look at the way the roof is, I

5    call it "pitch."  I don't know.  I -- I'm -- I was never in

6    construction; but it's -- it's pitched.  It goes to a point,

7    like I guess you called an "Apex," and then it pitches down

8    the other side.  This very much concerned me, because not

9    only was Mr. Woods now going to be at a high-ground advantage

10   on me and Officer Martinez, if he could get past that Apex,

11   he would have everything but whatever he was coming over the

12   top of the Apex covered by the roof.  So if -- if the

13   computer here was the very top of the roof and it slanted

14   like this, if he got over it, my fear was he now -- he has

15   what we call "cover and concealment," where he's protected

16   and Officer Martinez and I are standing out in the open.

17   Q    And while you were there, did you have any idea what was

18   on the other side of the roof?

19   A    I -- I didn't know what was on the other side of the

20   roof.  I didn't know if there were like other outside

21   balconies.  I didn't know exactly how many officers were on

22   the ground outside it, or I didn't know if there was a fire

23   escape or some other way off that side of the roof.

24   Q    So you start firing at him to prevent him from getting

25   to the roof but he got to the roof?

1    A    He got to the roof, yes, sir.

2    Q    And you kept firing?

3    A    Yes, sir.

4    Q    And why did you keep firing?

5    A    Because he -- he didn't give up.  I felt that Mr. Woods

6    was an imminent threat to me and Officer Martinez, so long to

7    any officers on the ground and possible civilians if there

8    were outside balconies or other avenues of escape.  And in

9    that split second, I -- I couldn't allow him to escape.

10   Q    Now, you said he didn't give up.  What were you looking

11   for from Mr. Woods that would indicate to you that he gives

12   up?

13   A    Through all my years, it's pretty universal.  People

14   even from other countries -- and you see it in -- you've seen

15   it in news in Bosnia, people give up by raising their hands,

16   showing you.  I don't have a weapon; in essence, basically

17   taking your hands as far away from your waistband as

18   possible.  Also, people yell, "I give up.  I give up."  And

19   suspects who have dealt with the police in the past -- now, I

20   had no clue of -- other than the warrant for Mr. Woods, I

21   didn't know what his exposure to police officers were; but

22   they know to get their hands up and then get on the ground

23   and have their hands up in and out, so that it shows I'm

24   making no movements.  I'm making no threatening movements

25   and -- and, you know, don't shoot.

```
 1   Q    At any time from the first shot you fired at Mr. Woods
 2   until the last shot you fired, did you see any of those hand
 3   gestures that you just displayed to the jury?
 4   A    No, sir.
 5   Q    Did Mr. Woods ever take his hands out away from his body
 6   in a way that you perceived as "I'm showing you.  I don't
 7   have a weapon, and I give up"?
 8   A    No, sir.
 9   Q    Did you hear anything from Mr. Woods from the first time
10   to the last shot that verbally indicated to you, Please, stop
11   shooting at me?
12   A    No, sir.
13   Q    Did you ever see -- do you know what a fetal position
14   is?
15   A    Yes, sir.
16   Q    Can you describe what that means to you?
17   A    To me it would be laying basically on the your side,
18   knees curled up to your chest, arms around your knees, sort
19   of that -- what you see children when they're scared or some
20   people when they're scared.
21   Q    Did you ever see that type of physical movement from
22   Mr. Woods?
23   A    No, sir.
24   Q    Now, there was a lot of discussion yesterday about how
25   much -- how many shots there were.  What's your best estimate
```

```
1    of the time that elapsed from your first shot at Mr. Woods
2    until your last shot?
3    A    It would be a total estimate, but I would say 10 to
4    15 seconds.
5    Q    Now, you have firearms training as a police officer?
6    A    Yes, sir.
7    Q    Generally speaking, how often do you go to the range?
8    A    We used to have to qualify mandatory four times a year.
9    Now we qualify three times a year; but we also have what's
10   called "advanced officer training" that we have to go to
11   three times a year back at our police academy, and I would
12   say a majority of the time, that involves some sort of
13   firearms training, whether it be with weapons that look like
14   ours but fire a -- a paint round or whether it be at the
15   range practicing.
16   Q    Do you ever go to the range in between mandatory
17   qualifying?
18   A    I have but not recently, no.
19   Q    In your experience, how many rounds can you fire in say
20   one to two seconds?
21   A    I can fire an entire magazine, including the one round
22   in the chamber in one to two seconds.
23   Q    Now, there's been some discussion, um, generally about
24   semiautomatic weapons.  Do you know what a semiautomatic
25   weapon is?
```

1     A     Yes, sir.

2     Q     Was your handgun a semiautomatic weapon?

3     A     Yes, sir.

4     Q     What makes it semiautomatic?

5     A     What makes the weapon semiautomatic is an automatic

6     weapon is what you see machine guns -- where you pull the

7     trigger and it fires every bullet.  A semiautomatic for every

8     one time you pull the trigger, one round is going to be

9     expended and be in a semiautomatic means that the gas that's

10    released when the gun powder goes off will slide back,

11    ejecting the empty casing from that bullet and pushing a new

12    bullet up from the magazine into the -- the barrel.

13    Q     Now, you were asked yesterday about reloading.  How long

14    does it take you to get a magazine from the pouch and put it

15    into your handgun and get the gun back into action?

16    A     1 to 2 seconds.

17    Q     And what does that process look like?

18    A     I'm going to have to stand up to show again.

19            THE COURT:  You may.

20            THE WITNESS:  As I was saying yesterday, when you

21    saw the picture of me in my uniform, I wear my extra

22    magazines.  They're right here on my waistband, and then my

23    weapon is here.  When -- when I'm firing, I'm counting in my

24    head one, two -- I know that my -- my gun holds eight

25    bullets.  As I'm finishing as we talked yesterday, when

```
 1    Mr. Dunn -- Mr. Dunn was examining me and he said that the
 2    slide -- the slide is the top part that I said feeds the
 3    bullets out of the -- eject the bullet.
 4              THE COURT:  Why don't you step away from the
 5    microphone.
 6              THE WITNESS:  I did not know if they could hear me.
 7    Sorry, Your Honor -- and so what -- what I do is with my
 8    right thumb, the -- what we call the ejector button for the
 9    magazine, as my last round goes off, I know it's coming --
10    that the last round is coming.  I've already opened the flap
11    which is just a simple little snap, and I've pulled my
12    magazine out, and I have my finger along the side as a guide.
13    I fire, aiming with my last round; and as the slide comes
14    back, I drop the magazine and as it's falling away, this one
15    is going right in.  And as soon as it's in where my thumb is,
16    I do what's called a decock.  It's where I hit the other
17    button.  The slide now comes forward, taking the first round
18    out of that magazine, and the weapon is ready to fire.
19    BY MR. RUSSELL:
20    Q    Go ahead and have a seat, Corporal.
21              And how many times would you say -- just in
22    practicing, that you've done that maneuver of taking a
23    magazine out of a pouch and putting it in your gun and
24    getting the gun ready to fire?  Over 24 years how many times?
25    A    Thousands of times.
```

```
1    Q    Is it something that you really even think about as

2    you're doing it?

3    A    It's muscle memory.  It's just -- you've done it so many

4    times, and it comes naturally.  You don't think about it.

5    Q    Now, I want to take your attention back to the photo

6    that's being displayed, which is 1-4.  And I believe you said

7    that the X's that are there, represent you and

8    Officer Martinez when you were firing at Mr. Woods?

9    A    Yes, sir.

10   Q    Did you have a TASER?

11   A    Yes, sir, I did.

12   Q    What's a TASER?

13   A    A TASER is a -- they change the name on it all the time.

14   It's actually an -- an electrical control device.  They call

15   it an ECD, and it's a battery-powered weapon used for less

16   lethal force that will fire two darts that are connected to a

17   wire to the weapon to try and subdue a suspect.

18   Q    If you had the TASER with you, why didn't you use it to

19   stop Mr. Woods as he was running from you?

20   A    The TASER will only fire 21 feet, and this -- it would

21   never have made it there.  The wires would have stopped it.

22   It would have been rendered useless.

23   Q    Did you have a baton with you?

24   A    I did, sir.

25   Q    And just -- it's kind of a big stick; right?
```

```
1    A    Yes, sir.

2    Q    Is that something that you could use in that situation

3    against Mr. Woods?

4    A    No, sir.

5    Q    Why?

6    A    Well, I would have to be in direct proximity within

7    2 to 3 feet to be able to use the baton on Mr. Woods.  And

8    when someone is that actively resisting, I -- I wouldn't have

9    opted for that use of force.

10   Q    Why didn't you run after Mr. Woods and pull yourself up

11   onto the roof?

12   A    I couldn't have done it.  He -- it was an amazing leap

13   that I -- it would have -- if I missed, I would have died.

14   There is no way I would have taken that chance.

15   Q    Were you aware of any easy way to get up onto the roof

16   while you were there before you shot?

17   A    I -- I had never been in that apartment complex in my

18   entire life.

19   Q    And then after the shooting, did you learn of any easy

20   way to get up to the roof?

21   A    No, sir.  That was the hard part was finding a way up to

22   that roof.

23   Q    Now, once Mr. Woods got up on the roof, you said

24   yesterday that he had his hands in that waistband area?

25   A    Yes, sir.
```

1   Q    And he turned back in your direction?

2   A    Yes, sir.

3   Q    So were you concerned about that?

4        MR. DUNN:  Objection, Your Honor; leading.

5        THE COURT:  Overruled.

6        THE WITNESS:  Yes, sir.  I was concerned about

7   that.

8   BY MR. RUSSELL:

9   Q    What were your concern?

10  A    My concern was his positioning with -- on one leg up;

11  one knee down.  It's what we would call a -- a

12  kneeling/shooting position, where his hands were in proximity

13  to his waistband and the fact that he's turning back into me

14  and Officer Martinez, which most people's reaction if they

15  were going to give up or were being struck, they would turn

16  away and lay out and put their hands up.

17  Q    Well, why can't you just wait till -- let's assume he

18  has a gun, why can't you just wait till he pulls out the gun

19  and then you shoot him?

20  A    If I wait till I see a gun, he has the total advantage

21  and the best I could hope for was a tie.  If by the time I

22  can see a weapon, perceive the threat, come up with a

23  decision of what to do and start to return rounds at somebody

24  who's aiming a weapon at me or firing at me, that suspect

25  could get three to four rounds off before I could ever fire

1    one.

2    Q    Why did you finally stop shooting at Mr. Woods?

3    A    Because Mr. Woods went down in a prone position and

4    stopped moving.

5    Q    Now, before Officer Martinez started shooting, did you

6    tell him to shoot?

7    A    No, sir, I did not.

8    Q    Did you tell him to stop shooting?

9    A    No, sir, I did not.

10   Q    How were you even aware that he was shooting?

11   A    I could hear it and the casings -- you notice little

12   things like that -- that -- the casings are the ejected part

13   of the -- the casing that holds the actual bullet itself.

14   Once the bullet leaves that, it flies out of the gun.

15   Q    And then after the shooting, what's -- what happens

16   immediately after the shooting?

17   A    Immediately after the shooting, I -- I reached over with

18   my left hand; I grabbed Officer Martinez.  I -- I can't

19   remember which order.  I probably asked him, Are you okay?

20   And then I said, "Decock your weapon."

21   Q    Why did you do that?

22   A    Well, most semiautomatic handguns once the very first

23   bullet is fired, the guns in what we call single action,

24   which means if a normal trigger pull to pull back on the

25   trigger takes five-and-a-half pounds.  Once that weapon is in

1    single action, it only takes about a pound and-a-half which

2    means it will fire quicker.  You don't have the length of the

3    trigger pull coming back.  And officers when they're

4    stressed -- when their mind is racing, I'm -- I have a very

5    close friend that actually shot himself by accident

6    because he for- --

7              MR. DUNN:  Objection, Your Honor.  Nonresponsive

8    and immaterial.

9              THE COURT:  The witness has lapsed into an area --

10             THE WITNESS:  I apologize.

11             THE COURT:  Ask your next question.

12   BY MR. RUSSELL:

13   Q    Yesterday you said that you were above average

14   shooter -- you consider yourself above average shooter?

15   A    Yes, sir.

16   Q    And when you were shooting at Mr. Woods, um, at what

17   point did you think that you actually hit him?

18   A    When he finally went down for the -- the -- when we

19   stopped shooting, I believed at that point, I had hit him.

20   Up until that point, I hadn't -- did not know if we had

21   struck him or not.

22   Q    Well, you're firing at him and you're an above-average

23   shot, how come you couldn't tell if you hit him or not?

24   A    There -- there -- it's not like TV, people don't fly

25   back.  You don't -- you don't see them reach up and grab

```
1    themselves.  There's no blood spatter, and with the bagginess

2    of the clothing, I had no clue.

3    Q    Based on your training, if somebody is shot, are you

4    told whether they're going to immediately drop or they keep

5    moving?  What are your -- what are you taught in training

6    about somebody who has been shot?

7    A    No, sir.  They -- people can be shot several, several

8    times and keep moving and still be a threat.

9    Q    So at some point, yesterday, I think you said that

10   Mr. Woods was in a push-up position?

11   A    Yes, sir.

12   Q    How was he a threat to you when he's in a push-up

13   position?

14   A    Well, in that push-up position, his hands are directly

15   under his chest, and he's also very near to being able to

16   roll and lay onto the roof and to what we would call a -- a

17   prone or laying shooting position; and it would be very

18   simple in one quick movement to drop to a shoulder and

19   retrieve a weapon again from the waistband.

20   Q    And in your training and experience, how quickly can

21   somebody actually retrieve a weapon if they have it in the

22   waistband?

23   A    Less than a second.

24   Q    So after the shooting is done and you put the weapon on

25   safe, do you talk to anybody about the shooting?
```

```
1    A    Yes, sir.

2    Q    And who do you talk to?

3    A    We talk to the immediate supervisor on scene and just to

4    give them an initial overview what happened and kind of a

5    Reader's Digest version of the whole situation.

6    Q    And then you've mentioned a "walk-through."  What's

7    that?

8    A    We -- you do an initial walk-through to make sure that

9    the supervisor, who's in charge of the scene, gets a full

10   picture of where you were shooting, where he needs to direct

11   people to go look for witness to go look for if anyone was

12   struck by a stray bullet; to -- to basically take entire

13   control of the scene.

14   Q    So going back for a moment to the location where you

15   were when you shot...

16          After the shooting, how long did you stay in that

17   location?  So basically you're on the third floor, right in

18   the area where you shot?

19   A    I -- I wouldn't be able to answer that question for sure

20   because time kind of blends together as to once it's over how

21   long it took.  So it -- I could have been there ten minutes;

22   I could have been there 25.

23   Q    And at any point while you were still there in the

24   building, did you encounter any civilians who were living in

25   the building?
```

```
 1    A    No, sir.

 2    Q    You have no memory of that?

 3    A    No, sir.  I didn't even see anyone come to a window or

 4    to a door; just assuming either someone wasn't home or

 5    possibly people were afraid because they heard gunfire.

 6    Q    And during the walk-through, did you encounter any

 7    civilians?

 8    A    No, sir, I did not.

 9    Q    And then when the walk-through is over, at some point

10    it's when you go back and dictate your report?

11    A    When the initial walk-through is with the sergeant to

12    just show him.  Then we're assigned what's called a peer

13    officer, someone to be by our side if we need anything; if --

14    if we get thirsty; if we start to -- to you know, get upset

15    or, you know, lose it or cry or whatever, that person is

16    there for your assistance; and then like I said yesterday,

17    any officer-involved shooting, homicide detectives will come

18    out, whether it was resulting in a death or an injury or even

19    if the officers miss completely.  And then you do a thorough

20    walk-through with what would be called our union's attorney

21    and one to two homicide detectives.

22    Q    Okay.  Changing topics slightly...  Were you aware there

23    was a helicopter overhead while you were at 441 Nebraska?

24    A    Yes, sir.

25    Q    Did the helicopter factor into your decision-making at
```

1    all?

2    A     No, sir.

3    Q     How come?

4    A     The helicopters only assistance is to be an extra set of

5    eyes, and they can't help me if I'm being shot at.  They

6    can't rescue me if I get hurt.  And once someone starts

7    running again as we've seen on TV, helicopters lose sight of

8    people and lose track of suspects.

9    Q     Okay.

10          MR. RUSSELL:  That's all the questions I have right

11   now, Your Honor.

12          THE COURT:  Thank you.

13          MR. DUNN:  Thank you.

14          THE COURT:  Re-examination?

15          MR. DUNN:  Thank you very much.

16                   **REDIRECT EXAMINATION**

17   BY MR. DUNN:

18   Q     Have you ever received any training that has taught you

19   that because a suspect is running away, that you have the

20   authority to use deadly force against that subject?

21   A     Yes, sir.

22   Q     Specifically, is the fact that a person is running away,

23   does that fact alone always entitle you to shoot that person?

24   A     Alone, no, sir.

25   Q     You've indicated that with regard to Mr. Woods' physical

```
 1    ability, that you were aware of the fact that he had been
 2    jumping on roofs that evening; correct?
 3    A    Yes, sir.
 4    Q    Did you ever hear anything to the effect that Mr. Woods
 5    had injured any person that evening?
 6    A    No, sir.
 7    Q    You knew that he had been jumping on roofs -- and I
 8    assume that you knew that if he was on a roof, he would be
 9    higher than police officers; correct?
10    A    Yes, sir.
11    Q    But you never knew him to shoot at any police officer at
12    any time that evening; correct?
13    A    No, sir.
14    Q    How many roofs do you think that he was on before he got
15    on the roof that you shot him on?
16    A    He was on two, sir.
17    Q    Did he shoot anyone the first time he was on a roof?
18    A    No, sir.
19    Q    Did he shoot any person the second time he was on a
20    roof?
21    A    No, sir.
22    Q    Did he have the higher ground the first time he was on
23    the roof?
24    A    He did, sir.
25    Q    Did he have the higher ground the second time he was on
```

```
 1   the roof?

 2   A    He did, sir.

 3   Q    Did he ever produce a gun?

 4   A    Not that I saw, sir.

 5   Q    Did he ever produce any kind of a weapon?

 6   A    Not that I saw, sir.

 7   Q    Did he ever hurt any human being that evening?

 8   A    Not to my knowledge, sir.

 9   Q    With regard to the commands, the first time you're

10   shooting at Mr. Woods, he is climbing on a roof; correct?

11   A    Yes, sir.

12   Q    The second time that you're shooting him, else already

13   on the roof.  And as he is standing or is it -- is it that

14   point that he's on the thee and the foot as you've described?

15   A    The knee and the food, sir.

16   Q    Okay.  Did you ever say to him, "Show me your hands"?

17   A    I'm not sure if I said show me your hands, but I said

18   "Get down.  Get on the ground."

19   Q    Well, earlier in response to Mr. Russell's questioning,

20   you said that the way that you would expect him to give up

21   would be to do this; to surrender -- show you -- show his

22   hands; right?

23   A    Yes, sir.

24   Q    But you're saying that in reality, what you wanted to

25   him to do was get down -- let me rephrase this.
```

1          Did you tell Mr. Woods to get on the ground?

2     A    Yes, sir.

3     Q    Did you tell Mr. Woods to show you his hands?

4     A    I'm not sure, sir.

5     Q    Did you expect that if Mr. Woods did not want you to

6     shoot at him, that he would do this?

7     A    Or get on the ground, sir.

8     Q    Well, you would agree that there's a difference.  I

9     mean, it seems as though when he tries to get up, you shoot

10    him; correct?

11    A    Yes, sir.

12    Q    When he tries to push himself up, you're shooting at

13    him?

14    A    Yes, sir.

15    Q    So hypothetically speaking, if he were trying to push

16    himself up to show you his hands, that really wouldn't

17    protect him from your bullets, would it?

18    A    I can't speak hypothetically, but I've never seen anyone

19    do it.

20    Q    Okay.  Well, let's make it a little more precise.

21         You actually shoot at Mr. Woods on four separate

22    occasions; correct?

23    A    It's I believe three.

24    Q    All right.

25         Your Honor, there's.

1          THE WITNESS:  Three volleys.  It could be four.

2    I'm not sure.  It's been three years.

3    BY MR. DUNN:

4    Q    And it's 10 to 15 seconds?

5    A    I would say approximately.

6    Q    All right.  Let's count that out.  I'm going to --

7    Mr. Fattahi, do you have a stopwatch or a phone or something

8    with a stopwatch?

9          MR. FATTAHI:  Yes.

10   BY MR. DUNN:

11   Q    Okay.  While Mr. Fattahi is getting that together, I

12   want to talk about the -- the four times.

13         Now, the first time you shoot him, he is climbing

14   onto a roof.  Clearly at that point, he's not able to show

15   you his hands; correct?

16   A    Correct.

17   Q    Did it occur to you that after you shot those four

18   bullets at him, while he was in the process of getting up,

19   that it in his mind, he might have thought you were trying to

20   kill him?

21         MR. RUSSELL:  Speculation; lacks foundation.

22         THE COURT:  Overruled.

23         THE WITNESS:  No, sir.

24   BY MR. DUNN:

25   Q    It didn't occur to you that the fact that him climbing

```
 1    up, hearing bullets whizzing by, perhaps being shot, that in

 2    his mind he might think that you weren't trying to help him;

 3    you weren't trying to detain him; you weren't trying to

 4    arrest him, but maybe you were trying to kill him?

 5            MR. RUSSELL:  Speculation and lacks foundation and

 6    it's argumentative as phrased; objection.

 7            THE COURT:  This is cross-examination.  So

 8    argumentative questions are permitted.

 9            THE WITNESS:  I can't speak --

10            THE COURT:  Don't -- and the other objections are

11    overruled as well.

12            THE WITNESS:  I can't peak to the mindset of

13    Mr. Woods or what he was thinking, sir.

14    BY MR. DUNN:

15    Q    But your testimony is that there is some things that he

16    could have done to keep you from shooting him if he were to

17    surrender of sorts; correct?

18    A    Correct.

19    Q    And one of the things that you say he could have done

20    was raise his hands; correct?

21    A    Yes, sir.

22    Q    Now, with regard to the four shots, I believe that

23    you've testified that time period is 10 to 15 seconds.  So I

24    have a stopwatch here.  And I'm going to tap my pen for the

25    first -- when the stopwatch starts and I'm going to tap it
```

```
 1    again at ten seconds.  And this is going to represent the
 2    total amount of time that you are shooting at Mr. Woods.
 3              THE COURT:  All right.  What's the question?
 4              MR. DUNN:  I'm -- well, I'm going to ask him to
 5    tell me if this 10-second period is accurate after I've
 6    counted off.
 7              MR. RUSSELL:  The objection is, it misstates the
 8    testimony.  And the question was vague as phrased, because
 9    it's unclear, whether this is from the first shot to the last
10    shot, because he said "four shots."
11              MR. DUNN:  All right.  Let me rephrase that.
12              THE COURT:  Thank you.
13    BY MR. DUNN:
14    Q    You would agree based on your testimony earlier this
15    morning, that it was a 10- to 15-second period from the first
16    shot to the 18th shot; correct?
17    A    An approximation, yes, sir.
18    Q    All right.  Starting now...
19              Stopping at ten seconds and 1600th of a second...
20              That was about how long you were shooting at
21    Mr. Woods?
22    A    As an approximation.  Sure.
23    Q    Or it closer to the 15 seconds?
24    A    I'm not sure, sir.
25    Q    And throughout that period of time, Martinez is also
```

1    shooting; correct?

2    A    Yes, sir.

3    Q    So both of you were shooting .40 caliber -- well, we

4    haven't got to his gun yet, but you're shooting high powered

5    rounds at Mr. Woods.

6              During the period of time that you're shooting at

7    him, are you talking to him?

8    A    We were yelling at him to get down.

9    Q    You weren't yelling at him to show me your hands?

10   A    I'm not sure what Officer Martinez was yelling.

11   Q    Okay.  But you weren't yelling at him to show you his

12   hands?

13   A    I believe I was yelling for him to get down; get on the

14   ground.

15   Q    Now, with regard to your training, as we've discussed

16   earlier, you're not allowed to use deadly force, unless you

17   are confronted with an imminent threat of death or serious

18   bodily injury; correct?

19   A    Correct, sir.

20   Q    It's -- also goes by the acronym "IDOL," Imminent Threat

21   of Death or serious bodily injury; correct?

22   A    I'm taking your word for it.

23   Q    Now, with regard to where you were when you fired, could

24   we get Exhibit 1-21...

25              Would you agree with the statement that you thought

1    Mr. Woods was going to shoot at you, so you shot at him to

2    keep him from shooting at you; correct?

3    A    Correct, sir.

4    Q    And that was self-defense; correct?

5    A    Correct, sir.  And to keep him from escaping.

6    Q    We'll talk about that momentarily.

7    A    Yes, sir.

8    Q    With regard to Exhibit 1-21, you would agree that if you

9    simply moved into this hallway, there is really no way he

10   could have shot you even if he had a gun; correct?

11   A    I'm -- I'm not sure.  I don't know whether he would have

12   had a clean shot or not, but there wasn't enough time to look

13   for some other way to go.

14   Q    Well, with regard to -- with regard to where you were

15   when you fired yesterday, we looked at Exhibit 2-8.  You were

16   standing right around this area when you fired; correct?

17   A    Yes, sir.

18   Q    Are you saying that you didn't have time to just take

19   two steps to this area here in which you would have the cover

20   of this ceiling?

21   A    It was more than two steps but no, sir.  I believed he

22   could take the shots before that.

23   Q    Right.  Now, did it occur to you during the 10- to

24   15-second period in which you were shooting at him, that

25   perhaps he didn't have a gun?

1    A    It never occurred to me.

2    Q    Did it occur to you during the 10- to 15-second period

3    in which you were shooting at him, that perhaps you could

4    have moved out of the way and gotten under this roof to

5    protect your personal safety?

6    A    No, I couldn't have done that.

7    Q    You didn't have time to step from here to here; is that

8    correct?

9    A    No, sir, because I was trying to have the steadiest

10   platform as I could to fire my weapon accurately.

11   Q    Now, I'd like to conclude with just some basic issues.

12        I'm going to show what's been admitted as

13   Exhibit 5-10.  All right.  This is a photograph.  I'm going

14   to represent to you it was taken after the shooting.

15        We see the shell casings here.  We see Mr. Woods

16   lying in this direction.  I'm not going to zoom in on the

17   photo, but if you could take a look at -- that's his head

18   there.  And that is his -- that's his feet there.  And he's

19   essentially facing away from you.  Now, would you agree that

20   after the shooting stopped, that's the position that

21   Mr. Woods was in?

22   A    No.  I would not agree to that.

23   Q    Would you agree that Mr. Woods was ever in this position

24   at any time --

25   A    I don't believe --

```
 1   Q    -- would you ever agree that Mr. Woods was ever in this
 2   position at any time during the sequence of the 18 shots?
 3   A    During the sequence of the 18 shots, no.  Once the
 4   shooting stopped, he was in that position but his head would
 5   have been more this way.
 6   Q    When you say "this way," you can write on the picture.
 7   A    This would be facing east.  His feet would have been
 8   facing west.  And when the fire personnel checked vital signs
 9   and they have to pronounce someone dead, I'm -- I don't know
10   how much they've moved Mr. Woods' body.
11   Q    And just to clarify, and I'll close here.  I think we've
12   talked about it -- but you shoot in four separate groups; is
13   that correct?
14   A    I would consider the -- the first four to the second
15   four, one group, but you -- you could say four; you could say
16   three.
17   Q    Okay.  Four shots as he's getting up on the roof.
18   Yesterday you said there was about a 2-second pause between
19   the first four and the second four; do you remember that?
20   A    I do recall, sir.
21   Q    After he's on the roof, he's got his foot and his knee
22   down and there's the next four; correct?
23   A    I believe so, sir.
24   Q    Okay.  And then there's a pause and you reload your
25   weapon.  And then when he's in that position with the knee
```

1    and the foot, you fire the next seven, correct?

2    A    Yes, sir.

3    Q    And then he falls down, and he's doing a push-up and

4    that's when you fire the next three; correct?

5    A    Yes, sir.

6    Q    Now, when he -- after the first four and he's on the

7    roof, is his back facing you?

8    A    No, sir.

9    Q    After the second four, is his back facing you?

10   A    After the second four, no, sir.

11   Q    After the second seven, is his back facing you?

12   A    No, sir.

13   Q    And finally, during the last three, is his back facing

14   you?

15   A    No, sir.  Partially; but he's looking back at me and his

16   right shoulder is bladed up towards me.

17   Q    To specify, in terms of the position that we see him in

18   here laying down, you never shot at him, based on your

19   testimony, when he was lying down flat on the roof; correct?

20   A    No, sir.

21   Q    And you would agree as you sit here today, that if

22   hypothetically speaking, you really did shoot him when he was

23   lying down flat on the roof, he would pose no threat

24   whatsoever to you at -- from that position?

25   A    No, I would not say that.

```
 1    Q     You would not say that?

 2    A     No, sir.

 3    Q     So your testimony is that even if he is lying down

 4    flat --

 5    A     That.

 6    Q     -- prone in the position that we see here and you're

 7    shooting at him from down here, that he would still pose a

 8    threat to you?

 9    A     It's not what you asked me, sir.

10    Q     All right.  Well, it's what I'm asking you now.

11    A     If he were in a prone position with his hands up above

12    his head, lying flat, he would not have been a threat, but he

13    never did that.

14    Q     How is he going to have his hands above his head if he's

15    lying flat, is he going to have to be down like this, like

16    Superman or --

17    A     I could demonstrate it for you if you'd like.  I'll lay

18    on the ground, sir.

19    Q     Well, let's talk more about what you actually saw.  And

20    again, I just want to clarify that.

21    A     Yes, sir.

22    Q     Your testimony is that none of your bullets were fired

23    when he was lying down flat; correct?

24    A     Correct, sir.

25    Q     And you would agree that if he was lying down flat in
```

1    the position that we see here -- and if you're shooting at

2    him from the position that we see here, that he would not

3    pose a threat to you if he were lying down flat and you were

4    shooting at him?

5    A     In that position, he could still pose a threat because

6    his hands are underneath him.

7              MR. DUNN:  All right.  That's all I have,

8    Your Honor.

9              THE COURT:  All right.  We're going to take our

10   morning recess for about 15 minutes ill 10:30.  Remember

11   don't discuss the case amongst yourselves or anyone else.

12   Don't communicate about it in any fashion, electronically or

13   in any other manner.  Don't make up your minds about the

14   cases or any issue in the case.  And don't do any research or

15   investigation about anything having to do with the case.

16   Thank you.  You're excused.

17                        (Recess.)

18   (Whereupon the following was held in the presence of the

19   jury:)

20             THE COURT:  Let the record reflect the presence of

21   all members of the jury and all parties.

22             And your next witness, Mr. Dunn...

23             MR. DUNN:  Thank you very much.  The plaintiffs

24   will call Officer Daniel Martinez.

25             THE COURT:  Okay.  Thank you.  Go ahead.

**PLAINTIFF'S WITNESS DANIEL MARTINEZ,** SWORN.

1

2          THE CLERK:  Please state your full name and spell

3     it for the record.

4          THE WITNESS:  Daniel Martinez, D-a-n-i-e-l

5     M-a-r-t-i-n-e-z.

6          THE COURT:  Thank you.  You may inquire.

7          MR. DUNN:  Thank you very much.

8                      **DIRECT EXAMINATION**

9     BY MR. DUNN:

10    Q    You are currently employed by the Long Beach Police

11    Department; correct?

12    A    Yes, I am, sir.

13    Q    And in connection with your career, you received

14    training with regard to the use of deadly force; correct?

15    A    That's correct.

16    Q    And you are POST certified; correct?

17    A    Yes, I am.

18    Q    And POST stands for Peace Officer Standards and

19    Training; correct?

20    A    Yes.

21    Q    And in order to be a police officer, you have to have a

22    proficiency with regard to the guidelines that are set forth

23    in POST; correct?

24    A    Yes.

25    Q    And with regard to the use of deadly force, POST teaches

1    that there are certain unique considerations that are to be

2    taken into account when making the decision to use deadly

3    force; correct?

4    A    That is correct, sir.

5    Q    POST says that the use of deadly force is a last resort

6    to be used in the direst of circumstances; correct?

7    A    Yes, sir.

8    Q    POST says that the use of deadly force is to be employed

9    only when other means of control are unreasonable or have

10   been exhausted; correct?

11   A    That is correct, sir.

12   Q    POST says that the use of deadly force is to be guided

13   by a reverence for human life; correct?

14   A    Yes, sir.

15   Q    And with regard to the circumstances under which deadly

16   force can be used, POST teaches that it is only to be used

17   when a police officer is faced with an imminent threat of

18   death or serious bodily injury either to the officer or to

19   someone else; correct?

20   A    Yes, sir.

21   Q    Now, with regard to this incident, would you agree with

22   the statement that in terms of your career and in terms of

23   the progress of your career, you had been a patrol officer,

24   such that you had been able to go on patrol by yourself for

25   approximately three years prior to this incident; correct?

1     A     That would be correct, sir.

2     Q     Now, with regard to your encounters with Mr. Woods, you

3     would agree that in terms of your approach to the scene, it

4     was approximately 10 to 20 minutes from the time in which you

5     first saw Mr. Woods until the time in which the shooting

6     occurred; correct?

7     A     That's what it felt like, sir.

8     Q     Do you have a belief now that it may have been a

9     different time?

10    A     Yes, sir.

11    Q     How much time would you say in reality passed from the

12    time in which you first saw Mr. Woods until the time of the

13    shooting?

14    A     Um, from the time that I saw Mr. Woods to the time of

15    the shooting, maybe like 30 to 40 minutes, I would say.

16    Q     And during that time period, you saw Mr. Woods on

17    several occasions; correct?

18    A     Yes, sir.

19    Q     And I believe that when you first saw Mr. Woods, he was

20    in courtyard; that correct?

21    A     He wasn't specifically in the courtyard.  He was located

22    in, I guess a courtyard of an apartment complex coming out of

23    a window to a roof, sir.

24    Q     Okay.  And then you saw Mr. Woods climb on a roof; is

25    that correct?

1    A    Yes, sir.

2    Q    And you didn't see anything in his hands at that point;

3    correct?

4    A    That is correct, sir.

5    Q    And he didn't shoot at anyone after he climbed on the

6    roof; correct?

7    A    No, sir.

8    Q    And then after he got on the roof, you actually saw him

9    jump to another roof; correct?

10   A    Yes.

11   Q    And there were several police officers on the ground at

12   that point; correct?

13   A    Yes, there were.

14   Q    And you didn't see Mr. Woods produce any kind of a

15   weapon at that point; correct?

16   A    Correct.

17   Q    You didn't see him shoot obviously at anyone; correct?

18   A    That's correct, sir.

19   Q    And then you next saw Mr. Woods.  He jumped from a

20   second-story roof down to a single-story roof; correct?

21   A    Yes.

22   Q    And at that point, you didn't see anything in his hands;

23   correct?

24   A    No, sir.

25   Q    And at that point, he didn't shoot anyone; correct?

```
1    A    No.

2    Q    And by this time, there were several officers that were

3    on the ground that were looking for Mr. Woods; correct?

4    A    Are you speaking of after he jumped down to the

5    single-story, sir?

6    Q    Yes.  That's correct.

7    A    Those officers were probably still in the courtyard.  By

8    that time, I had already made my way into the alley, which is

9    why I was able to see him come down from the second-story to

10   the single-story roof.

11   Q    But you would agree that there were several officers on

12   the scene at that point; correct?

13   A    I would agree, sir.

14   Q    I believe you saw Mr. Woods jump onto a car?

15   A    Yes.

16   Q    And at this point, you had never seen him reaching into

17   his waistband; correct?

18   A    No.  I stated in my report that after he jumped from the

19   single-story to the roof and I began running after him in the

20   alley, his left hand was tucked by his waistband or in front

21   of his waistband.

22   Q    Okay.  Did you ever see him reaching into his waistband?

23   A    Reaching into, no, sir.

24   Q    Okay.  Did you ever see him reaching into a pocket?

25   A    No, sir.
```

1    Q    Did you ever see anything in his hands at any time that

2    whole evening --- or that morning?

3    A    No.

4    Q    Okay.  Now, you next see Mr. Woods and he's running down

5    an alley; correct?

6    A    Yes, sir.

7    Q    And he's running away from you; correct?

8    A    Yes.

9    Q    And you got as close to -- as 15 to 20 feet from him;

10   correct?

11   A    That would be correct, sir.

12   Q    And at that point, you did not shoot because you didn't

13   believe that Mr. Woods posed a substantial risk to the

14   community; correct?

15   A    I -- I don't know if I exactly said the words

16   "substantial risk," but that is correct, sir.  I did not

17   shoot because I didn't feel threatened by him.

18   Q    All right.  I would like to turn your attention to your

19   deposition.  And specifically, we're going to be on page 41.

20   If I may have a moment...

21              THE COURT:  Did you say page 41?

22              MR. DUNN:  Yes, I apologize, Your Honor.  I'm going

23   to be reading from -- actually, with the Court's permission,

24   page 40, line 22 to page 41, line 6.

25              THE COURT:  Any objection?

1          MR. RUSSELL:  No objection.

2          THE COURT:  Thank you.  Go ahead.

3   BY MR. DUNN:

4   Q    "Question, Let me just make sure I have it correct.

5   Based on your training, did you think it would be appropriate

6   to shoot him in the back as he was running away from you at

7   that point?

8          "Answer, No.

9          "Question, Okay.  And why not?

10         "Answer, Because his actions didn't fall into our

11  shooting policy.  He was not an immediate threat to myself or

12  to -- or a substantial risk to the community yet."

13         Now, after he ran down the alley, did you have your

14  gun out?

15  A    Yes, sir, I did.

16  Q    And did you have your flashlight out?

17  A    Yes.  I had it in my left hand.

18  Q    So you had your gun in your right hand and your

19  flashlight in your left hand; correct?

20  A    Yes, sir.

21  Q    And the next thing you -- you saw was you saw Mr. Woods

22  scale a 10-foot brick wall; correct?

23  A    Correct.

24  Q    And at that point, did you see him reaching into his

25  waistband?

```
 1    A    No.

 2    Q    At that point, did you see him reaching into his pocket?

 3    A    No, sir.

 4    Q    So he then gets into a patio, and you saw -- you see him

 5    through a metal security gate; correct?

 6    A    We would have to backtrack up until where he hops the

 7    wall.  On that apartment complex, there's a two-story

 8    apartment complex.  On the first floor, there's apartment

 9    units; there's a pool area, and then on the second floor, is,

10    um, kind of like a gated patio or I would say porch area of

11    some more apartments kind of where like people can hang out

12    or do whatever in front of their apartment complex.  So when

13    I saw him scale the 10-foot wall and go up, he jumped into

14    that patio area on the second-story of that complex and

15    that's when I saw him trying to push windows and open doors.

16    Q    Okay.  You never saw him get in any windows or doors

17    though; correct?

18    A    No, he never made entry.

19    Q    And by the way, just generally, that whole evening, did

20    you see him hurt anyone?

21    A    No, I never saw him hurt anyone, sir.

22    Q    Did you ever see him physically threaten anyone?

23    A    No.

24    Q    Now, after this incident in which you saw him in the

25    apartment complex as you've described, at some point, did he
```

```
 1    get back into an alley or did he get back on the street?

 2    A    Yes, sir.  He did.

 3    Q    Okay.  And I believe that you've told us in the past,

 4    that you got as close from 10 to 15 feet away from him?

 5    A    Yes.

 6    Q    And at that point, you didn't decide to shoot; correct?

 7    A    That is correct, sir.

 8    Q    And you didn't decide to shoot at that point even though

 9    you were 10 to 15 feet away from him because he did not pose

10    a substantial threat to the community at that point; correct?

11    A    That's correct, sir.

12    Q    And you didn't shoot him at that point, knowing

13    everything that you knew, because you did not have the

14    perception that Mr. Woods posed an imminent threat to you;

15    correct?

16    A    Mr. Woods didn't pose an immediate threat to myself or

17    my fellow officers, but as well, just the backdrop, like we

18    had explained earlier, the open air or open space --

19              MR. DUNN:  Objection.  This is getting

20    nonresponsive, Your Honor.

21              THE COURT:  The objection is overruled.  You may

22    continue.

23              THE WITNESS:  Like we were describing, the backdrop

24    or the open space behind whatever target you have -- for

25    example, if I use a television and I'm at the shooting range,
```

1    I have to worry about everything behind that, especially,

2    when I don't know what's behind it because there's a

3    potential that, um, let's say I don't hit the television and

4    my round travels farther past my target, there's, you know,

5    the slight chance of hitting something whether it be behind

6    the -- the television or through the walls.  So with

7    Mr. Woods not being an immediate threat to myself or my

8    fellow officers, there was that to factor in, but also, the

9    fact that there was officers down the alley.  They were kind

10   of standing there as perimeter units.  So I didn't feel

11   comfortable enough to take that shot or fire my weapon

12   because of them fearing that if I missed, I was going to hit

13   one of my fellow officers and --

14   BY MR. DUNN:

15   Q    Okay.  But you didn't want to shoot period because he

16   wasn't an immediate threat; correct?

17   A    Correct, sir.

18   Q    And you didn't want to shoot at all, regardless of who

19   was there or who was in your backdrop because he didn't pose

20   a substantial threat to anyone at that point; correct?

21   A    Correct, sir.

22   Q    And you knew that he was wanted for armed robbery at

23   this point; correct?

24   A    Yes.

25   Q    And you knew that he had --

```
 1              THE COURT:  Can you slow down again.
 2              MR. DUNN:  I apologize, Your Honor.  I'm very
 3   sorry.
 4   BY MR. DUNN:
 5   Q    You knew that he was wanted for armed robbery at this
 6   point; correct?
 7   A    Yes.
 8   Q    And you knew that he had demonstrated some pretty
 9   significant physical abilities in terms of his efforts to
10   avoid being called; correct?
11   A    Yes.
12   Q    And based on your training and based on everything you
13   knew, you're not allowed to shoot at someone just because
14   they're running away from you; correct?
15   A    That is correct.
16   Q    You're not allowed to shoot a person just because just
17   that person demonstrates physical prowess in terms of his
18   ability to jump on buildings or to scale walls; correct?
19   A    Correct, sir.
20   Q    In fact, you're only allowed to shoot a person if that
21   person poses an imminent threat of death or serious bodily
22   injury to yourself or to someone else; correct?
23   A    That's correct, sir.  There's two parts of our
24   shooting/policy.  There is the immediate threat where
25   something is occurring now, whether my life is in jeopardy or
```

```
1    another person's life is in jeopardy and then you also have

2    the second part which is the substantial risk portion of it

3    where if -- for example, he -- someone has made some kind of

4    threats about either killing someone or seriously hurting

5    them, and we see these actions being done and -- and we have

6    no choice but to act upon that and fire our weapon at them.

7    Q    With regard to that policy that you mentioned, were you

8    ever told that any aspect of your conduct was inconsistent

9    with that policy?

10               MR. RUSSELL:  Your Honor, I object.

11               THE COURT:  What's the legal basis?

12               MR. RUSSELL:  It was subject to a motion in limine.

13   So it's a 403 objection, beyond 401 and 402.

14               MR. DUNN:  I believe he just opened the door,

15   Your Honor.

16               MR. RUSSELL:  Absolutely not.

17               THE COURT:  The objection is overruled.  You may

18   answer the question.

19               THE WITNESS:  I don't think I understand your

20   question, sir.

21   BY MR. DUNN:

22   Q    Isn't it true that this shooting that you performed on

23   this day was found to be out of policy?

24               MR. RUSSELL:  I object.  And I move for a mistrial.

25               THE COURT:  That should not be done in the presence
```

 1    of the jury.

 2            MR. RUSSELL:  That line of questioning should not

 3    have been done either, Your Honor.

 4            THE COURT:  Counsel, I overruled your objection,

 5    and I'm overruling it again and denying the request for a

 6    mistrial.

 7            THE WITNESS:  In order for me to answer your

 8    question 100 percent, sir, I would have to -- there's a

 9    series of things that were decided in regards to our

10    shooting.  Um, the first series is that our Shooting Review

11    Board found our shooting in policy.  The Los Angeles County

12    District Attorney's office found our shooting in policy.

13            MR. DUNN:  Objection, Your Honor.  This is

14    completely nonresponsive and immaterial.

15            THE COURT:  All right.  Ask the question again.

16    Listen carefully to the question that is being asked and

17    answer only that question.

18            THE WITNESS:  Yes, ma'am.

19    BY MR. DUNN:

20    Q    All right.  Have you ever received any information that

21    the chief of police for the city of Long Beach made a

22    determination that your shooting violated the Long Beach

23    Police Department policy?

24    A    The former chief of police, yes, he did decide that our

25    shooting was out of policy, sir.

1          THE COURT:  Move on to another line of questioning.

2          MR. DUNN:  Now, with regard to the justification as

3    we discussed earlier, you are only entitled to use deadly

4    force when you are faced with an imminent threat of death or

5    serious bodily injury; correct.

6          THE WITNESS:  Correct, sir.

7    BY MR. DUNN:

8    Q    Now, with regard to the incident and going back to the

9    incident, when Mr. Woods was 15 -- 10 to 15 feet away from

10   you and when you were chasing him, you would agree that at

11   that point he did not pose an imminent threat of death or

12   serious bodily injury to any person; correct?

13   A    When he jumped down from the alley to the car -- or from

14   the single-story to the car and towards the 10-foot wall, no

15   he didn't pose an immediate threat.

16   Q    Now, there was a K9 officer on the scene; correct?

17   A    Yes, sir.

18   Q    And a K9 officer is essentially a dog; correct?

19   A    Yes, a dog and his handler.

20   Q    Now, to the best of your knowledge and to the best of

21   your understanding, that K9 officer was present and pretty

22   much close to where you were throughout the time of the

23   incident; correct?

24   A    Yes, he was.

25   Q    And that K9 officer, was with an officer by the name of

1    Parcells; correct?

2    A    Yes, that would be his handler.

3    Q    And what is your understanding as to the role of the K9

4    officer?

5    A    My understanding of the K9 officer, especially for

6    incidents like this where we're searching for someone, the

7    dog acts as -- as a tool to find the bad guy that we're

8    searching for our suspect.  He -- he's allowed to go down

9    certain pathways first before we go as a kind of safety

10   cushion for us.  Um, to search inside of rooms, by opening

11   the door and the dog to go quickly in and come back out.  He

12   alerts us if someone is hiding in certain areas that we can't

13   see.  He just covers a lot more ground than what I guess the

14   patrol officers would on foot.

15   Q    Now, I'd like to skip to the scene of the shooting.

16   Specifically I believe it was at 441 Nebraska; correct?

17   A    Yes, sir.

18   Q    Now, with regard to your arrival there, would you agree

19   with the statement that when you first got into the courtyard

20   area, you were with Officer Fagan and another officer by the

21   name of Christopher Silva; correct?

22   A    Yes, sir.

23   Q    And the three of you went up some stairs.  And as you

24   were going up the stairs, did you see Mr. Woods hiding in an

25   alcove area?

1    A    Yes, I did, sir.

2    Q    And at this point, you were with Officer Fagan?

3    A    That's correct.

4    Q    And at some point, you and Officer Fagan went up to the

5    third floor of the apartment complex; correct?

6    A    Yes, sir.

7    Q    And how much time would you say passed from the time in

8    which you got to the top of the third floor and the time in

9    which you began firing?

10    A    I would say seconds.

11    Q    Could you be a little bit more precise?

12    A    It's kind of hard to say.  As fast as it takes for me to

13    walk up a set of maybe five steps and then down a -- a

14    walkway of maybe 10 of 20 feet, it's no more than five

15    seconds.

16    Q    Now, let's talk about your firearm.

17              Turning your attention to Exhibit 8 --

18              MR. DUNN:  I believe there's no objection,

19    Your Honor.  I believe it may be admitted actually.

20              THE COURT:  Exhibit 8?

21              MR. DUNN:  Yes, Exhibit 8.

22              THE COURT:  Has it been admitted, Wendy?

23              Oh, I believe that has.  Go ahead.  You may

24    publish.

25              MR. DUNN:  Thank you very much, Your Honor.

UNITED STATES DISTRICT COURT

1    BY MR. DUNN:

2    Q    Does this look like the firearm you had that evening?

3    A    No, sir.  That's Officer Fagan's firearm.

4    Q    I'm getting it wrong.  My apologies.

5         Does this look like the firearm you had that

6    evening?

7    A    Yes, sir.  That's my firearm.

8         THE COURT:  Which Exhibit Number are you referring

9    to?

10        MR. DUNN:  I apologize once again, Your Honor.

11   Exhibit 10.  I believe there's no objection.

12        THE COURT:  Any objection?

13        MR. RUSSELL:  It's already admitted, Your Honor;

14   but no.

15        THE COURT:  But it hasn't been admitted.  It's

16   ordered admitted.

17     (Whereupon Plaintiff's Exhibit 10 is admitted hereto.)

18        MR. DUNN:  Thank you very much, Your Honor.

19   BY MR. DUNN:

20   Now, as we discussed earlier, this -- this rectangular object

21   would be called a magazine; correct?

22   A    Yes, sir.

23   Q    And this is the firearm; correct?

24   A    Yes.

25   Q    And this circular -- this circular thing is the button

1    that you push.  And when you push that button, it releases

2    the magazine out of the bottom; correct?

3    A    Yes.  This button right here is the magazine release.

4    Q    Now, we -- we talked about Officer Fagan's firearm

5    yesterday and he told us that there's seven rounds in the

6    magazine and one in the chamber.  Yours has the capacity for

7    one more; correct?

8    A    That's correct, sir.

9    Q    So your firearm holds eight rounds in the magazine and

10   if it's fully loaded, there's an additional one round that's

11   in the chamber; correct?

12   A    Yes, sir.

13   Q    So that means it's got nine total?

14   A    Yes.

15   Q    And if you shoot all of nine bullets, there's,

16   obviously, no longer a bullet in the chamber.  So if you get

17   another magazine, that means you can shoot eight times;

18   correct?

19   A    Yes, sir.

20   Q    And if you shoot all of the bullets in that other

21   magazine, then you have to pull -- you have to get one more;

22   correct?

23   A    Yes.

24   Q    Now, do you have any knowledge as to how many times

25   total you shot at Mr. Woods that evening -- or the morning --

1    that morning?

2    A    From what I remember, I think it was maybe 18, 19

3    rounds.

4    Q    Do you know if it was 18 or 19?

5    A    I'm not sure, sir.

6    Q    But you would agree that whether it was 18 or 19, that

7    in order to shoot all of those times, you had to reload

8    twice?

9    A    Yes.

10   Q    In other words, you're sure that you fired the nine; got

11   another magazine, and then fired the eight and then got

12   another magazine and then fired what would have been 1 or 2

13   more shots; correct?

14   A    That's correct, sir.

15   Q    Now, with regard to your uniform, does this appear to

16   be -- does this picture appear to be consistent with the

17   uniform you had on that day?

18   A    That's -- that's correct, sir.

19   Q    Can you show us on this picture --

20        THE COURT:  What exhibit -- I'm sorry -- did you

21   say what Exhibit Number that was.

22        MR. DUNN:  I sure didn't, Your Honor.  And I

23   apologize.  I'm referring to Exhibit 7-1.

24        THE COURT:  Any objection?

25        MR. RUSSELL:  No objection.

```
 1           THE COURT:  It's ordered admitted.

 2           MR. DUNN:  Thanks again.

 3      (Whereupon Plaintiff's Exhibit 7-1 is admitted hereto.)

 4  BY MR. DUNN:

 5  Q    Does this appear to be the uniform you had that day?

 6  A    Yes, it is.

 7  Q    Now, can you show us on this uniform -- I'm going to

 8  zoom in -- is there anything that -- that we can see from

 9  this picture that shows us where you keep your extra

10  magazines?

11  A    Yes.  I'll draw a circle.  So that area would be my

12  magazine pouch and like you see the -- the two studs -- or

13  silver studs, those are the snaps on the magazine pouch.

14  Each one -- it's divided in two.  So underneath that,

15  there's -- underneath the flap, there's a slot for two

16  magazines that can be placed on each side which would give me

17  a total of four magazines in the pouch.

18  Q    So in order to get another magazine, you have to flip

19  open -- you have to flip open this -- this stud kind of; take

20  out the magazine and then insert it into your weapon;

21  correct?

22  A    That's correct, sir.

23  Q    And does it kind of snap shut and you have to unsnap it?

24  A    It's like a click-it, snap.  So it's a quick release and

25  quick I guess snap-on or snap to close.
```

```
1    Q    All right.  So with regard to the shooting incident,

2    collectively speaking, would you agree that you fired on

3    three separate occasions at Mr. Woods?

4    A    Yes, sir.

5    Q    And with regard to the timing, the first time you fired,

6    you shot all nine times; correct?

7    A    Yes, sir.

8    Q    And the second time you fired, you shot all eight times;

9    correct?

10   A    Yes, sir.

11   Q    And the last time you fired, with a new -- with the new

12   magazine, it would be one or two times; correct?

13   A    Yes, sir.  A couple rounds.

14   Q    Now, as we discussed yesterday, with regard to your

15   deadly force training, you've been trained that any bullet

16   fired from your gun could kill someone; correct?

17   A    Yes, sir.

18   Q    And you've been trained that you have to take

19   responsibility for each and every bullet fired with regard to

20   your reasons for shooting; correct?

21   A    Yes, sir.

22   Q    Because each bullet, if you will, is an independent act

23   of shooting; correct?

24   A    I would agree, sir.

25   Q    Now, with regard to your first nine shots -- well, let's
```

```
 1    strike that -- we heard earlier this morning that
 2    Officer Fagan gave some testimony to the effect that the
 3    entire shooting incident from his perspective, lasted between
 4    10 and 15 seconds.  Would you agree with that estimation of
 5    time for the time in which you fired your 18 or 19 shots?
 6    A    After you did your stopwatch, um, exercise -- it felt
 7    shorter than that.  So I wouldn't -- I wouldn't say it was a
 8    full-on 10 to 15 seconds because when you did the stopwatch,
 9    it -- that felt almost longer than ten seconds to me.
10    Q    So just to clarify, do you think that you were shooting
11    in reality for less than ten seconds or more than ten
12    seconds?
13    A    I would feel less.
14    Q    With regard to the amount of time that passed between
15    the first nine shots and the second eight shots, would you
16    agree that it was approximately two seconds?
17    A    It was a couple seconds, sir, yes.
18    Q    And from the 17th shot -- in other words, the last eight
19    to the next one or two, was that an additional two seconds?
20    A    I would say so, a couple seconds.
21    Q    And without getting into the specifics, which we will
22    momentarily, we can establish that you were looking at
23    Mr. Woods constantly while you were firing; correct?
24    A    Yes, sir.
25    Q    And in that 2-second period, which passed from the time
```

1    in which the ninth shot was fired until the tenth shot was

2    fired, you were consciously thinking about what Mr. Woods was

3    doing?

4    A    Yes, that's correct.

5    Q    And you were making conscious choices with regard to

6    your decision to keep shooting him after the ninth shot was

7    fired and the tenth shot was fired?

8    A    Yes, sir.  It was based off his actions that he was

9    doing.  That's correct.

10   Q    You were consciously thinking about what you were doing

11   though too; correct?

12   A    That's correct.

13   Q    And going back to the second pause, many other words,

14   the pause from the 17th shot, where you reloaded, you were

15   also deliberately thinking about whether you were still

16   justified in shooting Mr. Woods; correct?

17   A    Yes, sir.

18   Q    You were consciously thinking about what you were doing

19   in all of the pauses between the shooting; correct?

20   A    Yes, sir.

21   Q    Now, with regard to Mr. Woods' actions, unlike

22   Officer Fagan, you didn't shoot Mr. Woods until after he got

23   up on the roof; correct?

24   A    Yes, sir.

25   Q    You weren't shooting him as he was climbing up though;

 1    correct?

 2    A    That's correct.

 3    Q    And I believe that you've indicated to us that the first

 4    time you fired your first nine shots, you thought that

 5    Mr. Woods was pulling something out of his waistband;

 6    correct?

 7    A    Something along those lines; but yes, sir.

 8    Q    Was he on -- was he standing up on his feet like I'm --

 9    like I'm standing?

10    A    I wouldn't say he was standing I guess fully erect.  It

11    was more of a -- how would I describe it?  Like a crouching

12    position.  So it's not fully standing up but almost kind of

13    bent forward.

14    Q    Did you see anything in his hands when you fired the

15    first nine shots?

16    A    No, I didn't, sir.

17    Q    Did you see him armed with any kind of a weapon --

18    A    No, sir.

19    Q    -- when you fired the first nine shots?

20    A    No, sir.

21    Q    And I believe that you've told us in the past that his

22    right hand was up toward his chest area and you thought his

23    left hand was -- was near his waistband; correct?

24    A    Yes, sir.  That's correct.

25    Q    And were his hands coming up when you fired?

1  A    So when I fired the right hand was kind of up by his

2  chest and then the left hand was concealed, kind of by his

3  body, because his body was starting to blade towards us.  So

4  almost as if my right shoulder is now starting to come this

5  way.  So I couldn't see his left hand which was somewhat

6  around the waistband area that we kind of described earlier.

7  And that right hand was up here as he's starting to look and

8  turn his upper torso towards us.

9  Q    And when you fired, you were standing next to -- showing

10  Exhibit 2-8 -- you were standing next to Officer Fagan;

11  correct?

12  A    Yes, sir.

13  Q    And you were shooting up at Mr. Woods -- showing

14  Exhibit 1-15 -- with approximately this perspective; correct?

15  A    That is the view I had.

16  Q    And you were shooting up at Mr. Woods, who was roughly

17  in this area where I'm circling; correct?

18  A    Um, it would be more of a --

19  Q    Can you show us on the picture.

20  A    Yes, sir.  So it started here and I guess that would be

21  the -- the first stage of the three that you described.  And

22  then it moved to here which should be the second stage, and

23  then the third stage would be a -- kind of hard to mark the

24  circle but a little higher up towards where the two roofs

25  start to kind of come together and peak upwards, so like over

1    here.

2    Q    Now, let's discuss with as much particularity as

3    possible, the movements of Mr. Woods during the time in which

4    you fired.  Now, I believe you've indicated to us that during

5    that -- that first nine shots, he is kind of standing

6    crouched down and his left hand is near his waistband and his

7    right hand is near his chest; correct?

8    A    Yes, sir.

9    Q    And just to clarify -- and I know we've briefly gone

10   over this, but you didn't see anything in his hands; correct?

11   A    That's correct, sir.

12   Q    And your justification for shooting him at that point

13   was because -- I believe according to your prior testimony --

14   that you thought he might be pulling a gun out; correct?

15   A    Yes.  I think in my deposition I've stated that I felt

16   that he was arming himself and starting to go into what I

17   took as a shooting stance.

18   Q    All right.  Now, you fire nine whole times 1, 2, 3, 4.

19   All nine bullets.  Do you recall giving a statement in which

20   you wanted to fire more but your gun wouldn't fire because

21   the slide had come back?

22   A    Yes.  I remember giving that statement, sir.

23   Q    So you weren't really sure after the ninth shot that you

24   had really shot nine times; correct?

25   A    That would be fair to say.

```
1    Q    It kind of surprised you that you wanted to keep

2    shooting but the gun just wouldn't fire anymore; correct?

3    A    Correct.

4    Q    And at that point after that ninth shot, you believed

5    that Mr. Woods was probably struck with a bullet; correct?

6    A    Yes, sir.  There was a high possibility that he was

7    struck.

8    Q    I believe that you've told us in the past that you

9    thought that Mr. Woods was probably struck with a bullet

10   after those first nine shots were fired?

11   A    Yes, sir.

12   Q    In fact, it wasn't just you firing, it was also

13   Officer Fagan firing?

14   A    That's correct.

15   Q    And one of the reasons why you concluded that Mr. Woods

16   was probably struck, was because he fell -- or -- or he

17   stumbled down to the ground; correct?

18   A    Correct, sir.

19   Q    And when he stumbled down to the ground, you actually

20   saw him fall to his knees; correct?

21   A    Yes, sir.  It should have been "knee," but it does state

22   in any report "knees."

23   Q    Well let's talk about what you remember even if it's

24   different than your report.

25               Was he on his knees, plural, meaning both knees or
```

1    was he on one knee?

2    A    It was one knee, sir.

3    Q    So the report might have been a little inaccurate.  And

4    the deposition also might have been a little inaccurate when

5    you said "knees," plural; correct?

6    A    That's correct, sir.

7    Q    As you sit here today, you believe that it -- it was

8    probably just one knee; correct?

9    A    That's correct, sir.  After seeing all these pictures,

10   it -- bringing everything back from the actual date of the

11   incident, it just kind of brings back flashbacks of the

12   whole -- I guess dynamic of the situation.

13   Q    But you knew that he had been shot; correct?

14   A    Probably.

15   Q    And he's on his knees, and you still don't see anything

16   in his hands, do you?

17   A    No, I don't see anything in his hands here.

18   Q    No weapon; correct?

19   A    No weapon.

20   Q    And you knew at that point he -- he hadn't hurt anyone

21   that evening; correct?

22   A    That's correct, sir.

23   Q    You had information that he was involved in an armed

24   robbery, but you never had any information that he was

25   convicted of any crime; correct?

```
 1    A    No, just wanted.

 2    Q    Just wanted.  He had never -- in terms of everything

 3    that you knew, you had never known him to be actually guilty

 4    of any violation of any penal code; correct?

 5    A    That would be fair to say so.

 6    Q    And you've always been trained that a role of a police

 7    officer is to apprehend a person; correct?

 8    A    For something they're wanted, yes, sir.

 9    Q    So that that person can be tried by a judge and a jury

10    for that crime; correct?

11    A    That's correct, sir.

12    Q    And in terms of Mr. Woods and in terms of what you knew

13    about Mr. Woods, you were firing at him during the second

14    eight shots when he was on a knee after in your mind he had

15    already -- he had probably, quote, been struck already; is

16    that correct?

17    A    Yes, sir, I did fire.

18    Q    Now, did you want him to show you his hands?

19    A    Yes, sir, I did.

20    Q    Did you ever tell him, Show me your hands?

21    A    I don't know if I said that specifically, but there was

22    numerous amount of things that I said throughout the -- I

23    guess the three stages of the shooting, um, things like Stop;

24    get on the ground.  Um, I don't know.  I think I might have

25    said Put your hands up," something of that nature.
```

```
 1   Q    Well, I believe that you've told us that one of the
 2   reasons why you shot him is because he was putting his hands
 3   up; correct -- or pulling his hands up?
 4   A    That wouldn't be fair to say so, sir.
 5   Q    Okay.
 6   A    Um --
 7   Q    Would it be fair to say that in terms of the first time
 8   that you shot him, you thought one of his hands was coming
 9   out of his waistband?
10   A    One of his hands was by his waistband and the right hand
11   was coming up to his chest in what I believed to be like a
12   modified shooting stance.
13   Q    Do you remember Officer Fagan shooting at him as he was
14   trying to climb up onto the roof?
15   A    I don't remember that, sir.
16   Q    Now, with regard to the second nine shots, was Mr. Woods
17   facing you?
18   A    At first no.  His -- the knee was down almost like a --
19   in a sporting -- or like when you play sports and the coach
20   tells you to take a knee.  You kind of like take one knee and
21   you're kind of just resting there.  And his back is towards
22   us, and then as I'm yelling commands, he uses his right hand
23   to kind of push up to kind of lift his upper torso and then
24   he starts making the same movements as the first one where he
25   starts turning his -- his body towards our direction.  So
```

```
1    that same right shoulder coming towards where we're standing

2    at, and it's when I started to fire.

3    Q    Now, you are sure you hit him with one of those nine

4    bullets; correct?

5    A    I'm not sure.

6    Q    Well, he went straight down, didn't he, after the nine

7    shots were fired?  I mean, you were reloading.  He was pretty

8    much on his stomach, you know.  Wasn't he kind of just down

9    all the way?

10   A    After the first nine, he went to that knee, and then it

11   was after the eight where he fell onto his stomach.  So it

12   would have to be after the second stage of shots.

13   Q    Okay.  So after the second stage of shots, you would

14   agree that you were pretty sure he had already been shot;

15   correct?

16   A    At that point, it was a probability that he had been;

17   but it wasn't I guess a hundred percent proof that he had

18   been shot.

19   Q    So he's on his stomach and he's dragging himself forward

20   with his elbows; correct?

21   A    That's correct, sir.

22   Q    And you still shot at him again; correct?

23   A    I didn't shoot at him when he was doing the low crawl

24   with his elbows.

25   Q    Well, I believe that you've told us in the past that he
```

1   was dragging himself forward when you shot him; correct?

2   A    That's correct; but there's more to, I guess, the

3   explanation that you're getting at, sir.

4   Q    All right.  Well, we can establish just the two things:

5        That he is lying face down and he's dragging

6   himself forward, away from you, and you're still shooting at

7   him; correct?

8   A    I didn't shoot him when he was dragging himself.

9   Q    Well, I'd like to turn your attention to your

10  deposition.  And specifically, we're going to look at

11  page 103.

12       Now, I'm going to read from line 15, all the way to

13  line 22.

14            MR. RUSSELL:  No objection.

15            THE COURT:  Pardon me?

16            MR. DUNN:  "Question, Okay.  And at some point, did

17  you see" --

18            THE COURT:  Wait, wait.  Any objection?

19            MR. RUSSELL:  I said no objection.

20            THE COURT:  Thank you.

21            MR. DUNN:  My apologies.

22            THE COURT:  Okay.  Go ahead.

23  BY MR. DUNN:

24  Q    "Question, Okay.  And at some point, did you see him

25  appear to be dragging himself forward after he laid down?

```
 1              "Answer, Yes.

 2              " Question, And did you fire anymore shots after

 3     you saw him lay down and started dragging himself forward?

 4              "Answer, Yes, I did.

 5              "Question, How many more shots did you fire?

 6              "Answer, It was only a couple, from what I can

 7     remember."

 8              So he's dragging himself forward and you're

 9     shooting at him; right?"

10     A    That's what it says there, but I'm pretty sure there's

11     more in that deposition -- an explanation of what his body

12     actions were doing.

13     Q    Right.  Well, were you trying to be untruthful in your

14     deposition when you said that you were firing at him as he

15     was dragging himself forward?

16     A    No, sir.

17     Q    So in terms of his -- his back, now, we were asking some

18     questions of Officer Fagan yesterday, with regard to feet and

19     buttocks and heads.  And when you fired your first volley of

20     shots, were you shooting at Mr. Woods' back?

21     A    It would be like his back right side or rib area.

22     Q    So would you agree with the statement that his side was

23     closer to you than his back?

24     A    Um, it was angled kind of -- he's running at it -- or in

25     front of us in a parallel direction.  So I guess the way we
```

1    are is almost perpendicular.  So that side area -- it's hard

2    to say if one side is farther than the other.

3    Q    Well, lets me ask you this way:  Do you think that his

4    back was facing you, like my back is facing you when you were

5    shooting at him the first time?

6    A    No, it would be more his like back right side.

7    Q    All right.  What about the second time when he's on his

8    knee -- one knee, like a football player?  At that point, was

9    his back facing you?

10   A    At some point, his back was facing us until he started

11   to make that turn where his right shoulder was kind of

12   turning toward us.

13   Q    So were you shooting at his back during those nine

14   shots?

15   A    No.  During the nine shots it was his back right rib

16   area and then during the eight shots, which is a second stage

17   of shots would be the same thing, his back right rib area, as

18   well.

19   Q    So during the last two, were you shooting at his back?

20   A    The last two was more of a -- him facing us -- or him

21   turning his head toward us, as well as lifting that right

22   side or right portion of his upper torso towards us while

23   still having his right hand tucked underneath his body.

24   Q    Were his feet closer to you or was his head closer to

25   you when you fired the last two?

```
1    A    Once again, sir, it's kind of hard to describe.  The way

2    his body positioning was, is somewhat parallel to us.  So if

3    anything, inches of one being closer to us than the other but

4    that's it.  It's not -- we're not talking feet.

5    Q    Do you recall giving deposition testimony in which you

6    said that you were given a hypothetical question and you

7    literally testified that hypothetically speaking, even if you

8    knew that Mr. Woods did not have a gun, even if you knew that

9    he didn't have any weapons, you still would have shot at him?

10   A    That's correct, sir.  I did say that.

11        MR. DUNN:  All right.  I've got nothing further,

12   Your Honor.

13        THE COURT:  Mr. Russell, you may inquire.
```

CROSS-EXAMINATION

```
15   BY MR. RUSSELL:

16   Q    Do you recall the hypothetical question that you were

17   asked when you gave that response?

18   A    I don't remember it in full, verbatim, but I do remember

19   it being asked during our deposition.

20   Q    Do you remember it generally speaking?

21   A    Just generally.

22   Q    What do you remember about it?

23   A    I just remember him asking that question.  And I think I

24   actually asked him to repeat it, and then I think I went into

25   further explanation as to why I would still shoot him, even
```

```
1    though I'm -- in the hypothetical question -- knowing that he

2    didn't have a weapon.

3    Q    So you told us that he did something with his body that

4    made you believe he was going to shoot you?

5    A    That's correct, sir.

6    Q    Can you show us what he did?

7    A    Yes, sir.

8    Q    Now, is this for the first set of shots, the second set

9    of shots, third set of shots?  That's the easiest way to

10   explain it?

11   A    So this would be the first set of shots -- for the first

12   nine that we were explaining.  Once he got up on the roof,

13   um, he's taking steps, going -- if I'm allowed to use this

14   roof that we have a picture of up there -- he's taking steps

15   going this way.  So his right side is closest to us.  So like

16   I was explaining, I couldn't see his left hand because it was

17   tucked somewhere by his waistband.  So all I could see was

18   the right side and his right arm which is down here.  After

19   taking a step, his right hand started to come up to his chest

20   like so; not like --

21   Q    Okay.  Let me stop you for a second.  I want to make

22   sure we have the orientation right.  So if the jury is you

23   from where you were when you started firing, how was

24   Mr. Woods facing you?

25   A    So if the jury is myself, um, Mr. Woods would be facing
```

```
1    this way.  So his right side is towards you guys which would

2    be me.  The right hand is kind of down here, and this hand is

3    tucked over in this area where I can't see it -- just right

4    in the waistband area -- the lower waistband area.

5              After taking a step, Mr. Woods brings this hand --

6    the right hand up to the center of his chest like so.  And

7    then I explained that I took that as a form of a shooting

8    stance because -- so I'm right-handed and whenever we're

9    taught to shoot, you always kind of keep your left hand up

10   here because that's where the gun is going to end up going.

11   So when you're drawing your gun from your holster, you

12   already have your hand up here instead of going like this.

13   So you bring it up to here, and there's a one-motion directly

14   out.  It's less time spent from both hands coming here and

15   coming here and then coming out.

16   Q    So when you saw Mr. Woods move his hands the way you

17   just described, that's when you opened fire?

18   A    That is correct, sir.

19   Q    And did you see any change in his physical actions

20   during the time that you fired those first nine shots?

21   A    It wasn't until towards the end where I noticed that he

22   stumbled down to the knee.

23   Q    Okay.  And at that point, did you stop shooting?

24   A    I did stop shooting.

25   Q    Was that to reload or for any other reason?
```

1    A    That was to reload.

2    Q    Now, we already heard from Officer Fagan how quickly he

3    can reload.  Is -- what about in your experience?

4    A    It's a fast motion.  It's not even a second long.  It's

5    a -- it's just kind of a -- almost a snap of a finger, going

6    from that magazine pouch that we explained and coming up to

7    your gun.  It's -- like Officer Fagan described, it's muscle

8    memory.  During the academy we -- we do it with weapons that

9    aren't loaded.  And it's just hours of doing it; hours of

10   doing it over and over and over.

11   Q    So now we'll talk about the second series of shots.

12        You said that Mr. Woods was on a knee?

13   A    Yes, sir.

14   Q    And then his body was -- how was that in relation to

15   you?  Again, if the jury is you, how is he facing at that

16   point?

17   A    Um, so it's kind of hard for me to show if I'm on a

18   knee, but like a described it, being in a sporting -- or in

19   some kind of sport and the coach tells you take a knee.  So

20   he's on the knee.  The right side is still towards me.  And

21   he uses his right hand to kind of pick himself up or kind of

22   lift his torso more erect and him lift himself off of the

23   ground or the roof or off of his knees.  I still can't see

24   that left hand because it's tucked away over here.  It's the

25   body that is blocking the hand -- whatever it's doing.  Um,

1   and then after I see that, he takes a step and starts doing

2   the same motion where the right hand is coming back up, and

3   he's turning towards us -- or turning towards me.  And once

4   again, you know, I -- I felt that he was going to take that

5   shooting stance and try to shoot at us or on himself to fire

6   any kind of weapon that he might have had towards our

7   direction.

8   Q    So at that point, is that when you fired the entire

9   second magazine?

10  A    That's correct, sir.

11  Q    And when you get done with that magazine, have you seen

12  any change in his physical position?

13  A    After I fired the entire magazine, I did notice that he

14  fell forward and flat onto the roof.  So by me saying flat

15  onto the roof, I mean, his stomach so he's down like this as

16  if this was the roof and hands were kind of tucked underneath

17  him.

18  Q    Now, again, orienting yourself to the jury, when he

19  falls forward onto the roof with his hands be -- beneath him,

20  is his head facing the jury or is his head facing away from

21  the jury?

22  A    Um, to describe that, once again, you guys -- me, his

23  body is angled at a certain way where I could see most of his

24  right side.  So if I'm laying down, you can see all of

25  this -- of my body down to my feet and that's kind of how his

UNITED STATES DISTRICT COURT

1    body was angled.  It was angled upwards towards -- which is

2    what would be the peak of the roof.  So as the roof starts to

3    go up, his head is kind of going up that way and then his

4    right side of his body is kind of elongated towards me or us.

5    Q    Now, at that point, do you have any idea where his left

6    hand is?

7    A    Once again, I have no idea.  Both hands are both tucked

8    underneath him.

9    Q    And up to that point, from the beginning of the incident

10   until now, do you have any information about whether

11   Mr. Woods is right-handed or left-handed?

12   A    No.  No idea.

13   Q    Do you have any information about his experience

14   handling weapons?

15   A    No idea.

16   Q    Do you have any idea if he had any military background

17   where he would have learned weapons handling?

18   A    No.

19   Q    What information, if any, did you have about him and

20   weapons at all?

21   A    Um, the only information that I had about him and

22   weapons was that he was wanted for that armed carjacking that

23   we were talking about and during the actual crime, he was

24   armed with I think it was like a blue steel semiautomatic

25   handgun.

Q    You mention the term "carjacking," is that something
that you knew when you first got involved in this whole
thing, or did you learn it afterward?

A    Initially I didn't know it was a carjacking.  It had
came out as an armed robbery.  And then it wasn't until I was
part of the search team -- our emergency action team, which
is -- think of it as a team that is established to search
properties or yards or buildings in search of Mr. Woods.

Q    Okay.  So I want to finish up with the shooting and then
kind of go back to the beginning of your role in this whole
thing.  So as Mr. Woods is on the roof, you said that he's on
his elbows.  What does that look like?

A    So when he's on the roof -- and this is right before the
last stage of shots -- he's -- like I said, first his hands
are tucked underneath and then he starts to use his -- his --
I think it was his left forearm almost like -- I guess the
easiest way to describe it is like a military movie when
they're doing low crawls, kind on -- with their arms.  So
he's using the left one to kind of skew his body forward.
And then after doing that, we're yelling commands -- or I'm
yelling commands, and then that's when I see his -- him
push his body up still with his, I guess, hips and legs
pressed to the roof and start to turn towards us and kind of
doing the same movement as the first stage and the second
stage.  And then that's when I fired my last couple rounds.

1    Q    And then after you fired the last couple rounds, what

2    physical change did you see in him?

3    A    After I fired the last couple rounds, um, Mr. Woods once

4    again, fell onto the roof -- or just fell flat.  And I didn't

5    notice him moving at all, and it's when we started asking for

6    paramedics, and then they aired that we had been involved in

7    an officer-involved shooting.

8    Q    So when he's on his elbows as you were describing in

9    sort of the crawling -- when he pushed himself up -- his

10   torso up with his lower body still on the roof, was he still

11   on his elbows?  What did it look like?

12   A    So if I'm laying down -- and just picture yourselves

13   behind me, this arm is pushing himself up like this.  So now

14   his body's -- or his upper torso is looking up and this right

15   hand is down here.  And now he's starting to turn like this

16   to look back at us.

17   Q    Now, I want to go back in time to ask you how you first

18   got involved in the search for who you later found out was

19   Tyler Woods.

20   A    So initially, um, I was working patrol in that area.

21   And over the radio, I heard some officers that were involved

22   in a foot pursuit and a foot pursuit is a foot chase of

23   someone that committed some kind of crime.  And they're

24   trying to chase him, and he's getting away from them.

25   Q    Okay.  And so when you heard that over the radio, what

1    did you do?

2    A    I heard the area that they were in and I'm very familiar

3    with that area because I used to work that beat or section.

4    So I started driving there.  Um...

5    Q    Okay.

6              MR. DUNN:  No objection.

7              MR. RUSSELL:  I would like to admit and publish

8    5-1, Your Honor?

9              THE COURT:  Any objection?

10             MR. DUNN:  No objection, Your Honor.

11             THE COURT:  It's ordered admitted.  You may

12   publish.

13   BY MR. RUSSELL:

14   Q    Are you familiar with the year that's depicted on the

15   photograph?

16   A    Yes, sir.

17   Q    Okay.  Can you tell from the photograph, where

18   441 Nebraska is?

19   A    Um, it would be -- it would be this building right here.

20   Q    Okay.  And can you give us some -- I guess the term is

21   "cardinal directions," but which way is north?  If you could

22   draw an N with an arrow to sort of orient us.

23   A    So since the map is kind of angled, um, this way would

24   be north, and this would be east.

25   Q    Okay.  So this street right here on the picture where

1  I've drawn the line, what street is that?

2  A    That would be Nebraska.

3  Q    What street is that where I drew the line?

4  A    That would be 4th Street.

5  Q    What street is this?

6  A    That would be 5th Street.

7  Q    Okay.  So when you first got involved, were you part of

8  the perimeter?

9  A    No.

10  Q    So what was your involvement initially?

11  A    Initially how it came out was, the officers are involved

12  in a foot pursuit.  Mr. Woods had outran one of the officers,

13  and then at that point, I had shown up in the alley that he

14  had lost him which would be this alley right here.  Um, I

15  started driving around.  Someone ends up picking him up

16  again -- or sees him running in that same area.  So at that

17  point, I think that's when they started establishing a

18  perimeter, as well as setting up a command post.

19         So whenever we have an incident like this or some

20  kind of containment or a dynamic moving scene, we're -- we

21  always set up command posts and our command post was set up

22  right here, which would be 4th and Walnut.

23  Q    So during a foot pursuit -- or have you ever been in a

24  foot pursuit?

25  A    I've been in hundreds of foot pursuits.

1   Q    And during a foot pursuit, are you saying anything to

2   the person that you're chasing?

3   A    Of course.  Um, whenever you're chasing someone it's

4   just common practice to yell at them, "Stop.  Police," just

5   so they know it's the police that's chasing them, even though

6   in a sense they already know that.  "Get on the ground.

7   Stop."  It's just numerous amounts are just, "Stop.  Police.

8   Stop.  Police.  Get on the ground, hoping that they'll stop."

9   Q    So you said that you were in the alley that is depicted

10  in the one longer line in the picture.  Did you see Mr. Woods

11  in that alley?

12  A    At that point, I don't think I ever saw him in that

13  alley.

14  Q    Okay.  Can you see on the picture where it was where you

15  first saw Mr. Woods?

16  A    It would be -- so I don't know if you guys can see, but

17  I'll circle it.  So where I drew the line and then the line

18  above that, which is perpendicular to it, there's a little

19  space right in there.  That's the courtyard that we were

20  talking about.  Um, you could actually -- I don't know if

21  that's the exact window he came out of, but on the

22  second-story of this -- this first white building is when I

23  first see him hop onto the roof.

24  Q    Okay.  I'm going to zoom in and see if that helps.  Tell

25  me when to stop zooming, where you think it might help you.

```
 1    A    Okay.  So here's the courtyard right here, and he jumps

 2    up here.

 3    Q    And did you see how he -- how he jumped up there?

 4    A    It looked like he crawled out of a window of some sort

 5    or maybe a doorway and up to the top of that roof.

 6    Q    And then from where -- were you in the courtyard?  Where

 7    were you when you saw him get up to the roof?

 8    A    So there's a -- a breezeway or a walkway that runs like

 9    this in between this gray roof building and the more flat

10    white building.  And I was in the courtyard it's dark-shaded

11    or more shaded than anything else.

12    Q    And then when you saw him get up on the roof, did you

13    lose sight of him or were you able to keep watching him?

14    A    I lost sight of him for a brief second when he got up on

15    the roof.  And then I saw him again when he jumped roof to

16    roof.

17    Q    Okay.  Do you see in this picture which rooftop to which

18    rooftop he jumped from and to?

19    A    So he went from here, this one to this one from what I'm

20    remembering.

21    Q    And what's the distance between those two buildings?

22    A    Man, um, maybe 10 feet.

23    Q    Okay.  And what were you -- when you saw him jump to the

24    other building, then what happened?

25    A    From there, after getting onto this gray roof building,
```

```
 1    um, I knew he was up on the roof.  So I ran out, thinking

 2    that I'd be able to see him through this alley here.  So I

 3    started running that way and little did I know he was running

 4    the same way and that's when I saw him jump from this roof to

 5    now this roof.

 6    Q    And what's that distance?

 7    A    Maybe 10 feet at the most I think.

 8    Q    And when you're seeing this, what are you thinking about

 9    this rooftop to rooftop jumping?

10    A    I've never seen anything like that in -- in my head, I

11    go -- I thought, Anyone doing that, would either be under the

12    influence of some kind of drug or just that bold enough that

13    he doesn't want to get captured by us.

14    Q    You know, at this point where he's jumped from rooftop

15    to rooftop twice, are you part of the search team or is this

16    still your trying to find him?

17    A    So we had already -- or we had already initiated our

18    search team -- that emergency action team that I was

19    explaining to you guys, and we had already done maybe four

20    properties or four yard searches looking for him, and this

21    was actually the last one that we were going to end the

22    search at.  And -- and that's when he came out.

23    Q    Okay.  So how do we get from where he's at X, over to

24    441 Nebraska?  What happens in between the X building and the

25    O building?
```

1    A    So from the X to the circled building, he jumps down to

2    another, I think it was, like, a garage roof or single-story

3    roof and then onto a car, and I'm already -- I'm in the alley

4    when he's doing this, and he starts running west; and then

5    this building here is where I said he jumps that 10-foot

6    brick wall into the complex.

7    Q    And so when he jumps the 10-foot brick wall into the

8    complex at this building, do you know what the address is?

9    A    I think it's 420 Nebraska.

10   Q    Okay.  Had you up to that point seen him with making any

11   efforts to get into apartments or windows?

12   A    Yes.  Once he hopped that 10-foot wall, like I was

13   saying before, you can actually see the patio cover, which

14   is -- so you see the complex here, like this -- this white

15   square above -- I guess it would be the open area -- which

16   would be a courtyard.  That's that second-story patio or

17   porch that I was describing, where he was trying the door

18   knobs and the windows -- or trying to push the doors and the

19   windows.

20   Q    Okay.  Does that -- so what are you talking about there?

21   A    So he comes down the alley.  There's a 10-foot wall

22   here.  When he gets up into that wall, he goes directly to

23   here, which is a patio -- a second -- on the second story.

24   And there's apartments along this wall that you can't really

25   see because of the roof.  And that's where he's trying to

```
 1    push open the windows and jiggle the door knobs of the doors
 2    and push on the doors.
 3    Q    Do you have a shot on him at that point?
 4    A    At that point, no.  He's kind of at a high elevation.
 5    Um, and the only -- if I was to take the shot, it would hit
 6    the top of the roof and not even hit him.
 7    Q    So going back for a moment to this roof where I marked
 8    with an X --
 9    A    Uh-huh.
10    Q    -- this roof and this roof, there's three X's on three
11    roofs.
12    A    Yes.
13    Q    You don't shoot him when you see him up on any of those
14    roofs?
15    A    That's correct.
16    Q    Why not?
17    A    Um, I didn't -- so during that time, there wasn't --
18    there wasn't a threat to us.  There wasn't a threat to our
19    officers.  Um, the complexes are kind of spaced together.  So
20    it was a fluid motion.  He's just jumping, jumping, jumping.
21    And I'm still trying to figure out and process what exactly
22    is going on and how this guy is able to do this.  Um...
23    Q    And how long would you say it took him to get from roof
24    number one to roof number two to roof number three?
25    A    Seconds.  It was like he was doing hurdles in the
```

1    Olympics.

2    Q    So you can see here that the roof of this building, and

3    the roof of this building, they seem to be peaked somewhere

4    to 441 Nebraska?

5    A    Yes, sir.

6    Q    So what makes the roof at 441 Nebraska the kind of roof

7    where he's on it, you're shooting at him?

8    A    So the difference in between the roofs is, um -- so 441

9    is a three-story high roof.  Um, there's different avenues or

10   different areas that he can get to on that roof where he has

11   what we were calling "high ground" on the officers.  There's

12   more open space on the streets, as well as in the alley or

13   the side of the building where you can't see if there was an

14   officer there, he would have to clue that he was up top.  As

15   opposed to going up to this roof over here, it's lower.  Um,

16   there's really -- there were no officers standing in the

17   breezeway or in the walkways of those complexes besides the

18   courtyard.  And he was just running away from us is what he

19   was doing.

20   Q    So after the shooting, at some point, did you go back to

21   the police headquarters and prepare a report?

22   A    Yes, I did.

23   Q    Did you do it the same way that Corporal Fagan described

24   by direct dictating it?

25   A    No, I actually typed it myself.

```
1    Q    So once you type it, what do you do with it?

2    A    Once you type it, like always, you proof-read it

3    yourself or attempt to catch any mistakes or misspelled

4    words, grammar, whatever might be -- try to make sure you

5    have -- it's -- a police report is what it is.  It's a

6    summary description or detailed description of what happened.

7    Um, sometimes there's things that are missing that you don't

8    remember or different things like that.  So after I'm done

9    with my police report, I print it out, and I give it to the

10   handling detective of that incident and then, you know, they

11   hold onto it; proofread it either there, or if they're not

12   busy, they'll call you at a later time and say, Hey, I notice

13   a couple of mistakes.  I need you to do A, B and C.

14   Q    Okay.  Do you recall if you ever had to go back and fix

15   anything in your report or make corrections?

16   A    Yes, sir, I did.

17   Q    And how many occasions?

18   A    It was just one time.

19   Q    And do you know what kind of corrections you made?

20   A    I know I had a couple of misspelled words; some grammar

21   errors; some sentences that didn't make sense.  And after

22   reading it, it didn't make sense to me.  It was probably the

23   fact that I had almost been up 20 hours.  Um, they wanted me

24   to explain the wording that I was using because it just

25   didn't make sense to them.
```

```
1    Q    And then do you know the original report -- the first
2    one you did that -- that they looked at?  Do you know what
3    happened to that after you corrected the report?
4    A    No, I don't know.
5    Q    Okay.  Have you ever seen the original report, the one
6    that was the first one you prepared before it was corrected?
7    A    The first -- or the only time I've seen it, is when I
8    actually turned it in and that was the last of me seeing it.
9    Q    Okay.  And then you only made the -- the one set of
10   changes?
11   A    That's correct.
12            MR. RUSSELL:  Okay.  That's all the questions I
13   have for now, Your Honor.
14            THE COURT:  All right.  Redirect -- or actually
15   re-cross?
16                      REDIRECT EXAMINATION
17   BY MR. DUNN:
18   Q    With regard to the changes you ade to your report, you
19   were told after you first prepared your report by one of your
20   superiors that you had to change it; correct?
21   A    That I had to?  No.
22   Q    Well, you were encouraged by one of your superiors to
23   change your report; correct?
24   A    I wouldn't say "encouraged."
25   Q    Well, do you recall testifying that the first time you
```

```
1    made your report, it wasn't good enough?

2    A    That's correct.

3    Q    And it was brought to your attention that it wasn't good

4    enough; correct?

5    A    Yes, sir.

6    Q    Now, who was it that brought it to your attention?

7    A    Um, it would have to be the handling detective which

8    would be Detective Hubert.

9    Q    And he told you that -- you had to go redo it; correct?

10   A    Not redo it, but I guess fix certain things in it.

11   Q    And with regard to the things that you were supposed to

12   fix, wasn't it your understanding at the time that the

13   original report that you had -- in other words, the one that

14   you first wrote, was going to be destroyed and that it was

15   going to be replaced with the new one that you wrote;

16   correct?

17   A    I wouldn't say that, sir.  I'm -- I -- I really don't

18   know how they save their reports up in homicide.  So...

19   Q    All right.  I'll move on.

20        You indicated that you had been in hundreds of

21   police pursuits prior to this?

22   A    Yes, sir.

23   Q    In all of those hundreds that you had been in -- you'd

24   been on the force for about three years at this --

25        THE COURT:  That question a little more slowly,
```

UNITED STATES DISTRICT COURT

```
 1   please.
 2            MR. DUNN:  I apologize.
 3   BY MR. DUNN:
 4   Q    You had been on the force about three years; correct?
 5   A    My understanding to the foot pursuits was the total of
 6   my career, which is eight years now.
 7   Q    All right.  And in all of those hundreds, had you ever
 8   seen anybody that you had ever chased pull a gun on you?
 9   A    No, sir.
10   Q    In fact, as you sit here today, in your whole career,
11   you've never seen anybody pull a gun on you; correct?
12   A    I would have to go back a couple months.  I was involved
13   in an incident where somebody did pull out a gun on me.
14   Q    A couple months from today?
15   A    Yes, sir.
16   Q    All right.  Well, at the time of your deposition, you do
17   recall testifying that at that point, having been hundreds of
18   foot pursuits, you had never seen a suspect with a gun in his
19   hand; correct?
20   A    That's correct, sir.
21   Q    And finally, at the time of the shooting, I just wanted
22   to clarify, did you estimate that there were 20 to 30 police
23   officers in the courtyard?
24   A    That's what I thought.
25   Q    Very well.
```

```
 1              MR. DUNN:  I have nothing further, Your Honor.

 2              THE COURT:  All right.  Ladies and gentlemen, we'll

 3    take our lunch recess now.  And we'll be at lunch until 1:15.

 4    Please remember, do not discuss the case or do any research

 5    about the case and that includes electronic research,

 6    Googling, otherwise searching for information about the case

 7    or any of the participants in the trial or anything that's

 8    been mentioned during the testimony.  Don't make up your

 9    minds about any issue in the case and don't communicate about

10    it in the broadest possible sense with anyone.  Thank you.

11    You're excused.

12       (The following held outside the presence of the jury:)

13              THE COURT:  All right.  We're on the record outside

14    the presence of the jury.

15              I want to go over what happened right after the

16    morning recess.  This witness testified in answer to a proper

17    question that his department had a policy and just testified

18    about what he called the two prongs of the policy.  So -- and

19    if you recall, we talked about this in detail at the -- one

20    of the many pretrial conferences we had in this case.  And

21    plaintiff's counsel had asked during that discussion at the

22    pretrial conference when I ruled that the conclusions -- any

23    conclusion should not be brought up in front of the jury.

24    Plaintiff's counsel asked at that time, Well, if I fill that

25    the door has been opened, then can I do it.  I said yes but,
```

```
1    of course, before you ask any questions, you should seek
2    leave of Court.  So what should have happened here is before
3    the follow -- the next question was asked by plaintiff's
4    counsel about whether he -- the witness had ever been told
5    that the policy was -- the shooting -- excuse me -- was
6    outside policy, you should have sought leave of court.  And
7    as much as I frown on sidebars, I probably would have allowed
8    it; however, that -- so that's the procedure that should have
9    been followed; but I would have allowed the question because
10   I think the door had been opened.  So -- excuse me -- Defense
11   counsel made in the presence of the jury a motion for a
12   mistrial.  Now, I understand that there was -- from the
13   defense perspective, a need to object, but a mistrial motion
14   if for no other reason, for tactical reasons, should not be
15   made in the presence of the jury because just like happened
16   here, when I denied the motion, it doesn't reflect well I
17   think on the Defense; but a mistrial motion should be made
18   outside the presence of the jury.
19        My ruling stands that the testimony was proper
20   because the door had been opened, and also, when objections
21   are made, I simply ask for the legal basis for the objection.
22   Saying that that question shouldn't have been asked is not a
23   legal basis.  I -- a legal basis is something that's in the
24   Federal Rules of Evidence.  So I don't allow speaking
25   objections.  If I need further explanation, I will allow it.
```

```
 1    And I think that's all I have to say on that subject; but the

 2    motion for a mistrial is denied.  We're in recess.

 3               MR. DUNN:  Thank you, Your Honor.

 4                         (Lunch Break.)

 5               THE COURT:  Let the record reflect the presence of

 6    all members of the jury.  All counsel present.

 7               Your next witness.

 8               MR. FATTAHI:  Your Honor, the plaintiffs would call

 9    the next witness, Alexandria La May.

10    (Whereupon the following was held in the presence of the

11    jury:)

12    PLAINTIFF'S WITNESS, ALEXANDRA LAMAY, SWORN.

13               THE CLERK:  Please state your full name and spell

14    it for the record.

15               THE WITNESS:  Alexandra Giuliano Lamay,

16    A-l-e-x-a-n-d-r-a G-i-u-l-i-a-n-o L-a-m-a-y.

17               THE COURT:  Thank you.  You may inquire.

18                       DIRECT EXAMINATION

19    BY MR. DUNN:

20    Q    Good afternoon.

21    A    Good afternoon.

22    Q    What is your current occupation?

23    A    I'm a criminalist.

24    Q    I may ask you to slow down just a bit which has been my

25    problem in this case.
```

```
 1    A    Okay.

 2    Q    Can you give us an idea of what it is a criminalist is.

 3    What does a criminalist do -- a criminalist?

 4    A    Well, I'm assigned to the firearms section.  So what I

 5    do is I examine firearms and ammunition components with the

 6    purpose of determining whether or not one firearm was used to

 7    fire them or multiple firearms or a specific firearm.

 8    Q    And does your work occasionally require you to go to --

 9    to scenes where shootings have occurred?

10    A    Yes.

11    Q    And on certain rare occasions do you also go to scenes

12    where officer-involved shootings may have occurred within the

13    Long Beach Police Department?

14    A    Yes.

15    Q    Specifically, we're talking about a shooting that

16    happened on the early morning hours of November 19th of the

17    year 2013, specifically, the shooting of Tyler Woods.  Did

18    you do some work on that case?

19    A    Yes.

20    Q    All right.  And in connection with the work that you

21    did, can you just give us a brief overview of your role in

22    the investigation?

23    A    Um, so I responded to the crime scene, and I helped

24    document where the bullet holes and/or impact marks were.  I

25    also did a calculation on -- based on measurements that were
```

1    given to me and approximate locations of certain people; how

2    far the officers were from the person off the roof.

3    Q    Do you have any of those measurements with you today?

4    A    I do.

5    Q    Can you give us an idea of approximately how far it was

6    that you determined the officers were from Mr. Woods at the

7    time of the shooting?

8    A    Yes, but I have to refer to my notes.

9    Q    Please do.

10   A    I calculated it to be approximately 42.91 feet.

11   Q    And did you -- well, before we go into that, what is a

12   shell casing?

13   A    So a shell casing or a cartridge case what is properly

14   called, is, um, part of a -- one unit of ammunition.  Um,

15   it's the part that is left usually on the ground with a

16   semiautomatic firearm after it's fired.

17   Q    And does the recovery of shell casings, specifically the

18   amount of shell casings that are recovered give you some idea

19   as to how many shots were fired?

20   A    Usually, yes.

21   Q    In this case, how many shell casings were recovered from

22   the shooting scene?

23   A    I did not collect them.  I may have notes that are

24   included in my packet that I can count them for you, but I

25   didn't personally do that.

```
1    Q    All right.  If it wouldn't be too much trouble and

2    please let us know if it would be too much trouble, but if it

3    wouldn't be too much trouble, can you give us an idea of how

4    many shell casings were recovered?

5    A    Sure.  If I can just have a second.

6    Q    Please.

7    A    So I have a list of item numbers 1 through 8 were

8    cartridge cases; 11; 14 through 34; 35; 36; 37 through 42;

9    and 43 it looks like.

10   Q    So just to do the math, you've got 1 through 8, that's

11   eight; correct?

12   A    Yes.

13   Q    11, that makes nine; correct?

14   A    Yes.

15   Q    14 to 34, that's 20 more.  That takes us to 29; correct?

16   A    Um, yes.

17   Q    35 and 36 that takes us through 31; correct?

18   A    Yes.

19   Q    37 through 40 is three more.  That takes us through 34;

20   correct?

21   A    Yes.

22   Q    41 and 42, that takes us to 36; correct?

23   A    Yes.

24   Q    Item 43 is a single one.  That takes us to 37; correct?

25   A    Yes.
```

```
1   Q    And item 44 is a projectile.  So would that mean that

2   there were 37 bullets -- 37 shell casings total?

3   A    If that's what you counted from those numbers, then yes.

4   Q    Okay.  Thank you very much.

5            MR. DUNN:  I have nothing further with this

6   witness, Your Honor.

7            THE COURT:  Okay.  Cross-examination?

8            MR. RUSSELL:  No, thank you.

9            THE WITNESS:  Thank you.

10           THE COURT:  Okay.  Your next witness.

11           MR. DUNN:  Thank you.

12           MR. FATTAHI:  Your Honor, the plaintiffs call

13  officer Michael Fraser.  We're just getting him.

14  **PLAINTIFF'S WITNESS, MICHAEL FRASER, SWORN.**

15           THE CLERK:  Please state your full name and spell

16  it for the record.

17           THE WITNESS:  My name is Michael Sean Fraser.

18  M-i-c-h-a-e-l S-e-a-n F-r-a-s-e-r.

19           THE COURT:  Thank you.  You may inquire.

20           MR. FATTAHI:  Thank you, Your Honor.

21                        **DIRECT EXAMINATION**

22  BY MR. FATTAHI:

23  Q    Good afternoon, sir.

24  A    How are you doing?

25  Q    Good.
```

```
 1              Who are you currently employed by?

 2    A    The Los Angeles Police Department.

 3    Q    What is your assignment with the Los Angeles Police

 4    Department?

 5    A    I'm a police officer assigned as a tactical flight

 6    officer for LAPD's air support division.

 7    Q    Could you just briefly summarize your law enforcement

 8    experience?

 9    A    I've been an LAPD officer for 26 years.  Ten of that was

10    in patrol.  One was administrative, and the last 15 have been

11    assigned as a tactical flight officer to air support.

12    Q    And what, generally, are your duties as a tactical

13    flight officer at air support?

14    A    The helicopter is crewed by two police officers, a pilot

15    police officer and a tactical flight officer.  We launch

16    twice a night for just under three hours each.  And we

17    respond to calls for service or officer emergencies.

18    Q    Is a tactical flight officer sometimes referred to as an

19    observer?

20    A    Many years ago, but yes.

21    Q    And was that your assignment in November of 2013, a

22    tactical flight officer?

23    A    Yes, sir.

24    Q    And at some point, were you called upon to assist with

25    Long Beach Police Department in a foot pursuit that day?
```

1    A    We were.  Yes, sir.

2    Q    Had you been requested to perform similar duties in the

3    past?

4    A    Yes, sir.

5    Q    And who was your partner on that evening?

6    A    Officer Jason Chappell.

7    Q    Was he the pilot?

8    A    He was the pilot.

9    Q    And when you're asked to provide air support in a

10   similar situation, such as a foot pursuit, what are your

11   typical duties as a tactical flight officer?

12   A    Generally, if -- if it's our department or closer, he

13   would be establishing a perimeter, arriving overhead, looking

14   where they last saw him and then establishing that perimeter;

15   but for this distance, we actually responded to an

16   established perimeter.

17   Q    Other than making observations with your naked eye, are

18   there other ways that you can use different tools, for

19   example, to observe things that are happening?

20   A    Yes.  We -- we use Gyro stabilized binoculars.  They're

21   binoculars that in the air when you're bumpy -- it's like a

22   boat -- when you're rocking, it'll keep the stable picture.

23   And there's also an infrared device on our aircraft which is

24   a camera.

25   Q    Was there any device inside the helicopter that recorded

1   video of this incident?

2   A    No, sir.

3   Q    And at some point during this -- this foot pursuit, did

4   you observe a person that you found out who his name was

5   Tyler Woods?

6   A    I'm not sure of his name, but yeah, we found a suspect

7   on the roof of 1508 East 5th Street.

8   Q    And what was he doing when you first saw him there?

9   A    There was a small room.  I don't know if it's a laundry

10  room or some type of storage room on the roof.  He was in the

11  room.  He exited looking at us, and then he went to the

12  street and tried to find out -- or just kind of looking

13  around to see who was there, and then he started running.

14  He -- he jumped from that roof to another roof and then

15  started running.

16  Q    When you say he went to the street, do you mean he

17  was -- remained on the roof but went to look at the street

18  area?

19  A    Correct.

20  Q    Could you tell what clothing he was wearing when you

21  first saw him?

22  A    In the initial broadcast, they put out that he had a

23  gray hooded sweatshirt and gray sweat pants and white shoes

24  with blue and green trim, something like that.

25  Q    You were able to see that with your naked eye, or were

```
1    you using some sort of device to see him originally?
2    A    My initial looks are with a naked eye.  Then I moved to
3    the binoculars.  It is kind of our training to get a good
4    look at the person, especially their shoes, because people
5    tend to change their clothing, but they don't change their
6    shoes.
7    Q    And what -- what altitude was the aircraft flying at at
8    the first -- at the instance when you first saw Mr. Woods?
9    A    We -- we fly generally somewhere between 5 and 800 feet,
10   but I'm not sure because as not being the pilot, I'm not
11   going to be looking at the altimeter to see how tall we are
12   at that point.
13   Q    Is there ever a time when you would fly lower than 500
14   to 800 feet?
15   A    Yes, sir.
16   Q    And what type of scenario would that be?
17   A    If we need to get lower to get a better look at
18   something.  Obviously, if we're landing, we're going to get a
19   lot lower.
20   Q    Do you ever fly at a higher altitude during a foot
21   pursuit for any reason?
22   A    It can happen, but generally speaking, the higher you
23   are, the less able you will be able to see things.
24   Q    So after you saw Mr. Woods start running from where you
25   first saw him, where did he go?
```

1    A    He jumped off the roof from 1508, he jumped to the roof

2    of the building one west of that.  And then he jumped, I

3    believe, again down to the alley and then jumped over a fence

4    and then got into the east/west alley behind the initial

5    building and started running westbound.

6    Q    Were you able to constantly observe Mr. Woods during

7    that time period you just described?

8    A    Yes.

9    Q    And you only saw him jump from the roof of, I believe,

10   1508 to 1506; is that correct?

11   A    If it's the one building west, yes.

12   Q    I'm going to show you -- strike that --

13        MR. FATTAHI:  Plaintiff's would move to admit

14   Exhibit 6-4 by agreement?

15        THE COURT:  There's no objection?

16        MR. RUSSELL:  No objection.

17        THE COURT:  Thank you.

18        It's ordered admitted.  You may publish.

19        MR. FATTAHI:  Thank you, Your Honor.

20     (Whereupon Plaintiff's Exhibit 6-4 is admitted hereto.)

21   BY MR. FATTAHI:

22   Q    Now, in Exhibit 6-4, do you see the area where you saw

23   Mr. Woods jump from one roof to another?

24   A    Yes.

25   Q    Could you just touch the screen and circle that area,

```
 1    please.

 2    A     Okay.  Do you want to see where he started?

 3    Q     Sure.

 4    A     Okay.  So he started here; he jumped here; I believe he

 5    jumped here and then down in between the buildings about

 6    here-ish (indicating).

 7    Q     Okay.  And so the second jump that you mentioned, that

 8    was to a lower level?

 9    A     I believe so.  I'm not sure.

10          He just jumped from one building to the next.

11    Q     And after he got down to the street level, where did he

12    go next?

13    A     He continued westbound in the alley to that apartment

14    complex with the pool.  I can mark that if you would like.

15    Q     Sure.  Please do.

16    A     Okay.  Closer to that pool area, and then he entered the

17    complex northbound which is above the alley (indicating).

18    Q     Did you see how he was able to enter that complex?

19    A     Running and jumping fences.

20    Q     Did you ever see him jump a wall that was 10 feet or

21    more higher?

22    A     I don't know the -- how tall those fences were.  It's a

23    different perspective when you're above it.

24    Q     And at some point, did you see him inside that apartment

25    complex with the pool?
```

1    A    I did.

2    Q    And where did you see him inside that complex?

3    A    The whole time he entered, he ran initially to this

4    area.  And then he got inside and ran to that corner.  And

5    that's when he became out of our view because he went under

6    the overhang.

7    Q    When you say "inside," do you mean inside the complex?

8    A    He is absolutely in the complex.  He was definitely in

9    the -- inside -- it's an overhang above where the apartment

10   doors are and that's when he made contact with a -- a female

11   there with a multicolored shirt.

12   Q    Okay.  And in this area where you saw him running, I

13   guess, first east and then a little bit north, then west

14   inside that complex --

15   A    Yes.

16   Q    -- were you able to observe him constantly at that time?

17   A    Until I lost him right in that corner when he met the

18   female, yeah.

19   Q    And did you see him run by any doors or windows at that

20   time?

21   A    Well, the -- the landing there, is all doors and

22   windows.  So he ran past them.

23   Q    Did you see him try to open any of those doors or

24   windows as he ran past them?

25   A    Not that I recall.  He ran to that corner where that

1    L shape is at the end of my little line.  That's where he ran

2    to, and then I lost sight of him.

3    Q    If you had seen Mr. Woods trying to open any of those

4    doors or windows, is that something that you probably would

5    have broadcasted over the radio?

6    A    Generally, I would broadcast that.

7    Q    At some point, did it look to you like he had nowhere to

8    go inside that complex -- like he might be trapped in a

9    certain position?

10   A    Well, I don't -- having -- I was unable to see because

11   of the overhang, if that was an alcove stairway.  So I don't

12   know if he made entry into an apartment or was hiding at that

13   point.  I don't know what he had, and I can't tell you if he

14   had nowhere to go.  I don't know what it was.

15   Q    You lost sight of him at some point when he went under

16   that western overhang of the complex?

17   A    Yes.

18   Q    And you mentioned a female in some sort of a

19   floral-print attire?

20   A    Yeah.  Multicolored shirt.

21   Q    Did you see Mr. Woods and her at the same time at any

22   point?

23   A    Yeah, they were talking.

24   Q    Okay.  Did it look to you like any part of that contact

25   between Mr. Woods and the female was aggressive in any

1    manner?

2    A    It was accelerated.  It didn't -- it wasn't a casual

3    conversation.  So I didn't know if -- and I broadcasted this

4    on the -- on the police radio that I don't know if's talking

5    to her because she's a friend of his or if he's forcing her

6    to open the door or somewhere to hide.  I don't know.

7    Q    You didn't see any physical contact between Mr. Woods

8    and the female; correct?

9    A    No, sir.

10   Q    Do you have any estimate of how far apart they were when

11   you saw them together?

12   A    Well, they came to meet and then they were probably a

13   foot apart.

14   Q    And you didn't see him take any aggressive physical

15   movements towards the female; correct?

16   A    No, sir.

17   Q    And when you -- let's back up a little bit.  When you

18   saw Mr. Woods running west in this alley, do you have that

19   time frame in mind?

20   A    Yes, sir.

21   Q    Did you see him appear to reach for his waistband or

22   pull on his waistband or anything like that?

23   A    Just his hands near his waistband, but I never saw a

24   weapon.  And it wasn't very long.  It was just -- I don't

25   know if he was pulling his pants up or if he was holding his

 1    waistband.

 2    Q    Is that something that you've seen before in other foot

 3    pursuits, people holding their pants up as they run?

 4    A    I have.  They -- it's more consistent with having a

 5    weapon than trying to hold it, because as you run, if you

 6    don't have a really good belt, it tends to pull your pants

 7    down or you lose the weapon at that point.

 8    Q    Did you form the impression that he was reaching for a

 9    weapon at any time?

10    A    That was the only time I thought to myself, Maybe he

11    does a weapon, but not having seen it and it was so brief, I

12    didn't -- I didn't make much more of that.

13    Q    Did you see any other officers in the vicinity of

14    Mr. Woods as he ran westbound through this alley?

15    A    No.

16    Q    At some point -- strike that -- do you have a public

17    address system equipped on the helicopter?

18    A    I do.

19    Q    And at any point during this incident, did you use that

20    to make any announcements to Mr. Woods?

21    A    I did.

22    Q    And what did you say to him?

23    A    Initially, it was, "You need to stop.  Put your hands

24    up."  Um, basically, I talked to him to say, "Look, they know

25    you're armed.  You need to stop.  You could be shot.  We

1    could shoot you from the helicopter," things like that.  And

2    it's basically a rouse, because we don't shoot people from

3    the helicopter, but they don't know that.

4    Q    Right.  So you didn't actually mean that he would be

5    shot just for not stopping; correct?

6    A    No, not at all.  It's more of a rouse.  We've done it in

7    the past, where you tell them.  And it's an intimidating

8    thing to have a helicopter overhead.  And most people would

9    just stop, but he continued running.

10   Q    And based on your training and experience as a police

11   officer, it would not have been appropriate to shoot him just

12   for running at that point; correct?

13   A    No.  And I wouldn't shoot him from the helicopter.

14   Q    Speaking of your training and experience, I assume at

15   some point, you went to the -- a police academy that was

16   POST-certified?

17   A    Yes, sir.

18   Q    And you've had some training from the Los Angeles Police

19   Department on the use of deadly force?

20   A    Yes, sir.

21   Q    And does the LAPD training on deadly force include an

22   acronym called IDOL?

23   A    It does.

24   Q    What does that stand for?

25   A    It stands for Immediate Defense of Life.

1    Q     And what does that mean to you?

2    A     It means if someone is -- it can be the officer or it

3    can be someone of the public, if their life is in immediate

4    need of defense, that's when you could use deadly force to

5    protect that person or yourself.

6    Q     And at some point, did he leave this complex at

7    420 Nebraska with the pool?

8    A     He did.

9    Q     How was he able to do that?

10   A     From what I know, he went either -- jumped through the

11   window or just came out from the west side.

12   Q     And could you make a little dot where you saw him come

13   out.

14   A     In this area (indicating).

15   Q     And at that point, were there any other officers in the

16   vicinity?

17   A     There were officers in the complex because I'd been

18   directing him to his last-seen location.

19   Q     And where did he go after he came out of that complex?

20   A     He continued westbound -- I can draw -- on the alley.

21   Q     Please.

22   A     From that position westbound in this alley to about

23   there (indicating).

24   Q     And when he went down that alley, did you see other

25   officers within 50 or so feet of him?

1    A     The -- when I'm watching somebody run from the police,

2    I'm necessarily watching the officers behind him or watching

3    the person.  So it would be peripheral, and just knowing that

4    they were in this complex here looking for him, I knew they

5    were close; but when we watch someone run from the police, we

6    just watch the suspect, not the officers.

7    Q     Backing up a little bit...

8          When he was in this general area here --

9    A     Uh-huh.

10   Q     -- when you first arrived, did you know whether there

11   was a perimeter set up around that area?

12   A     Yes, sir.

13   Q     And there was?

14   A     There was.  We arrived to an established perimeter.

15   Q     And then once he crossed Nebraska as you just described

16   a moment ago, did you then assist in shifting the perimeter

17   to his new location?

18   A     Yeah, I broadcasted to the Long Beach police

19   communications that we need to reconfigure the perimeter

20   because the established perimeter from 5th to 4th -- then he

21   ran out westbound, so they would need to go from this very

22   short block to a very big long block.

23   Q     Do you have any estimate of how many units on the ground

24   were involved in setting up this new perimeter around this

25   larger block here?

1   A   The larger block, it -- I don't think it ever was really

2   set.  Um, they didn't have enough officers or

3   black-and-whites to go from the first perimeter to the second

4   perimeter, because it went from a very small block to a very

5   long, long block.  So initially, maybe six, eight

6   black-and-whites, and I would have needed 15 to lock down

7   that -- that longer block.

8   Q   You're talking about black-and-white police vehicles?

9   A   Yes, sir.

10  Q   Were there also officers on foot, who were in perimeter

11  positions?

12  A   Generally, they park where they're standing.  So that's

13  how we have an estimate from where they are as to where their

14  police cars.  And it's how I direct them to -- positions

15  within a perimeter.

16  Q   At some point, did you use the infrared camera to try to

17  make observations of where Mr. Woods was after he went out of

18  your sight in this area?

19  A   I did, yeah.

20  Q   And didn't you do that after the perimeter was set to

21  your satisfaction in that block?

22  A   No, it was still ongoing.

23  Q   Do you recall stating over the radio that you were going

24  to -- that you were going to get on the infrared after the

25  perimeter was set at the new location?

```
 1    A     Just to having read my transcripts, something to that

 2    effect, but it was ten minutes from that time and --

 3    Q     You're saying ten minutes past from when you made that

 4    statement that you were going to get on the infrared once the

 5    perimeter was set to when you saw him or --

 6    A     No.  Ten minutes from the last time I saw him from the

 7    time that we found him on the infrared.  So I didn't just

 8    wait for the whole time for the perimeter to be set before

 9    I'd use a tool to start looking for him.

10    Q     Even though you said over the radio that you were going

11    to get on the infrared after the perimeter was set?

12    A     Yeah, because what I said, that was my intention -- and

13    then I realized this police department is very different from

14    ours as far as manpower and not having the ability to get as

15    many assets there as quickly as possible.  So at that point,

16    you just -- you go with what you got.  And instead of just

17    shining the light or looking out the window, I started

18    working to try to find the suspect.

19    Q     And at some point, when you saw him again, were you

20    still using the infrared camera?

21    A     That's the next time I saw him on the infrared.

22    Q     And you were still at the 500- to 800-feet elevation at

23    that point?

24    A     Yes, sir.

25    Q     And where was he when you saw him?
```

1   A   Well, from the -- we didn't really continue, but the

2   last point I saw him was northbound in between the buildings

3   here.  And then possibly into this larger complex, but we had

4   lost him in that area that I've circled.  So about ten

5   minutes later from what I gather, he was on the third floor

6   balcony on the west side of this -- this complex about

7   there (Indicating).

8   Q   That I believe is the east side; isn't it?

9   A   Oh, I'm sorry.  The east side, yeah, but the -- yeah, if

10  you see that opening, the -- the courtyard, he was on the

11  east side of the courtyard on the third floor climbing up to

12  the rooftop.

13  Q   Okay.  And what direction was he facing when you saw him

14  climbing up to the rooftop?

15  A   He was facing?  Eastbound with his back to the

16  courtyard.

17  Q   And how were you able -- were you able to see how he was

18  able to climb up to the rooftop?

19  A   The hand railing on the third floor landing, he had

20  gotten his feet up on there and then reached and then got off

21  to the rooftop.

22  Q   And with the infrared camera, can you describe what type

23  of images you were able to see with that -- in other words,

24  is it color, black-and-white?  What differentiates it from

25  what you see with your naked eye?

```
 1    A     Okay.  An infrared camera, is -- it's a regular video

 2    camera, but it uses thermal imaging to detect infrared

 3    radiation.  So something that gives off heat is converted to

 4    our screen to show like really white -- kind of like Casper

 5    the Friendly Ghost.  You know, you see a really white ghost

 6    figure.  It's very sensitive.  It can tell you when a car was

 7    parked somewhere, because the heat from the tires and the

 8    engine block will leave an imprint on the concrete for about

 9    a half hour after they leave.  I mean, it's very intense

10    imagery that you're going to see on the screen that's mounted

11    inside of our helicopter.  So from that, when someone has

12    been running, your body heat is accelerated and you're a lot

13    hotter than normal, you'll really stand out.  So it was very

14    easy to find someone climbing from the third floor, going to

15    the rooftop.

16    Q    And does the infrared camera have some sort of zoom on

17    it, if you wanted to use that?

18    A    It does have a step zoom which I can zoom in and out.

19    It's independent.  So when you find someone on infrared, if

20    you zoom in, you kind of create a tunnel vision for yourself.

21    So you want to be out a little bit.  So it's about half the

22    zoom capability.

23    Q    And so once you saw him climbing, facing east onto that

24    roof, did you ever see him get completely onto to the roof?

25    A    Yes, sir.
```

1   Q    And which direction was he facing when he was completely

2   onto the roof?

3   A    Which direction was he facing?  He was -- his head was

4   like in a northeastern direction with his feet in a

5   southwesterly.

6   Q    Okay.  And once you saw him get completely onto the

7   roof, what did you see him do after that?

8   A    He just stopped.  Now, this is when I was broadcasting

9   that he was getting onto the roof and that we need officers

10  to start locking the building down.  He just stopped.  And

11  then I heard a broadcast that there had been an

12  officer-involved shooting?

13  Q    Did you ever see him completely stand erect on the roof?

14  A    No, sir.

15  Q    Um, when you say he stopped, could you just describe the

16  motion he made from when he got fully onto the roof to when

17  he came to the stopped position?

18  A    When -- and plus my views of a screen and I'm kind of

19  eyes are going out of the helicopter and back to the screen,

20  but from getting onto the roof, it was more of a crawl.  And

21  then from what I remember, he just stopped at that point.  It

22  was probably five seconds from the time he got to the roof

23  that he -- he just stopped moving.

24  Q    You're saying from when he got fully onto the roof to

25  when he completely stopped moving was about five seconds?

```
 1    A     About five seconds, yeah.  It was almost simultaneously
 2    from the time I was broadcasting I found him.  He was on the
 3    roof.  Tactically, you know, I shine my light on people as
 4    they're running.  That wasn't being effective because when
 5    you shine your light on someone, they know you're running --
 6    they're after you, you know.  So what I did is have my
 7    partner just shine my light on -- on the area of the complex,
 8    but I watched him on the infrared.
 9    Q     When you said you were going between the infrared and
10    naked eye --
11    A     Uh-huh.
12    Q     -- what was your purpose in doing that?
13    A     To establish the perimeter and to get units into
14    position that we needed to lock the building down.
15    Q     And during those five seconds from when you saw
16    Mr. Woods getting onto the roof to when he stopped moving,
17    was your focus on him?
18    A     Primarily, yes, sir.
19    Q     Did you ever see Mr. Woods stop in a kneeling position
20    before he stopped moving where he's sort of resting on one
21    knee, like if you're taking a time-out during a football game
22    or something?
23    A     No, sir.  No, not that I -- not that I saw.
24    Q     Did you ever see Mr. Woods in a push-up position where
25    his arms are extended and he's laying down with his legs
```

UNITED STATES DISTRICT COURT

1    against the roof?

2    A    That's like a crawling on his stomach-type position?

3    Q    More of a stationery position where he's sort of pushing

4    himself up with his arms off the roof?

5    A    Well, to crawl onto the roof, he might have done

6    something that looked like that, yeah.

7    Q    But you're saying that was in a crawling motion rather

8    than stopping stationary like this?

9    A    Well, he didn't just -- and again, from the time I found

10   him on the roof you're talking five seconds.  So there wasn't

11   a lot going on in that five seconds, but just holding static

12   in a push-up position, that is not something I recall -- more

13   of a crawling to get to the roof.

14   Q    And at some point, you found out over the radio that

15   there had been an officer-involved shooting?

16   A    Correct.

17   Q    You didn't personally observe that from the helicopter?

18   A    No, sir.  I didn't even know that the officers were

19   inside of that courtyard.  I think earlier I said, you know,

20   Let's get officers into the building -- into his last-seen

21   location; but right when I found him, how we generally

22   operate, is we'll have everyone back out of the perimeter and

23   just hold it and then we'll have a K9 or somebody, but there

24   were officers searching in that complex.

25   Q    And you were not aware of that at the time?

1    A    I wasn't aware of it, and I didn't see him.

2              THE COURT:  I'm sorry.  You need to wait until the

3    attorney has finished the question before you begin your

4    answer.

5              THE WITNESS:  I'm sorry, ma'am.  I'm sorry,

6    everybody.

7    BY MR. FATTAHI:

8    Q    Now, when you found out that there had been shots fired,

9    did that surprise you?

10   A    Yes.

11   Q    And throughout the entire incident, did you ever see

12   Mr. Woods with anything that appeared to be a weapon in his

13   hands or on his person?

14   A    No, sir.  Just holding the waistband.  That was it.

15   Q    And did you ever hear any information that he was armed

16   during this foot pursuit, for example, an officer had seen

17   him with a weapon or something to that effect?

18   A    When we were asked to go to Long Beach it was for an

19   armed robbery suspect.  We were told he had a handgun, and it

20   was used in a carjacking, something to that effect.

21   Q    You're talking about what you were told about the reason

22   for the search?

23   A    The reason they requested us was for an armed carjacking

24   robbery suspect, who had ran from them and got to the

25   rooftop.

1    Q    And who was it that you got that information from?

2    A    How it works generally, Long Beach police communications

3    will call air support division and talk to the person

4    assigned the tower.  And then they get us on the radio and

5    say Long Beach is requesting.  And then they tell us a little

6    synopsis about what they have.

7    Q    So that's not something that you heard over the

8    Long Beach police radio then?

9    A    As when I said, I was like six minutes en route.  Um,

10   they said you have all the information.  I kind of read it

11   back to them, an armed robbery suspect on the rooftop,

12   1508 East 5th Street.  And someone said, you know,

13   Roger 10-4, because they use different codes than we do.

14   Q    Um, actually, I believe -- wouldn't it be more accurate

15   that they told you or you told them it was a named suspect --

16   hold on -- bear with me one moment.

17   A    Yeah.

18         Can I review my notes?  Is that --

19   Q    Actually, if you can turn to Exhibit 156 in the binder

20   behind you, it should be the second binder that is a little

21   bit larger.

22   A    Yes, sir.

23   Q    And please turn to page 16, lines 26 to 28 -- actually,

24   lines 24 to 28 -- and please just read that to yourself and

25   let me know if it refreshes your memory.

1   A     Yes, sir.

2   Q     And after reviewing that, do you recall what you were

3   told was the situation you were responding to when you asked

4   the Long Beach sergeant -- or when the Long Beach sergeant

5   asked you if you knew what they were looking for?

6   A     Yes.  This is what the Long Beach sergeant -- when I --

7   do you want me to read what I said?

8   Q     Please.  Just tell us what you said when you were asked

9   if you had been briefed on what they were looking for.

10  A     I wrote, "Just from what we've heard earlier, named

11  suspect and the last info he was on a roof; is that correct?"

12  Q     And then the sergeant acknowledged, 10-4, sir, saying,

13  basically that's correct?

14  A     Correct.

15  Q     And then no mention at least in that part of the radio

16  transmission about an armed robbery?

17  A     No, not in this.  I'm talking about when my tower tells

18  us what Long Beach has.

19  Q     Right.

20  A     Okay.

21  Q     From what you observed from Mr. Woods, did he seem to be

22  fairly athletic?

23  A     Yes, very athletic.

24  Q     And when he made this jump from -- basically from this

25  building to this building --

1    A    Yes.

2    Q    -- did he look like he was having difficulty clearing

3    that distance or he did it fairly easily?

4    A    I believe he did it fairly easily.

5    Q    And when you finally saw Mr. Woods stop moving on the

6    roof, did you make a dispatch that you could see his hands

7    and he did not have direct access to a weapon?

8    A    Correct.

9    Q    And were his -- so his hands were exposed to you at that

10   point?

11   A    They were.

12   Q    And did you ever see him commit any crime from what you

13   observed during your involvement in the incident, other than

14   running away?

15   A    No, not from what I could see.

16   Q    And based on your training and experience, running away

17   would be a misdemeanor -- be a resisting arrest, assuming the

18   detention was lawful in the first place?

19   A    Correct.  And not knowing what happened in the apartment

20   complex, because it was out of our view, I don't know what

21   happened there.

22         MR. FATTAHI:  I have no further questions,

23   Your Honor.

24         THE COURT:  Mr. Russell...

25                         **CROSS-EXAMINATION**

BY MR. RUSSELL:

1

2    Q    Good afternoon, officer Fraser.

3    A    Hello, sir.

4    Q    Just a couple of questions for you...

5         How many different times do you recall the

6    helicopter making an announcement to the person who was being

7    chased by the police?

8    A    How many times?

9    Q    Right.  You mention the one time, but was there more

10   than one time?

11   A    No, it was only.

12        THE COURT:  Please wait until the question.

13        THE WITNESS:  Sorry.  Go ahead, sir.

14   BY MR. RUSSELL:

15   Q    Is there more than one time you would have made the

16   announcement?

17   A    No, sir.

18   Q    Okay.  Now, at the time that you saw the person that you

19   later found out was Mr. Woods climbing up to the roof of this

20   building here at 441 Nebraska, where was your helicopter in

21   relation to that building?

22   A    Essentially, directly overhead.

23   Q    And do you know how high above the building you would

24   have been at that time?

25   A    Somewhere between 500 and 800 feet.

```
 1   Q    And you said that the camera -- the infrared camera

 2   allows you to zoom in?

 3   A    Correct.

 4   Q    So when you're at half a zoom, for example --

 5   A    Uh-huh.

 6   Q    -- can you give us an example of what you would be able

 7   to see from that height with -- at half a zoom?

 8   A    You'd see a great deal --

 9   Q    So --

10   A    -- as far as movement.  Um, but it's all translated to

11   an infrared imagery.  So it's like I said, a white -- it

12   gives off heat.  So anything really hot is going to come up.

13   So you can see kind of a ghostly figure with arms and legs

14   and stuff, but you can't see his weapons -- metal.  You can't

15   see someone with a flashlight.  You wouldn't be able to see

16   the flashlight.  You could probably see something hot in a

17   guy's hand, but you couldn't see the light coming from it.

18   It doesn't show up like that.

19   Q    And your perspective from overhead even with the camera,

20   are you looking down at the top of the person's head?

21   A    For the most part.

22   Q    And so when you see body movements, are you basically

23   seeing kind of the upper body turning around a clock face, or

24   what are you actually able to see?

25   A    I'm seeing everything from an elevated view.  So I'd see
```

1    the top where I -- as an angle.  If we were further north of

2    where -- because what we do is we do orbits.  You guys --

3    have we discussed that at all?

4    Q    We haven't.

5    A    Okay.

6    Q    So you can just explain it.

7    A    Just to explain it, so you guys understand.  You see a

8    police helicopter doing big circles in the sky.  The reason

9    for that, it's a single engine aircraft.  If the engine goes

10   out, we need to have some speed so we can do an auto

11   rotation.  So the -- that way you can land without an engine

12   without an engine and still not crash.  Does that make sense?

13   So we're constantly circling.  There are sometimes when we

14   hover when we're on infrared.  And I believe we were hovering

15   at that time to just stay in one position to -- to have our

16   angle right at where I was looking at the suspect on the

17   roof.

18   Q    And I think you said that as you were looking at the

19   suspect on the roof, you could not -- or you didn't, at

20   least, notice any police officers inside that building?

21   A    No, sir.

22   Q    Could you see anything that from your height on the

23   infrared appeared to be gunfire taking place while the

24   suspect was on the roof of 441 Nebraska?

25   A    No, sir.

1    Q    Is that something that would show up because of the gas

2    propelling the round --

3    A    I'm sure --

4    Q    -- or it would not show up because it's -- the bullets

5    are metal?

6    A    I'm sure the heat from the muzzle flash could be

7    detected on infrared, but you have to be looking at that to

8    see it.  And I was not looking at the center of the complex.

9    I was watching the suspect on the roof.

10   Q    Okay.  How long would you estimate it was from when you

11   first saw the suspect get onto the roof until you heard the

12   998 broadcast?

13   A    I'm estimating about five seconds, because it was nearly

14   simultaneous from the time I observed him, broadcasted that

15   we had eyes on him.  And then he stopped.  So it was all very

16   quickly.

17   Q    And then how long after the stop -- the movement on the

18   roof stop did you hear the 998?  Was it simultaneous?

19   A    From what I remember, it was -- as soon as I came off my

20   microphone, there was someone broadcasting simultaneously.

21   Q    And were you able to from where you were -- if he's

22   underneath the alcove and you're using the infrared, can you

23   still see a -- a movement path?

24   A    Are you talking about the other building?

25   Q    No.

```
 1    A     No.
 2    Q     It wasn't a very good question.  I'll try and clarify.
 3               If you -- if you look at the 441 building --
 4    A     Yes.
 5    Q     -- there's -- it appears as though there is some
 6    overhangs that would be over the catwalk or the walkways
 7    outside the apartments?
 8    A     Yes, sir.
 9    Q     As I understood your testimony, when you saw Mr. Woods
10    here, this building with the pool where he encounters the
11    woman with the floral print shirt, you were not using the
12    infrared at that point; correct?
13    A     Correct.  I was not.
14    Q     But over here, now you're using the infrared --
15    A     Yes, sir.
16    Q     -- because you lost track of him somewhere in here and
17    you're trying to pick up his heat signature?
18    A     Yes, sir.
19    Q     So I guess my question was:  If Mr. Woods is not where
20    this X is on the roof but he's underneath the alcove on the
21    catwalk, can you see that with the infrared even though there
22    is part of the roof in between you?
23    A     With the infrared I would be able to if I had the
24    correct angle.  So if you look at that whole -- where the
25    courtyard is, I could be -- I could be over here in the
```

```
1    helicopter, and then my view is going to be down into the

2    complex.  So I'd be able to see that.  And that's where we

3    initially picked him up because we saw somebody on the -- the

4    walking area.  And then that person started getting up to the

5    roof and knowing that this person has been going from roof to

6    roof, clearly that was the suspect.

7              MR. RUSSELL:  Thank you.  That's all the questions

8    I have.

9              THE COURT:  Thank you.

10             Mr. Fattahi...

11             MR. FATTAHI:  Just very briefly.

12                      REDIRECT EXAMINATION

13   BY MR. FATTAHI:

14   Q    When you saw him -- and this is exhibit 5-10 that's been

15   admitted for the record -- when you saw him climbing up and

16   come to a stop, was he essentially in the position that you

17   see him here in Exhibit 5-10?

18   A    Yes, sir.

19   Q    So his head was facing to the northeast and his feet

20   were facing to the southwest?

21   A    Correct.

22   Q    And from the time when he got onto the roof -- so when

23   he came to that stopped position, did you ever see him turn

24   his upper about body to the south?

25   A    Turn his upper body to the south?
```

1    Q      Correct.

2    A      Meaning his chest?

3    Q      His chest.

4    A      Just -- like I said, it's not going to change.  It's a

5    crawling motion from the top to the top.  So I didn't see him

6    stand or turn or anything to that effect.

7    BY MR. FATTAHI:

8    Q      And you were asked a few questions about a time period

9    just after the shooting and what was played on the radio

10   dispatch?

11   A      Yes, sir.

12   Q      What was heard on the radio dispatch.

13          MR. RUSSELL:  Your Honor, I'd like to play from

14   Exhibit 28 an audio clip from the radio dispatch in

15   Exhibit 156.  It is page 24, line 20 through page 25, line

16   21, for the record.  And I believe there's no objection.

17          THE COURT:  So are you proposing to play and then

18   display on the screen the -- that portion of the transcript?

19          MR. FATTAHI:  That's correct, Your Honor.  And I

20   believe there may be an instruction required.

21          THE COURT:  There is.

22          All right.  And no objection.

23          MR. RUSSELL:  No objection.

24          THE COURT:  All right.  So, ladies and gentlemen,

25   let me give you an instruction on how to consider this

```
 1    evidence.  You're about to hear a tape recording that has

 2    been received into evidence.  Please listen to it very

 3    carefully.  You will see on the screen a transcript of the

 4    recording.  It's been prepared to help you identify speakers

 5    and as a guide to you as you listen to the recording.  Bear

 6    in mind, however, that the tape recording is the evidence,

 7    not the transcript.  The transcript is only an aid for you.

 8    And if you hear something as you listen to the evidence that

 9    is different from what appears in the transcript, what you

10    heard -- what you hear is controlling.

11              All right.  Go ahead.

12              MR. FATTAHI:  Thank you, Your Honor.

13              (Whereupon audio is played in open court.)

14              MR. FATTAHI:  I apologize, Your Honor.  That is the

15    wrong clip.

16    BY MR. FATTAHI:

17    Q    You stated he did not have direct access to a weapon.

18    How are you able to observe him at that point?

19    A    At that point, I had transitioned from the infrared to

20    the light and the binoculars.

21    Q    And could you just describe what that light is?

22    A    Our -- our flight on the police helicopter you've seen

23    it on TV I'm sure shining down on a pursuit.  To give it

24    reference to kind of layman's term, a high beam on a car is

25    measured in Kendal power.  So a high beam on a car is
```

1    40 Kendal power.  Our light is somewhere between 30 and

2    50,000,000 Kendal power, depending on the maker.  So it's

3    exceptionally bright light.  And I have the ability to -- to

4    zoom in three properties or down to a single person.

5    Q    And is your partner, the pilot, also able to use the

6    light at certain times?

7    A    He's able to move the light, but he's not able to zoom

8    the light in or out.

9    Q    And did -- did listening to that dispatch, did that

10   comport with your memory as far as the time period from when

11   you stated he was on the roof to when you heard the dispatch

12   of the 998 at some point afterwards?

13   A    Yeah.  And then I felt bad, because I think in my

14   initial broadcast, I potentially stepped on the officers, who

15   were trying to put on their 998.  And as an LAPD officer, we

16   don't use those codes.  So it didn't immediately dawn on me

17   what he was trying to say.

18           MR. FATTAHI:  No further questions, Your Honor.

19           THE COURT:  Thank you.  Cross-examination?

20           MR. RUSSELL:  Nothing further, Your Honor.

21           THE COURT:  All right.  Thank you.  You may step

22   down.  You're excused.

23           THE WITNESS:  Thank you, ma'am.

24           THE COURT:  Your next witness?

25           MR. FATTAHI:  Your Honor, the plaintiffs call

```
 1   Sergeant James Richardson.
 2   PLAINTIFF'S WITNESS, JAMES RICHARDSON, SWORN.
 3           THE CLERK:  Please state your full name and spell
 4   it for the record.
 5           THE WITNESS:  James Richardson, J-a-m-e-s,
 6   R-i-c-h-a-r-d-s-o-n.
 7           THE COURT:  Thank you.  You may inquire.
 8                   DIRECT EXAMINATION
 9   BY MR. FATTAHI:
10   Q    Good afternoon, sir.
11   A    Good afternoon.
12   Q    What is your employer?
13   A    City of long beach.
14   Q    And what is your -- strike that -- what was your
15   assignment at the time of this incident on November 19, 2013?
16   A    I was a police sergeant, assigned to patrol.
17   Q    And were you assigned to a particular division?
18   A    West division.
19   Q    Was Officer Daniel Martinez one of the officers under
20   your supervision in west division?
21   A    Yes.
22   Q    And you'd worked with Officer Martinez on a number of
23   occasions before this incident?
24   A    Yes.
25   Q    And although he was not in your division, had you also
```

1    worked with Officer Fagan on occasion?

2    A    Yes.  On occasion over the last 20 years.

3    Q    And at many point, you responded to a foot pursuit of a

4    person, who was later identified as Tyler Woods?

5    A    Yes.

6    Q    Do you know approximately how long after the foot

7    pursuit started it was that you arrived on the scene?

8    A    I don't recall exactly, but I would say within five

9    minutes.

10   Q    Um, do you recall approximately what time of the evening

11   or early morning hours that was?

12   A    I don't recall exactly.  Approximately 2:00, 2:30 in the

13   morning.

14   Q    If you reviewed an MDC or event history printout, would

15   that help you estimate approximately what time it was you

16   arrived on the scene?

17   A    Yes, it would.

18   Q    Please turn to Exhibit 157 in the large binder behind

19   you -- or it may still be on the desk.

20   A    Could you repeat the number again, please.

21   Q    Sure.  157.  Do you have that in front of you, sir?

22   A    I do.

23   Q    If you look down near the bottom on the page, do you see

24   your name there?

25   A    I do.

1    Q    And there's an entry that says "ID."  Do you know what

2    that means?

3    A    That's my unit designator for the night.  It's 1S28.

4    Q    And then just above that, there's an entry with 1S28

5    that says "backup."  Do you know what that means?

6    A    Yes.  Based on this, that would be the time that I began

7    assisting on the call.

8    Q    Okay.  Would that be around the time that you arrived on

9    the scene, give or take a minute or so?

10   A    That would be the time I started over to the scene.

11   Q    Okay.  Do you have an estimate of when the foot pursuit

12   started, based on reviewing this document?

13   A    It would appear to this document at 02:33 in the

14   morning -- well, scratch that.  Let me look.  Sorry.  It

15   looks like from this document that it started approximately

16   0244.

17   Q    So it would be approximately 3 minutes after that that

18   you assigned yourself to assist with this call?

19   A    Yes.

20   Q    Okay.  And if you turn to the second page of that same

21   exhibit, about halfway down, do you see an entry relating to

22   Officer Fagan -- or two entries, rather?

23   A    I do.

24   Q    And first of all, you're familiar with these printouts?

25   They're a list of different information relating to a

1    specific incident?

2    A    That's correct.

3    Q    And some of these might be generated by a dispatcher and

4    some might be generated by buttons that can be pressed inside

5    the in-car computers in each officer's car?

6    A    That's correct.

7    Q    For the entries for Officer Fagan -- let's start with

8    the first one.  It says something about back-ons; do you know

9    what that stands for?

10   A    Yes.  That means that he was backing or assisting on the

11   call and shown on-scene when he typed that or when that was

12   put in.

13   Q    And what time is that designated at?

14   A    0255 hours.

15   Q    So that would mean that Officer Fagan was backing up on

16   the call and was actually on scene at approximately 2:55?

17   A    Yes.

18   Q    All right.  When you first responded to the scene where

19   did you go?

20   A    When I first arrived, I parked on Walnut Avenue, north

21   of 4th Street.

22   Q    And at that point, did you or any other officers, to

23   your knowledge, have visual contact with Mr. Woods?

24   A    I believe when I arrived, Officer Brunson had lost sight

25   of Mr. Woods.

```
 1   Q    And that was the very first initial part of the foot

 2   pursuit where he lost him?

 3   A    Yes.

 4   Q    Did you think when you arrived or a few minutes

 5   thereafter that Mr. Woods might be outside of any

 6   containments at that point?

 7   A    Initially that was what I thought might have happened,

 8   yes.

 9   Q    And were there some officers sort of in the process of

10   or already having set up a perimeter of some sort at that

11   point?

12   A    Yes.

13   Q    And did you instruct those officers that because it had

14   been a few minutes since he was last seen that he might be

15   outside of the perimeter; that they should start breaking it

16   down?

17   A    I don't recall the exact order, but I remember airing

18   that we believed him to be out of the perimeter.

19   Q    Oh, at some point, you did actually see him visually in

20   a position inside that perimeter?

21   A    Yes.

22   Q    And what did he do when you saw him?

23   A    Immediately ran from us.

24   Q    About how much distance did he cover before he went out

25   of your sight at that point?
```

UNITED STATES DISTRICT COURT

```
 1    A     I'd say 50 to 60 feet estimate.

 2              MR. FATTAHI:  Your Honor, I'd like to have the

 3    witness -- well, strike that --

 4    BY MR. FATTAHI:

 5    Q     Do you remember testifying at your deposition that it

 6    was approximately a hundred feet that he covered at that

 7    point?

 8    A     I don't remember saying that, but that could be

 9    accurate.

10    Q     That could be accurate, okay.

11              And at that point, did you have any weapons out

12    when you saw him initially?

13    A     Immediately when I saw him I did not.  And then as he

14    began to run, I attempted to get my TASER out, and I did get

15    it out, but I didn't deploy it.

16    Q     Were there other officers in the vicinity, as well when

17    you got this visual contact of Mr. Woods?

18    A     Yes.

19    Q     And do you remember Mr. Woods doing anything with his

20    arms, other than running at that point?

21    A     No, nothing specific.  He ran to a fence and jumped the

22    fence.

23    Q     Did anything that you observed of him as he ran through

24    this distance suggest to you that he was armed with a weapon?

25    A     No.
```

```
1    Q    And at that point, did you help coordinate a new

2    perimeter to be set and eventually organize a search team?

3    A    Yes, after we lost sight of him, the perimeter was

4    quickly set up again, because units were still in the area.

5    And we coordinated a search team.

6    Q    Do you know one way or the other, whether Officer Fagan

7    was a part of this new perimeter?

8    A    Yes.  I saw him on the perimeter.

9    Q    And Mr. -- Officer Martinez ended up becoming part of

10   the search team that you organized?

11   A    Yes.

12   Q    When you organized this search team, did you have a

13   briefing and talk about a tactical plan?

14   A    Yes.

15   Q    Did that include having a K9 officer join the search

16   team and designating officers for a less lethal and then

17   another officer to have -- to be lethal cover for the less

18   lethal officer?

19   A    Yes.

20   Q    And what does that mean "a less lethal officer"

21   assignment?

22   A    When we have an emergency action team set up, um, if you

23   choose to have less lethal, that would be an officer with

24   weapons that are considered less lethal, like a beanbag

25   shotgun or 40-millimeter round gun.
```

1   Q    And in this instance, do you know what type of less

2   lethal weapon was used for that officer?

3   A    I believe the officer had a beanbag shotgun.

4   Q    And what does that look like?  Can you describe it?

5   A    It's a regular shotgun, but then we paint it -- we mark

6   it so we know it's for less lethal, and then the rounds are

7   obviously different, they're beanbags.

8   Q    How is it marked to distinguish it from a regular

9   shotgun?

10  A    They're painted orange.  They have some orange paint on

11  them.

12  Q    Did you also designate one person when you were

13  formulating this tactical plan to be a contact officer?

14  A    I don't recall exactly, but that's standard procedure.

15  Q    Do you know if you designated one officer to give verbal

16  commands if you were to encounter Mr. Woods?

17  A    Yes.

18  Q    That's the purpose of designating one specific officer

19  to give verbal commands if Mr. Woods is encountered?

20  A    The purpose of that is so when a suspect is encountered,

21  we don't have three or four people giving different orders to

22  a suspect.  It makes it more clear with one person doing it.

23  Q    Is there a risk, based on your training and experience,

24  that if multiple officers are giving commands, they could be

25  conflicting and the person can be confused?

```
 1   A    That's the idea behind it.  It can cause confusion, if

 2   more than one person is giving directions.

 3   Q    And what was the role when you conducted this tactical

 4   plan of the K9 officer to be?

 5   A    The idea was the K9 would use his dog to do the search.

 6   And usually when we have a K9 for a search team, the K9

 7   officer will generally run the search since he's deploying

 8   the dog.

 9   Q    Did you sort of collaborate with the K9 officer in

10   coming up with the plan to -- to do the search?

11   A    Yes.

12   Q    When a search is performed with a K9 officer involved,

13   does the dog typically lead the way with the search team

14   and -- in other words, he goes into other areas first before

15   other -- before the uniformed officers do?

16   A    Yes.

17   Q    And that's for the safety of the officers typically,

18   among other things?

19   A    Yes.

20   Q    And what, based on your experience, are the possible

21   commands that can be given to a police dog, such as the dog

22   in this team?

23   A    I've never worked K9.  So I'm not sure, but I can,

24   obviously, see that when they're sending the dog to search

25   and they can call the dog back, when the dog makes a contact,
```

```
 1    they can give orders or commands for the dog to stop.
 2    Q    Do you know whether some of those orders include to
 3    search for a person, for example -- an alert once they find a
 4    person?
 5    A    I can't say specific, but I know they're giving a
 6    command -- I can see them giving a command.  And the dog will
 7    go search.  And, obviously, we're searching in this case for
 8    a person.
 9    Q    And are the dogs also trained that they can bite and
10    hold a person under certain circumstances if they're given
11    that command?
12    A    I don't know.
13    Q    And whenever you have a search team, if you have enough
14    people, do you typically designate a less lethal officer?
15    A    It depends on the kind of search, but generally, we do.
16    Usually we'll have a less lethal on a search team.
17    Q    When you were formulating this tactical plan for the
18    search, was there any discussion about whether it would be
19    appropriate to use deadly force if Mr. Woods was about to
20    escape?
21    A    No.
22    Q    At some point, was there a K9 announcement made over the
23    PA systems of the perimeter cars?
24    A    Yes.
25              MR. FATTAHI:  Your Honor, I'd like to play from
```

```
1    Exhibit 28 the radio dispatch.  The transcript Exhibit 156

2    designates this as page 7, line 25 through page 8, line 4.

3    And I believe there's been no objection.

4              THE COURT:  Any objection?

5              MR. RUSSELL:  Just a moment, Your Honor.

6              Sorry through line 8 -- page 8, what line?

7              MR. FATTAHI:  Line 4.

8              MR. RUSSELL:  Could you play through 13 because

9    that's the actual announcement?

10             MR. FATTAHI:  I can't, because I just have that

11   clip.

12             MR. RUSSELL:  Go ahead.  I have no objection.

13             THE COURT:  Go ahead.  It's ordered admitted.  You

14   may publish.

15     (Whereupon Plaintiff's Exhibit 28-1 is admitted hereto.)

16             THE COURT:  The same instruction applies about the

17   recording being the evidence and the transcript that's

18   displayed to you just being an aid to aid you as you listen

19   to the recording.

20             (Whereupon audio is played in open court.)

21   BY MR. FATTAHI:

22   Q    All right.  In that recording did you hear sort of a

23   time stamp that said what time it was?

24   A    Yes.

25   Q    It was about 3:03 a.m.?
```

```
1    A    Yes.
2    Q    Have you listened to recordings of Long Beach police
3    radio communications in the past and heard those kinds of
4    time stamps?
5    A    Yes, on occasion.
6    Q    In your experience, are they typically accurate?
7    A    To my knowledge.
8    Q    And so the clip we just heard where you're talking about
9    having an adequate search -- or talking about having units
10   turn on their radios so that the K9 announcement can be made
11   or the K9 officer saying that, that would have been before
12   the K9 announcement was made; correct?
13   A    Correct.
14   Q    At some point before that, you had gotten some
15   information about who the foot pursuit suspect was, his name,
16   for example?
17   A    Yes.
18   Q    And you also received some information about him having
19   a warrant; is that true?
20   A    Yes.
21   Q    Did you also hear over the radio at that time that he
22   was 19 years old?
23   A    I don't recall hearing that specifically.
24   Q    Do you remember hearing what his birth date was at that
25   time?
```

1  A    I don't recall specifically.

2  Q    Okay.  If you can just turn to Exhibit 156, page 5,

3  please.  I just want to have you review a portion of that and

4  see if it refreshes your memory.

5           Do you have that in front of you, sir?

6  A    Yes.

7  Q    Does that refresh your memory whether it was announced

8  over the radio that they had matched the suspect to be

9  somebody named Tyler Woods.  His birthday was 03/30 of '94.

10  And there was a $50K warrant for a 211?

11  A    There might.  I didn't get to the bottom of it yet.

12  Hang on.  I can see it here in the transcript.

13  Q    And do you recall if that's what was said over the

14  radio?  Does that match your recollection?

15  A    I don't specifically remember it being said.

16  Q    Okay.  Any information that you got about the warrant

17  that would have been over the Long Beach police radio channel

18  one; correct?

19  A    Yes.

20  Q    And at the time when you heard about the warrant for the

21  first time, would you have been not in visual contact with

22  Woods at that point?

23  A    Correct.  I was not.

24  Q    And at some point, did you hear over the radio that

25  Mr. Woods had been arrested on the warrant and had bailed out

1    and then missed a court appearance?

2    A    Yes, I remember that.

3    Q    And at some point, you heard over the radio that there

4    had been a firearm involved in the 211?

5    A    Yes.

6    Q    That would be the armed robbery -- the robbery, I'm

7    sorry?

8    A    Yes.

9    Q    -- the 211?

10   A    Yes.

11   Q    And did that change the tactical plan for your search,

12   finding out that a firearm had been in Mr. Woods' possession

13   allegedly?

14   A    It did not.

15   Q    What was the search team's plan as far as where they

16   would go and how they would conduct this search?

17   A    Well, when we started the search, I recall we started at

18   Walnut and worked our way west in the alley where he had last

19   been seen and then we moved up to 5th Street and worked the

20   block east to west, also.

21   Q    Was that something that was planned when you had the

22   tactical briefing beforehand?

23   A    Yes.  Well, I talked to the K9 officer, and since he's

24   leading the search, we came up with that plan.

25            MR. FATTAHI:  One moment, please, Your Honor.

BY MR. FATTAHI:

Q     Showing you Exhibit 5-1.  Are you able to see from this photograph where the search team started -- and I'll zoom it in a little bit.

A     It's hard to tell without the streets being named.  I can't -- I can say.  There are no street names on this.

Q     Um, do you recognize this to be 441 Nebraska where the shooting occurred?

A     It appears to be.

Q     And with that in mind, are you able to tell where the search team started its efforts?

A     By the way, I looked at this.  This would be 4th Street down here, and I think this is Walnut coming up. So I believe the search started here.  I believe.  It's hard to tell from this.

Q     And assuming that's where it started, which properties were you able to cover?

A     Well, the search started this way, and we searched all the properties where I just made that mark, along the alley. We started searching those properties.

Q     And at some point, did the search team pause its efforts and wait for a helicopter to arrive?

A     Yes.

Q     Why was that?

A     After we had gotten a portion of the way through the

```
1    search, a caller called our com -- our communication center
2    and said that they have observed somebody climbing onto their
3    roof.  And I don't recall the exact address.  It was on
4    5th Street which was inside our perimeter.
5    Q    And did you want to wait for the helicopter before
6    trying to clear the roof?
7    A    Yes.
8    Q    Um, in similar situations, have you found the
9    helicopters can be useful in trying to locate people and
10   bring them in safely?
11   A    Yes.
12   Q    And you didn't see Mr. Woods actually jumping between
13   the roofs at any point yourself, but you heard that over the
14   radio?
15   A    Correct.
16   Q    Do you know which roof it was that he jumped from, based
17   on what you heard over the radio?
18   A    If I'm not mistaken -- I'll mark it with a one -- I
19   believe he jumped off of that roof to the one below it in the
20   picture.
21   Q    And the one below it, is the one that's more of a brown
22   color?
23   A    The one below it, I'll mark it two with the gray roof,
24   I'd call it.
25   Q    Okay.  And could you tell whether from 1 to 2, he was
```

1    jumping from a higher elevation to a slightly lower

2    elevation?

3    A    If I recall, rooftop marked number one was a little bit

4    higher than 2.

5    Q    And did you hear the helicopter officer say that

6    Mr. Woods had gone to 420 Nebraska -- or I will indicate

7    this -- sorry -- this property here?

8    A    Yes, I remember there, that he had gotten into that

9    property.

10   Q    And did you also go towards that property?

11   A    Yes.

12   Q    At some point, did you enter that property with another

13   officer?

14   A    Yes.

15   Q    And did you ever see Mr. Woods during that time period

16   when he was reported to be inside 420 Nebraska to when you

17   entered it?

18   A    Yes.

19   Q    Where did you see him?

20   A    As I entered the front gate of the property, there was a

21   stairwell there that led to the catwalk or patio area on the

22   second level.  And as myself and Officer Lavarro got up the

23   stairs, I heard a commotion behind me, in essence, and looked

24   out to the street which is Nebraska, and I saw Mr. Woods

25   running across the street.

```
 1    Q    Was this the first time you had seen him from when you

 2    jumped over the fence when you first got there?

 3    A    That was the first time -- well, to be accurate, we saw

 4    him the first time on 4th Street.  He ran out of our view.

 5    This was the first time I had seen him since the search had

 6    begun.

 7    Q    Okay.  And when you saw him running across Nebraska, at

 8    that point, where did you see him go?

 9    A    I only saw him for a split second running west across

10    Nebraska.  And then I went down the stairs and out to the

11    street.

12    Q    When you saw him running across Nebraska, did you see

13    him reaching for his waistband or grabbing his waistband or

14    anything like that?

15    A    No.

16    Q    Now, did you decide to gather up the search team again

17    after Mr. Woods had gone out of officers' view again at this

18    point?

19    A    Yes.

20    Q    Who was in the search team once you regathered it at

21    this point?

22    A    I remember officers Fagan and Martinez.

23    Officer Hafkenscheid was with us.  The K9 Officer Parcells,

24    and I believe Officer Silva was also there.

25    Q    And that search team was formulated in front of
```

1    441 Nebraska?

2    A    Yes.

3    Q    What was the first thing you did to begin the search at

4    that property?

5    A    So we walked in the front of the building.  There was a

6    small lobby with no place for anybody to hide and that lobby

7    led out to a courtyard in the middle of the property.  You

8    could see in the picture it's square, the courtyard in the

9    middle.  We went to the -- to the courtyard, and we used the

10   search team to search.  There's a first level parking

11   structure on the south portion of this apartment complex.

12   The K9 cleared that with some officers to the west -- or

13   the -- where Officer Silva had seen Mr. Woods run into the

14   back of this complex.  We found a door that led where we

15   believe that pathway was.  The K9, and some officers cleared

16   that hallway.  And we had held on to another parking lot on

17   the north side of that.  And at that point, that's when

18   Mr. Woods was located by Officers Fagan and Martinez.

19   Q    Okay.  Showing you Exhibit 1-1, which has been

20   admitted...

21        Do you recognize Exhibit 1-1 to depict the -- into

22   the courtyard of 441 Nebraska?

23   A    Yes.

24   Q    Obviously, at the time when you were there before the

25   shooting, there was no ladder or police tape; true?

1    A     Correct.

2    Q     And could you indicate where the entrance to the

3    courtyard from that lobby area is when you first come into

4    the building?

5    A     Yeah.  There's an open door that you can see in the

6    center.  I'll mark it with 1 as the door leads from that

7    lobby area.

8    Q     And that would be leading to the east which would be

9    Nebraska?

10   A     Yeah.  If you go out that door eastbound, it goes to

11   Nebraska.

12   Q     Okay.  And showing you Exhibit 1-2, does that also

13   depict the courtyard?

14   A     Yes.

15   Q     And what is that door in the lower right-hand corner

16   that also appears to be open?

17   A     I think it's the door that leads to the back, the

18   pathway that Officer Silva had seen Mr. Woods.  I believe

19   that's it.

20   Q     That would be the western corridor most likely?

21   A     I think so.

22   Q     And then in this area here, what -- what's behind that

23   sort of half wall there?

24   A     I believe that's the parking lot on the south side.

25   Q     Okay.  And so I believe you said that the first area

1  that you directed officers to search was the south parking

2  area?

3  A    Correct.

4  Q    And which officers searched that?

5  A    I believe it was Officer Martinez and K9

6  Officer Parcells.  And I stood and monitored that search,

7  also.  I was in the parking lot, also.

8  Q    Do you know where Officer Fagan was during that part of

9  the search?

10  A    I don't recall.

11  Q    Um, and similar to when you were conducting the original

12  search, did the K9 officer sort of lead in first with the dog

13  in that south parking area?

14  A    Yes.

15  Q    And then when the search was -- when you directed the

16  search into the western corridor, um, who was part of that

17  search?

18  A    If I recall, it was the K9 officer with his dog and I

19  think Officer Martinez and maybe Officer Silva.  I can't

20  really remember.

21  Q    Were you trying to conduct a methodical search of this

22  corridor area to make sure you cleared each portion of it?

23  A    Yes, I wanted to clear each portion one at a time

24  methodically, yes.

25  Q    That's because that was the last place that Mr. Woods

1    was observed going into?

2    A    Yes.

3    Q    And did you tell the officers what to do after -- well,

4    trying that --- first of all, you stayed behind in the

5    courtyard when they searched the western corridor?

6    A    Yes.

7    Q    And did you tell the officers what do after they

8    searched that corridor?

9    A    When they came back, I believe Officers Martinez and

10   Fagan said they were going to clear.  There's a stairwell

11   there.

12   Q    Okay.  Where is it that you believe you were when they

13   told you they wanted to clear the stairwell?

14   A    I believe I was standing generally in this area.  I

15   can't recall exactly.

16   Q    Okay.  Had you -- now, just like there's a south garage

17   here, was there also a north garage or parking area on the

18   opposite side?

19   A    Yes.

20   Q    Had that area been cleared yet?

21   A    No, I don't believe so.

22   Q    Um, around this time, did you hear some information from

23   a female call -- about a female caller, who had said she had

24   essentially opened her door and saw a person standing there

25   and immediately closed her door?

1    A    Yes.

2    Q    And do you remember whether that caller was reported to

3    say anything, such as, He was hiding in an alcove or anything

4    like that?

5    A    If I recall that, yeah, the caller said that he had been

6    hiding by her door --

7    Q    Okay.

8    A    -- by the entry, and then she closed the door.

9         MR. FATTAHI:  Your Honor, I'd just like to play

10   Exhibit 28.  It's also the transcript, Exhibit 156 at page

11   24, lines 2 to 4.  I don't believe there's an objection.

12        MR. RUSSELL:  No objection.

13        THE COURT:  Thank you:  That portion will be

14   admitted and you may publish.

15      (Whereupon Plaintiff's Exhibit 28 is admitted hereto.)

16        MR. FATTAHI:  Thank you, Your Honor.

17        (Whereupon audio is played in open court.)

18   BY MR. FATTAHI:

19   Q    All right.  Is that the information you received from

20   dispatch about the female caller at

21   441 Nebraska?

22   A    Yes.

23   Q    Now, do you remember at some point hearing an officer

24   say something very loud -- yelling something while you were

25   in that courtyard area around the same time frame?

1    A    Yes.

2    Q    And did you ever start to go up the stairwell stairs,

3    this -- well, first of all, this is a stairwell.  If you go

4    through this door, you can go up to the stairwell to the

5    second and third floors; correct?

6    A    I think so.

7    Q    And did you ever start to go in that door and start

8    going up the stairs before you heard the person yelling that

9    we just talked about?

10   A    No.

11   Q    Okay.  Now, had you come up with any plan to actually

12   search the second or third floors at that point?

13   A    No.  At that point, that we're discussing right now, I

14   was talking with the K9 officer standing where I showed on

15   the screen, and we were devising a plan at that point.

16   Q    And when Officers Fagan and Martinez told you that they

17   were going to check the stairwell, you understood that to

18   mean this enclosed stairwell, not the actual second and third

19   floors; correct?

20   A    Yes.

21   Q    And so you heard somebody yelling.  And where

22   approximately were you when you heard that?

23   A    I was somewhere in this general area.  I can't remember

24   which side of the tree I was on, but I believe probably

25   here (indicating).

BY MR. FATTAHI:

Q    Okay.  Indicating the area closer to that door that
leads to the stairwell?

A    I believe so from this angle.  It's hard to tell, but I
think that's where I put that X on the edge of the circle.

Q    And, um, when you heard that person yelling, did you
look up and see Mr. Woods?

A    Yes.

Q    Where was he?  Can you see in Exhibit 1-2 where he was?

A    I can.  My attention was drawn to the third level
walkway, and I observed Mr. Woods running this direction on
that walkway.

Q    Would that be toward the east?

A    Yes.

Q    And so when you first him, was he approximately in the
area of that door on the southern edge of -- middle of the
southern part of the third floor landing?

A    Approximately.  I mean, when I looked up he was running
very quickly across that landing.

Q    And where did he go from there?

A    He continued on the landing northbound and made this
turn here and continued running this way.

Q    So initially, he's running east and then he makes a
northbound turn, along the same third-floor landing?

A    Yes, a left turn and then north.

```
 1    Q      Now, could you see his whole body when you saw him

 2    running along that landing?

 3    A      Yes.

 4    Q      Could you see his hands as you saw him running?

 5    A      Yes.

 6    Q      Did you see him holding his waistband, reaching for his

 7    waistband, grabbing his waistband, anything like that?

 8    A      I don't remember.  He was just running.

 9    Q      Did you get the impression that he had anything in his

10    hands at the time when you saw him where you've just

11    indicated?

12    A      No, in that split second he was running, no.

13    Q      Did you see him make any attempt to open any of those

14    doors or windows that he ran past?

15    A      No.

16    Q      And what -- what did he do after this northbound running

17    that you indicated with the second arrow?  Where did he go

18    after that?

19    A      I watched him.  He climbed up generally this area I'm

20    marking with the circle.  He climbed up to the railing and

21    scaled all the way to the roof; grabbed the roof edge and

22    climbed up.

23    Q      And did he climb -- did he climb up essentially in the

24    area of that ladder pictured in Exhibit 1-2?

25    A      Yes.
```

1    Q     He would have been facing in an eastbound direction as

2    he climbed up?

3    A     Yes.  When he was doing the actual climb, yes.

4    Q     At the time when you saw him running on this third-floor

5    landing, first to the east and then to the north and then

6    climbing up to the roof, did you pull your gun out at any

7    point?

8    A     I don't believe so.

9    Q     And when you were in the courtyard directing officers to

10   search different areas of this 441 Nebraska complex, did you

11   go out and pull your gun out at any time during those

12   searches?

13   A     Yes.

14   Q     At what point?

15   A     I -- I had it out while at this location for sure in the

16   south parking area.  And I had taken a look in the north

17   parking lot.  I didn't search it, but I had it out at that

18   point.

19   Q     And while you were in that courtyard area, did you see

20   an officer with the less lethal beanbag shotgun at some point

21   before the shooting?

22   A     I don't remember.

23   Q     And at the time when you looked up and saw Mr. Woods on

24   the third-floor landing, was the K9 officer, Parcells, and

25   his police dog somewhere in the courtyard, as well?

1   A    Yes.  They were standing next to me.

2   Q    As Mr. Woods reached up to the roof to climb up, could

3   you see whether there was anything in his hands?

4   A    As he was climbing, it appeared as if nothing was in his

5   hands.

6   Q    And could you see his waistband area as he's climbing up

7   to the roof, at least the side and back of it?

8   A    To be clear, I can see what would be his waist, but he

9   had a very baggy shirt on.  So if you're asking if his waist

10  area was exposed where his pant line was, no, I could not see

11  that.

12  Q    Did you ever see anything that looked like a bulge that

13  could be a weapon in his waistband area?

14  A    No, he had a very baggy shirt on.

15  Q    And do you ever remember Mr. Woods looking in your

16  direction either when he was running down the landing on the

17  third floor or when he was climbing up onto the roof?

18  A    If you're asking if eye contact directly at me, I don't

19  recall.  He did kind of face my direction at one point.

20  Q    After he got onto the roof, did you ever see him look in

21  your direction?

22  A    I don't believe so.

23  Q    Did you ever see Mr. Woods' hands go inside of his

24  clothing or inside of a pocket or anything like that?

25  A    Not inside of his clothing, no.

1    Q    Did you ever see Mr. Woods put his hands together at any

2    point?

3    A    I did not.

4    Q    And at some point, did you look over and see where

5    Officer Martinez and Officer Fagan were at -- in a location

6    on the third-floor landing?

7    A    Yes.  As Mr. Woods was running down the catwalk, I

8    focussed on him for a moment; focused on them; kind of

9    focused back on Mr. Woods climbing up, and then I looked back

10   at the officers.  I was kind of watching them both.

11   Q    Did you ever see Mr. Woods look in the direction of

12   where you had observed Officers Fagan and Martinez?

13   A    I believe as he was running north, he was looking back

14   at them.

15   Q    That would be before he got onto the roof --

16   A    Yes.

17   Q    -- rather before he started climbing the roof?

18   A    Before he started climbing.  And as he began to climb, I

19   believe he faced outward at one point before turning and

20   pulling himself up.

21   Q    Do you remember testifying at your deposition that you

22   don't remember seeing Mr. Woods look in the direction of

23   Officer Fagan and Martinez at any time?

24   A    I don't specifically recall that.

25   Q    Okay.

1        MR. FATTAHI:  Your Honor, I'd like to read from the

2    deposition of officer -- of Sergeant Richardson,

3    page 95, lines 3 to 5.

4        MR. RUSSELL:  No objection.

5        THE COURT:  Thank you.  Go ahead.

6    BY MR. FATTAHI:

7    Q    "Question, Did you ever see Mr. Woods look in

8    Officer Fagan and Officer Martinez' direction at any time?

9        "Answer, I can't specifically remember."

10       And after you saw Mr. Woods get onto the roof, at

11   some point, did you get the impression that he was trying to

12   move further up the roof?"

13   A    Yes.

14   Q    And did he go out of your view at that point?

15   A    Generally, he was out of my view after they fired at

16   him.  I could see his feet at one point, but I couldn't see

17   the rest of his body.

18   Q    At some point, you saw his feet after he went out of

19   your view?

20   A    Yes.

21   Q    And did you see any other part of his body at that

22   point?

23   A    After he had fallen, no.

24   Q    After the shooting, did you have Officers Fagan and

25   Martinez come downstairs and take a public safety statement

1    from Officer Fagan?

2    A    Yes.

3    Q    Did -- well, first of all, do you know how long that

4    conversation took approximately?

5    A    It was very short.  He told me approximately how many

6    rounds he fired and which direction, but I had observed it.

7    So it was very quick.

8    Q    Did Officer Fagan tell you anything else about what had

9    happened in this incident?

10   A    No.

11   Q    Did Officer Fagan ever do a walk-through with you,

12   showing you the overview of what happened?

13   A    Not with me.

14   Q    After the shooting was over, at some point, did you and

15   some other officers search the path of Mr. Woods' flight

16   trying to look for weapons or contraband?

17   A    Yes.

18   Q    How many officers were involved in that search?

19   A    I don't recall.  I think there was maybe two.

20   Q    Do you think it would have been as many as five

21   officers?

22   A    I don't remember.  It may be in my report.

23   Q    Okay.  Well, where did that search cover?  Which areas?

24   A    I believe we started at the apartment roof when the

25   helicopter first spotted him; checked the laundry room and

1    the roof area and visually inspected the other roof.  And

2    then we started the path from there, westbound to the next

3    apartment complex and to where I visually saw him jump off or

4    running from the next apartment on Nebraska.

5    Q    Did it also include a search of the 420 Nebraska

6    complex?

7    A    Yes.

8    Q    And do you know if it included any alleys that he had

9    been seen going through or suspected -- was suspected of

10   going through?

11   A    I believe so.  The alley south of 420.

12   Q    And do you recall whether it was yourself,

13   Officer Silva, Officer Brunson, Officer Moreno and possibly

14   an Officer Barth, who were involved in that search?

15   A    It does refresh my memory.  That sounds correct.

16   Q    Okay.  And that search lasted approximately 45 minutes?

17   A    It sounds right.

18   Q    And you or the other officers did not find any weapons

19   or contraband at that point?

20   A    Correct.

21        MR. FATTAHI:  At this point, Your Honor, I would

22   like to play parts of a video -- a surveillance video.  It's

23   Exhibit 16.  I believe there's no objection.

24        THE COURT:  But why don't we take our afternoon

25   recess.

```
 1              MR. FATTAHI:  Very well.

 2              THE COURT:  And we'll be in recess until 3:10 by

 3    the courtroom clock.  Remember don't discuss the case,

 4    anything about the case, the evidence, the participants, the

 5    witnesses, anything at all.  And don't make up your minds

 6    about the case or any issue in the case.  Don't do any search

 7    about the case or investigation.  Thank you.  You're excused.

 8         (The following held outside the presence of the jury:)

 9              MR. DUNN:  They brought it up.

10              THE COURT:  Go ahead.

11              MR. DUNN:  I don't know if we're going to have a

12    stipulation on the diagrams that Dr. --

13              THE COURT:  Oh, in the deposition?

14              MR. DUNN:  Yeah, they're test in as an exhibit.

15    As -- as he went through his testimony, he made reference to

16    diagrams in the autopsy report.

17              THE COURT:  No, I think that those would be

18    admissible because -- well, I'll look at it first, but that's

19    really -- essentially, those are incorporated into the record

20    of his deposition.

21              MR. DUNN:  They are.

22              THE COURT:  I'll look at any of the objections that

23    have been --

24              MR. DUNN:  Again, we may take this up tomorrow

25    morning, but what I was planning on doing is while the person
```

```
 1    is reading, as they're reading, show the appropriate parts of

 2    the diagram on the Elmo, but anyway, I've got it right here.

 3              THE COURT:  All right.  Thank you.

 4                        (Recess.)

 5    (Whereupon the following was held in the presence of the

 6    jury:)

 7              THE COURT:  Let the record reflect the presence of

 8    all members of the jury, all counsel present.  You may

 9    continue.

10              MR. FATTAHI:  Thank you, Your Honor.  At this

11    point, plaintiffs will offer to play Exhibit 16, a portion of

12    a video recording.

13              THE COURT:  I believe you already said no

14    objection; is that right, Mr. Russell?

15              MR. RUSSELL:  No objection.

16              THE COURT:  All right.  Go ahead.

17              (Whereupon video is played in open court.)

18    BY MR. FATTAHI:

19    Q    Officer Richardson, at the evening of this foot pursuit,

20    you did see Mr. Woods at some point?

21    A    Yes.

22    Q    Does that appear to be the person that you saw that

23    night, Mr. Woods?

24    A    It appears to be.

25    Q    Okay.  Do you recognize the officer that is shown in
```

1    this frame?

2    A    It's Corporal Fagan.

3              (Whereupon video is played in open court.)

4    BY MR. FATTAHI:

5    Q    And that's yourself also approaching the eastern

6    entrance of 441 Nebraska?

7    A    Yes.

8    Q    Who's that officer on the right?

9    A    It's K9 officer Parcells.

10   Q    And his police dog?

11   A    Yes.

12   Q    Were you able to open the door somehow?

13   A    It appears so.

14   Q    And the first officers through the door were

15   Officers Fagan and Parcells and the police dog?

16   A    Yes.

17   Q    Do you recognize the officer, who's just walking in

18   through the gate at this point?

19   A    It looks like Officer Martinez.

20   Q    And here we see Officers Fagan, Martinez and Parcells;

21   correct?

22   A    Yes.

23             (Whereupon video is played in open court.)

24   BY MR. FATTAHI:

25   Q    And at this point, there are other officers entering,

1    including, I believe, yourself, as Officers Parcells and

2    Martinez and Fagan are in the courtyard area; is that right?

3    A    It looks correct.

4    Q    Is that the less lethal shotgun that we referred to

5    earlier that one of the officers was assigned?

6    A    I believe so.  It's blurry, but I think that's what that

7    is.

8    Q    And unfortunately, the video freezes here, and I have to

9    skip it ahead; but at this point, how many officers appear in

10   the courtyard of 434 Nebraska?

11   A    Seven or eight.

12            (Whereupon video is played in open court.)

13   BY MR. FATTAHI:

14   Q    At this point, would the search of the south parking lot

15   be under way?

16   A    It's hard to tell, but it's possible.  I can't tell.  It

17   looks like that's what's going on there.

18   Q    And is that you sort of in this position in the

19   courtyard?

20   A    I believe so.

21            (Whereupon video is played in open court.)

22   BY MR. FATTAHI:

23   Q    At this point, you directed officers to search the

24   western corridor that leads to the rear of the complex?

25   A    I believe that's what's happening.

```
 1                  (Whereupon video is played in open court.)
 2      BY MR. FATTAHI:
 3      Q    Can you tell whether that search team includes the K9
 4      officer, as well as Officers Fagan and Martinez?
 5      A    I believe it did.  I'd have to see in from the beginning
 6      to be for sure.  I think they came out first.
 7                  That's Corporal Fagan right there.
 8      Q    Right here?
 9      A    Yes, I believe so.
10      Q    All right.  And when somebody goes through this door to
11      this area back here.  Where does that corridor lead?  Is that
12      this door in the -- I suppose it's the southwest of the
13      courtyard?
14      A    I didn't go back there, but I believe that's the walkway
15      we believe Mr. Woods went from the back to the courtyard.
16      Q    Could you see a figure coming into view beyond that
17      doorway there?
18      A    Yes.
19      Q    And now, where were you at this time when that search
20      team was in that western corridor and returning at this --
21      where we're seeing exactly at this point?
22      A    I don't recall where I was at that exact moment right
23      there.  I don't know.
24      Q    Do you know if that's you there in the courtyard?
25      A    It's possible.  It looks like it.
```

```
 1   Q    All right.  And turning back to this view, does it
 2   appear as if an officer or two are going up the stairs in
 3   that stairwell?  Would you like me go back?
 4   A    From what I could see it looks like two shapes that are
 5   possibly heads are going up there.
 6   Q    First, in this doorway, you could see them appearing to
 7   ascend the staircase and then in this window, as well?
 8   A    I didn't see that first part in the -- in the doorway,
 9   if you want to play it again...
10   Q    Sure.
11   A    I could see the activity in the doorway, and then I
12   could seat two heads.  So...
13   Q    Okay.  So and that's Officer Parcells with the police
14   dog, just outside the doors?
15   A    Yes.
16   Q    Yourself walking over toward him, here in the upper
17   left?
18   A    I believe it is.  Yeah, that looks like me.
19   Q    Do you recall what this conversation was about between
20   yourself and officer Parcells it appears?
21   A    No.  I think we're trying to come up with a plan, but I
22   can't say specifically what we were saying there.
23   Q    Now, at that point, did you know Officers Fagan and
24   Martinez had gone up this southwest stairwell?
25   A    I can't say specifically -- I remember they had said
```

```
1    they were going to clear it.  I don't know if I knew

2    immediately they were doing it right then.

3    Q    Do you remember going after this conversation with

4    Officer Parcells into that doorway and possibly going up

5    those stairs?

6    A    No, I don't remember that.

7    Q    But it appears that you did start to go up that

8    stairway; correct?

9    A    It looked like it right there.

10   Q    Now, do you see Officer Parcells appearing to point

11   upwards towards the third-floor balcony?

12   A    Yes.

13   Q    And is that yourself in the doorway that leads up to the

14   western corridor, if you know.

15   A    I can't tell right there.

16   Q    And does it appear that the area, at least part of the

17   courtyard, is illuminated from a light from a helicopter at

18   that point when Officer Parcells is pointing up to the third

19   floor?

20   A    It appears so.

21   Q    Do you know who these other officers are here in the

22   courtyard?

23   A    I can't tell from this video.

24   Q    And there appears to be another officer here, possibly

25   near the door to the lobby area?
```

1    A    It appears so.

2    Q    Did you have some officers basically stay in that area

3    to try to watch the north garage because it hadn't been

4    cleared yet?

5    A    I did have some officers watching the entrance to the

6    north garage.

7    Q    Okay.  I'm just going to freeze it there.  Did that

8    appear to be you coming out of these -- out of this doorway

9    into the courtyard?

10   A    I think it is.

11   Q    Do you believe that's the time when you heard somebody

12   yelling and looked up and saw Mr. Woods?

13   A    I can't tell from this video if that's the -- that

14   moment.

15   Q    Okay.  In the upper left, do you see a couple of shapes

16   there that might be a set of two legs?  And I'll go back a

17   little bit so that you can see it in motion.

18          Do you see those -- what appears to be two legs

19   there?

20   A    Yes.

21   Q    Okay.  If you're having trouble with that monitor, is it

22   any clearer, if you look at the screen behind you?  I know

23   it's not the best angle but...

24   A    That looks about the same.

25   Q    About the same.  Thank you.

1          All right.  Do you believe that that would have

2    been Officers Fagan and Martinez on the third-floor landing

3    at that point?

4    A    Seeing it now, it could be.

5    Q    And it appears that there's, again, some illumination

6    from a helicopter spotlight at that point?

7    A    I can see light in that picture that I'm thinking is

8    from the helicopter.

9    Q    And officer Parcells is still sort of in the center of

10   the courtyard.  Did you ever see him draw his firearm at any

11   point?

12   A    I don't remember.

13   Q    Okay.  And when you saw officers sort of backing up and

14   moving towards the walls, do you know whether that's the time

15   when you started hearing gunshots?

16   A    I -- I don't know.  It appears that way; but I don't

17   know.

18   Q    Did you see an officer go into this doorway, leading to

19   the western corridor at this point?

20   A    I did.

21   Q    That was not you; correct?  You went somewhere over in

22   this area?

23   A    Yeah, correct.

24          MR. FATTAHI:  All right.  That's it, Your Honor.  I

25   am finished with that.

```
 1              No further questions for this witness.

 2              THE COURT:  Thank you.  Mr. Russell, you may

 3   cross-examine.

 4                         CROSS-EXAMINATION

 5   BY MR. RUSSELL

 6   Q    Good afternoon, Sergeant.

 7   A    Good afternoon.

 8   Q    Just a few questions for you.  You said at some point

 9   during the foot pursuit, you had your TASER out, but you did

10   not use it against Tyler Woods?

11   A    Correct.

12   Q    Why didn't you use the TASER?

13   A    When he initially ran, to be quite honestly, I didn't

14   get it out fast enough.  He started to get over the fence,

15   and I didn't think I could get a clear use of the TASER.

16   Q    You said that you recall there was a K9 announcement

17   that was made?

18   A    Yes.

19   Q    Do you recall whether the -- during the K9 announcement,

20   Tyler Woods' name was used?

21              MR. FATTAHI:  Objection.  Leading.

22              THE COURT:  Overruled.

23              THE WITNESS:  I don't remember.

24   BY MR. RUSSELL:

25   Q    Okay.  If you could, please take a look at the bigger
```

```
1    binder, Exhibit 156 on page 8, lines 6 through 13 and see if

2    that refreshes your recollection at all?

3    A    It does.

4    Q    Now, based on your recollection, was Tyler Woods' name

5    used during the K9 announcement?

6    A    Yes.

7    Q    Was -- if you recall, was Tyler Woods given any

8    opportunity during the K9 announcement, to surrender himself

9    without being harmed?

10   A    Yes, he was.

11   Q    Okay.  Did Tyler Woods surrender himself after that

12   announcement?

13   A    No, he did not.

14   Q    Throughout the foot pursuit, to your knowledge, were any

15   commands given to Tyler Woods when officers would see him

16   running?

17   A    Yes, I believe so.  I remember things -- I can't

18   remember specifics; but, um, I was yelling for him to stop

19   initially on the very first foot pursuit.

20   Q    And the K9 announcement, is that made over a loud

21   speaker?

22   A    Yes.  We have the police cars parked along the perimeter

23   edges, and protocol is for the officers to turn their car

24   PA's on, so it can be heard in the perimeter.

25   Q    At some point during the foot pursuit or the search for
```

1    Mr. Woods before the officer-involved shooting took place,

2    did you learn any information about carjacking?

3    A    As I recall, it was determined that the original crime

4    he had been arrested for was an armed carjacking.

5    Q    And having seen the video, does that help you at all

6    estimate how long you believe he it was from when you heard

7    the first gunshot inside 441 Nebraska until the last gunshot?

8    A    It's hard to tell from the way the video was played that

9    I would estimate -- but I would estimate five, six seconds.

10   Q    And during the shooting in 441 Nebraska, were you

11   looking at the officers who were shooting?  Were you looking

12   at Mr. Woods?  Where was your attention?

13   A    I was trying to divide it to both.  I saw Mr. Woods

14   running.  Then I heard the shots; looked at the officers; saw

15   Mr. Woods climbing.  So I just kind of remember watching --

16   turning my attention to both.

17   Q    During Mr. Fattahi's questions to you, he asked you if

18   you recall information coming out of the radio that Mr. Woods

19   had failed to appear after I guess going to court for his

20   armed robbery.  Do you recall that?

21   A    Yes.

22   Q    Is that a serious offense, failing to appear after being

23   bonded out on that kind of an offense?

24   A    I believe so.

25   Q    And the reason I ask is, it appears as though there's an

```
 1    awful lot of police resources being devoted during this
 2    pursuit of Mr. Woods.  Um, and can you explain why so many
 3    police resources were devoted to that person?
 4              MR. FATTAHI:  Objection to the form of the
 5    question.
 6              THE COURT:  The objection is overruled.
 7              THE WITNESS:  Mr. Woods was being sought for a very
 8    serious crime, armed robbery and a very serious and dangerous
 9    person in my opinion.  And we will devote quite a few
10    resources into catching somebody that is that dangerous, in
11    my opinion.
12    BY MR. RUSSELL:
13    Q    In your experience, how typical is it during a foot
14    pursuit to call in an airship?
15    A    On the nighttime hours that we work, we don't do that
16    very often, but if it's a crime of a serious nature, we will
17    request a helicopter from other agencies to assist.
18    Q    And in your experience, how long do foot pursuits
19    typically last?
20    A    Are you asking physically running portion or as an
21    entire search?
22    Q    Well, let's just say starting with the typical running
23    portion, how long does that portion typically last?
24    A    Usually the physical running portion -- the actual foot
25    pursuit is very quick.
```

```
1    Q    And then what about the searching portion?

2    A    Searches can last a long time.  Sometimes they're very

3    quick, based on -- it -- so many variables, the size of the

4    area needed to be searched; um, the number of properties or

5    amount of structures on properties.  There's a lot of

6    variables.

7    Q    And other than the outcome, meaning the officer-involved

8    shooting, was there anything about this search that you

9    recall as being unusual or not typical?

10   A    Yes, absolutely.

11   Q    What about it was unusual or not typical in your

12   experience?

13   A    Mr. Woods -- I've been a police officer at that point

14   roughly 18 years, 17 years.  I would say that was -- he

15   appeared to be one of the most motivated people to get away

16   I'd ever seen.  It is rare that you ever see people jumping

17   from roof to roof as he did, third levels and getting away as

18   many times as he did or those couple of times.  So it --

19   he -- he appeared to be very motivated to get away and

20   unusually so.

21            MR. RUSSELL:  Thank you.  That's all the questions

22   I have.  Redirect examination -- or actually, I'm sorry.

23   Re-cross.

24                    REDIRECT EXAMINATION

25   BY MR. FATTAHI:
```

1   Q      You mention the K9 announcement?

2          Do you know whether that happened after

3   Officer Fagan had already been -- you had observed him at a

4   perimeter position?

5   A      It was before.

6   Q      Okay.  And when you heard something about a carjacking,

7   what was the source of that information?

8   A      I can't recall.  I remember there was a discussion about

9   it being a carjacking, but I can't remember how it came

10  about.

11  Q      Okay.  After you arrived at the scene about three

12  minutes after the foot pursuit started, I assume you got out

13  of your police vehicle at that point?

14  A      Yes.

15  Q      Did you ever get back in your police vehicle between

16  then and the time of the shooting where you would have

17  observed any in-car computer information?

18  A      I don't remember.

19  Q      Um, any information that you would have gotten about a

20  carjacking would have been over the police radio, I assume

21  during this incident?

22  A      No.  That's not necessarily true.

23  Q      Well, if you didn't receive it from a police radio

24  transmission, where could you have possibly learned that

25  information?

```
 1    A    Like I said, I don't remember, but I can speculate that

 2    it's in the call -- talk of it being a carjacking.  And I'm

 3    speculating that maybe an officer read that and relayed it to

 4    other officers, but I can't remember where that came about.

 5    Q    And you recall at your deposition we listened to a

 6    portion of the radio dispatch where you thought it was in the

 7    call.  So it was probably coming from the radio dispatch, and

 8    we didn't hear it on the radio dispatch at that point; is

 9    that correct?

10    A    That's correct.

11    Q    Now, you were asked some questions about why this

12    pursuit was devoted so many resources.  Um, isn't one of the

13    reasons why you have resources like a K9 and less lethal

14    options and a helicopter, so that you can apprehend the

15    suspect, not just for the officer's safety or the community

16    but also for the suspect's safety?

17    A    Well, at any given time, when we're trying to apprehend

18    somebody, we would like to have the safest outcome.

19    Q    And you mentioned that one of the reasons why you had

20    all these resources is because this was a very serious

21    incident that Mr. Woods was wanted for; correct?

22    A    Yes.

23    Q    And you didn't have any information that anybody had

24    been hurt at any point by Mr. Woods, including in the alleged

25    armed robbery; correct?
```

1    A    We did not have any information like that.

2    Q    And based on the nature of that offense he was charged

3    with, you didn't believe that alone made him somebody who

4    deadly force could be used against if he attempted to flee?

5    A    I'm sorry.  Could you say that one again.

6    Q    Sure.  You didn't believe, did you, that because he was

7    wanted for this serious crime of armed robbery -- I

8    apologize -- you didn't believe that because he was wanted

9    for armed robbery and he was fleeing, that alone, was grounds

10   for using deadly force to stop him and make an arrest, did

11   you?

12   A    Correct.  Merely being wanted for armed robbery would

13   not be grounds for using deadly force.

14   Q    In fact, even at the time you saw Mr. Woods climbing up

15   onto the roof, you didn't believe at that time that he

16   qualified as a substantial risk or a fleeing felon under the

17   Long Beach Police Department deadly force, policy, did you?

18   A    I did not perceive that.

19          MR. FATTAHI:  No further questions, Your Honor.

20          THE COURT:  Thank you.  Thank you.  You may step

21   down.  And plaintiffs may call their next witness.

22          MR. FATTAHI:  Your Honor, plaintiffs call

23   Officer Mark Brunson.

24   **PLAINTIFF'S WITNESS, MARK BRUNSON, SWORN.**

25          THE CLERK:  Please state your full name and spell

```
 1    it for the record.
 2              THE WITNESS:  My name is Mark Brunson.  That's
 3    M-a-r-k B-r-u-n-s-o-n.
 4              THE COURT:  Thank you.  You may inquire.
 5                     DIRECT EXAMINATION
 6    BY MR. FATTAHI:
 7    Q    Good afternoon, sir.  Who are you currently employed by?
 8    A    The city of Long Beach.
 9    Q    And what's your assignment with city of Long Beach?
10    A    I work west division patrol.
11    Q    And was that your assignment back in November 2013 when
12    there was an incident involving a Tyler Woods?
13    A    Yes.
14    Q    Were you one of the two officers who initiated the
15    traffic stop on the vehicle Mr. Woods was a passenger in?
16    A    Yes.
17    Q    And were you working with a partner on that evening?
18    A    Yes.
19    Q    What was his name?
20    A    Officer Tovar.
21    Q    And were you the driver or the passenger of the vehicle?
22    A    I was the driver.
23    Q    At some point during this traffic stop, did Mr. Woods
24    start running?
25    A    Yes.
```

1    Q    And you attempted to give chase?

2    A    Yes.

3    Q    Um, do you recall the type of clothing that Mr. Woods

4    was wearing that evening?

5    A    Gray sweatshirt and gray sweatpants.

6    Q    Would you describe his clothing as baggy?

7    A    They're medium fitting.

8    Q    At some point, you lost sight of Mr. Woods?

9    A    Yes.

10   Q    And you broadcasted that over the police radio on

11   channel one?

12   A    Yes.

13   Q    During this first time when he ran from you at the scene

14   of the traffic stop, do you have an estimate of how far he

15   ran in your vision before you lost sight of him, as far as

16   feet or yards?

17   A    Ask me one more time.

18   Q    Sure.  When he initially ran from you until you lost

19   sight of him, how much distance did he cover before you lost

20   sight?

21   A    He was probably about half a block.

22   Q    And during that time period, did you ever see him

23   reaching for his waistband; holding his waistband; grabbing

24   his waistband; anything like that?

25   A    No.

```
 1    Q    And at some point after you lost sight of him, some
 2    other officers arrived to assist in trying to locate him?
 3    A    Yes.
 4    Q    Including Sergeant Richardson very briefly after that?
 5    A    Yes.
 6    Q    And at some point, you found him -- or Sergeant
 7    Richardson found him and he ran again?
 8    A    Yes.
 9    Q    Did you observe him running the second time?
10    A    Yes.
11    Q    And at that point -- at some point, you lost sight of
12    him again?
13    A    Yes.
14    Q    And during the second time period, you saw him running,
15    did you see him running -- strike that -- did you see him
16    grabbing his waistband or reaching for anything in his
17    waistband or holding his waistband?
18    A    No.
19    Q    At some point after the second time you lost sight of
20    him, did you hear an officer Moreno ask either you or your
21    partner whether Mr. Woods had been patted down before he
22    started running?
23    A    Yes.
24    Q    And did your partner, Officer Tovar respond, Yeah, he
25    was patted down; no weapons?
```

1    A    Yes.

2           MR. FATTAHI:   Your Honor, I'd like to play from

3    Exhibit 28, the transcript, Exhibit 156.   This is page 7,

4    line 6 to 8.   I don't believe there's an objection.

5           MR. RUSSELL:   No objection.

6           THE COURT:   Thank you.   And, again, ladies and

7    gentlemen, keep in mind that the recording is the evidence.

8    The transcript is just an aid for you as you listen to the

9    evidence.

10          (Whereupon audio is played in open court.)

11   Q    Was that first two transmissions we just discussed?

12   A    Yes.

13   Q    After -- strike that -- you didn't observe the

14   officer-involved shooting yourself, did you?

15   A    No.

16   Q    At some point, did you assist with a few other officers

17   in trying to retrace Mr. Woods path, along the pursuit or

18   where you thought he would have been during the pursuit?

19   A    Yes.

20   Q    Including some alleys and different properties you

21   thought he could have entered?

22   A    Yes.

23   Q    And to your knowledge, was anything found during that

24   search?

25   A    No.

```
 1              MR. FATTAHI:  No further questions, Your Honor.

 2              THE COURT:  Thank you.  Mr. Russell...

 3              You may inquire.

 4                        CROSS-EXAMINATION

 5    BY MR. RUSSELL:

 6    Q    Good afternoon, officer.

 7    A    Good afternoon.

 8    Q    Why were you chasing Tyler Woods?

 9    A    He ran from us during a traffic stop.

10    Q    Was he detained during the traffic stop?

11    A    Yes.

12    Q    Okay.  So he's detained and he takes off running, but

13    why are you chasing him?

14    A    I believe that he possibly was running because he had

15    warrants.

16    Q    Okay.  What made you think -- well, let me stop for a

17    second.  At some point, did you learn that the man you were

18    chasing, was named Tyler Woods?

19    A    I learned that after he started running.

20    Q    Okay.  Did you talk to Tyler Woods before he started

21    running?

22    A    Yes.

23    Q    During the course of your conversation with Tyler Woods,

24    did you ask him his name?

25    A    Yes.
```

```
1    Q    And what name did he tell you when you talked to him

2    before he started running?

3              MR. FATTAHI:  Objection; relevance.

4              THE COURT:  Sustained.

5    BY MR. RUSSELL:

6    Q    Did the name he tell you was it Tyler Woods?

7    A    No.

8    Q    So when he took off running, how long was that after he

9    had been patted down?

10   A    Approximately three minutes.

11   Q    And was he ever handcuffed at the scene?

12   A    No.

13   Q    And was he outside of the vehicle -- once the traffic

14   stop occurred, was he outside the vehicle the entire time?

15   A    I don't understand.  Did we pull him out after the

16   traffic stop is what you're asking?

17   Q    Well, that was a bad question.  So you do a traffic

18   stop.  You ask the people in the car to get out?

19   A    Yeah.  We took them out after the traffic stop.

20   Q    Okay.  And once they're outside, they get detained while

21   you figure out what's going on with the traffic stop?

22   A    Yes.

23   Q    Okay.  And that's when the conversation at some point

24   took place where he gave you q name other than Tyler Woods?

25   A    Yes.
```

1    Q    Did you pat him down?

2    A    No.

3    Q    Your partner did?

4    A    Yes.

5    Q    Did you see your partner pat him down?

6    A    I caught a glimpse of it when I was dealing with the

7    driver, that he was patting him down.

8    Q    How long does a pat-down typically take?

9    A    Maybe 30 seconds.

10   Q    And in your experience, have you ever found weapons on

11   somebody after they've been patted down?

12   A    Yes.

13   Q    Have you ever found weapons on someone that another

14   officer has patted down?

15   A    Yes.

16   Q    Okay.  So he takes off running.  Are you fast?

17   A    Kind of.  Sometimes.

18   Q    You weren't fast enough that day?

19   A    No.

20   Q    How fast was he compared to the typical person you're

21   chasing?

22   A    This is a fastest guy I ever chased after.

23   Q    Now, as he was running from you, did you see him do

24   anything other than running, meaning did you see him go up

25   over fences or anything like that?

1    A    Yes.

2    Q    And how many times did you see that?

3    A    I saw him jump two fences when I was chasing after him.

4    Q    And approximately how high were the fences you saw him

5    jump?

6    A    Approximately 6 feet high.

7    Q    And how did he do it?  Did he just kind of reach up and

8    crawl up over the fence?  How did it go?

9    A    He just -- it was almost -- it seemed like he was just

10   leaping over pretty much, just pulling himself right over.

11   And it was over in seconds.

12   Q    Now, how long did you actually chase him before you lost

13   sight of him?

14   A    Maybe 20, 30 seconds.

15   Q    And then after that 20 or 30 seconds, where did you go?

16   A    I paralleled the alley just north of him.

17   Q    And were you able to see him again after you

18   paralleled -- went to the alley parallel of him?

19   A    No.  I could just hear him.

20   Q    At what point do you -- do you keep searching for him

21   again after you lost sight of him the first time?

22   A    Yes.

23   Q    And is that, along with other officers, like

24   Sergeant Richardson and other people or by yourself?

25   A    Well, I went down the alley by myself, and then I was

212

```
 1    told by a witness that he had run through a pathway, and I

 2    went back to the front with other officers to search for him

 3    in the front.

 4    Q    And were you able to find him?

 5    A    No -- or I'm sorry -- we did find him in the front.

 6    Q    And when you found him, describe that for me.

 7    A    He was laying down hiding underneath some bushes, and

 8    then Sergeant Richardson pointed him out to me with his

 9    flashlight.  And then as soon as he pointed him out, he

10    jumped up and jumped right back over another fence and was

11    gone again.

12    Q    How far away from you, would you say, that Mr. Woods was

13    when he was hiding in the bushes?

14    A    Probably 15, 20 feet away.

15    Q    And how many officers were in your immediate area when

16    you found Mr. Woods hiding in the bushes?

17    A    There is myself and three other officers.

18    Q    And are you all in police uniforms?

19    A    Yes.

20    Q    And we've seen pictures of Officer Martinez and

21    Corporal Fagan in the dark blue uniform.  Is that what you

22    were wearing?

23    A    Yes.

24    Q    And the officers with you were wearing that?

25    A    Yes.
```

```
1    Q    Same uniform you had on when Mr. Woods was talking to

2    you during the traffic stop?

3    A    Yes.

4    Q    As you were chasing Mr. Woods, were you giving him any

5    commands?

6    A    I was yelling at him, trying to get him to stop.

7    Q    And did he make any indication to you that he was going

8    to stop?

9    A    No.

10   Q    When you and the other officers found him hiding in the

11   bushes, did anybody give any commands to him at that point?

12   A    I don't remember.

13   Q    How quickly was he up and out of the bushes?

14   A    A couple of seconds.  He was gone.

15   Q    And then what role if any, did you have in looking for

16   him after he took off from the bushes?

17   A    I don't remember going after him after that.

18   Q    What did you end up doing?

19   A    I was told to go to the command post and then give a

20   synopsis to the sergeant about what happened.

21   Q    Okay.  And then when you got to the command post, did

22   you -- you, yourself gain any information about Mr. Woods?

23   A    Yes.

24   Q    Okay.  Is this information that would have come over the

25   radio, or is it information you learned from somebody nearby?
```

1    A     I remember hearing stuff over the radio.

2    Q     Okay.  Did you, yourself ever speak with the other

3    people who were in the car with Mr. Woods when he was

4    stopped?

5               MR. FATTAHI:  Objection; relevance.

6               THE COURT:  Overruled.  You may answer.

7               THE WITNESS:  I don't remember talking to the other

8    occupants after that.

9    BY MR. RUSSELL:

10   Q     Okay.  You do not remember talking to them?

11   A     No.

12   Q     Okay.  Other than trying to retrace Mr. Woods route to

13   look for weapons or contraband, did you have any role in the

14   follow-up at 441 Nebraska, interviewing witnesses or anything

15   like that?

16   A     No.

17   Q     Before that night, had you ever seen Tyler Woods?

18   A     No.

19              MR. RUSSELL:  That's all the questions I have.

20   Thank you.

21              THE COURT:  Thank you.  Mr. Fattahi...

22                    **REDIRECT EXAMINATION**

23   BY MR. FATTAHI:

24   Q     Just one question.  The other occupants of the vehicle,

25   could you briefly describe them, their appearance?

```
1    A      Two female blacks in the vehicle.

2    Q      Was one of them pregnant?

3    A      Yes.

4    Q      No further questions, Your Honor.

5              THE COURT:  All right.  Thank you.  You may step

6    down.

7              Your next witness.

8              MR. DUNN:  Your Honor, our next witness was going

9    to be read through the deposition of -- of Dr. Pena.  And we

10   have not sorted out some of the specifics of that yet.  If

11   the Court would want to begin some of the parts that we could

12   agree upon, or if we would -- or if it would be better for us

13   to sort all of the deposition excerpts out first.

14             THE COURT:  It probably makes more sense to read it

15   all at once when everything has been ruled upon.  So you

16   don't have any other witnesses today?

17             MR. DUNN:  No.  We actually did have a -- I believe

18   a no-show.

19             THE COURT:  All right.  Ladies and gentlemen, well,

20   I think really what's happened is that both sides have been

21   efficient in questioning the witnesses.  So they went a

22   little bit faster than expected, but I believe we're still on

23   question with what I told you.  So we'll recess a little

24   early today.  And we'll see you back tomorrow morning no

25   later than 9 o'clock, but remember we don't need you Friday.
```

```
 1    So you can carry on with whatever your usual activities are

 2    on Friday.

 3           Remember don't discuss the case, communicate about

 4    it in any way with anyone.  Don't do any investigation.  One

 5    of the things I neglected to mention but included in that

 6    means don't visit any of the sites, places that are

 7    mentioned.  Don't do any other kinds of investigation,

 8    electronically or otherwise.  And don't make up your minds

 9    about the case.  You haven't heard all the evidence.  Thank

10    you.  We'll see you tomorrow morning.

11        (The following held outside the presence of the jury:)

12           THE COURT:  You may be seated.  Before we recess

13    this afternoon, could I just ask, what is the lineup for the

14    witnesses tomorrow?

15           MR. DUNN:  I'm going start with the reading of --

16    of Dr. Pena's testimony.  My estimation is that will take

17    approximately one hour and 15 minutes.  Is Mr. DeFoe going to

18    go next?

19           MR. FATTAHI:  I believe we have two City

20    witnesses -- three witness, one of who was supposed to be

21    here today, but he's going to come tomorrow --

22           MR. RUSSELL:  I don't know.

23           MR. FATTAHI:  -- and three witnesses from the City.

24    They should be relatively quick.

25           THE COURT:  They've all been subpoenaed or notice
```

```
1    was sent to them?

2            MR. FATTAHI:  We had an agreement to pro produce

3    dues them.

4            THE COURT:  And what are those witnesses' names?

5            MR. FATTAHI:  There's officer Tovar;

6    Officer Hafkenscheid; Officer Lavarro was the one from today

7    and then Officer Silva and then I believe an Officer De Leon.

8            THE COURT:  So that's five.

9            MR. FATTAHI:  Five.  Correct.

10           THE COURT:  All right.  And is that it for

11   tomorrow?

12           MR. DUNN:  The police practice's expert,

13   Scott DeFoe will be probably the final witness.

14           THE COURT:  All right.  Well, that should pretty

15   much take up the -- I don't know how long the officer

16   witnesses will be.

17           MR. FATTAHI:  They'll be relatively brief.

18           THE COURT:  All right.

19           MR. FATTAHI:  Probably 20 minutes each.

20           MR. DUNN:  And then on -- on Tuesday, we're going

21   to have three pretty short witnesses.  There's -- is it

22   Rodney Rambo?  Rodney Rambo, Shelly Jenkins, and

23   Patience Douglas.  I believe that all three of those will

24   easily be done before lunch -- easily.

25           THE COURT:  All right.  So then you should be
```

```
 1    prepared, Mr. Russell, to have a witness available to begin
 2    say at 11 o'clock on Tuesday morning in case things go more
 3    quickly than we anticipate.  And then do you think -- how
 4    many witnesses do you anticipate putting on?
 5              MR. RUSSELL:  At this point, I know we have our
 6    defense police practices expert and maybe one or two
 7    witnesses in rebuttal for the civilian witnesses that are
 8    being called on that Tuesday.  So I would say --
 9              THE COURT:  We might wrap up Tuesday?
10              MR. RUSSELL:  -- no more than five total but
11    probably less than that.
12              THE COURT:  So we might wrap up with witnesses on
13    Tuesday?
14              MR. RUSSELL:  I would expect to, Your Honor.
15              THE COURT:  All right.  So we need to -- well,
16    we'll need to have a charging conference probably on Tuesday
17    morning, but there won't be a lot to discuss.  So we could
18    probably do that Tuesday morning before we get started, or we
19    might be able to do -- well, we could do it tomorrow
20    afternoon if you finish early.  The problem is we won't have
21    heard all the evidence.  So the main -- that main issue on
22    the jury instructions I probably can't resolve.
23              MR. DUNN:  Well, there is a not so remote danger of
24    running out of witnesses tomorrow at about the same time.
25              THE COURT:  I think you told me about that earlier
```

```
 1    this week.

 2              MR. DUNN:  Yeah.

 3              THE COURT:  So I understand that, but I meant what

 4    I said to the jury.  You've been both efficient.  So that's

 5    all right, but I don't think we could do the charging

 6    instruction tomorrow because until I've heard virtually all

 7    the evidence, I won't be able to make a ruling on that main

 8    disputed instruction on the 14th amendment.  So -- but the

 9    charging instruction in this case shouldn't take very long,

10    because there's only one claim, and the instructions are in

11    pretty good shape.

12              MR. DUNN:  There's one more very small issue,

13    Your Honor.  We're going to be reading from the deposition of

14    Dr. Pena.  He's unavailable.  We would request some form of

15    an instruction to the effect of he's retired, not because of

16    misconduct, not because he did something wrong or not for the

17    wrong reasons.

18              THE COURT:  Excuse me.  Either I told the jury or

19    you may have in your opening, but I can tell the jury that --

20    that the rules allow a witness, who is unavailable to have

21    their testimony -- well, they can't be summoned into court if

22    they live outside the jurisdiction.  This witness is retired

23    and that's why his testimony is being read rather than having

24    him appear in person.

25              MR. DUNN:  That would be acceptable, Your Honor.
```

```
 1              THE COURT:  Okay.  That's fine.  All right.  And
 2    have you had a chance to work out any issues about the
 3    exhibits to the deposition?
 4              MR. DUNN:  We have not.  I do not believe that
 5    there's going to be a disagreement; however, the question is,
 6    do you want to do it right now, or would you rather come in
 7    tomorrow at 8:30 or a little earlier to do it but I think
 8    we're --
 9              THE COURT:  Well, I'll be here at 8:30 to talk to
10    you if there are any disputes, but you should be ready to
11    tell me at 8:30 tomorrow morning if there are disputes.
12              MR. DUNN:  Very well.
13              THE COURT:  And I will take them up.  If there
14    aren't --
15              MR. DUNN:  Very well.
16              THE COURT:  -- well, I'll be here.  Thank you.
17              Oh, did you have any objections to the
18    counter-designations?
19              MR. DUNN:  No, I don't believe that I do have any
20    objections to the counter-designations.
21              THE COURT:  All right.
22              MR. DUNN:  However, but, yes, I have not at this
23    point.
24              THE COURT:  Okay.
25              Just so you know, it's going to be longer lines to
```

1    get in through security.  So expect that.

2              (Whereupon proceedings adjourned.)

3                          - - -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          *C E R T I F I C A T E*

2

3

4

5       *TREVOR WOODS, et al.*                      *:*

6                        *vs.*                       *:   No. CV 14-08374-VAP*

7        *JOHN B. FAGAN, et al.*                     *:*

8

9

10      *I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE*

11      *UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF*

12      *CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,*

13      *TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND*

14      *CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED*

15      *PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE*

16      *TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS*

17      *OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.*

18      *FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE*

19      *REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE*

20      *REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.*

21

22      */S/* _____        *09/03/2016*

23      *MARIA R. BUSTILLOS*                    *DATE*
        *OFFICIAL REPORTER*
24

25

**$**

**$50K** [1] - 167:10

**'**

**'94** [1] - 167:9

**/**

**/S** [1] - 222:22

**0**

**0244** [1] - 157:16
**0255** [1] - 158:14
**02:33** [1] - 157:13
**03/30** [1] - 167:9
**09/03/2016** [1] - 222:22

**1**

**1** [7] - 37:16, 79:12, 86:18, 120:7, 120:10, 170:25, 174:6
**1-1** [5] - 5:4, 25:2, 25:9, 173:19, 173:21
**1-15** [1] - 85:14
**1-2** [8] - 5:3, 14:7, 14:12, 17:21, 21:3, 174:12, 179:9, 180:24
**1-21** [5] - 5:3, 23:12, 23:17, 28:20, 55:8
**1-21..** [1] - 54:24
**1-4** [4] - 5:4, 32:2, 32:7, 39:6
**10** [19] - 4:3, 36:3, 51:4, 52:23, 53:15, 55:23, 56:2, 63:4, 69:4, 69:9, 74:9, 76:14, 77:11, 77:17, 82:4, 82:8, 106:22, 107:7, 127:20
**10-4** [2] - 143:13, 144:12
**10-foot** [7] - 67:22, 68:13, 74:14, 108:5, 108:7, 108:12, 108:21
**10-second** [1] - 53:5
**100** [1] - 73:8
**1010** [1] - 2:6
**103** [1] - 92:11
**10:30** [1] - 60:10
**11** [3] - 120:8, 120:13, 218:2
**112** [1] - 3:7
**117** [1] - 3:9
**11TH** [1] - 2:16
**121** [1] - 3:10

**12254** [1] - 1:22
**126** [1] - 4:4
**13** [4] - 3:6, 3:6, 165:8, 197:1
**14** [4] - 1:18, 5:3, 120:8, 120:15
**14-08374-VAP** [4] - 1:10, 6:5, 12:9, 222:6
**146** [1] - 3:11
**14th** [1] - 219:8
**15** [18] - 6:1, 36:4, 51:4, 52:23, 53:13, 60:10, 66:9, 69:4, 69:9, 74:9, 82:4, 82:8, 92:12, 120:10, 135:6, 212:14, 216:17
**15-second** [3] - 53:15, 55:24, 56:2
**150** [3] - 28:5, 28:6, 28:9
**1506** [1] - 126:10
**1508** [4] - 124:7, 126:1, 126:10, 143:12
**151** [1] - 3:10
**155** [1] - 3:12
**156** [7] - 143:19, 152:15, 165:1, 167:2, 177:10, 197:1, 207:3
**157** [2] - 156:18, 156:21
**16** [3] - 143:23, 186:23, 188:11
**1600th** [1] - 53:19
**165** [1] - 4:4
**17** [1] - 200:14
**177** [1] - 4:5
**17th** [2] - 82:18, 83:14
**18** [7] - 57:2, 57:3, 79:2, 79:4, 79:6, 82:5, 200:14
**18th** [1] - 53:16
**19** [6] - 79:2, 79:4, 79:6, 82:5, 155:15, 166:22
**196** [1] - 3:12
**1983** [1] - 9:14
**19th** [1] - 118:16
**1:15** [1] - 115:3
**1S28** [2] - 157:3, 157:4

**2**

**2** [8] - 1:16, 37:16, 40:7, 79:12, 86:18, 170:25, 171:4, 177:11
**2-8** [2] - 55:15, 85:10
**2-second** [2] - 57:18, 82:25
**20** [12] - 63:4, 66:9, 76:14, 111:23,

114:2, 120:15, 152:15, 156:2, 211:14, 211:15, 212:14, 217:19
**201** [1] - 3:12
**2013** [4] - 118:17, 122:21, 155:15, 204:11
**2016** [2] - 1:18, 6:1
**204** [1] - 3:13
**208** [1] - 3:14
**21** [2] - 39:20, 152:16
**211** [3] - 167:10, 168:4, 168:9
**213** [1] - 1:24
**215** [1] - 3:13
**22** [2] - 66:24, 92:13
**23** [1] - 5:3
**24** [9] - 28:2, 28:4, 29:10, 29:21, 30:16, 38:24, 143:24, 152:15, 177:11
**25** [4] - 5:4, 45:22, 152:15, 165:2
**26** [2] - 122:9, 143:23
**28** [9] - 4:5, 143:23, 143:24, 152:14, 165:1, 177:10, 177:15, 207:3, 222:13
**28-1** [2] - 4:4, 165:15
**29** [1] - 120:15
**2:00** [1] - 156:12
**2:30** [1] - 156:12
**2:55** [1] - 158:16

**3**

**3** [4] - 40:7, 86:18, 157:17, 184:3
**30** [6] - 63:15, 114:22, 154:1, 210:9, 211:14, 211:15
**31** [1] - 120:17
**312** [1] - 1:23
**32** [1] - 5:4
**323)435-8205** [1] - 2:7
**333** [1] - 2:16
**34** [3] - 120:8, 120:15, 120:19
**35** [2] - 120:8, 120:17
**36** [3] - 120:8, 120:17, 120:22
**37** [5] - 120:8, 120:19, 120:24, 121:2
**3:03** [1] - 165:25
**3:10** [1] - 187:2

**4**

**4** [4] - 86:18, 165:2, 165:7, 177:11
**40** [5] - 54:3, 63:15, 66:24, 120:19, 154:1
**40-millimeter** [1] -

161:25
**401** [1] - 72:13
**402** [1] - 72:13
**403** [5] - 8:6, 8:21, 9:13, 9:24, 72:13
**404** [1] - 1:23
**41** [4] - 66:19, 66:21, 66:24, 120:22
**42** [2] - 120:8, 120:22
**42.91** [1] - 119:10
**420** [6] - 108:9, 133:7, 171:6, 171:16, 186:5, 186:11
**43** [2] - 120:9, 120:24
**434** [1] - 190:10
**44** [1] - 121:1
**441** [26] - 14:18, 14:22, 15:14, 15:23, 16:23, 17:1, 26:19, 46:23, 75:16, 103:18, 107:24, 110:4, 110:6, 110:8, 146:20, 148:24, 150:3, 169:7, 173:1, 173:22, 177:21, 181:10, 189:6, 198:7, 198:10, 214:14
**45** [1] - 186:16
**4929** [1] - 2:5
**4th** [6] - 104:4, 104:22, 134:20, 158:21, 169:13, 172:4

**5**

**5** [4] - 3:3, 125:9, 167:2, 184:3
**5-1** [2] - 103:8, 169:2
**5-10** [5] - 7:2, 9:25, 56:13, 151:14, 151:17
**50** [2] - 133:25, 160:1
**50,000,000** [1] - 154:2
**500** [4] - 2:10, 125:13, 136:22, 146:25
**535** [1] - 2:10
**562)570-2200** [1] - 2:17
**5th** [7] - 26:1, 104:6, 124:7, 134:20, 143:12, 168:19, 170:4

**6**

**6** [4] - 66:24, 197:1, 207:4, 211:6
**6-4** [4] - 4:4, 126:14, 126:20, 126:22
**60** [1] - 160:1
**61** [1] - 3:7

**7**

**7** [2] - 165:2, 207:3
**7-1** [4] - 4:3, 79:23, 80:3
**753** [1] - 222:12
**77** [1] - 4:3

**8**

**8** [10] - 76:17, 76:20, 76:21, 120:7, 120:10, 165:2, 165:6, 197:1, 207:4
**80** [1] - 4:3
**800** [3] - 125:9, 125:14, 146:25
**800-feet** [1] - 136:22
**818)839-1983** [1] - 2:11
**894-2739** [1] - 1:24
**8:27** [1] - 6:3
**8:30** [3] - 220:7, 220:9, 220:11

**9**

**9** [1] - 215:25
**90010** [1] - 2:6
**90012** [1] - 1:24
**90802** [1] - 2:17
**911** [4] - 18:23, 19:8, 26:1, 26:25
**91203** [1] - 2:11
**95** [2] - 3:8, 184:3
**998** [4] - 149:12, 149:18, 154:12, 154:15

**A**

**a.m** [1] - 165:25
**A.M** [1] - 6:3
**abilities** [1] - 71:9
**ability** [4] - 48:1, 71:18, 136:14, 154:3
**able** [41] - 26:10, 28:19, 30:14, 40:7, 44:15, 45:19, 51:14, 62:24, 65:9, 106:13, 107:2, 109:22, 124:25, 125:23, 126:6, 127:18, 128:16, 133:9, 137:17, 137:18, 137:23, 147:6, 147:15, 147:24, 149:21, 150:23, 151:2, 153:18, 154:5, 154:7, 169:2, 169:10, 169:17, 189:12, 211:17, 212:4, 218:19, 219:7

*ABOVE* [1] - 222:15

*above-average* [1] - 43:22

*ABOVE-ENTITLED* [1] - 222:15

*absolutely* [3] - 72:16, 128:8, 200:10

*academy* [3] - 36:11, 98:8, 132:15

*accelerated* [2] - 130:2, 138:12

*acceptable* [1] - 219:25

*access* [5] - 26:10, 31:9, 32:21, 145:7, 153:17

*accessible* [1] - 29:11

*accident* [1] - 43:5

*according* [1] - 86:13

*account* [1] - 62:2

*accurate* [6] - 53:5, 143:14, 160:9, 160:10, 166:6, 172:3

*accurately* [1] - 56:10

*accusations* [1] - 24:18

*acknowledged* [1] - 144:12

*acronym* [2] - 54:20, 132:22

*act* [2] - 72:6, 81:22

*action* [7] - 31:21, 37:15, 42:23, 43:1, 101:6, 107:18, 161:22

*actions* [6] - 67:10, 72:5, 83:8, 83:21, 93:12, 97:19

*actively* [1] - 40:8

*activities* [1] - 216:1

*activity* [1] - 192:11

*acts* [1] - 75:7

*actual* [7] - 42:13, 88:10, 100:23, 165:9, 178:18, 181:3, 199:24

*add* [1] - 10:5

*added* - 24:1

*additional* [2] - 78:10, 82:19

*address* [4] - 11:22, 108:8, 131:17, 170:3

*ade* [1] - 112:18

*adequate* [1] - 166:9

*adjourned* [1] - 221:2

*administrative* [1] - 122:10

*admissible* [1] - 187:18

*admit* [5] - 14:7, 23:12, 25:1, 103:7, 126:13

*admitted* [28] - 10:1, 10:2, 14:11, 14:12, 23:15, 23:17, 25:5, 25:9, 32:22, 32:5,

32:7, 56:12, 76:19, 76:22, 77:13, 77:15, 77:16, 77:17, 80:1, 80:3, 103:11, 126:18, 126:20, 151:15, 165:13, 165:15, 177:14, 177:15

*admitted..* [1] - 173:20

*adrenaline* [1] - 31:20

*advanced* [1] - 36:10

*advantage* [3] - 32:23, 33:9, 41:20

*advised* [1] - 26:1

*afraid* [1] - 46:5

*afternoon* [14] - 117:20, 117:21, 121:23, 146:2, 155:10, 155:11, 186:24, 196:6, 196:7, 204:7, 208:6, 208:7, 216:13, 218:20

*afterwards* [1] - 154:12

*again..* [1] - 192:9

*agencies* [1] - 199:17

*aggressive* [2] - 129:25, 130:14

*ago* [2] - 122:20, 134:16

*agree* [24] - 50:8, 53:14, 54:25, 55:8, 56:19, 56:22, 56:23, 57:1, 58:21, 59:25, 62:21, 63:3, 65:11, 65:13, 74:10, 75:18, 79:6, 81:2, 81:24, 82:4, 82:16, 91:14, 93:22, 215:12

*agreement* [2] - 126:14, 217:2

*ahead* [15] - 13:23, 14:10, 38:20, 60:25, 67:2, 76:23, 92:22, 146:13, 153:11, 165:12, 165:13, 184:5, 187:10, 188:16, 190:9

*aid* [4] - 153:7, 165:18, 207:8

*aiming* [2] - 38:13, 41:24

*air* [7] - 69:18, 122:6, 122:11, 122:13, 123:9, 123:21, 143:3

*aircraft* [3] - 123:23, 125:7, 148:9

*aired* [1] - 102:6

*airing* [1] - 159:17

*airship* [3] - 14:23, 27:5, 199:14

*al* [10] - 1:7, 1:12, 2:4, 2:14, 6:5, 6:6, 12:10, 222:5, 222:7

*alcove* [9] - 19:1,

20:25, 21:13, 22:16, 75:25, 129:11, 149:22, 150:20, 177:3

*alert* [1] - 164:3

*alerts* [1] - 75:12

*ALEXANDRA* [3] - 3:8, 117:12, 117:16

*Alexandra* [1] - 117:15

*Alexandria* [1] - 117:9

*alleged* [1] - 202:24

*allegedly* [1] - 168:13

*alley* [32] - 25:25, 65:8, 65:20, 66:5, 67:13, 69:1, 70:9, 74:13, 104:13, 104:14, 105:9, 105:11, 105:13, 107:2, 108:3, 108:21, 110:12, 126:3, 126:4, 127:13, 127:17, 130:18, 131:14, 133:20, 133:22, 133:24, 168:18, 169:19, 186:11, 211:16, 211:18, 211:25

*alleys* [2] - 186:8, 207:20

*allow* [5] - 8:7, 34:9, 116:24, 116:25, 219:20

*allowed* [8] - 54:16, 71:13, 71:16, 71:20, 75:8, 96:13, 116:7, 116:9

*allows* [1] - 147:2

*almost* [12] - 9:19, 18:3, 82:9, 84:12, 85:4, 90:18, 94:1, 98:5, 101:16, 111:23, 140:1, 211:9

*alone* [4] - 47:23, 47:24, 203:3, 203:9

*altimeter* [1] - 125:11

*altitude* [1] - 125:7, 125:20

*amazed* [1] - 27:14

*amazing* [1] - 40:12

*amendment* [1] - 219:8

*ammunition* [2] - 118:5, 119:14

*amount* [5] - 53:2, 82:14, 89:22, 119:18, 200:5

*amounts* [1] - 105:7

*analyst* [1] - 10:12

*analysts* [1] - 9:9

*anatomically* [1] - 7:5

*AND* [1] - 222:10, 222:13, 222:15

*and-a-half* [1] - 43:1

*AND/OR* [1] - 222:19

*ANGELES* [4] - 1:17, 1:24, 2:6, 6:1

*Angeles* [4] - 73:11, 122:2, 122:3, 132:18

*angle* [5] - 148:1, 148:16, 150:24, 179:4, 194:23

*angled* [5] - 93:24, 99:23, 100:1, 103:23

*announced* [1] - 167:7

*announcement* [13] - 146:6, 146:16, 164:22, 165:9, 166:10, 166:12, 196:16, 196:19, 197:5, 197:8, 197:12, 197:20, 201:1

*announcements* [1] - 131:20

*answer* [45] - 45:19, 67:8, 67:10, 72:18, 73:7, 73:17, 93:1, 93:4, 93:6, 115:16, 55:19, 68:9, 68:10, 68:14, 75:20, 75:25, 80:11, 84:22, 85:6, 85:17, 93:21, 94:1, 94:16, 94:17, 97:3, 97:4, 102:20, 103:2, 103:3, 104:16, 108:15, 124:18, 126:22, 126:25, 127:16, 128:4, 128:12, 133:14, 134:8, 134:11, 135:18, 137:4, 140:7, 151:4, 161:4, 171:21, 174:3, 174:7, 174:22, 174:25, 175:2, 175:13, 175:22, 176:14, 176:17, 176:20, 177:25, 178:23, 179:2, 179:16, 180:19, 180:24, 181:16, 181:19, 182:6, 182:10, 182:13, 186:1, 190:2, 191:11, 193:16, 193:25, 194:2, 195:22, 200:4, 212:15

*anticipate* [2] - 218:3, 218:4

*anticipated* [1] - 11:11

*ANY* [1] - 222:16

*anyway* [1] - 188:2

*apart* [2] - 130:10, 130:13

*apartment* [24] - 18:24, 19:2, 19:3, 20:3, 21:1, 27:9, 27:10, 40:17, 63:22, 68:7, 68:8, 68:12, 68:25, 76:5, 127:13, 127:24, 128:9, 129:12, 145:19, 173:11, 185:24, 186:3, 186:4

*apartments* [6] - 19:2, 19:16, 68:11, 108:11, 108:24, 150:7

*Apex* [3] - 33:7, 33:10, 33:12

*apologies* [2] - 77:4, 92:21

*apologize* [10] - 6:10, 6:22, 43:10, 66:22, 71:2, 77:10, 79:23, 114:2, 153:14, 203:8

*appear* [14] - 79:15, 79:16, 80:5, 92:25, 130:21, 157:13, 188:22, 190:9, 192:2, 193:16, 194:8, 198:19, 198:22, 219:24

*appearance* [4] - 6:8, 12:11, 168:1, 214:25

*appeared* [5] - 142:12, 148:23, 182:4, 200:15, 200:19

*appearing* [2] - 192:6, 193:10

*applies* [1] - 165:16

*apprehend* [6] - 15:20, 17:5, 17:7, 89:7, 202:14, 202:17

*approach* [1] - 63:3

*approaching* [1] - 189:5

*appropriate* [4] - 67:5, 132:11, 164:19, 188:1

*approximate* [2] - 32:9, 119:1

*approximation* [3] - 32:11, 53:17, 53:22

*ARE* [1] - 222:19

*area* [81] - 7:14, 14:14, 16:7, 16:8, 17:10, 20:25, 23:19, 29:1, 29:7, 29:8, 40:24, 43:9, 45:18, 55:16, 55:19, 68:9, 68:10, 68:14, 75:20, 75:25, 80:11, 84:22, 85:6, 85:17, 93:21, 94:1, 94:16, 94:17, 97:3, 97:4, 102:20, 103:2, 103:3, 104:16, 108:15, 124:18, 126:22, 126:25, 127:16, 128:4, 128:12, 133:14, 134:8, 134:11, 135:18, 137:4, 140:7, 151:4, 161:4, 171:21, 174:3, 174:7, 174:22, 174:25, 175:2, 175:13, 175:22, 176:14, 176:17, 176:20, 177:25, 178:23, 179:2, 179:16, 180:19, 180:24, 181:16, 181:19, 182:6, 182:10, 182:13, 186:1, 190:2, 191:11, 193:16, 193:25, 194:2, 195:22, 200:4, 212:15

*areas* [6] - 19:16, 75:12, 110:10, 163:14, 181:10, 185:23

*argument* [1] - 11:5

*argumentative* [2] - 52:6, 52:8

*arm* [2] - 96:18, 102:13

*armed* [24] - 24:19, 24:23, 70:22, 71:5, 84:17, 88:23, 100:22, 100:24, 101:5, 131:25, 142:15, 142:19, 142:23, 143:11, 144:16, 160:24,

168:6, 198:4,
198:20, 199:8,
202:25, 203:7,
203:9, 203:12
**arming** [1] - 86:16
**arms** [6] - 35:18,
101:18, 140:25,
141:4, 147:13,
160:20
**arrest** [3] - 52:4,
145:17, 203:10
**arrested** [2] - 167:25,
198:4
**arrival** [1] - 75:18
**arrive** [2] - 11:25,
169:22
**arrived** [10] - 134:10,
134:14, 156:7,
156:16, 157:8,
158:20, 158:24,
159:4, 201:11, 206:2
**arriving** [1] - 123:13
**arrow** [2] - 103:22,
180:17
**ascend** [2] - 21:25,
192:7
**ascending** [1] - 20:12
**aspect** [1] - 72:8
**assets** [1] - 136:15
**assigned** [9] - 46:12,
118:4, 122:5,
122:11, 143:4,
155:16, 155:17,
157:18, 190:5
**assignment** [6] -
122:3, 122:21,
155:15, 161:21,
204:9, 204:11
**assist** [6] - 122:24,
134:16, 157:18,
199:17, 206:2,
207:16
**assistance** [2] - 46:16,
47:4
**assisting** [2] - 157:7,
158:10
**associates** [1] - 20:4
**assume** [6] - 11:2,
41:17, 48:8, 132:14,
201:12, 201:20
**assuming** [3] - 46:4,
145:17, 169:16
**AT** [1] - 6:3
**athletic** [2] - 144:22,
144:23
**attempt** [2] - 111:3,
180:13
**attempted** [3] -
160:14, 203:4, 205:1
**attention** [10] - 28:20,
39:5, 66:18, 76:17,
92:9, 113:3, 113:6,
179:10, 198:12,
198:16
**attire** [1] - 129:19
**attorney** [2] - 46:20,

142:3
**Attorney's** [1] - 73:12
**ATTORNEY'S** [1] -
2:14
**audio** [5] - 152:14,
153:13, 165:20,
177:17, 207:10
**authority** [1] - 47:20
**auto** [1] - 148:10
**automatic** [1] - 37:5
**autopsy** [1] - 187:16
**available** [1] - 218:1
**Avenue** [1] - 158:20
**avenues** [2] - 34:8,
110:9
**average** [3] - 43:13,
43:14, 43:22
**avoid** [1] - 71:10
**aware** [7] - 9:4, 40:15,
42:10, 46:22, 48:1,
141:25, 142:1
**awful** [1] - 199:1

# B

**B-r-u-n-s-o-n** [1] -
204:3
**back-ons** [1] - 158:8
**backdrop** [3] - 69:17,
69:23, 70:19
**background** [2] -
31:18, 100:16
**backing** [4] - 134:7,
158:10, 158:15,
195:13
**backseat** [1] - 30:24
**backtrack** [1] - 68:6
**backup** [1] - 157:5
**backwards** [1] - 30:12
**bad** [3] - 75:7, 154:13,
209:17
**bagginess** [1] - 44:1
**baggy** [3] - 182:9,
182:14, 205:6
**bailed** [1] - 167:25
**balconies** [3] - 19:3,
33:21, 34:8
**balcony** [5] - 22:17,
23:5, 23:7, 137:6,
193:11
**barrel** [1] - 37:12
**Barth** [1] - 186:14
**based** [20] - 12:25,
15:2, 44:3, 53:14,
58:18, 67:5, 71:12,
83:8, 118:25,
132:10, 145:16,
157:6, 157:12,
162:23, 163:20,
170:16, 197:4,
200:3, 203:2
**basic** [1] - 56:11
**basis** [4] - 72:11,
116:21, 116:23
**baton** [2] - 39:23, 40:7

**battery** [1] - 99:18
**battery-powered** [1] -
39:15
**BEACH** [2] - 2:14,
2:17
**beach** [1] - 155:13
**Beach** [20] - 30:4,
61:10, 73:21, 73:22,
118:13, 122:25,
134:18, 142:18,
143:2, 143:5, 143:8,
144:4, 144:6,
144:18, 166:2,
167:17, 203:17,
204:8, 204:9
**beam** [2] - 153:24,
153:25
**beanbag** [3] - 161:24,
162:3, 181:20
**beanbags** [1] - 162:7
**bear** [2] - 143:16,
153:5
**beat** [1] - 103:3
**became** [3] - 16:1,
16:2, 128:5
**becoming** [1] - 161:9
**beforehand** [1] -
168:22
**began** [5] - 65:19,
76:9, 157:6, 160:14,
183:18
**begin** [4] - 142:3,
173:3, 215:11, 218:1
**beginning** [3] - 100:9,
101:10, 191:5
**begun** [1] - 172:6
**BEHALF** [2] - 2:4,
2:13
**behalf** [3] - 6:10,
12:13, 12:15
**behind** [19] - 20:9,
20:10, 22:2, 22:8,
31:19, 69:24, 70:1,
70:2, 70:5, 102:13,
126:4, 134:2,
143:20, 156:18,
163:1, 171:23,
174:22, 176:4,
194:22
**belief** [1] - 63:8
**below** [3] - 170:19,
170:21, 170:23
**belt** [1] - 131:6
**belts** [1] - 29:19
**beneath** [1] - 99:19
**bent** [2] - 30:11, 84:13
**BERNARD** [1] - 3:5
**best** [9] - 10:15, 10:16,
10:19, 10:20, 35:25,
41:21, 74:20, 194:23
**better** [2] - 125:17,
215:12
**between** [22] - 16:10,
36:16, 57:18, 82:3,
82:14, 83:19, 106:9,
106:21, 107:24,

110:8, 125:9, 127:5,
129:25, 130:7,
137:2, 140:9,
146:25, 150:22,
154:1, 170:12,
192:19, 201:15
**beyond** [2] - 72:13,
191:16
**big** [5] - 31:22, 31:23,
39:25, 134:22, 148:8
**bigger** [1] - 196:25
**binder** [4] - 143:19,
143:20, 156:18,
197:1
**binoculars** [4] -
123:20, 123:21,
125:3, 153:20
**birth** [1] - 166:24
**birthday** [1] - 167:9
**bit** [12] - 8:12, 24:4,
76:11, 117:24,
128:13, 130:17,
138:21, 143:21,
169:4, 171:3,
194:17, 215:22
**bit..** [1] - 134:7
**bite** [1] - 164:9
**black** [6] - 18:25,
20:24, 135:3, 135:6,
135:8, 137:24
**black-and-white** [2] -
135:8, 137:24
**black-and-whites** [2] -
135:3, 135:6
**blacks** [1] - 215:1
**blade** [1] - 85:3
**bladed** [1] - 58:16
**blanketly** [1] - 7:23
**blends** [1] - 45:20
**block** [12] - 16:8,
134:22, 134:25,
135:1, 135:4, 135:5,
135:7, 135:21,
138:8, 168:20,
205:21
**blocking** [1] - 98:25
**blood** [1] - 44:1
**blue** [4] - 24:9, 100:24,
124:24, 212:21
**blurry** [1] - 190:6
**Board** [1] - 73:11
**boat** [1] - 123:22
**bodily** [6] - 54:18,
54:21, 62:18, 71:21,
74:5, 74:12
**body** [33] - 7:24, 8:1,
8:13, 8:19, 8:24,
9:21, 10:13, 35:5,
57:10, 85:3, 90:25,
93:11, 94:23, 95:2,
96:3, 98:14, 98:25,
99:23, 99:25, 100:1,
100:4, 101:19,
101:22, 102:10,
138:12, 147:22,
147:23, 151:24,

151:25, 180:1,
184:17, 184:21
**body's** [1] - 102:14
**bold** [1] - 107:12
**bonded** [1] - 198:23
**Bosnia** [1] - 34:15
**bottom** [6] - 18:11,
19:22, 31:2, 78:2,
156:23, 167:11
**BOULEVARD** [3] -
2:5, 2:10, 2:16
**BRAND** [1] - 2:10
**Break** [1] - 117:4
**breaking** [1] - 159:15
**breezeway** [2] - 106:8,
110:17
**BRIAN** [4] - 2:5, 3:6,
3:7, 3:9
**Brian** [2] - 6:10, 12:13
**brick** [3] - 67:22,
108:6, 108:7
**brief** [4] - 106:14,
118:21, 131:11,
217:17
**briefed** [1] - 144:9
**briefing** [2] - 161:13,
168:22
**briefly** [4] - 24:25,
86:9, 122:7, 151:11,
206:4, 214:25
**bright** [1] - 154:3
**bring** [3] - 28:20,
97:13, 170:10
**bringing** [1] - 88:10
**brings** [2] - 88:11,
97:5
**broadcast** [5] -
124:22, 129:6,
139:11, 149:12,
154:14
**broadcasted** [5] -
129:5, 130:3,
134:18, 149:14,
205:10
**broadcasting** [3] -
139:8, 140:2, 149:20
**broadest** [1] - 115:10
**brought** [4] - 113:3,
113:6, 115:23, 187:9
**brown** [1] - 170:21
**BRUNSON** [2] - 3:13,
203:24
**Brunson** [4] - 158:24,
186:13, 203:23,
204:2
**building** [41] - 17:16,
17:17, 18:1, 19:13,
26:9, 27:9, 27:10,
45:24, 45:25,
103:19, 105:22,
106:9, 106:10,
106:24, 106:25,
107:24, 107:25,
108:1, 108:5, 108:8,
110:2, 110:3,
110:13, 126:2,

126:5, 126:11,
127:10, 139:10,
140:14, 141:20,
144:25, 146:20,
146:21, 146:23,
148:20, 149:24,
150:3, 150:10,
173:5, 174:4
**buildings** [5] - 71:18,
101:8, 106:21,
127:5, 137:2
**built** [1] - 25:20
**bulge** [1] - 182:12
**bullet** [15] - 37:7,
37:11, 37:12, 38:3,
42:13, 42:14, 42:23,
45:12, 78:16, 81:15,
81:19, 81:22, 87:5,
87:9, 118:24
**bullets** [12] - 37:25,
38:3, 50:17, 51:18,
52:1, 59:22, 78:15,
78:20, 86:19, 91:4,
121:2, 149:4
**bumpy** [1] - 123:21
**bushes** [6] - 212:7,
212:13, 212:16,
213:11, 213:13,
213:16
**BUSTILLOS** [3] - 1:21,
222:10, 222:23
**busy** [2] - 18:19,
111:12
**but..** [1] - 194:23
**buttock** [1] - 7:14
**buttocks** [1] - 93:19
**button** [5] - 38:8,
38:17, 77:25, 78:1,
78:3
**buttons** [1] - 158:4
**BY** [78] - 2:5, 2:9, 2:15,
3:6, 3:6, 3:7, 3:8,
3:9, 3:9, 3:10, 3:11,
3:12, 3:12, 3:13,
3:14, 13:10, 13:25,
14:13, 23:18, 25:10,
27:25, 29:16, 32:8,
38:19, 41:8, 43:12,
47:17, 51:3, 51:10,
51:24, 52:14, 53:13,
61:9, 67:3, 70:14,
71:4, 72:21, 73:19,
74:7, 77:1, 77:19,
80:4, 92:23, 95:15,
103:13, 112:17,
114:3, 117:19,
121:22, 126:21,
142:7, 146:1,
146:14, 151:13,
152:7, 153:16,
155:9, 160:4,
165:21, 169:1,
177:18, 179:1,
184:6, 188:18,
189:4, 189:24,
190:13, 190:22,

191:2, 196:5,
196:24, 199:12,
200:25, 204:6,
208:5, 209:5, 214:9,
214:23

---

# C

**C.S.R** [1] - 1:22
**CA** [3] - 2:6, 2:11, 2:17
**calculated** [1] -
119:10
**calculation** [1] -
118:25
**caliber** [1] - 54:3
**CALIFORNIA** [5] - 1:2,
1:17, 1:24, 6:1,
222:12
**caller** [7] - 19:8, 26:2,
170:1, 176:23,
177:2, 177:5, 177:20
**caller's** [1] - 26:25
**camera** [10] - 123:24,
135:16, 136:20,
137:22, 138:1,
138:2, 138:16,
147:1, 147:19
**capability** [1] - 138:22
**capacity** [1] - 78:6
**capture** [2] - 24:21,
26:6
**captured** [1] - 107:13
**car** [14] - 30:25, 65:14,
74:13, 74:14, 108:3,
138:6, 153:24,
153:25, 158:5,
197:23, 201:17,
209:18, 214:3
**cardinal** [1] - 103:21
**cards** [1] - 32:12
**care** [2] - 11:16, 11:18
**career** [6] - 27:18,
61:13, 62:22, 62:23,
114:6, 114:10
**carefully** [2] - 73:16,
153:3
**carjacking** [11] -
100:22, 101:1,
101:4, 142:20,
142:23, 198:2,
198:4, 201:6, 201:9,
201:20, 202:2
**carry** [2] - 29:10,
216:1
**cars** [3] - 135:14,
164:23, 197:22
**cartridge** [2] - 119:13,
120:8
**case** [27] - 9:14, 9:20,
11:18, 16:14, 21:22,
60:11, 60:14, 60:15,
115:4, 115:5, 115:6,
115:9, 115:20,
117:25, 118:18,
119:13, 119:21,
164:7, 187:3, 187:4,

187:6, 187:7, 216:3,
216:9, 218:2, 219:9
**CASE**......................
[1] - 3:3
**cases** [2] - 60:14,
120:8
**casing** [4] - 37:11,
42:13, 119:12,
119:13
**casings** [9] - 32:13,
42:11, 42:12, 56:15,
119:17, 119:18,
119:21, 120:4, 121:2
**Casper** [1] - 138:4
**casual** [1] - 130:2
**catch** [3] - 26:15,
28:16, 111:3
**catching** [1] - 199:10
**catwalk** [4] - 150:6,
150:21, 171:21,
183:7
**caught** [1] - 210:6
**ceiling** [1] - 55:20
**center** [5] - 97:6,
149:8, 170:1, 174:6,
195:9
**CENTRAL** [2] - 1:2,
222:11
**certain** [10] - 62:1,
75:9, 75:12, 99:23,
113:10, 118:11,
119:1, 129:9, 154:6,
164:10
**certainly** [3] - 9:14,
9:19, 11:14
**certified** [2] - 61:16,
132:16
**CERTIFY** [1] - 222:12
**chamber** [4] - 36:22,
78:6, 78:11, 78:16
**chance** [5] - 11:23,
31:25, 40:14, 70:5,
220:2
**change** [11] - 20:5,
39:13, 97:19, 99:12,
102:2, 112:20,
112:23, 125:5,
152:4, 168:11
**changes** [2] - 112:10,
112:18
**changing** [1] - 46:22
**channel** [2] - 167:17,
205:11
**Chappell** [1] - 123:6
**charge** [1] - 45:9
**charged** [1] - 203:2
**CHARGED** [1] -
222:18
**charging** [3] - 218:16,
219:5, 219:9
**chase** [4] - 102:22,
102:24, 205:1,
211:12
**chased** [3] - 114:8,
146:7, 210:22
**chasing** [10] - 74:10,

105:2, 105:3, 105:5,
208:8, 208:13,
208:18, 210:21,
211:3, 213:4
**check** [1] - 178:17
**checked** [2] - 57:8,
185:25
**chest** [10] - 35:18,
44:15, 84:22, 85:2,
86:7, 90:11, 96:19,
97:6, 152:2, 152:3
**chief** [3] - 13:15,
73:21, 73:24
**children** [1] - 35:19
**choice** [1] - 72:6
**choices** [1] - 83:5
**choose** [1] - 161:23
**chose** [1] - 20:2
**Christopher** [1] -
75:21
**circle** [6] - 80:11,
85:24, 105:17,
126:25, 179:5,
180:20
**circled** [2] - 108:1,
137:4
**circles** [1] - 148:8
**circling** [2] - 85:17,
148:13
**CIRCUIT** [1] - 222:18
**circular** [1] - 77:25
**circumstances** [4] -
19:22, 62:6, 62:15,
164:10
**city** [4] - 73:21,
155:13, 204:8, 204:9
**CITY** [2] - 216:19,
216:23
**civilian** [1] - 218:7
**civilians** [3] - 34:7,
45:24, 46:7
**claim** [2] - 11:18,
219:10
**clarified** [1] - 10:10
**clarify** [7] - 19:7,
57:11, 59:20, 82:10,
86:9, 114:22, 150:2
**clean** [1] - 55:12
**clear** [10] - 31:21,
32:22, 162:22,
170:6, 175:23,
176:10, 176:13,
182:8, 193:1, 196:15
**cleared** [5] - 173:12,
173:15, 175:22,
176:20, 194:4
**clearer** [1] - 194:22
**clearing** [1] - 145:2
**clearly** [2] - 51:14,
151:6
**CLERK** [7] - 6:4, 12:9,
61:2, 117:13,
121:15, 155:3,
203:25
**click** [1] - 80:24

**click-it** [1] - 80:24
**climb** [8] - 63:24,
90:14, 137:18,
180:23, 181:3,
182:2, 183:18
**climbed** [5] - 64:5,
180:19, 180:20,
180:22, 181:2
**climbing** [20] - 49:10,
51:13, 51:25, 83:25,
137:11, 137:14,
138:14, 138:23,
146:19, 151:15,
170:2, 181:6, 182:4,
182:6, 182:17,
183:9, 183:17,
183:18, 198:15,
203:14
**clip** [4] - 152:14,
153:15, 165:11,
166:8
**clock** [2] - 147:23,
187:3
**close** [7] - 43:5, 57:11,
66:9, 69:4, 74:22,
80:25, 134:5
**closed** [2] - 176:25,
177:8
**closer** [9] - 16:2,
53:23, 93:23, 94:24,
95:3, 123:12,
127:16, 179:2
**closest** [1] - 96:15
**clothes** [1] - 20:5
**clothing** [7] - 44:2,
124:20, 125:5,
182:24, 182:25,
205:3, 205:6
**clue** [3] - 34:20, 44:2,
110:14
**coach** [2] - 90:19,
98:19
**COCHRAN** [1] - 2:4
**CODE** [1] - 222:13
**code** [1] - 89:4
**codes** [2] - 143:13,
154:16
**collaborate** [1] - 163:9
**collect** [1] - 119:23
**collectively** [1] - 81:2
**color** [2] - 137:24,
170:22
**com** [1] - 170:1
**comfortable** [1] -
70:11
**coming** [24] - 7:12,
7:13, 20:9, 33:11,
38:9, 38:10, 43:3,
63:22, 84:25, 90:8,
90:11, 91:1, 97:14,
97:15, 98:6, 99:2,
147:17, 163:10,
169:13, 191:16,
194:8, 198:18, 202:7
**command** [8] -
104:18, 104:21,

*164:6, 164:11, 213:19, 213:21*

**commander** *[1] - 13:17*

**commands** *[12] - 49:9, 90:22, 101:20, 101:21, 162:16, 162:19, 162:24, 163:21, 164:1, 197:15, 213:5, 213:11*

**commission** *[2] - 24:10, 24:19*

**commit** *[1] - 145:12*

**committed** *[1] - 102:23*

**common** *[2] - 19:3, 105:4*

**commotion** *[1] - 171:23*

**communicate** *[3] - 60:12, 115:9, 216:3*

**communication** *[1] - 170:1*

**communications** *[3] - 134:19, 143:2, 166:3*

**community** *[4] - 66:14, 67:12, 69:10, 202:15*

**compared** *[1] - 210:20*

**competing** *[2] - 9:19, 9:20*

**completely** *[7] - 46:19, 73:14, 138:24, 139:1, 139:6, 139:13, 139:25*

**complex** *[39] - 27:3, 40:17, 63:22, 68:7, 68:8, 68:12, 68:14, 68:25, 76:5, 108:6, 108:8, 108:14, 127:14, 127:17, 127:18, 127:25, 128:2, 128:7, 128:8, 128:14, 129:8, 129:16, 133:6, 133:17, 133:19, 134:4, 137:3, 137:6, 140:7, 141:24, 145:20, 149:8, 151:2, 173:11, 173:14, 181:10, 186:3, 186:6, 190:24*

**complexes** *[2] - 109:19, 110:17*

**components** *[1] - 118:5*

**comport** *[1] - 154:10*

**computer** *[2] - 33:13, 201:17*

**computers** *[1] - 158:5*

**concealed** *[1] - 85:2*

**concealment** *[1] - 33:15*

**concept** *[3] - 9:3,*

*30:7, 30:8*

**concern** *[4] - 8:16, 33:3, 41:9, 41:10*

**concerned** *[7] - 24:16, 24:18, 24:19, 24:20, 33:8, 41:3, 41:6*

**conclude** *[1] - 56:11*

**concluded** *[1] - 87:15*

**conclusion** *[2] - 7:6, 115:23*

**conclusions** *[1] - 115:22*

**concrete** *[1] - 138:8*

**conduct** *[3] - 72:8, 168:16, 175:21*

**conducted** *[1] - 163:3*

**conducting** *[1] - 175:11*

**confer** *[1] - 11:25*

**conference** *[2] - 115:22, 218:16*

**CONFERENCE** *[2] - 222:17, 222:20*

**conferences** *[1] - 115:20*

**conferred** *[1] - 7:22*

**confirmed** *[1] - 27:1*

**conflicting** *[1] - 162:25*

**CONFORMANCE** *[2] - 222:16, 222:19*

**confronted** *[1] - 54:17*

**confused** *[1] - 162:25*

**confusion** *[1] - 163:1*

**connected** *[1] - 39:16*

**connection** *[3] - 13:11, 61:13, 118:20*

**conscious** *[1] - 83:5*

**consciously** *[3] - 83:2, 83:10, 83:18*

**consider** *[5] - 16:12, 25:24, 43:14, 57:14, 152:25*

**considerations** *[1] - 62:1*

**considered** *[1] - 161:24*

**consistent** *[3] - 7:5, 79:16, 131:4*

**constantly** *[4] - 82:23, 126:6, 128:16, 148:13*

**construction** *[1] - 33:6*

**contact** *[9] - 128:10, 129:24, 130:7, 158:23, 160:17, 162:13, 163:25, 167:21, 182:18*

**containment** *[1] - 104:20*

**containments** *[1] - 159:6*

**context** *[1] - 14:5*

**continue** *[4] - 12:22, 69:22, 137:1, 188:9*

*continued* *[7] - 127:13, 132:9, 133:20, 179:21, 179:22*

**contraband** *[3] - 185:16, 186:19, 214:13*

**control** *[4] - 30:13, 39:14, 45:13, 62:9*

**controlling** *[1] - 153:10*

**conversation** *[6] - 130:3, 185:4, 192:19, 193:3, 208:23, 209:23*

**converted** *[1] - 138:3*

**convicted** *[1] - 88:25*

**coordinate** *[1] - 161:1*

**coordinated** *[1] - 161:5*

**corner** *[10] - 16:9, 16:11, 19:2, 19:3, 20:25, 21:20, 128:4, 128:17, 128:25, 174:15*

**coroner** *[3] - 7:11, 9:4*

**coroner's** *[1] - 11:1*

**corporal** *[1] - 6:17*

**Corporal** *[9] - 12:17, 12:23, 14:1, 14:14, 38:20, 110:23, 189:2, 191:7, 212:21*

**CORRECT** *[1] - 222:14*

**correct** *[246] - 9:8, 17:5, 31:4, 48:2, 48:9, 48:12, 49:10, 50:10, 50:22, 51:15, 51:16, 52:17, 52:18, 52:20, 53:16, 54:1, 54:18, 54:19, 54:21, 55:2, 55:3, 55:4, 55:5, 55:10, 55:16, 56:8, 57:13, 57:22, 58:1, 58:4, 58:19, 59:23, 59:24, 61:11, 61:14, 61:15, 61:16, 61:19, 61:23, 62:3, 62:4, 62:6, 62:10, 62:11, 62:13, 62:19, 62:25, 63:1, 63:6, 63:17, 63:20, 63:25, 64:3, 64:4, 64:6, 64:9, 64:12, 64:15, 64:16, 64:17, 64:18, 64:20, 64:23, 64:25, 65:3, 65:6, 65:12, 65:17, 66:5, 66:7, 66:10, 66:11, 66:14, 66:16, 67:4, 67:19, 67:22, 67:23, 68:5, 68:17, 69:6, 69:7, 69:10, 69:11, 69:15, 70:16, 70:17, 70:20, 70:21, 70:23, 71:6, 71:10, 71:14, 71:15,*

*71:18, 71:19, 71:22, 71:23, 74:5, 74:6, 74:12, 74:16, 74:18, 74:23, 75:1, 75:16, 75:21, 76:3, 76:5, 77:21, 77:23, 78:2, 78:7, 78:8, 78:11, 78:18, 78:22, 79:13, 79:14, 79:18, 80:21, 80:22, 81:6, 81:9, 81:12, 81:16, 81:20, 81:23, 82:23, 83:4, 83:9, 83:11, 83:12, 83:16, 83:19, 83:23, 84:1, 84:2, 84:6, 84:23, 84:24, 85:11, 85:14, 85:17, 86:7, 86:10, 86:11, 86:14, 86:24, 87:2, 87:3, 87:5, 87:14, 87:17, 87:18, 87:20, 88:5, 88:6, 88:8, 88:9, 88:13, 88:18, 88:21, 88:22, 88:25, 89:4, 89:7, 89:10, 89:11, 89:16, 90:3, 91:4, 91:15, 91:20, 91:21, 91:22, 92:1, 92:2, 92:7, 95:10, 96:5, 97:18, 99:10, 109:15, 112:11, 112:20, 112:23, 113:2, 113:4, 113:9, 113:16, 114:4, 114:11, 114:19, 114:20, 120:11, 120:13, 120:15, 120:17, 120:20, 120:22, 120:24, 124:19, 126:10, 130:8, 130:15, 132:5, 132:12, 141:16, 144:11, 144:13, 144:14, 145:8, 145:19, 147:3, 150:12, 150:13, 150:24, 151:21, 152:1, 152:19, 158:2, 158:6, 166:12, 166:13, 167:18, 167:23, 170:15, 174:1, 175:3, 178:5, 178:19, 186:15, 186:20, 189:21, 190:3, 193:8, 195:21, 195:23, 196:11, 202:9, 202:10, 202:21, 202:25, 203:12, 217:9*

**corrected** *[2] - 112:3, 112:6*

**corrections** *[2] - 111:15, 111:19*

**corridor** *[10] - 174:20, 175:16, 175:22,*

*176:5, 176:8, 190:24, 191:11, 191:20, 193:14, 195:19*

**counsel** *[9] - 6:8, 12:11, 73:4, 115:21, 115:24, 116:4, 116:11, 117:6, 188:8*

**count** *[3] - 15:17, 51:6, 119:24*

**counted** *[2] - 53:6, 121:3*

**counter** *[3] - 11:2, 220:18, 220:20*

**counter- designations** *[3] - 11:2, 220:18, 220:20*

**counting** *[1] - 37:23*

**countries** *[1] - 34:14*

**County** *[1] - 73:11*

**couple** *[15] - 81:13, 82:17, 82:20, 93:6, 101:25, 102:1, 102:3, 111:13, 111:20, 114:12, 114:14, 146:4, 194:15, 200:18, 213:14*

**course** *[3] - 105:3, 116:1, 208:23*

**Court** *[7] - 8:6, 8:9, 8:22, 9:4, 11:2, 116:2, 215:11*

**COURT** *[150] - 1:1, 1:21, 6:3, 6:11, 6:15, 6:19, 7:1, 7:16, 7:19, 8:4, 9:1, 9:11, 10:2, 10:6, 10:19, 10:24, 11:7, 11:10, 11:21, 12:2, 12:6, 12:19, 13:2, 13:7, 13:20, 13:23, 14:8, 14:10, 23:13, 23:15, 25:3, 25:5, 27:22, 29:5, 32:3, 32:5, 37:19, 38:4, 41:5, 43:9, 43:11, 47:12, 47:14, 51:22, 52:7, 52:10, 53:3, 53:12, 60:9, 60:20, 60:25, 61:6, 66:21, 66:25, 67:2, 69:21, 71:1, 72:11, 72:17, 72:25, 73:4, 73:15, 74:1, 76:20, 76:22, 77:8, 77:12, 77:15, 79:20, 79:24, 80:1, 92:15, 92:18, 92:20, 92:22, 95:13, 103:9, 103:11, 112:14, 113:25, 115:2, 115:13, 117:5, 117:17, 121:7, 121:10, 121:19, 126:15, 126:17, 142:2, 145:24, 146:12,*

151:9, 152:17, 152:21, 152:24, 154:19, 154:21, 154:24, 155:7, 165:4, 165:13, 165:16, 177:13, 184:5, 186:24, 187:2, 187:10, 187:13, 187:17, 187:22, 188:3, 188:7, 188:13, 188:16, 196:2, 196:22, 199:6, 203:20, 204:4, 207:6, 208:2, 209:4, 214:6, 214:21, 215:5, 215:14, 215:19, 216:12, 216:25, 217:4, 217:8, 217:10, 217:14, 217:18, 217:25, 218:9, 218:12, 218:15, 218:25, 219:3, 219:18, 220:1, 220:9, 220:13, 220:16, 220:21, 220:24, 222:10, 222:11

**court** [14] - 116:6, 153:13, 165:20, 168:1, 177:17, 188:17, 189:3, 189:23, 190:12, 190:21, 191:1, 198:19, 207:10, 219:21

**Court's** [2] - 10:16, 66:23

**COURTHOUSE** [1] - 1:22

**courtroom** [1] - 187:3

**courtyard** [41] - 17:19, 21:5, 21:9, 63:20, 63:21, 63:22, 65:7, 75:19, 105:19, 106:1, 106:6, 106:10, 108:16, 110:18, 114:23, 137:10, 137:11, 137:16, 141:19, 150:25, 173:7, 173:8, 173:9, 173:22, 174:3, 174:13, 176:5, 177:25, 181:9, 181:19, 181:25, 190:2, 190:10, 190:19, 191:13, 191:15, 191:24, 193:17, 193:22, 194:9, 195:10

**cover** [9] - 21:22, 33:15, 55:19, 108:13, 159:24, 161:17, 169:17,

185:23, 205:19

**covered** [4] - 19:6, 20:22, 33:12, 160:6

**covers** [1] - 75:13

**crash** [1] - 148:12

**crawl** [4] - 91:23, 139:20, 141:5, 211:8

**crawled** [1] - 106:4

**crawling** [5] - 102:9, 141:2, 141:7, 141:13, 152:5

**crawls** [1] - 101:18

**create** [1] - 138:20

**crewed** [1] - 122:14

**crime** [11] - 9:9, 88:25, 89:10, 100:23, 102:23, 118:23, 145:12, 198:3, 199:8, 199:16, 203:7

**criminalist** [4] - 117:23, 118:2, 118:3

**cross** [6] - 52:7, 112:15, 121:7, 154:19, 196:3, 200:23

**CROSS** [6] - 3:4, 13:24, 95:14, 145:25, 196:4, 208:4

**CROSS-EXAMINATION** [5] - 13:24, 95:14, 145:25, 196:4, 208:4

**cross-examination** [3] - 52:7, 121:7, 154:19

**cross-examine** [1] - 196:3

**crossed** [1] - 134:15

**crouched** [1] - 86:6

**crouching** [1] - 84:11

**cry** [1] - 46:15

**curled** [1] - 35:18

**current** [1] - 117:22

**cursory** [4] - 30:10, 30:12, 30:18, 30:21

**cushion** [1] - 75:10

**CV** [2] - 1:10, 222:6

**D**

**danger** [1] - 218:23

**dangerous** [2] - 199:8, 199:10

**DANIEL** [3] - 3:7, 61:1, 61:4

**Daniel** [3] - 60:24, 61:4, 155:19

**Danny** [3] - 18:12, 21:19

**dark** [2] - 106:10, 212:21

**dark-shaded** [1] - 106:10

**DARRYL** [7] - 2:15, 3:6, 3:8, 3:9, 3:11, 3:12, 3:14

**darts** [1] - 89:14

**date** [2] - 88:10, 166:24

**DATE** [1] - 222:23

**dawn** [1] - 154:16

**DAY** [1] - 1:16

**De** [1] - 217:7

**dead** [1] - 57:9

**deadly** [19] - 47:20, 54:16, 61:14, 61:25, 62:2, 62:5, 62:8, 62:12, 62:15, 74:3, 81:15, 132:19, 132:21, 133:4, 164:19, 203:4, 203:10, 203:13, 203:17

**deal** [1] - 147:8

**dealing** [1] - 210:6

**dealt** [5] - 15:2, 15:3, 15:9, 15:11, 34:19

**death** [7] - 9:15, 46:18, 54:17, 62:18, 71:21, 74:4, 74:11

**Death** [1] - 54:21

**decedent** [2] - 8:17, 9:17

**decedent's** [1] - 9:21

**decide** [4] - 69:6, 69:8, 73:24, 172:16

**decided** [1] - 73:9

**decision** [4] - 41:23, 46:25, 62:2, 83:6

**decision-making** [1] - 46:25

**decock** [1] - 38:16

**Decock** [1] - 42:20

**defendant's** [1] - 11:1

**DEFENDANTS** [1] - 2:13

**Defendants** [1] - 1:13

**Defense** [4] - 10:4, 116:10, 116:17, 132:25

**defense** [4] - 55:4, 116:13, 133:4, 218:6

**DEFENSE'S** [1] - 5:2

**Defense's** [4] - 14:12, 23:17, 25:9, 32:7

**definitely** [2] - 14:3, 128:8

**DeFoe** [2] - 216:17, 217:13

**deliberately** [1] - 83:15

**demonstrate** [1] - 59:17

**demonstrated** [1] - 71:8

**demonstrates** [1] - 71:17

**denial** [1] - 11:17

**denied** [2] - 116:16, 117:2

**denying** [1] - 73:5

**department** [3] -

115:17, 123:12, 136:13

**Department** [9] - 30:4, 61:11, 73:23, 118:13, 122:2, 122:4, 122:25, 132:19, 203:17

**depict** [2] - 173:21, 174:13

**depicted** [3] - 23:19, 103:14, 105:9

**depicting** [1] - 7:7

**deploy** [1] - 160:15

**deployed** [1] - 32:24

**deploying** [1] - 163:7

**DEPOSIT** [1] - 222:19

**deposition** [23] - 8:15, 9:5, 9:6, 66:19, 86:15, 88:4, 92:10, 93:11, 93:14, 95:5, 95:19, 114:16, 160:5, 183:21, 184:2, 187:13, 187:20, 202:5, 215:9, 215:13, 219:13, 220:3

**deputy** [1] - 13:15

**describe** [13] - 30:9, 35:16, 84:11, 95:1, 99:22, 101:17, 137:22, 139:15, 153:21, 162:4, 205:6, 212:6, 214:25

**described** [11] - 18:25, 49:14, 68:25, 85:6, 85:21, 97:17, 98:7, 98:18, 110:23, 126:7, 134:15

**describing** [3] - 69:23, 102:8, 108:17

**description** [5] - 18:25, 20:25, 27:2, 111:6

**designate** [2] - 162:12, 164:14

**designated** [2] - 158:13, 162:15

**designates** [1] - 165:2

**designating** [2] - 161:16, 162:18

**designations** [3] - 11:2, 220:18, 220:20

**designator** [1] - 157:3

**desk** [1] - 156:19

**desperate** [1] - 24:22

**destroyed** [1] - 113:14

**detail** [1] - 115:19

**detailed** [1] - 111:6

**detain** [1] - 52:3

**detained** [3] - 208:10, 208:12, 209:20

**detainee** [1] - 30:13

**detect** [1] - 138:2

**detected** [1] - 149:7

**detective** [1] - 111:10, 113:7

**Detective** [1] - 113:8

**detectives** [2] - 46:12, 46:21

**detention** [1] - 145:18

**determination** [1] - 73:22

**determined** [2] - 119:6, 198:3

**determining** [1] - 118:6

**device** [4] - 39:14, 123:23, 123:25, 125:1

**devising** [1] - 178:15

**devote** [1] - 199:9

**devoted** [3] - 199:1, 199:3, 202:12

**diagram** [1] - 188:2

**diagrams** [2] - 187:12, 187:16

**dictate** [1] - 46:10

**dictating** [1] - 110:24

**died** [1] - 40:13

**difference** [2] - 50:8, 110:8

**different** [17] - 18:12, 63:9, 87:24, 110:9, 110:10, 111:8, 123:18, 127:23, 136:13, 143:13, 146:5, 153:9, 157:25, 162:7, 162:21, 181:10, 207:20

**differentiates** [1] - 137:24

**difficult** [1] - 7:15

**difficulty** [1] - 145:2

**Digest** [1] - 45:5

**DIRECT** [7] - 3:4, 13:9, 61:8, 117:18, 121:21, 155:8, 204:5

**direct** [6] - 40:6, 45:10, 110:24, 135:14, 145:7, 153:17

**directed** [4] - 14:23, 175:1, 175:15, 190:23

**directing** [2] - 133:18, 181:9

**direction** [19] - 23:25, 41:1, 56:16, 90:25, 93:25, 99:7, 137:13, 139:1, 139:3, 139:4, 179:11, 181:1, 182:16, 182:19, 182:21, 183:11, 183:22, 184:8, 185:6

**directions** [2] - 103:21, 163:2

**directly** [7] - 16:2, 22:8, 44:14, 97:13, 108:22, 146:22, 182:18

**direst** [1] - 62:6

**disagreement** [1] - 220:5

**discuss** [6] - 60:11, 86:2, 115:4, 187:3, 216:3, 218:17

**discussed** [6] - 54:15, 74:3, 77:20, 81:14, 148:3, 207:11

**discussing** [1] - 178:13

**discussion** [5] - 35:24, 36:23, 115:21, 164:18, 201:8

**dispatch** [11] - 145:6, 152:10, 152:12, 152:14, 154:9, 154:11, 165:1, 177:20, 202:6, 202:7, 202:8

**dispatcher** [1] - 158:3

**dispatchers** [2] - 18:23, 26:1

**display** [1] - 152:18

**displayed** [5] - 8:12, 17:20, 35:3, 39:6, 165:18

**dispute** [1] - 9:22

**disputed** [1] - 219:8

**disputes** [2] - 220:10, 220:11

**distance** [9] - 8:23, 27:14, 106:21, 107:6, 123:15, 145:3, 159:24, 160:24, 205:19

**distinguish** [1] - 162:8

**DISTRICT** [5] - 1:1, 1:2, 1:5, 222:11

**District** [1] - 73:12

**divide** [1] - 198:13

**divided** [1] - 80:14

**division** [7] - 122:6, 143:3, 155:17, 155:18, 155:20, 155:25, 204:10

**DIVISION** [1] - 1:3

**divisions** [1] - 18:13

**DO** [1] - 222:12

**document** [4] - 118:24, 157:12, 157:13, 157:15

**dog** [20] - 74:18, 74:19, 75:7, 75:11, 163:5, 163:8, 163:13, 163:21, 163:24, 163:25, 164:1, 164:6, 175:12, 175:18, 181:25, 189:10, 189:15, 192:14

**dogs** [1] - 164:9

**done** [16] - 38:22, 39:3, 40:12, 44:24, 52:16, 52:19, 56:6, 72:5, 72:25, 73:3,

99:11, 107:19, 111:8, 132:6, 141:5, 217:24

**door** [33] - 14:25, 17:15, 18:4, 18:6, 18:7, 46:4, 72:14, 75:11, 108:17, 109:1, 115:25, 116:10, 116:20, 130:6, 173:14, 174:5, 174:6, 174:10, 174:15, 174:17, 176:24, 176:25, 177:6, 177:8, 178:4, 178:7, 179:2, 179:16, 189:12, 189:14, 191:10, 191:12, 193:25

**doors** [12] - 68:15, 68:16, 108:18, 109:1, 109:2, 128:10, 128:19, 128:21, 128:23, 129:4, 180:14, 192:14

**doorway** [1] - 17:23, 20:15, 106:5, 191:17, 192:6, 192:8, 192:11, 193:4, 193:13, 194:8, 195:18

**dot** [1] - 133:12

**Douglas** [1] - 217:23

**dove** [2] - 23:7, 23:25

**down** [96] - 17:12, 19:24, 20:7, 21:1, 21:9, 23:22, 29:25, 30:2, 30:3, 30:6, 30:17, 31:11, 33:1, 33:7, 41:11, 42:3, 43:18, 49:18, 49:25, 54:8, 54:13, 57:22, 58:3, 58:18, 58:19, 58:23, 59:3, 59:7, 59:15, 59:23, 59:25, 60:3, 64:20, 65:4, 65:9, 66:4, 67:13, 70:9, 71:1, 74:13, 75:8, 76:13, 86:6, 87:17, 87:19, 90:18, 91:6, 91:8, 92:5, 92:25, 93:3, 96:18, 97:2, 97:22, 99:15, 99:24, 99:25, 102:12, 102:15, 108:1, 108:21, 117:24, 126:3, 127:5, 127:11, 131:7, 133:24, 135:6, 139:10, 140:14, 140:25, 147:20, 151:1, 153:23, 154:4, 154:22, 156:23, 157:21, 159:16,

169:15, 172:10, 182:16, 183:7, 203:21, 206:21, 206:25, 209:9, 210:1, 210:5, 210:7, 210:8, 210:11, 210:14, 211:25, 212:7, 215:6

**downstairs** [1] - 184:25

**dozens** [1] - 9:15

**Dr** [5] - 8:16, 187:12, 215:9, 216:16, 219:14

**dragging** [8] - 91:19, 92:1, 92:5, 92:8, 92:25, 93:3, 93:8, 93:15

**draw** [4] - 80:11, 103:22, 133:20, 195:10

**drawing** [1] - 97:11

**drawn** [2] - 104:1, 179:10

**drew** [2] - 104:3, 105:17

**drive** [1] - 16:13

**driver** [3] - 204:21, 204:22, 210:7

**driving** [2] - 103:4, 104:15

**drop** [4] - 29:11, 38:14, 44:4, 44:18

**drug** [1] - 107:12

**dues** [1] - 217:3

**DUNN** [96] - 2:5, 3:6, 3:7, 3:9, 6:9, 6:22, 7:2, 7:18, 7:22, 9:2, 9:25, 10:23, 11:9, 11:11, 11:23, 12:12, 12:24, 13:10, 13:18, 14:9, 23:10, 23:14, 25:4, 27:19, 32:4, 41:4, 43:7, 47:13, 47:15, 47:17, 51:3, 51:10, 51:24, 52:14, 53:4, 53:11, 53:13, 60:7, 60:23, 61:7, 61:9, 66:22, 67:3, 69:19, 70:14, 71:2, 71:4, 72:14, 72:21, 73:13, 73:19, 74:2, 74:7, 76:18, 76:21, 76:25, 77:1, 77:10, 77:18, 77:19, 79:22, 80:2, 80:4, 92:16, 92:21, 92:23, 95:11, 103:6, 103:10, 112:17, 114:2, 114:3, 115:1, 117:3, 117:19, 121:5, 121:11, 187:9, 187:11, 187:14, 187:21, 187:24, 215:8, 215:17, 216:15, 217:12,

217:20, 218:23, 219:2, 219:12, 219:25, 220:4, 220:12, 220:15, 220:19, 220:22

**Dunn** [7] - 6:10, 10:6, 10:7, 11:21, 12:13, 38:1

**Dunn..** [2] - 9:1, 60:22

**during** [58] - 12:3, 16:20, 18:22, 46:6, 54:6, 55:23, 56:2, 57:2, 57:3, 58:13, 63:16, 86:3, 86:4, 89:13, 94:13, 94:15, 94:16, 94:19, 95:19, 97:20, 98:8, 100:23, 104:23, 105:1, 109:17, 115:8, 115:21, 124:3, 125:20, 126:6, 131:19, 140:15, 140:21, 142:16, 145:13, 171:15, 175:8, 181:11, 196:9, 196:19, 197:5, 197:8, 197:25, 198:10, 198:17, 199:1, 199:13, 201:21, 204:23, 205:13, 205:22, 206:14, 207:18, 207:23, 208:9, 208:10, 208:23, 213:2

**duties** [5] - 15:12, 16:23, 122:12, 123:2, 123:11

**duty** [1] - 16:24

**dynamic** [2] - 88:12, 104:20

## E

**early** [5] - 16:1, 118:16, 156:11, 215:24, 218:20

**ease** [1] - 30:10

**easiest** [2] - 96:9, 101:17

**easily** [4] - 145:3, 145:4, 217:24

**east** [14] - 16:9, 17:25, 57:7, 103:24, 128:13, 137:8, 137:9, 137:11, 138:23, 168:20, 174:8, 179:13, 179:23, 181:5

**East** [2] - 124:7, 143:12

**east/west** [1] - 126:4

**eastbound** [3] - 137:15, 174:10, 181:1

**eastern** [1] - 189:5

**easy** [3] - 40:15, 40:19, 138:14

**ECD** [1] - 39:15

**edge** [3] - 179:5, 179:16, 180:21

**edges** [1] - 197:23

**effect** [7] - 48:4, 82:2, 136:2, 142:17, 142:20, 152:6, 219:15

**effective** [1] - 140:4

**efficient** [2] - 215:21, 219:4

**efforts** [4] - 71:9, 108:11, 169:11, 169:21

**eight** [14] - 37:24, 78:9, 78:17, 79:11, 81:8, 82:15, 82:18, 89:14, 91:11, 94:16, 114:6, 120:11, 135:5, 190:11

**either** [11] - 9:23, 46:4, 62:18, 72:4, 73:3, 107:11, 111:11, 133:10, 182:16, 206:20, 219:18

**eject** [1] - 38:3

**ejected** [1] - 42:12

**ejecting** [1] - 37:11

**ejector** [1] - 38:8

**elapsed** [1] - 36:1

**elbows** [5] - 91:20, 91:24, 101:12, 102:8, 102:11

**electrical** [1] - 39:14

**electronic** [1] - 115:5

**electronically** [2] - 60:12, 216:8

**elevated** [1] - 147:25

**elevation** [4] - 109:4, 136:22, 171:1, 171:2

**Elmo** [1] - 188:2

**elongated** [1] - 100:4

**emergencies** [1] - 122:17

**emergency** [3] - 101:6, 107:18, 161:22

**employed** [4] - 61:10, 62:8, 122:1, 204:7

**employer** [1] - 155:12

**empty** [1] - 37:11

**en** [1] - 143:9

**enclosed** [1] - 178:18

**encounter** [4] - 28:15, 45:24, 46:6, 162:16

**encountered** [2] - 162:19, 162:20

**encounters** [2] - 63:2, 150:10

**encouraged** [2] - 112:22, 112:24

**end** [18] - 12:3, 14:22, 97:10, 97:21, 107:21, 129:1,

213:18
**ended** [3] - 16:23, 26:18, 161:9
**ends** [1] - 104:15
**enforcement** [1] - 122:7
**engine** [5] - 138:8, 148:9, 148:11, 148:12
**enter** [2] - 127:18, 171:12
**entered** [6] - 15:22, 127:16, 128:3, 171:17, 171:20, 207:21
**entering** [1] - 189:25
**entire** [9] - 36:21, 40:18, 45:12, 82:3, 99:8, 99:13, 142:11, 199:21, 209:14
**entitle** [1] - 47:23
**ENTITLED** [1] - 222:15
**entitled** [1] - 74:3
**entrance** [5] - 18:1, 19:21, 174:2, 189:6, 194:5
**entries** [2] - 157:22, 158:7
**entry** [6] - 68:18, 129:12, 157:1, 157:4, 157:21, 177:8
**equipped** [1] - 131:17
**erect** [3] - 84:10, 98:22, 139:13
**errors** [1] - 111:21
**escape** [5] - 16:8, 33:23, 34:8, 34:9, 164:20
**escaping** [1] - 55:5
**especially** [4] - 10:11, 70:1, 75:5, 125:4
**ESQ** [3] - 2:5, 2:9, 2:15
**essence** [2] - 34:16, 171:23
**essentially** [7] - 56:19, 74:18, 146:22, 151:16, 176:24, 180:23, 187:19
**establish** [4] - 8:20, 82:22, 92:4, 140:13
**established** [4] - 101:7, 123:16, 134:14, 134:20
**establishing** [3] - 104:17, 123:13, 123:14
**estimate** [14] - 35:25, 36:3, 114:22, 130:10, 134:23, 135:13, 149:10, 156:15, 157:11, 160:1, 198:6, 198:9, 205:14
**estimating** [1] -

149:13
**estimation** [3] - 28:5, 82:4, 216:16
**et** [10] - 1:7, 1:12, 2:4, 2:14, 6:5, 6:6, 12:10, 222:5, 222:7
**evade** [2] - 24:21, 26:6
**evening** [16] - 24:14, 48:2, 48:5, 48:12, 49:7, 66:2, 68:19, 77:2, 77:6, 78:25, 88:21, 123:5, 156:10, 188:19, 204:17, 205:4
**event** [1] - 156:14
**events** [1] - 12:25
**eventually** [1] - 161:2
**Evidence** [1] - 116:24
**evidence** [18] - 10:13, 10:15, 10:16, 10:19, 10:20, 11:4, 32:12, 153:1, 153:2, 153:6, 153:8, 165:17, 187:4, 207:7, 207:9, 216:9, 218:21, 219:7
**exact** [6] - 15:17, 15:25, 105:21, 159:17, 170:3, 191:22
**exactly** [10] - 17:2, 25:20, 33:21, 66:15, 109:21, 156:8, 156:12, 162:14, 176:15, 191:21
**examination** [6] - 12:23, 47:14, 52:7, 121:7, 154:19, 200:22
**EXAMINATION** [16] - 13:9, 13:24, 47:16, 61:8, 95:14, 112:16, 117:18, 121:21, 145:25, 151:12, 155:8, 196:4, 200:24, 204:5, 208:4, 214:22
**examine** [3] - 13:20, 118:5, 196:3
**examining** [1] - 38:1
**example** [8] - 69:25, 72:3, 123:19, 142:16, 147:4, 147:6, 164:3, 166:16
**exceptionally** [1] - 154:3
**excerpts** [2] - 11:15, 215:13
**excuse** [3] - 116:5, 116:10, 219:18
**excused** [4] - 60:16, 115:11, 154:22, 187:7
**exercise** [1] - 82:6
**exhausted** [1] - 62:10
**Exhibit** [49] - 7:2, 14:7, 14:12, 17:21,

23:17, 23:9, 28:20, 32:7, 54:24, 55:8, 55:15, 56:13, 76:17, 76:20, 76:21, 77:8, 77:11, 77:17, 79:21, 79:23, 80:3, 85:10, 85:14, 126:14, 126:20, 126:22, 143:19, 151:17, 152:14, 152:15, 156:18, 165:1, 165:15, 167:2, 169:2, 173:19, 173:21, 174:12, 177:10, 177:15, 179:9, 180:24, 186:23, 188:11, 197:1, 207:3
**exhibit** [5] - 31:12, 79:20, 151:14, 157:21, 187:14
**exhibits** [2] - 6:21, 220:3
**exit** [1] - 18:24
**exited** [2] - 22:9, 124:11
**expect** [4] - 49:20, 50:5, 218:14, 221:1
**expected** [1] - 215:22
**expended** [1] - 37:9
**experience** [20] - 20:3, 24:23, 29:9, 29:21, 30:16, 36:19, 44:20, 98:3, 100:13, 122:8, 132:10, 132:14, 145:16, 162:23, 163:20, 166:6, 199:13, 199:18, 200:12, 210:10
**expert** [2] - 217:12, 218:6
**explain** [6] - 16:4, 96:10, 111:24, 148:6, 148:7, 199:2
**explained** [3] - 69:18, 97:7, 98:6
**explaining** [3] - 96:12, 96:16, 107:19
**explanation** [4] - 92:3, 93:11, 95:25, 116:25
**exposed** [2] - 145:9, 182:10
**exposure** [1] - 34:21
**extended** [1] - 140:25
**extra** [3] - 37:21, 47:4, 80:9
**eye** [6] - 123:17, 124:25, 125:2, 137:25, 140:10, 182:18
**eyes** [3] - 47:5, 139:19, 149:15

**F**

**F-r-a-s-e-r** [1] - 121:18

**face** [3] - 92:5, 147:23, 182:19
**faced** [3] - 62:17, 74:4, 183:19
**facility** [1] - 26:2
**facing** [27] - 21:5, 56:19, 57:7, 57:8, 58:7, 58:9, 58:11, 58:13, 90:17, 94:4, 94:9, 94:10, 94:20, 96:24, 96:25, 98:15, 99:20, 137:13, 137:15, 138:23, 139:1, 139:3, 151:19, 151:20, 181:1
**fact** [11] - 41:13, 47:22, 47:23, 48:1, 51:25, 70:9, 71:20, 87:12, 111:23, 114:10, 203:14
**factor** [2] - 46:25, 70:8
**factors** [1] - 9:13
**Fagan** [47] - 6:5, 6:17, 12:10, 12:17, 12:23, 14:1, 14:14, 75:20, 76:2, 76:4, 82:2, 83:22, 85:10, 87:13, 90:13, 93:18, 98:2, 98:7, 110:23, 156:1, 157:22, 158:7, 158:15, 161:6, 172:22, 173:18, 175:8, 176:10, 178:16, 183:5, 183:12, 183:23, 184:8, 184:24, 185:1, 185:8, 185:11, 189:2, 189:15, 189:20, 190:2, 191:4, 191:7, 192:23, 195:2, 201:3, 212:21
**FAGAN** [5] - 1:12, 2:14, 3:5, 13:8, 222:7
**Fagan's** [2] - 77:3, 78:4
**failed** [1] - 198:19
**failing** [1] - 198:22
**fair** [4] - 86:25, 89:5, 90:4, 90:7
**fairly** [3] - 144:22, 145:3, 145:4
**fall** [2] - 67:10, 87:20
**fallen** [1] - 184:23
**falling** [1] - 38:14
**falls** [2] - 58:3, 99:19
**familiar** [3] - 103:2, 103:14, 157:24
**family** [1] - 31:24
**far** [13] - 18:8, 28:19, 34:17, 119:2, 119:5, 130:10, 136:14, 147:10, 154:10, 168:15, 205:14,

205:15, 212:12
**farewell** [1] - 18:11
**fashion** [1] - 60:12
**fast** [6] - 76:12, 98:4, 196:14, 210:16, 210:18, 210:20
**faster** [1] - 215:22
**fastest** [1] - 210:22
**fatal** [1] - 7:13
**FATTAHI** [70] - 2:9, 2:9, 3:10, 3:12, 3:13, 6:12, 12:5, 12:14, 51:9, 117:8, 121:12, 121:20, 121:22, 126:13, 126:19, 126:21, 142:7, 145:22, 151:11, 151:13, 152:7, 152:19, 153:12, 153:14, 153:16, 154:18, 154:25, 155:9, 160:2, 160:4, 164:25, 165:7, 165:10, 165:21, 168:25, 169:1, 177:9, 177:16, 177:18, 179:1, 184:1, 184:6, 186:21, 187:1, 188:10, 188:18, 189:4, 189:24, 190:13, 190:22, 191:2, 195:24, 196:21, 199:4, 200:25, 203:19, 203:22, 204:6, 207:2, 208:1, 209:3, 214:5, 214:23, 216:19, 216:23, 217:2, 217:5, 217:9, 217:17, 217:19
**Fattahi** [4] - 6:14, 12:15, 51:7, 51:11
**Fattahi's** [1] - 198:17
**Fattahi..** [2] - 151:10, 214:21
**fear** [1] - 33:14
**fearing** [1] - 70:12
**Federal** [1] - 116:24
**FEE** [1] - 222:18
**feeds** [1] - 38:2
**FEES** [1] - 222:18
**feet** [32] - 39:20, 40:7, 56:18, 57:7, 66:9, 69:4, 69:9, 74:9, 76:14, 84:8, 93:18, 94:24, 95:4, 95:25, 106:22, 107:7, 119:10, 125:9, 125:14, 127:20, 133:25, 137:20, 139:4, 146:25, 151:19, 160:1, 160:6, 184:16, 184:18, 205:16, 211:6, 212:14

**fell** [5] - 87:16, 91:11, 99:14, 102:4

**fellow** [3] - 69:17, 70:8, 70:13

**felon** [1] - 203:16

**felt** [7] - 34:5, 63:7, 82:6, 82:9, 86:15, 99:4, 154:13

**female** [10] - 128:10, 128:18, 129:18, 129:25, 130:8, 130:15, 176:23, 177:20, 215:1

**fence** [7] - 126:3, 160:21, 160:22, 172:2, 196:14, 211:8, 212:10

**fences** [5] - 127:19, 127:22, 210:25, 211:3, 211:4

**fetal** [1] - 35:13

**few** [9] - 11:14, 12:3, 29:12, 152:8, 159:4, 159:14, 196:8, 199:9, 207:16

**figure** [5] - 109:21, 138:6, 147:13, 191:16, 209:21

**file** [1] - 10:25

**fill** [1] - 115:24

**final** [1] - 217:13

**finally** [6] - 28:16, 42:2, 43:18, 58:13, 114:21, 145:5

**fine** [1] - 220:1

**finger** [2] - 38:12, 98:5

**finish** [2] - 101:9, 218:20

**finished** [2] - 142:3, 195:25

**finishing** [1] - 37:25

**fire** [34] - 31:7, 31:10, 31:11, 31:16, 32:10, 32:19, 33:22, 36:14, 36:19, 36:21, 38:13, 38:18, 38:24, 39:16, 39:20, 41:25, 43:2, 56:10, 57:8, 58:1, 58:4, 70:11, 72:6, 86:18, 86:20, 87:2, 89:17, 91:2, 93:2, 93:5, 97:17, 99:5, 118:7

**firearm** [14] - 76:16, 77:2, 77:3, 77:5, 77:7, 77:23, 78:4, 78:9, 118:6, 118:7, 119:16, 168:4, 168:12, 195:10

**firearms** [5] - 36:5, 36:13, 118:4, 118:5, 118:7

**fired** [43] - 35:1, 35:2, 42:23, 54:23, 55:15, 55:16, 59:22, 79:10, 79:11, 79:12, 81:2,

81:5, 81:8, 81:11, 81:16, 81:19, 82:5, 83:1, 83:2, 83:7, 84:4, 84:14, 84:19, 84:25, 85:1, 85:9, 86:4, 87:10, 91:7, 93:19, 94:25, 97:20, 99:8, 99:13, 101:25, 102:1, 102:3, 119:16, 119:19, 142:8, 184:15, 185:6

**fires** [1] - 37:7

**firing** [16] - 31:14, 32:15, 33:24, 34:2, 34:4, 37:23, 39:8, 41:24, 43:22, 76:9, 82:23, 87:12, 87:13, 89:13, 93:14, 96:23

**FIRM** [1] - 2:4

**first** [105] - 17:7, 17:9, 21:19, 25:24, 26:24, 35:1, 35:9, 36:1, 38:17, 42:22, 48:17, 48:22, 49:9, 51:13, 52:25, 53:9, 53:15, 57:14, 57:19, 58:6, 63:5, 63:12, 63:19, 68:8, 73:10, 75:9, 75:19, 81:5, 81:25, 82:15, 84:3, 84:4, 84:15, 84:19, 85:21, 86:5, 87:10, 90:7, 90:18, 90:24, 91:10, 93:19, 94:5, 96:8, 96:11, 97:20, 101:2, 101:14, 101:24, 102:17, 104:7, 105:15, 105:22, 105:23, 112:1, 112:6, 112:7, 112:19, 112:25, 113:14, 124:8, 124:21, 125:8, 125:25, 128:13, 134:10, 135:3, 145:18, 149:11, 157:24, 158:8, 158:18, 158:20, 159:1, 163:14, 167:21, 172:1, 172:2, 172:3, 172:4, 172:5, 173:3, 173:10, 174:3, 174:25, 175:12, 176:4, 178:3, 179:15, 181:5, 185:3, 185:25, 187:18, 189:14, 191:6, 192:6, 192:8, 197:19, 198:7, 205:13, 207:11, 211:21, 215:13

**fit** [1] - 20:24

**fitting** [2] - 18:25, 205:7

**five** [16] - 42:25,

76:13[?], 76:14[?], 139:22, 139:25, 140:1, 140:15, 141:10, 141:11, 149:13, 156:8, 185:20, 198:9, 217:8, 217:9, 218:10

**five-and-a-half** [1] - 42:25

**fix** [3] - 111:14, 113:10, 113:12

**flap** [2] - 38:10, 80:15

**flash** [1] - 149:6

**flashbacks** [1] - 88:11

**flashlight** [5] - 67:16, 67:19, 147:15, 147:16, 212:9

**flat** [12] - 58:19, 58:23, 59:4, 59:12, 59:15, 59:23, 59:25, 60:3, 99:14, 102:4, 106:9

**flee** [1] - 203:4

**fleeing** [2] - 203:9, 203:16

**flies** [1] - 42:14

**flight** [9] - 122:5, 122:11, 122:13, 122:15, 122:18, 122:22, 123:11, 153:22, 185:15

**flip** [2] - 80:18, 80:19

**floor** [29] - 19:6, 19:9, 19:17, 19:22, 20:13, 20:17, 20:18, 26:9, 27:9, 27:10, 45:17, 68:8, 68:9, 76:5, 76:8, 137:5, 137:11, 137:19, 138:14, 179:17, 179:24, 181:4, 181:24, 182:17, 183:6, 193:11, 193:19, 195:2

**FLOOR** [1] - 2:16

**floors** [4] - 17:18, 178:5, 178:12, 178:19

**floral** [2] - 129:19, 150:11

**floral-print** [1] - 129:19

**flows** [1] - 8:18

**fluid** [2] - 16:2, 109:20

**fluidly** [1] - 16:25

**fly** [4] - 43:24, 125:9, 125:13, 125:20

**flying** [2] - 27:7, 125:7

**focus** [1] - 140:17

**focused** [2] - 183:8, 183:9

**focussed** [1] - 183:8

**follow** [3] - 12:25, 116:3, 214:14

**follow-up** [2] - 12:25, 214:14

**followed** [1] - 116:9

**following** [8] - 6:7, 12:7, 60:18, 115:12, 117:10, 187:8, 188:5, 216:11

**food** [1] - 49:15

**foot** [43] - 16:7, 20:21, 23:6, 28:3, 28:6, 28:9, 49:14, 57:21, 58:1, 75:14, 102:22, 104:12, 104:23, 104:24, 104:25, 105:1, 114:5, 114:18, 122:25, 123:10, 124:3, 125:20, 130:13, 131:2, 135:10, 142:16, 156:3, 156:6, 157:11, 159:1, 166:15, 188:19, 196:9, 197:14, 197:19, 197:25, 199:13, 199:18, 199:24, 201:12

**football** [2] - 94:8, 140:21

**FOR** [3] - 222:10, 222:11, 222:18

**force** [24] - 11:24, 39:16, 40:9, 47:20, 54:16, 61:14, 61:25, 62:3, 62:5, 62:8, 62:12, 62:16, 74:4, 81:15, 113:24, 114:4, 132:19, 132:21, 133:4, 164:19, 203:4, 203:10, 203:13, 203:17

**forcing** [1] - 130:5

**forearm** [1] - 101:16

**FOREGOING** [1] - 222:13

**forensic** [1] - 10:12

**form** [4] - 97:7, 131:8, 199:4, 219:14

**FORMAT** [1] - 222:16

**former** [1] - 73:24

**formulated** [1] - 172:25

**formulating** [2] - 162:13, 164:17

**forth** [2] - 9:13, 61:22

**forward** [13] - 11:13, 38:17, 84:13, 91:19, 92:1, 92:6, 92:25, 93:3, 93:8, 93:15, 99:14, 99:19, 101:19

**foundation** [3] - 8:20, 51:21, 52:5

**four** [24] - 18:16, 36:8, 41:25, 50:21, 51:1, 51:12, 51:17, 52:22, 53:10, 57:12, 57:14, 57:15, 57:17, 57:19, 57:22, 58:6, 58:9,

58:10, 80:17, 107:19, 107:20, 162:21

**frame** [3] - 130:19, 177:25, 189:1

**FRASER** [2] - 3:10, 121:14

**Fraser** [3] - 121:13, 121:17, 146:2

**freeze** [1] - 194:7

**freezes** [1] - 190:8

**Friday** [2] - 215:25, 216:2

**friend** [2] - 43:5, 130:5

**Friendly** [1] - 138:5

**friends** [1] - 20:4

**front** [18] - 7:12, 14:24, 18:1, 20:23, 28:25, 29:13, 65:20, 68:12, 93:25, 115:23, 156:21, 167:5, 171:20, 172:25, 173:5, 212:2, 212:3, 212:5

**frown** [1] - 116:7

**full** [8] - 45:9, 61:2, 82:8, 95:18, 117:13, 121:15, 155:3, 203:25

**full-on** [1] - 82:8

**fully** [5] - 78:10, 84:10, 84:12, 139:16, 139:24

**G**

**gain** [2] - 32:21, 213:22

**gaining** [1] - 31:9

**game** [1] - 140:21

**garage** [5] - 108:2, 176:16, 176:17, 194:3, 194:6

**gas** [2] - 37:9, 149:1

**gate** [3] - 68:5, 171:20, 189:18

**gated** [1] - 68:10

**gather** [2] - 137:5, 172:16

**general** [2] - 134:8, 178:23

**generally** [19] - 29:9, 36:7, 36:23, 68:19, 95:20, 95:21, 122:12, 123:12, 125:9, 125:22, 129:6, 135:12, 141:21, 143:2, 163:7, 164:15, 176:14, 180:19, 184:15

**generated** [2] - 158:3, 158:4

**gentlemen** [4] - 115:2, 152:24, 207:7, 215:19

**gestures** [1] - 35:3
**Ghost** [1] - 138:5
**ghost** [1] - 138:5
**ghostly** [1] - 147:13
**Giuliano** [2] - 9:8, 117:15
**GIULIANO** [1] - 117:16
**given** [8] - 13:4, 95:6, 119:1, 163:21, 164:10, 197:7, 197:15, 202:17
**GLENDALE** [1] - 2:11
**glimpse** [1] - 210:6
**Googling** [1] - 115:6
**grab** [1] - 43:25
**grabbed** [2] - 42:18, 180:21
**grabbing** [5] - 31:8, 172:13, 180:7, 205:23, 206:16
**grammar** [2] - 111:4, 111:20
**gray** [7] - 106:9, 106:25, 124:23, 170:23, 205:5
**great** [2] - 24:20, 147:8
**green** [1] - 124:24
**ground** [33] - 18:17, 18:18, 22:20, 22:23, 23:1, 23:4, 23:23, 26:9, 32:21, 32:25, 33:9, 33:22, 34:7, 34:22, 48:22, 48:25, 49:18, 50:1, 50:7, 54:14, 59:18, 64:11, 65:3, 75:13, 87:17, 87:19, 89:24, 98:23, 105:6, 105:8, 110:11, 119:15, 134:23
**grounds** [3] - 8:6, 203:9, 203:13
**group** [1] - 57:15
**groups** [1] - 57:12
**guess** [19] - 33:7, 63:22, 75:13, 80:25, 84:10, 85:20, 88:12, 89:23, 91:17, 92:2, 93:25, 101:16, 101:22, 103:20, 108:15, 113:10, 128:13, 150:19, 198:19
**guessed** [1] - 19:18
**guide** [2] - 38:12, 153:5
**guided** [1] - 62:12
**guidelines** [1] - 61:22
**guilty** [1] - 89:3
**gun** [37] - 24:5, 24:11, 24:12, 24:13, 24:16, 24:17, 25:21, 37:10, 37:15, 37:24, 38:23, 38:24, 41:18, 41:20,

42:14, 49:3, 54:4, 55:10, 55:25, 67:14, 67:18, 81:16, 86:14, 86:20, 87:2, 95:8, 97:10, 97:11, 98:7, 114:8, 114:11, 114:13, 114:18, 161:25, 181:6, 181:11
**gunfire** [2] - 46:5, 148:23
**gunpoint** [1] - 21:22
**guns** [2] - 37:6, 42:23
**gunshot** [2] - 198:7
**gunshots** [1] - 195:15
**guy** [5] - 21:19, 28:17, 75:7, 109:22, 210:22
**guys** [6] - 97:1, 99:22, 105:16, 107:19, 148:2, 148:7
**Gyro** [1] - 123:20

**H**

**Hafkenscheid** [2] - 172:23, 217:6
**half** [8] - 42:25, 43:1, 138:9, 138:21, 147:4, 147:7, 174:23, 205:21
**halfway** [3] - 16:10, 20:20, 157:21
**hallway** [4] - 17:17, 18:3, 55:9, 173:16
**hand** [36] - 24:14, 35:2, 42:18, 65:20, 67:17, 67:18, 67:19, 84:22, 84:23, 85:1, 85:2, 85:5, 85:7, 86:6, 86:7, 90:10, 90:22, 94:23, 96:16, 96:19, 97:2, 97:5, 97:6, 97:9, 97:12, 98:21, 98:24, 98:25, 99:2, 100:6, 102:15, 114:19, 137:19, 147:17, 174:15
**handcuffed** [2] - 30:23, 209:11
**handed** [1] - 97:8, 100:11
**handgun** [5] - 24:9, 37:2, 37:15, 100:25, 142:19
**handguns** [2] - 30:24, 42:22
**handler** [2] - 74:19, 75:2
**handling** [4] - 100:14, 100:17, 111:10, 113:7
**hands** [59] - 28:22, 28:24, 28:25, 29:11, 29:12, 30:11, 34:15, 34:17, 34:22, 34:23, 35:5, 40:24, 41:12,

41:16, 44:19, 49:16, 49:17, 49:22, 50:3, 50:16, 51:15, 52:20, 54:9, 54:12, 59:11, 59:14, 60:6, 64:2, 64:22, 66:1, 84:14, 84:25, 86:10, 88:16, 88:17, 89:18, 89:20, 89:25, 90:2, 90:3, 90:8, 90:10, 97:14, 97:16, 99:16, 99:19, 100:7, 101:14, 130:23, 131:23, 142:13, 145:6, 145:9, 180:4, 180:10, 182:3, 182:5, 182:23, 183:1
**hang** [2] - 68:11, 167:12
**hard** [12] - 24:22, 40:21, 76:12, 85:23, 94:1, 95:1, 98:17, 169:5, 169:14, 179:4, 190:16, 198:8
**harmed** [1] - 197:9
**head** [17] - 20:16, 21:21, 30:11, 37:24, 56:17, 57:4, 59:12, 59:14, 94:21, 94:24, 99:20, 100:3, 107:10, 139:3, 147:20, 151:19
**headed** [1] - 20:15
**heading** [3] - 19:17, 20:18, 22:17
**headquarters** [1] - 110:21
**heads** [3] - 93:19, 192:5, 192:12
**hear** [17] - 35:9, 38:6, 42:11, 48:4, 142:15, 149:18, 153:1, 153:8, 153:10, 165:22, 166:21, 167:24, 171:5, 176:22, 202:8, 206:20, 211:19
**heard** [39] - 15:10, 26:7, 28:10, 28:13, 29:2, 29:25, 30:20, 46:5, 82:1, 98:2, 102:21, 102:25, 103:2, 139:11, 143:7, 144:10, 149:11, 152:12, 153:10, 154:11, 166:3, 166:8, 167:20, 168:3, 170:13, 170:17, 171:23, 178:8, 178:21, 178:22, 179:6, 194:11, 197:24, 198:6, 198:14, 201:6, 216:9, 218:21, 219:6
**hearing** [6] - 52:1,

166:23, 166:24, 177:23, 195:15, 214:1
**heat** [6] - 138:3, 138:7, 138:12, 147:12, 149:6, 150:17
**height** [2] - 147:7, 148:22
**HELD** [1] - 222:15
**held** [9] - 6:7, 12:7, 60:18, 115:12, 117:10, 173:16, 187:8, 188:5, 216:11
**helicopter** [31] - 26:13, 26:14, 27:1, 27:6, 27:8, 46:23, 46:25, 122:14, 123:25, 131:17, 132:1, 132:3, 132:8, 132:13, 138:11, 139:19, 141:17, 146:6, 146:20, 148:8, 151:1, 153:22, 169:22, 170:5, 171:5, 185:25, 193:17, 195:6, 195:8, 199:17, 202:14
**helicopters** [3] - 47:4, 47:7, 170:9
**hello** [1] - 146:3
**help** [7] - 47:5, 52:2, 105:25, 153:4, 156:15, 161:1, 198:5
**helped** [2] - 11:16, 118:23
**helps** [1] - 105:24
**here-ish** [1] - 127:6
**HEREBY** [1] - 222:12
**hereto** [9] - 14:12, 23:17, 25:9, 32:7, 77:17, 80:3, 126:20, 165:15, 177:15
**hide** [2] - 130:6, 173:6
**hiding** [12] - 19:1, 19:4, 21:20, 75:12, 75:24, 129:12, 177:3, 177:6, 212:7, 212:13, 212:16, 213:10
**high** [15] - 27:15, 32:20, 32:25, 33:9, 54:4, 87:6, 109:4, 110:9, 110:11, 146:23, 153:24, 153:25, 211:4, 211:6
**high-ground** [1] - 33:9
**higher** [10] - 32:22, 48:9, 48:22, 48:25, 85:24, 125:20, 125:22, 127:21, 171:1, 171:4
**himself** [23] - 31:9, 43:5, 50:12, 50:16, 86:16, 91:19, 92:1, 92:6, 92:8, 92:25,

93:3, 93:8, 93:15, 98:21, 98:22, 99:12, 102:9, 102:13, 141:4, 183:20, 197:8, 197:11, 211:10
**hips** [1] - 101:22
**history** [1] - 156:14
**hit** [9] - 38:16, 43:17, 43:19, 43:23, 70:3, 70:12, 91:3, 109:5, 109:6
**hitting** [1] - 70:5
**hold** [5] - 111:11, 131:5, 141:23, 143:16, 164:10
**holding** [7] - 130:25, 131:3, 141:11, 142:14, 180:6, 205:23, 206:17
**holds** [3] - 37:24, 42:13, 78:9
**holes** [1] - 118:24
**holster** [1] - 97:11
**home** [1] - 46:4
**homicide** [3] - 46:17, 46:21, 113:18
**honestly** [1] - 196:13
**Honor** [89] - 6:9, 6:13, 6:16, 6:22, 6:23, 6:24, 8:5, 9:25, 10:3, 10:11, 10:23, 10:25, 11:9, 11:13, 12:5, 12:12, 12:14, 12:16, 12:24, 13:6, 13:19, 13:22, 14:6, 14:9, 23:11, 23:14, 25:1, 25:4, 25:8, 27:21, 32:1, 32:4, 38:7, 41:4, 43:7, 47:11, 50:25, 60:8, 66:22, 69:20, 71:2, 72:10, 72:15, 73:3, 73:13, 76:19, 76:25, 77:10, 77:13, 77:18, 79:22, 95:12, 103:8, 103:10, 112:13, 115:1, 117:3, 117:8, 121:6, 121:12, 121:20, 126:19, 145:23, 152:13, 152:19, 153:12, 153:14, 154:18, 154:20, 154:25, 160:2, 164:25, 165:5, 168:25, 177:9, 177:16, 184:1, 186:21, 188:10, 195:24, 203:19, 203:22, 207:2, 208:1, 215:4, 215:8, 218:14, 219:13, 219:25
**HONORABLE** [1] - 1:5
**hooded** [1] - 124:23
**hop** [1] - 105:23

hope [1] - 41:21
hoping [1] - 105:8
hopped [1] - 108:12
hops [1] - 68:6
hot [2] - 147:12, 147:16
hotter [1] - 138:13
hour [4] - 11:8, 12:4, 138:9, 216:17
hours [8] - 98:9, 111:23, 118:16, 122:16, 156:11, 158:14, 199:15
hover [1] - 148:14
hovering [1] - 148:14
HOWARD [1] - 2:15
Howard [2] - 6:17, 12:17
Hubert [1] - 113:8
human [2] - 49:7, 62:13
hunch [1] - 19:17
hundred [5] - 28:5, 28:6, 28:9, 91:17, 160:6
hundreds [5] - 104:25, 113:20, 113:23, 114:7, 114:17
hurdles [1] - 109:25
hurt [6] - 47:6, 49:7, 68:20, 68:21, 88:20, 202:24
hurting [1] - 72:4
hypothetical [3] - 95:6, 95:16, 96:1
hypothetically [4] - 50:15, 50:18, 58:22, 95:7

**I**

ID [1] - 157:1
idea [12] - 33:17, 100:5, 100:7, 100:12, 100:15, 100:16, 118:2, 119:5, 119:18, 120:3, 163:1, 163:5
identified [1] - 156:4
identify [1] - 153:4
IDOL [2] - 54:20, 132:22
if's [1] - 130:4
ill [1] - 60:10
illuminated [1] - 193:17
illumination [1] - 195:5
imagery [2] - 138:10, 147:11
images [1] - 137:23
imaging [1] - 138:2
immaterial [2] - 43:8, 73:14
Immediate [1] -

132:25
immediate [9] - 45:3, 67:11, 69:16, 70:7, 70:16, 71:24, 74:15, 133:3, 212:15
immediately [8] - 42:16, 42:17, 44:4, 154:16, 159:23, 160:13, 176:25, 193:2
Imminent [1] - 54:20
imminent [7] - 34:6, 54:17, 62:17, 69:14, 71:21, 74:4, 74:11
impact [1] - 118:24
important [1] - 32:18
impression [3] - 131:8, 180:9, 184:11
imprint [1] - 138:8
IN [5] - 6:3, 222:10, 222:15, 222:16, 222:19
in-car [2] - 158:5, 201:17
inaccurate [2] - 88:3, 88:4
inches [2] - 29:12, 95:3
incident [25] - 13:11, 62:21, 62:25, 68:24, 74:8, 74:9, 74:23, 81:1, 82:3, 88:11, 100:9, 104:19, 111:10, 114:13, 124:1, 131:19, 142:11, 145:13, 155:15, 155:23, 158:1, 185:9, 201:21, 202:21, 204:12
incidentally [1] - 9:3
incidents [1] - 75:6
inclined [2] - 8:7, 8:22
include [4] - 132:21, 161:15, 164:2, 186:5
included [3] - 119:24, 186:8, 216:5
includes [2] - 115:5, 191:3
including [5] - 36:21, 190:1, 202:24, 206:4, 207:20
inconsistent [1] - 72:8
incorporated [1] - 187:19
independent [2] - 81:22, 188:19
indicate [3] - 34:11, 171:6, 174:2
indicated [7] - 35:10, 47:25, 84:3, 86:4, 113:20, 180:11, 180:17
indicating [1] - 179:2
indicating) [5] - 127:6, 127:17, 133:14,

133:23, 173:25
Indicating) [1] - 137:7
indication [1] - 213:7
individual [1] - 13:15
influence [1] - 107:12
info [1] - 144:11
information [35] - 24:13, 26:17, 26:21, 26:22, 26:23, 26:24, 27:12, 73:20, 88:23, 88:24, 100:10, 100:13, 100:19, 100:21, 115:6, 142:15, 143:1, 143:10, 157:25, 166:15, 166:18, 167:16, 176:22, 177:19, 198:2, 198:18, 201:7, 201:17, 201:19, 201:25, 202:23, 203:1, 213:22, 213:24, 213:25
initial [8] - 45:4, 45:8, 46:11, 124:22, 125:2, 126:4, 154:14, 159:1
initiated [2] - 107:17, 204:14
injured [1] - 48:5
injury [7] - 46:18, 54:18, 54:21, 62:18, 71:22, 74:5, 74:12
inner [4] - 16:17, 16:19, 16:22, 16:24
inquire [7] - 61:6, 95:13, 117:17, 121:19, 155:7, 204:4, 208:3
insert [1] - 80:20
inside [26] - 17:2, 17:4, 17:18, 18:2, 18:6, 75:10, 123:25, 127:24, 128:2, 128:4, 128:7, 128:9, 128:14, 129:8, 138:11, 141:19, 148:20, 158:4, 159:20, 170:4, 171:16, 182:23, 182:24, 182:25, 198:7
inspected [1] - 186:1

instance [2] - 125:8, 162:1
instead [3] - 23:3, 97:12, 136:16
instruct [1] - 159:13
instruction [7] - 152:20, 152:25, 165:16, 219:6, 219:8, 219:9, 219:15
instructions [3] - 20:15, 218:22, 219:10
instructor [2] - 30:5, 30:8
intend [3] - 7:21, 10:8, 10:11
intending [2] - 8:13, 11:4
intense [1] - 138:9
intention [1] - 136:12
interviewing [1] - 214:14
intimidating [1] - 132:7
introduce [2] - 7:21, 10:12
introduction [1] - 27:23
investigation [5] - 60:15, 118:22, 187:7, 216:4, 216:7
involved [25] - 9:14, 15:23, 16:3, 28:3, 46:17, 88:23, 101:2, 102:6, 102:7, 102:18, 102:21, 104:7, 104:11, 114:12, 118:12, 134:24, 139:12, 141:15, 163:12, 168:4, 185:18, 186:14, 198:1, 200:7, 207:14
involvement [2] - 104:10, 145:13
involves [1] - 36:12
involving [1] - 204:12
irrelevant [1] - 27:19
IS [2] - 222:13, 222:16
ish [1] - 127:6
issue [7] - 11:24, 12:4, 60:14, 115:9, 187:6, 218:21, 219:12
issues [3] - 10:21, 56:11, 220:2
it'll [1] - 123:22
item [5] - 6:4, 12:9, 120:7, 120:24, 121:1
itself [1] - 42:13

**J**

jail [1] - 30:23
JAMES [3] - 3:11, 155:2, 155:5

James [2] - 155:1, 155:5
Jason [1] - 123:6
Jenkins [1] - 217:22
jeopardy [2] - 71:25, 72:1
jiggle [1] - 109:1
JOHN [10] - 1:12, 2:8, 2:9, 2:14, 3:5, 3:10, 3:12, 3:13, 13:8, 222:7
John [4] - 6:5, 6:14, 12:10, 12:15
join [1] - 161:15
judge [1] - 89:9
JUDGE [1] - 1:5
JUDICIAL [2] - 222:17, 222:20
jump [13] - 64:9, 65:14, 71:18, 106:23, 107:4, 126:9, 126:23, 127:7, 127:20, 144:24, 186:3, 211:3, 211:5
jumped [25] - 31:3, 64:19, 65:4, 65:18, 68:13, 74:13, 106:3, 106:15, 106:18, 107:14, 124:14, 126:1, 126:2, 126:3, 127:4, 127:5, 127:10, 133:10, 160:21, 170:16, 170:19, 172:2, 212:10
jumping [3] - 27:17, 28:7, 28:10, 48:2, 48:7, 107:9, 109:20, 127:19, 170:12, 171:1, 200:16
jumps [4] - 106:1, 108:1, 108:5, 108:7
JUNE [2] - 1:18, 6:1
jurisdiction [1] - 219:22
jury [34] - 6:7, 6:20, 10:22, 12:8, 12:21, 16:4, 29:3, 35:3, 60:19, 60:21, 73:1, 89:9, 96:22, 96:25, 98:15, 99:18, 99:20, 99:21, 115:12, 115:14, 115:23, 116:11, 116:15, 116:18, 117:6, 117:11, 187:8, 188:6, 188:8, 216:11, 218:22, 219:4, 219:18, 219:19
justification [2] - 74:2, 86:12
justified [1] - 83:16

## K

**K9** [39] - 17:10, 17:11, 74:16, 74:18, 74:21, 74:25, 75:3, 75:5, 141:23, 161:15, 163:4, 163:5, 163:6, 163:9, 163:12, 163:23, 164:22, 166:10, 166:11, 166:12, 168:23, 172:23, 173:12, 173:15, 175:5, 175:12, 175:18, 178:14, 181:24, 189:9, 191:3, 196:16, 196:19, 197:5, 197:8, 197:20, 201:1, 202:13
**keep** [14] - 34:4, 44:4, 44:8, 52:16, 55:2, 55:5, 80:9, 83:6, 87:1, 97:9, 106:13, 123:22, 207:7, 211:20
**Kendal** [3] - 153:25, 154:1, 154:2
**kept** [2] - 30:10, 34:2
**key** [1] - 9:21
**kids** [1] - 31:25
**kill** [3] - 51:20, 52:4, 81:16
**killing** [1] - 72:4
**kind** [77] - 8:1, 17:16, 18:2, 19:3, 21:10, 39:25, 45:4, 45:20, 49:5, 64:14, 68:10, 68:11, 70:9, 72:3, 75:9, 76:12, 80:19, 80:23, 84:12, 84:17, 85:1, 85:2, 85:6, 85:23, 85:25, 86:5, 87:1, 88:11, 90:20, 90:21, 90:23, 91:8, 93:24, 94:11, 95:1, 97:2, 97:9, 98:5, 98:17, 98:19, 98:21, 99:6, 99:16, 99:25, 100:3, 100:4, 101:10, 101:18, 101:19, 101:23, 102:23, 103:23, 104:20, 107:12, 109:4, 109:19, 110:6, 111:19, 124:12, 125:3, 138:4, 138:20, 139:18, 143:10, 147:13, 147:23, 153:24, 164:15, 182:19, 183:8, 183:10, 198:15, 198:23, 210:17, 211:7
**kinds** [2] - 166:3,

216:7
**knee** [21] - 41:11, 49:15, 57:21, 57:25, 87:21, 88:1, 88:2, 88:8, 89:14, 90:18, 90:20, 91:10, 94:8, 97:22, 98:12, 98:18, 98:19, 98:20, 140:17
**kneeling** [1] - 140:19
**kneeling/shooting** [1] - 41:12
**knees** [10] - 30:12, 35:18, 87:20, 87:22, 87:25, 88:5, 88:15, 98:23
**knives** [1] - 30:24
**knobs** [2] - 108:18, 109:1
**knowing** [5] - 69:12, 96:1, 134:3, 145:19, 151:5
**knowledge** [8] - 13:12, 49:8, 74:20, 78:24, 158:23, 166:7, 197:14, 207:23
**known** [2] - 20:5, 89:3

## L

**L-a-m-a-y** [1] - 117:16
**lacks** [2] - 51:21, 52:5
**LACV** [2] - 6:4, 12:9
**ladder** [3] - 24:1, 173:25, 180:24
**ladies** [4] - 115:2, 152:24, 207:6, 215:19
**lady** [1] - 18:23
**laid** [1] - 92:25
**LAMAY** [2] - 3:8, 117:12
**Lamay** [1] - 117:15
**land** [1] - 148:11
**landing** [13] - 125:18, 128:21, 137:19, 179:17, 179:19, 179:21, 179:24, 180:2, 181:5, 181:24, 182:16, 183:6, 195:2
**LAPD** [5] - 14:23, 27:1, 122:9, 132:21, 154:15
**LAPD's** [2] - 26:13, 122:6
**lapsed** [1] - 43:9
**large** [1] - 156:18
**larger** [4] - 134:25, 135:1, 137:3, 143:21
**last** [36] - 10:25, 35:2, 35:10, 36:2, 38:9, 38:10, 38:13, 53:9, 58:13, 62:5, 81:11, 82:18, 94:19, 94:20, 94:25, 101:14,

101:25, 102:1, 102:3, 107:21, 112:8, 122:10, 123:14, 133:18, 136:6, 137:2, 141:20, 144:11, 156:2, 159:14, 168:18, 175:25, 198:7, 199:19, 199:23, 200:2
**last-seen** [2] - 133:18, 141:20
**lasted** [2] - 82:3, 186:16
**launch** [1] - 122:15
**laundry** [4] - 26:2, 26:11, 124:9, 185:25
**Lavarro** [2] - 171:22, 217:6
**law** [1] - 122:7
**LAW** [1] - 2:8
**lawful** [1] - 145:18
**lay** [4] - 41:16, 44:16, 59:17, 93:3
**laying** [7] - 35:17, 44:17, 58:18, 99:24, 102:12, 140:25, 212:7
**layman's** [1] - 153:24
**lead** [3] - 163:13, 175:12, 191:11
**leading** [5] - 41:4, 168:24, 174:8, 195:18, 196:21
**leads** [6] - 18:3, 174:6, 174:17, 179:3, 190:24, 193:13
**leap** [3] - 28:19, 31:8, 40:12
**leaped** [2] - 23:6, 27:8
**leaping** [1] - 211:10
**learn** [8] - 15:4, 19:9, 21:17, 27:4, 40:19, 101:3, 198:2, 208:17
**learned** [5] - 24:9, 100:17, 201:24, 208:19, 213:25
**least** [5] - 8:9, 144:15, 148:20, 182:7, 193:16
**leave** [7] - 20:10, 22:1, 116:2, 116:6, 133:6, 138:8, 138:9
**leaves** [1] - 25:11, 42:14
**leaving** [1] - 27:23
**led** [4] - 17:18, 171:21, 173:7, 173:14
**left** [21] - 20:13, 25:11, 42:18, 65:20, 67:17, 67:19, 84:23, 85:2, 85:5, 86:6, 96:16, 97:9, 98:24, 100:5, 100:11, 101:16, 101:19, 119:15, 179:25, 192:17,

194:15
**left-handed** [1] - 100:11
**leg** [1] - 41:10
**legal** [4] - 72:11, 116:21, 116:23
**legs** [5] - 101:22, 140:25, 147:13, 194:16, 194:18
**length** [1] - 43:2
**lengths** [1] - 24:20
**Leon** [1] - 217:7
**LESS** [1] - 222:18
**less** [19] - 39:15, 44:23, 82:11, 82:13, 97:14, 125:23, 161:16, 161:17, 161:20, 161:23, 161:24, 162:1, 162:6, 164:14, 164:16, 181:20, 190:4, 202:13, 218:11
**lethal** [14] - 39:16, 161:16, 161:17, 161:18, 161:20, 161:23, 161:24, 162:2, 162:6, 164:14, 164:16, 181:20, 190:4, 202:13
**level** [9] - 18:17, 18:18, 30:9, 30:15, 127:8, 127:11, 171:22, 173:10, 179:10
**levels** [1] - 200:17
**Life** [1] - 132:25
**life** [5] - 40:18, 62:13, 71:25, 72:1, 133:3
**lift** [3] - 90:23, 98:22
**lifting** [1] - 94:21
**light** [14] - 136:17, 140:3, 140:5, 140:7, 147:17, 153:20, 153:21, 154:1, 154:3, 154:6, 154:7, 154:8, 193:17, 195:7
**likely** [1] - 174:20
**limine** [1] - 72:12
**limit** [1] - 8:9
**limited** [1] - 11:19
**line** [23] - 16:11, 31:12, 66:24, 73:2, 74:1, 92:12, 92:13, 104:1, 104:3, 105:10, 105:17, 129:1, 152:15, 165:2, 165:6, 165:7, 182:10, 207:4
**lines** [7] - 84:7, 143:23, 143:24, 177:11, 184:3, 197:1, 220:25
**lineup** [1] - 216:13
**link** [1] - 8:15

**list** [2] - 120:7, 157:25
**listen** [6] - 73:16, 153:2, 153:5, 153:8, 165:18, 207:8
**listened** [2] - 166:2, 202:5
**listening** [1] - 154:9
**literally** [1] - 95:7
**live** [1] - 219:22
**living** [1] - 45:24
**loaded** [3] - 30:24, 78:10, 98:9
**lobby** [5] - 173:6, 174:3, 174:7, 193:25
**locate** [2] - 170:9, 206:2
**located** [2] - 63:21, 173:18
**location** [11] - 14:18, 14:21, 32:9, 45:14, 45:17, 133:18, 134:17, 135:25, 141:21, 181:15, 183:5
**locations** [1] - 119:1
**lock** [2] - 135:6, 140:14
**locking** [1] - 139:10
**LONG** [2] - 2:14, 2:17
**look** [41] - 11:8, 21:3, 22:14, 33:4, 36:13, 37:17, 45:11, 55:12, 56:17, 77:2, 77:5, 85:7, 92:10, 101:12, 102:11, 102:16, 124:17, 125:4, 125:17, 129:7, 129:24, 145:2, 150:3, 150:24, 156:23, 157:14, 162:4, 179:7, 181:16, 182:20, 183:4, 183:11, 183:22, 184:7, 185:16, 187:18, 187:22, 194:22, 196:25, 214:13
**Look** [1] - 131:24
**looked** [18] - 11:7, 20:23, 21:1, 26:9, 55:15, 106:4, 112:2, 141:6, 169:12, 171:23, 179:18, 181:23, 182:12, 183:9, 193:9, 194:12, 198:14
**looking** [33] - 15:5, 17:20, 19:13, 21:6, 21:7, 22:2, 25:17, 33:1, 34:10, 58:15, 65:3, 82:22, 102:14, 107:20, 123:13, 124:11, 124:12, 125:11, 134:4, 136:9, 136:17, 144:5, 144:9,

147:20, 148:16, 148:18, 149:7, 149:8, 182:15, 183:13, 198:11, 213:15

**looks** [13] - 21:4, 21:9, 25:14, 120:9, 125:2, 157:15, 189:19, 190:3, 190:17, 191:25, 192:4, 192:18, 194:24

**Los** [4] - 73:11, 122:2, 122:3, 132:18

**LOS** [4] - 1:17, 1:24, 2:6, 6:1

**lose** [6] - 21:25, 46:15, 47:7, 47:8, 106:13, 131:7

**lost** [19] - 104:14, 106:14, 128:17, 129:2, 129:15, 137:4, 150:16, 158:24, 159:2, 161:3, 205:8, 205:15, 205:18, 205:19, 206:1, 206:11, 206:19, 211:12, 211:21

**loud** [2] - 177:24, 197:20

**low** [4] - 30:9, 30:15, 91:23, 101:18

**low-level** [2] - 30:9, 30:15

**lower** [10] - 17:9, 97:4, 102:10, 110:15, 125:13, 125:17, 125:19, 127:8, 171:1, 174:15

**Lunch** [1] - 117:4

**lunch** [5] - 11:8, 12:4, 115:3, 217:24

**lying** [10] - 56:16, 58:19, 58:23, 59:3, 59:12, 59:15, 59:23, 59:25, 60:3, 92:5

---

**M**

**M-a-r-t-i-n-e-z** [1] - 61:5

**ma'am** [3] - 73:18, 142:5, 154:23

**machine** [1] - 37:6

**magazine** [26] - 36:21, 37:12, 37:14, 38:9, 38:12, 38:14, 38:18, 38:23, 77:21, 78:2, 78:3, 78:6, 78:9, 78:17, 78:21, 79:11, 79:12, 80:12, 80:13, 80:18, 80:20, 81:12, 98:6, 99:9, 99:11, 99:13

**magazines** [4] - 37:22, 80:10, 80:16, 80:17

**main** [3] - 218:21, 219:7

**maintained** [1] - 8:23

**majority** [1] - 36:12

**make-believe** [1] - 28:12

**maker** [1] - 154:2

**male** [2] - 18:24, 20:24

**man** [2] - 106:22, 208:17

**mandatory** [2] - 36:8, 36:16

**maneuver** [1] - 38:22

**manner** [2] - 60:13, 130:1

**manpower** [1] - 136:14

**map** [1] - 103:23

**MARIA** [3] - 1:21, 222:10, 222:23

**mark** [8] - 17:24, 85:23, 127:14, 162:5, 169:19, 170:18, 170:23, 174:6

**MARK** [3] - 3:13, 203:24, 204:3

**Mark** [2] - 203:23, 204:2

**marked** [3] - 109:7, 162:8, 171:3

**MARKED** [2] - 4:2, 5:2

**marking** [1] - 180:20

**marks** [1] - 118:24

**MARTINEZ** [2] - 3:7, 61:1

**Martinez** [45] - 6:18, 12:18, 18:12, 20:11, 20:12, 20:16, 21:15, 21:18, 22:1, 22:3, 22:5, 22:7, 22:15, 32:13, 33:10, 33:16, 34:6, 39:8, 41:14, 42:5, 42:18, 53:25, 54:10, 60:24, 61:4, 155:19, 155:22, 161:9, 172:22, 173:18, 175:5, 175:19, 176:9, 178:16, 183:5, 183:12, 183:23, 184:25, 189:19, 189:20, 190:2, 191:4, 192:24, 195:2, 212:20

**Martinez'** [1] - 184:8

**match** [1] - 167:14

**matched** [1] - 167:8

**matching** [1] - 27:2

**math** [1] - 120:10

**MATTER** [1] - 222:15

**matter** [1] - 27:5

**MDC** [1] - 156:14

**mean** [19] - 7:22, 8:11, 9:14, 10:20, 16:4, 29:3, 50:9, 91:7,

99:15, 124:7, 124:16, 128:7, 132:4, 133:1, 138:9, 158:15, 161:20, 178:18, 179:18

**meaning** [4] - 87:25, 152:2, 200:7, 210:24

**means** [12] - 35:16, 37:9, 42:24, 43:2, 62:9, 78:13, 78:17, 133:2, 157:2, 157:5, 158:10, 216:6

**meant** [1] - 219:3

**measured** [1] - 153:25

**measurements** [3] - 10:13, 118:25, 119:3

**medical** [2] - 11:16, 11:17

**medium** [1] - 205:7

**meet** [2] - 11:25, 130:12

**members** [4] - 12:20, 60:21, 117:6, 188:8

**memory** [8] - 39:3, 46:2, 98:8, 143:25, 154:10, 167:4, 167:7, 186:15

**mention** [5] - 101:1, 144:15, 146:9, 201:1, 216:5

**mentioned** [8] - 17:22, 45:6, 72:7, 115:8, 127:7, 129:18, 202:19, 216:7

**merely** [1] - 203:12

**met** [1] - 128:17

**metal** [3] - 68:5, 147:14, 149:5

**methodical** [1] - 175:21

**methodically** [1] - 175:24

**Michael** [2] - 121:13, 121:17

**MICHAEL** [3] - 3:10, 121:14, 121:18

**microphone** [2] - 38:5, 149:20

**middle** [3] - 173:7, 173:9, 179:16

**might** [22] - 24:17, 51:19, 52:2, 86:14, 88:3, 88:4, 89:24, 99:6, 105:25, 111:4, 129:8, 141:5, 158:3, 158:4, 159:5, 159:7, 159:14, 167:11, 194:16, 218:9, 218:12, 218:19

**military** [2] - 100:16, 101:17

**milliseconds** [1] - 31:8

**mind** [9] - 27:20, 43:4, 51:19, 52:2, 89:14, 130:19, 153:6,

169:10, 207:7

**minds** [4] - 60:13, 115:9, 187:5, 216:8

**mindset** [1] - 52:12

**minute** [2] - 31:9, 157:9

**minutes** [18] - 45:21, 60:10, 63:4, 63:15, 136:2, 136:3, 136:6, 137:5, 143:9, 156:9, 157:17, 159:4, 159:14, 186:16, 201:12, 209:10, 216:17, 217:19

**misconduct** [1] - 219:16

**misdemeanor** [1] - 145:17

**miss** [4] - 16:15, 31:20, 31:24, 46:19

**missed** [3] - 40:13, 70:12, 168:1

**missing** [1] - 111:7

**misspelled** [2] - 111:3, 111:20

**misstates** [1] - 53:7

**mistaken** [1] - 170:18

**mistakes** [2] - 111:3, 111:13

**mistrial** [6] - 72:24, 73:6, 116:12, 116:13, 116:17, 117:2

**modified** [1] - 90:12

**moment** [10] - 23:9, 45:14, 109:7, 134:16, 143:16, 165:5, 168:25, 183:8, 191:22, 194:14

**moment..** [1] - 66:20

**momentarily** [2] - 55:6, 82:22

**moments** [2] - 12:3, 27:5

**monitor** [1] - 194:21

**monitored** [1] - 175:6

**months** [2] - 114:12, 114:14

**moot** [1] - 10:9

**Moreno** [2] - 186:13, 206:20

**morning** [28] - 6:9, 6:13, 6:16, 11:12, 12:12, 12:14, 12:16, 12:19, 14:1, 14:2, 53:15, 60:10, 66:2, 78:25, 79:1, 82:1, 115:16, 118:16, 156:11, 156:13, 157:14, 187:25, 215:24, 216:10, 218:2, 218:17, 218:18, 220:11

**most** [11] - 29:10, 29:11, 29:12, 41:14,

42:22, 99:23, 107:7, 132:8, 147:21, 174:20, 200:15

**mostly** [1] - 11:19

**motion** [14] - 72:12, 97:13, 98:4, 99:2, 109:20, 116:11, 116:13, 116:16, 116:17, 117:2, 139:16, 141:7, 152:5, 194:17

**motivated** [5] - 25:22, 26:6, 28:17, 200:15, 200:19

**mounted** [1] - 138:10

**move** [9] - 16:19, 20:10, 72:24, 74:1, 97:16, 113:19, 126:13, 154:7, 184:12

**moved** [6] - 55:9, 56:4, 57:10, 85:22, 125:2, 168:19

**movement** [6] - 35:21, 44:18, 101:24, 147:10, 149:17, 149:23

**movements** [6] - 34:24, 86:3, 90:24, 130:15, 147:22

**movie** [1] - 101:17

**movies** [1] - 27:16

**moving** [12] - 16:25, 42:4, 44:5, 44:8, 102:5, 104:20, 139:23, 139:25, 140:16, 140:20, 145:5, 195:14

**MR** [227] - 6:9, 6:12, 6:16, 6:22, 7:2, 7:18, 7:22, 8:5, 9:2, 9:25, 10:3, 10:10, 10:23, 10:25, 11:9, 11:11, 11:13, 11:23, 12:5, 12:12, 12:14, 12:16, 12:24, 13:10, 13:18, 13:22, 13:25, 14:6, 14:9, 14:13, 23:10, 23:11, 23:14, 23:18, 25:1, 25:4, 25:8, 25:10, 27:19, 27:20, 27:24, 27:25, 29:16, 32:1, 32:4, 32:8, 38:19, 41:4, 41:8, 43:7, 43:12, 47:10, 47:13, 47:15, 47:17, 51:3, 51:9, 51:10, 51:21, 51:24, 52:5, 52:14, 53:4, 53:7, 53:11, 53:13, 60:7, 60:23, 61:7, 61:9, 66:22, 67:1, 67:3, 69:19, 70:14, 71:2, 71:4, 72:10, 72:12, 72:14, 72:16, 72:21, 72:24, 73:2, 73:13,

73:19, 74:2, 74:7, 76:18, 76:21, 76:25, 77:1, 77:10, 77:13, 77:18, 77:19, 79:22, 79:25, 80:2, 80:4, 92:14, 92:16, 92:19, 92:21, 92:23, 95:11, 95:15, 103:6, 103:7, 103:10, 103:13, 112:12, 112:17, 114:2, 114:3, 115:1, 117:3, 117:8, 117:19, 121:5, 121:8, 121:11, 121:12, 121:20, 121:22, 126:13, 126:16, 126:19, 126:21, 142:7, 145:22, 146:1, 146:14, 151:7, 151:11, 151:13, 152:7, 152:13, 152:19, 152:23, 153:12, 153:14, 153:16, 154:18, 154:20, 154:25, 155:9, 160:2, 160:4, 164:25, 165:5, 165:7, 165:8, 165:10, 165:12, 165:21, 168:25, 169:1, 177:9, 177:12, 177:16, 177:18, 179:1, 184:1, 184:4, 184:6, 186:21, 187:1, 187:9, 187:11, 187:14, 187:21, 187:24, 188:10, 188:15, 188:18, 189:4, 189:24, 190:13, 190:22, 191:2, 195:24, 196:5, 196:21, 196:24, 199:4, 199:12, 200:21, 200:25, 203:19, 203:22, 204:6, 207:2, 207:5, 208:1, 208:5, 209:3, 209:5, 214:5, 214:9, 214:19, 214:23, 215:8, 215:17, 216:15, 216:19, 216:22, 216:23, 217:2, 217:5, 217:9, 217:12, 217:17, 217:19, 217:20, 218:5, 218:10, 218:14, 218:23, 219:2, 219:12, 219:25, 220:4, 220:12, 220:15, 220:19, 220:22
*multicolored* [2] - 128:11, 129:20
*multiple* [2] - 118:7,

162:24
*muscle* [2] - 39:3, 98:7
*muzzle* [1] - 149:6

**N**

*naked* [5] - 123:17, 124:25, 125:2, 137:25, 140:10
*name* [24] - 15:10, 20:14, 21:19, 39:13, 61:2, 74:25, 75:21, 117:13, 121:15, 121:17, 124:4, 124:6, 155:3, 156:24, 166:15, 196:20, 197:4, 203:25, 204:2, 204:19, 208:24, 209:1, 209:6, 209:24
*named* [7] - 15:5, 15:7, 143:15, 144:10, 167:9, 169:5, 208:18
*names* [4] - 18:15, 19:21, 169:6, 217:4
*naturally* [1] - 39:4
*nature* [3] - 89:25, 199:16, 203:2
*near* [9] - 29:1, 30:14, 44:15, 84:23, 86:6, 86:7, 130:23, 156:23, 193:25
*nearby* [1] - 213:25
*nearly* [1] - 149:13
*Nebraska* [37] - 14:18, 14:22, 15:14, 15:23, 17:1, 46:23, 75:16, 103:18, 104:2, 107:24, 108:9, 110:4, 110:6, 133:7, 134:15, 146:20, 148:24, 169:7, 171:6, 171:16, 171:24, 172:7, 172:10, 172:12, 173:1, 173:22, 174:9, 174:11, 177:21, 181:10, 186:4, 186:5, 189:6, 190:10, 198:7, 198:10, 214:14
*necessarily* [2] - 134:2, 201:22
*necessary* [1] - 9:17
*need* [18] - 10:22, 13:3, 46:13, 111:13, 116:13, 116:25, 125:17, 131:23, 131:25, 133:4, 134:19, 134:21, 139:9, 142:2, 148:10, 215:25, 218:15, 218:16
*needed* [3] - 135:6, 140:14, 200:14

needs [7] - 45:20,
*neglected* [1] - 216:5
*nervous* [1] - 31:20
*never* [28] - 15:3, 15:10, 16:24, 20:5, 26:16, 28:8, 28:12, 30:5, 33:5, 39:21, 40:17, 48:11, 50:18, 56:1, 58:18, 59:13, 65:16, 68:16, 68:18, 68:21, 88:24, 89:2, 89:3, 107:10, 114:11, 114:18, 130:23, 163:23
*new* [9] - 37:11, 81:11, 113:15, 134:17, 134:24, 135:25, 161:1, 161:7
*news* [1] - 34:15
*next* [31] - 17:17, 18:17, 20:16, 22:6, 32:14, 43:11, 57:22, 58:1, 58:4, 60:22, 64:19, 66:4, 67:21, 82:19, 85:9, 85:10, 116:3, 117:7, 117:9, 121:10, 127:10, 127:12, 136:21, 154:24, 182:1, 186:2, 186:4, 203:21, 215:7, 215:8, 216:18
*night* [6] - 10:25, 15:2, 122:16, 157:3, 188:23, 214:17
*nighttime* [1] - 199:15
*nine* [23] - 78:13, 78:15, 79:10, 81:6, 81:25, 82:15, 84:4, 84:15, 84:19, 86:5, 86:18, 86:19, 86:24, 87:10, 90:16, 91:3, 91:6, 91:10, 94:13, 94:15, 96:12, 97:20, 120:13
*ninth* [4] - 83:1, 83:6, 86:23, 87:4
*no-show* [1] - 215:18
*nobody* [1] - 16:16
*none* [1] - 59:22
*nonresponsive* [3] - 43:7, 69:20, 73:14
*normal* [2] - 42:24, 138:13
*NORTH* [1] - 1:23
*north* [16] - 16:9, 25:25, 103:21, 103:24, 128:13, 148:1, 158:20, 173:17, 176:17, 179:25, 181:5, 181:16, 183:13, 194:3, 194:6, 211:16
*north/south* [1] - 25:25
*northbound* [8] -

22:17, 27:3, 27:6, 127:17, 137:2, 179:21, 179:24, 180:16
*northeast* [1] - 151:19
*northeastern* [1] - 139:4
*northerly* [1] - 23:24
*notes* [3] - 119:8, 119:23, 143:18
*nothing* [9] - 9:23, 10:23, 13:18, 95:11, 115:1, 121:5, 154:20, 160:21, 182:4
*notice* [6] - 42:11, 99:13, 102:5, 111:12, 148:20, 216:25
*noticed* [1] - 97:21
*November* [4] - 118:16, 122:21, 155:15, 204:11
*now..* [1] - 53:18
*nowhere* [2] - 129:7, 129:14
*number* [6] - 6:4, 109:24, 155:22, 156:20, 171:3, 200:4
*Number* [2] - 77:8, 79:21
*numbers* [2] - 120:7, 121:3
*numerous* [2] - 89:22, 105:7

**O**

*o'clock* [2] - 215:25, 218:2
*object* [5] - 7:23, 72:10, 72:24, 77:20, 116:13
*objection* [63] - 7:17, 7:21, 8:3, 8:5, 8:21, 9:2, 9:11, 9:24, 10:19, 10:20, 14:8, 14:9, 23:10, 23:13, 23:14, 25:4, 32:3, 32:4, 41:4, 43:7, 52:6, 53:7, 66:25, 67:1, 69:19, 69:21, 72:13, 72:17, 73:4, 73:13, 76:18, 77:11, 77:12, 79:24, 79:25, 92:14, 92:18, 92:19, 103:6, 103:9, 103:10, 116:21, 126:15, 126:16, 152:16, 152:22, 152:23, 165:3, 165:4, 165:12, 177:11, 177:12, 184:4, 186:23, 188:14, 188:15, 196:21, 199:4,

199:6, 207:4, 207:5, 209:3, 214:5
*objections* [12] - 11:1, 11:14, 11:19, 52:10, 116:20, 116:25, 187:22, 220:17, 220:20
*observations* [2] - 123:17, 135:17
*observe* [8] - 123:19, 124:4, 126:6, 128:16, 141:17, 153:18, 206:9, 207:13
*observed* [11] - 144:21, 145:13, 149:14, 160:23, 170:2, 176:1, 179:11, 183:12, 185:6, 201:3, 201:17
*observer* [2] - 27:6, 122:19
*obviously* [8] - 8:17, 64:17, 78:16, 125:18, 162:7, 163:24, 164:7, 173:24
*occasion* [3] - 156:1, 156:2, 166:5
*occasionally* [1] - 118:8
*occasions* [6] - 50:22, 63:17, 81:3, 111:17, 118:11, 155:23
*occupants* [2] - 214:8, 214:24
*occupation* [1] - 117:22
*occur* [4] - 51:17, 51:25, 55:23, 56:2
*occurred* [6] - 56:1, 63:6, 118:9, 118:12, 169:8, 209:14
*occurring* [1] - 71:25
*OCEAN* [1] - 2:16
*OF* [11] - 1:2, 1:15, 2:4, 2:8, 2:13, 222:11, 222:14, 222:17, 222:20
*offense* [3] - 198:22, 198:23, 203:2
*offer* [3] - 11:4, 11:5, 188:11
*office* [1] - 73:12
*OFFICE* [1] - 2:14
*Officer* [85] - 6:5, 6:18, 12:10, 12:17, 17:14, 18:12, 20:11, 20:12, 20:16, 21:15, 21:18, 22:1, 22:3, 22:5, 22:7, 22:15, 32:13, 33:10, 33:16, 34:6, 39:8, 41:14, 42:5, 42:18, 54:10, 60:24, 61:18, 75:20, 76:2, 76:4, 77:3, 78:4,

237

82:2, 83:22, 85:10,
87:13, 90:13, 93:18,
98:2, 98:7, 155:19,
155:22, 156:1,
157:22, 158:7,
158:15, 158:24,
161:6, 161:9,
171:22, 172:23,
172:24, 173:13,
174:18, 175:5,
175:6, 175:8,
175:19, 183:5,
183:23, 184:8,
185:1, 185:8,
185:11, 186:13,
186:14, 189:19,
192:13, 193:4,
193:10, 193:18,
201:3, 203:23,
206:24, 212:20,
217:6, 217:7

**officer** [103] - 14:23,
15:9, 16:9, 16:10,
17:11, 19:24, 20:9,
20:14, 27:11, 27:13,
28:1, 28:2, 29:19,
29:22, 36:5, 36:10,
46:13, 46:17, 48:11,
61:21, 62:17, 62:18,
62:23, 74:16, 74:18,
74:21, 74:25, 75:4,
75:5, 75:20, 89:7,
102:7, 110:14,
118:12, 121:13,
122:5, 122:6, 122:9,
122:11, 122:13,
122:15, 122:17,
122:18, 122:22,
123:6, 123:11,
132:11, 133:2,
139:12, 141:15,
142:16, 146:2,
154:15, 161:15,
161:17, 161:18,
161:20, 161:23,
162:2, 162:3,
162:13, 162:15,
162:18, 163:4,
163:7, 163:9,
163:12, 164:14,
166:11, 168:23,
171:5, 171:13,
175:12, 175:18,
177:23, 178:14,
181:20, 181:24,
184:2, 188:19,
188:25, 189:8,
189:9, 189:17,
191:4, 192:2,
192:20, 193:24,
195:9, 195:18,
198:1, 200:7,
200:13, 202:3,
204:20, 206:20,
207:14, 208:6,
210:14, 217:5,
217:15

**officer's** [2] - 158:5,
202:15

**officer-involved** [8] -
46:17, 102:7,
118:12, 139:12,
141:15, 198:1,
200:7, 207:14

**Officers** [11] - 173:18,
176:9, 178:16,
183:12, 184:24,
189:15, 189:20,
190:1, 191:4,
192:23, 195:2

**officers** [102] - 7:8,
8:14, 10:14, 15:15,
15:16, 16:6, 16:15,
16:25, 17:2, 17:14,
18:14, 19:19, 19:20,
20:6, 20:10, 30:20,
30:23, 31:16, 33:21,
34:7, 34:21, 43:3,
46:19, 48:9, 64:11,
65:2, 65:7, 65:11,
69:17, 70:8, 70:9,
70:13, 75:14,
102:21, 104:11,
104:12, 109:19,
110:11, 110:16,
114:23, 119:2,
119:6, 122:14,
131:13, 133:15,
133:17, 133:25,
134:2, 134:6, 135:2,
135:10, 139:9,
141:18, 141:20,
141:24, 148:20,
154:14, 155:19,
158:22, 159:9,
159:13, 160:16,
161:16, 162:24,
163:15, 163:17,
172:22, 173:12,
173:15, 175:1,
175:4, 176:3, 176:7,
181:9, 183:10,
185:15, 185:18,
185:21, 186:18,
189:14, 189:25,
190:5, 190:9,
190:23, 193:21,
194:2, 194:5,
195:13, 197:15,
197:23, 198:11,
198:14, 202:4,
204:14, 206:2,
207:16, 211:23,
212:2, 212:15,
212:17, 212:24,
213:10

**officers'** [1] - 172:17

**OFFICES** [1] - 2:8

**OFFICIAL** [3] - 1:21,
222:10, 222:23

**often** [4] - 9:17, 9:18,
36:7, 199:16

**old** [1] - 166:22

Olympics [1] - 30:1
**ON** [2] - 2:4, 2:13
**on-scene** [1] - 158:11
**once** [29] - 16:25,
17:4, 26:7, 40:23,
42:14, 42:22, 42:25,
45:20, 47:6, 57:3,
77:10, 95:1, 96:12,
99:3, 99:22, 100:7,
102:3, 108:12,
111:1, 111:2,
134:15, 136:4,
138:23, 139:6,
164:3, 172:20,
209:13, 209:20,
215:15
**one** [121] - 6:4, 6:23,
6:24, 7:25, 8:2, 9:9,
9:17, 12:9, 12:25,
16:8, 17:11, 18:20,
19:21, 23:6, 24:16,
27:7, 36:20, 36:21,
36:22, 37:8, 37:24,
38:14, 41:10, 41:11,
42:1, 44:18, 46:21,
52:19, 57:15, 70:13,
78:6, 78:7, 78:10,
78:21, 80:14, 81:12,
82:19, 87:15, 88:1,
88:2, 88:8, 90:1,
90:8, 90:10, 90:20,
90:24, 91:3, 94:2,
94:8, 95:3, 97:13,
101:19, 104:12,
105:10, 106:19,
107:21, 109:24,
111:18, 112:2,
112:5, 112:6, 112:9,
112:19, 112:22,
113:13, 113:15,
115:19, 118:6,
119:14, 120:24,
122:10, 126:2,
126:11, 126:23,
127:10, 140:20,
143:16, 146:9,
146:10, 146:15,
148:15, 155:19,
158:8, 161:6,
162:12, 162:15,
162:18, 162:22,
163:2, 167:18,
168:25, 170:18,
170:19, 170:21,
170:23, 171:3,
175:23, 182:19,
183:19, 184:16,
190:5, 200:15,
202:12, 202:19,
203:5, 204:14,
205:11, 205:17,
214:24, 215:2,
216:4, 216:17,
216:20, 217:6,
218:6, 219:10,
219:12

**one-block** [1] - 16:8
**one-motion** [1] -
97:13
**ongoing** [1] - 135:22
**ons** [1] - 158:8
**open** [30] - 26:10,
31:6, 32:18, 33:16,
68:15, 69:18, 69:24,
80:19, 108:15,
109:1, 110:12,
128:23, 129:3,
130:6, 153:13,
165:20, 174:5,
174:16, 177:17,
180:13, 188:17,
189:3, 189:12,
189:23, 190:12,
190:21, 191:1,
207:10
**opened** [8] - 32:10,
38:10, 72:14, 97:17,
115:25, 116:10,
116:20, 176:24
**opening** [7] - 20:21,
20:22, 21:12, 25:15,
75:10, 137:10,
219:19
**operate** [1] - 141:22
**opinion** [2] - 199:9,
199:11
**opportunity** [1] -
197:8
**opposed** [1] - 110:15
**opposite** [1] - 176:18
**opted** [2] - 26:12, 40:9
**options** [1] - 202:14
**orange** [2] - 162:10
**orbits** [1] - 148:2
**order** [6] - 42:19,
61:21, 73:7, 79:7,
80:18, 159:17
**ordered** [10] - 10:2,
14:10, 23:15, 25:6,
32:5, 77:16, 80:1,
103:11, 126:18,
165:13
**orders** [3] - 162:21,
164:1, 164:2
**organize** [1] - 161:2
**organized** [2] -
161:10, 161:12
**orient** [1] - 103:22
**orientation** [1] - 96:22
**orienting** [1] - 99:18
**original** [6] - 16:13,
112:1, 112:5,
113:13, 175:11,
198:3
**originally** [1] - 125:1
**otherwise** [2] - 115:6,
216:8
**outcome** [2] - 200:7,
202:18
**outer** [5] - 16:1, 16:12,
16:18, 16:19, 25:25
**outran** [1] - 104:12

**outside** [22] - 6:7,
6:19, 15:11, 16:14,
16:16, 33:20, 33:22,
34:8, 115:12,
115:13, 116:6,
116:18, 150:7,
159:5, 159:15,
187:8, 192:14,
209:13, 209:14,
209:20, 216:11,
219:22
**outward** [1] - 183:19
**outweighed** [2] - 8:8,
9:12
**overhang** [1] - 128:6,
128:9, 129:11,
129:16
**overhangs** [1] - 150:6
**overhead** [5] - 46:23,
123:13, 132:8,
146:22, 147:19
**overrule** [3] - 8:22,
9:11, 9:24
**overruled** [9] - 41:5,
51:22, 52:11, 69:21,
72:17, 73:4, 196:22,
199:6, 214:6
**overruling** [1] - 73:5
**overview** [3] - 45:4,
118:21, 185:12

**P**

**PA** [1] - 164:23
**PA's** [1] - 197:24
**packet** [1] - 119:24
**PAGE** [2] - 3:2, 222:16
**page** [18] - 66:19,
66:21, 66:24, 92:11,
143:23, 152:15,
156:23, 157:20,
165:2, 165:6, 167:2,
177:10, 184:3,
197:1, 207:3
**pain** [1] - 11:18
**paint** [3] - 36:14,
162:5, 162:10
**painted** [1] - 162:10
**pant** [1] - 182:10
**pants** [4] - 124:23,
130:25, 131:3, 131:6
**parallel** [3] - 93:25,
95:2, 211:18
**paralleled** [2] -
211:16, 211:18
**paramedics** [1] -
102:6
**Parcells** [16] - 17:11,
17:14, 75:1, 172:23,
175:6, 181:24,
189:9, 189:15,
189:20, 190:1,
192:13, 192:20,
193:4, 193:10,
193:18, 195:9
**Pardon** [1] - 92:15

**park** [1] - 135:12
**parked** [3] - 138:7, 158:20, 197:22
**parking** [12] - 17:10, 173:10, 173:16, 174:24, 175:1, 175:7, 175:13, 176:17, 181:16, 181:17, 190:14
**part** [26] - 16:23, 17:16, 28:25, 31:23, 38:2, 40:21, 42:12, 72:2, 101:6, 104:7, 107:15, 119:14, 119:15, 129:24, 144:15, 147:21, 150:22, 159:1, 161:7, 161:9, 175:8, 175:16, 179:17, 184:21, 192:8, 193:16
**partially** [1] - 58:15
**participants** [2] - 115:7, 187:4
**particular** [2] - 33:3, 155:17
**particularity** [1] - 86:2
**particularly** [1] - 9:22
**parties** [2] - 9:18, 60:21
**partner** [9] - 17:11, 123:5, 140:7, 154:5, 204:17, 206:21, 206:24, 210:3, 210:5
**parts** [4] - 71:23, 186:22, 188:1, 215:11
**pass** [1] - 20:8
**passed** [5] - 20:23, 63:11, 76:7, 82:14, 82:25
**passenger** [2] - 204:15, 204:21
**past** [15] - 24:18, 33:10, 34:19, 69:3, 70:4, 84:21, 87:8, 91:25, 123:3, 128:22, 128:24, 132:7, 136:3, 166:3, 180:14
**pat** [7] - 29:25, 30:2, 30:3, 30:6, 210:1, 210:5, 210:8
**pat-down** [4] - 29:25, 30:2, 30:6, 210:8
**path** [4] - 149:23, 185:15, 186:2, 207:17
**pathologist** [1] - 71:17
**pathway** [7] - 16:16, 23:22, 31:12, 31:15, 173:15, 174:18, 212:1
**pathways** [1] - 75:9
**Patience** [1] - 217:23
**patio** [7] - 68:4, 68:10,

68:14, 108:13, 108:16, 108:23, 171:21
**patrol** [7] - 62:23, 62:24, 75:14, 102:20, 122:10, 155:16, 204:10
**patted** [6] - 30:17, 206:21, 206:25, 209:9, 210:11, 210:14
**patting** [1] - 210:7
**pause** [5] - 57:18, 57:24, 83:13, 83:14, 169:21
**pauses** [1] - 83:19
**Peace** [1] - 61:18
**peak** [3] - 52:12, 85:25, 100:2
**peaked** [1] - 110:3
**peer** [1] - 46:12
**pen** [1] - 52:24
**Pena** [3] - 8:16, 215:9, 219:14
**Pena's** [1] - 216:16
**penal** [1] - 89:4
**penalty** [1] - 13:5
**people** [27] - 27:16, 29:10, 30:21, 34:13, 34:15, 34:18, 35:20, 43:24, 44:7, 45:11, 46:5, 47:8, 68:11, 119:1, 125:4, 131:3, 132:2, 132:8, 140:3, 162:21, 164:14, 170:9, 200:15, 200:16, 209:18, 211:24, 214:3
**people's** [1] - 41:14
**perceive** [2] - 41:22, 203:18
**perceived** [1] - 35:6
**percent** [2] - 73:8, 91:17
**perception** [1] - 69:14
**perform** [1] - 123:2
**performed** [4] - 30:18, 30:21, 72:22, 163:12
**perhaps** [4] - 11:24, 52:1, 55:25, 56:3
**perimeter** [49] - 16:1, 16:5, 16:6, 16:12, 16:14, 16:17, 16:18, 16:19, 16:20, 16:22, 16:23, 16:24, 25:25, 70:10, 104:8, 104:18, 123:13, 123:14, 123:16, 134:11, 134:14, 134:16, 134:19, 134:20, 134:24, 135:3, 135:4, 135:10, 135:15, 135:20, 135:25, 136:5, 136:8, 136:11, 140:13,

141:22, 159:10,
159:15, 159:18, 159:20, 161:2, 161:3, 161:7, 161:8, 164:23, 170:4, 197:22, 197:24, 201:4
**period** [16] - 52:23, 53:5, 53:15, 53:25, 54:6, 55:24, 56:2, 63:16, 70:15, 82:25, 126:7, 152:8, 154:10, 171:15, 205:22, 206:14
**peripheral** [1] - 134:3
**perjury** [1] - 13:5
**permission** [1] - 66:23
**permitted** [1] - 52:8
**perpendicular** [2] - 94:1, 105:18
**person** [54] - 15:2, 15:4, 15:7, 18:20, 18:21, 19:9, 19:13, 21:16, 27:13, 28:18, 31:19, 46:15, 47:22, 47:23, 48:5, 48:19, 71:16, 71:17, 71:20, 71:21, 74:12, 89:7, 89:9, 105:2, 119:2, 124:4, 125:4, 133:5, 134:3, 142:13, 143:3, 146:6, 146:18, 151:4, 151:5, 154:4, 156:4, 162:12, 162:22, 162:25, 163:2, 163:4, 164:4, 164:8, 164:10, 176:24, 178:8, 179:6, 187:25, 188:22, 199:3, 199:9, 210:20, 219:24
**person's** [4] - 30:10, 30:22, 72:1, 147:20
**personal** [1] - 56:5
**personally** [2] - 119:25, 141:17
**personnel** [1] - 57:8
**perspective** [6] - 7:7, 82:3, 85:14, 116:13, 127:23, 147:19
**PHILLIPS** [1] - 1:5
**phone** [1] - 51:7
**photo** [3] - 23:20, 39:5, 56:17
**photograph** [11] - 7:20, 9:22, 14:15, 17:20, 18:8, 25:11, 32:9, 56:13, 103:15, 103:17, 169:3
**photographs** [1] - 7:24
**phrased** [2] - 52:6, 53:8
**physical** [11] - 28:18, 35:21, 47:25, 71:9,

71:17, 97:19, 99:12, 102:2, 130:7, 130:14, 199:24
**physically** [2] - 68:22, 199:20
**pick** [2] - 98:21, 150:17
**picked** [1] - 151:3
**picking** [1] - 104:15
**picture** [47] - 6:23, 6:24, 7:3, 7:4, 7:9, 7:25, 8:6, 8:7, 8:9, 8:11, 8:17, 8:23, 9:3, 9:7, 9:16, 10:12, 10:14, 21:3, 21:4, 21:8, 21:11, 22:14, 23:8, 24:24, 31:1, 31:3, 31:22, 31:23, 37:21, 45:10, 57:6, 79:16, 79:19, 80:9, 85:19, 96:14, 102:12, 103:25, 105:10, 105:14, 106:17, 123:22, 170:20, 173:8, 195:7
**pictured** [1] - 180:24
**pictures** [4] - 7:24, 9:7, 88:9, 212:20
**piece** [1] - 10:4
**pilot** [5] - 122:14, 123:7, 123:8, 125:10, 154:5
**pitch** [1] - 33:5
**pitched** [1] - 33:6
**pitches** [1] - 33:7
**place** [9] - 9:20, 14:19, 19:10, 145:18, 148:23, 173:6, 175:25, 198:1, 209:24
**placed** [1] - 80:16
**placement** [1] - 9:21
**places** [1] - 216:6
**plaintiff** [1] - 8:13
**Plaintiff's** [5] - 77:17, 80:3, 126:20, 165:15, 177:15
**PLAINTIFF'S** [9] - 3:3, 3:4, 4:2, 13:8, 61:1, 117:12, 121:14, 155:2, 203:24
**plaintiff's** [4] - 115:21, 115:24, 116:3, 126:13
**Plaintiffs** [1] - 1:8
**plaintiffs** [16] - 6:10, 6:14, 8:10, 8:19, 8:24, 10:17, 11:3, 12:13, 12:15, 60:23, 117:8, 121:12, 154:25, 188:11, 203:21, 203:22
**PLAINTIFFS** [1] - 2:4
**plan** [12] - 17:4, 161:13, 162:13, 163:4, 163:10,

164:17, 168:11, 168:15, 168:24, 178:11, 178:15, 192:21
**planned** [1] - 168:21
**planning** [1] - 187:25
**platform** [1] - 56:10
**play** [10] - 90:19, 152:13, 152:17, 164:25, 165:8, 177:9, 186:22, 188:11, 192:9, 207:2
**played** [2] - 152:9, 153:13, 165:20, 177:17, 188:17, 189:3, 189:23, 190:12, 190:21, 191:1, 198:8, 207:10
**player** [1] - 94:8
**Plexiglas** [1] - 20:23
**plural** [2] - 87:25, 88:5
**plus** [1] - 139:18
**pocket** [3] - 65:24, 68:2, 182:24
**pockets** [4] - 29:8, 29:13, 30:14
**point** [166] - 11:11, 15:4, 15:21, 15:22, 19:12, 21:15, 22:18, 23:5, 24:11, 33:6, 43:17, 43:19, 43:20, 44:9, 45:23, 46:9, 49:14, 51:14, 64:2, 64:12, 64:15, 64:22, 64:25, 65:12, 65:16, 66:12, 67:7, 67:24, 68:2, 68:25, 69:6, 69:8, 69:10, 69:12, 70:20, 70:23, 71:6, 74:11, 76:2, 76:4, 86:12, 87:4, 88:20, 91:16, 92:16, 92:24, 94:8, 94:10, 97:23, 98:16, 99:8, 100:5, 100:9, 104:13, 104:17, 105:12, 105:18, 108:10, 109:3, 109:4, 110:20, 114:17, 122:24, 124:3, 125:12, 127:24, 129:7, 129:13, 129:15, 129:22, 131:7, 131:16, 131:19, 132:12, 132:15, 133:6, 133:15, 135:16, 136:15, 136:19, 136:23, 137:2, 139:21, 141:14, 145:10, 150:12, 153:18, 153:19, 154:12, 156:3, 158:22, 159:6, 159:11, 159:19, 159:25, 160:7,

239

160:11, 160:20,
161:1, 164:22,
166:14, 167:22,
167:24, 168:3,
169:21, 170:13,
171:12, 172:8,
172:18, 172:21,
173:17, 177:23,
178:12, 178:13,
178:15, 181:7,
181:14, 181:18,
181:20, 182:19,
183:2, 183:4,
183:19, 184:11,
184:14, 184:16,
184:18, 184:22,
185:14, 186:19,
186:21, 188:11,
188:20, 189:18,
189:25, 190:9,
190:14, 190:23,
191:21, 192:23,
193:10, 193:18,
195:3, 195:6,
195:11, 195:19,
196:8, 197:25,
200:13, 201:13,
202:8, 202:24,
204:23, 205:8,
206:1, 206:6,
206:11, 206:19,
207:16, 208:17,
209:23, 211:20,
213:11, 218:5,
220:23
**pointed** [2] - 212:8,
212:9
**pointing** [1] - 193:18
**Police** [11] - 30:4,
61:10, 73:23, 105:7,
105:8, 118:13,
122:2, 122:3,
122:25, 132:18,
203:17
**police** [70] - 13:16,
15:9, 15:15, 15:16,
16:6, 27:11, 27:13,
28:1, 28:2, 29:19,
29:21, 30:25, 34:19,
34:21, 36:5, 36:11,
48:9, 48:11, 61:21,
62:17, 64:11, 73:21,
73:24, 89:6, 105:4,
105:5, 110:21,
111:5, 111:9,
113:21, 114:22,
122:5, 122:14,
122:15, 130:4,
132:10, 132:15,
134:1, 134:5,
134:18, 135:8,
135:14, 136:13,
143:2, 143:8, 146:7,
148:8, 148:20,
153:22, 155:16,
163:21, 166:2,

167:17, 173:25,
181:25, 189:10,
189:15, 192:13,
197:22, 199:1,
199:3, 200:13,
201:13, 201:15,
201:20, 201:23,
205:10, 212:18,
217:12, 218:6
**policy** [1] - 67:11,
72:7, 72:9, 72:23,
73:11, 73:12, 73:23,
73:25, 115:17,
115:18, 116:5,
116:6, 203:17
**pool** [6] - 68:9,
127:14, 127:16,
127:25, 133:7,
150:10
**porch** [2] - 68:10,
108:17
**portion** [17] - 16:13,
72:2, 94:22, 152:18,
167:3, 169:25,
173:11, 175:22,
175:23, 177:13,
188:11, 199:20,
199:23, 199:24,
200:1, 202:6
**portions** [2] - 11:15,
11:19
**pose** [9] - 58:23, 59:7,
60:3, 60:5, 69:9,
69:16, 70:19, 74:11,
74:15
**posed** [2] - 66:13,
69:14
**poses** [1] - 71:21
**position** [36] - 35:13,
41:12, 42:3, 44:10,
44:13, 44:14, 44:17,
56:20, 56:23, 57:2,
57:4, 57:25, 58:17,
58:24, 59:6, 59:11,
60:1, 60:2, 60:5,
84:12, 99:12, 129:9,
133:22, 139:17,
140:14, 140:19,
140:24, 141:2,
141:3, 141:12,
148:15, 151:16,
151:23, 159:20,
190:18, 201:4
**positioning** [3] - 7:6,
41:10, 95:2
**positions** [2] - 135:11,
135:14
**possession** [1] -
168:12
**possibility** [1] - 87:6
**possible** [8] - 34:7,
34:18, 86:3, 115:10,
136:15, 163:20,
190:16, 191:25
**possibly** [10] - 16:10,
26:7, 46:5, 137:3,

186:15, 192:9,
193:4, 193:24,
201:24, 208:14
**post** [4] - 104:18,
104:21, 213:19,
213:21
**POST** [9] - 61:16,
61:18, 61:23, 61:25,
62:5, 62:8, 62:12,
62:16, 132:16
**POST-certified** [1] -
132:16
**posts** [1] - 104:21
**potential** [1] - 70:3
**potentially** [1] -
154:14
**pouch** [6] - 37:14,
38:23, 80:12, 80:13,
80:17, 98:6
**pound** [1] - 43:1
**powder** [1] - 37:10
**power** [3] - 153:25,
154:1, 154:2
**powered** [2] - 39:15,
54:4
**practice** [1] - 105:4
**practice's** [1] - 217:12
**practices** [1] - 218:6
**practicing** [3] - 31:17,
36:15, 38:22
**precise** [2] - 50:20,
76:11
**pregnant** [1] - 215:2
**prejudicial** [1] - 9:24
**prepare** [1] - 110:21
**prepared** [4] - 112:6,
112:19, 153:4, 218:1
**preponderance** [2] -
7:12, 7:13
**presence** [18] - 6:7,
6:20, 12:7, 12:20,
60:18, 60:20, 72:25,
115:12, 115:14,
116:11, 116:15,
116:18, 117:5,
117:10, 187:8,
188:5, 188:7, 216:11
**present** [3] - 74:21,
117:6, 188:8
**PRESIDING** [1] - 1:5
**pressed** [2] - 101:23,
158:4
**pretrial** [1] - 115:20,
115:22
**pretty** [10] - 34:13,
71:8, 74:21, 91:7,
91:14, 93:10,
211:10, 217:14,
217:21, 219:11
**prevent** [1] - 33:24
**previously** [1] - 13:4
**PREVIOUSLY** [1] -
13:8
**primarily** [1] - 140:18
**print** [3] - 111:9,

129:19, 150:11
**printout** [1] - 156:14
**printouts** [1] - 157:24
**pro** [1] - 217:2
**probability** [1] - 91:16
**probative** [2] - 8:8,
9:12
**problem** [3] - 9:10,
117:25, 218:20
**procedure** [2] - 116:8,
162:14
**PROCEEDINGS** [2] -
1:15, 222:15
**proceedings** [1] -
221:2
**process** [4] - 37:17,
51:18, 109:21, 159:9
**produce** [4] - 49:3,
49:5, 64:14, 217:2
**professional** [1] -
15:12
**proffered** [1] - 8:10
**proficiency** [1] - 61:22
**progress** [1] - 62:23
**projectile** [1] - 121:1
**prone** [4] - 42:3,
44:17, 59:6, 59:11
**prongs** [1] - 115:18
**pronounce** [1] - 57:9
**pronunciation** [1] -
9:9
**proof** [2] - 91:17,
111:2
**proof-read** [1] - 111:2
**proofread** [1] - 111:11
**propelling** [1] - 149:2
**proper** [3] - 10:20,
115:16, 116:19
**properly** [1] - 119:13
**properties** [9] - 101:8,
107:20, 154:4,
169:16, 169:19,
169:20, 200:4,
200:5, 207:20
**property** [7] - 171:7,
171:9, 171:10,
171:12, 171:20,
173:4, 173:7
**proposed** [1] - 6:20
**proposing** [1] -
152:17
**protect** [3] - 50:17,
56:5, 133:5
**protected** [1] - 33:15
**protocol** [1] - 197:23
**provide** [1] - 123:9
**prowess** [1] - 71:17
**proximity** [2] - 40:6,
41:12
**public** [3] - 131:16,
133:3, 184:25
**publish** [13] - 14:6,
14:11, 23:11, 23:16,
25:2, 25:7, 32:6,
76:24, 103:7,
103:12, 126:18,

165:14, 177:14
**published** [1] - 32:23
**pull** [15] - 37:6, 37:8,
40:10, 42:24, 43:3,
78:21, 114:8,
114:11, 114:13,
130:22, 131:6,
181:6, 181:11,
209:15
**pulled** [1] - 38:11
**pulling** [7] - 31:9,
84:5, 86:14, 90:3,
130:25, 183:20,
211:10
**pulls** [1] - 41:18
**purpose** [7] - 15:18,
15:20, 30:2, 118:6,
140:12, 162:18,
162:20
**purposes** [2] - 8:10,
11:14
**PURSUANT** [1] -
222:12
**pursuit** [29] - 102:22,
104:12, 104:23,
104:24, 105:1,
122:25, 123:10,
124:3, 125:21,
142:16, 153:23,
156:3, 156:7,
157:11, 159:2,
166:15, 188:19,
196:9, 197:14,
197:19, 197:25,
199:2, 199:14,
199:25, 201:12,
202:12, 207:17,
207:18
**pursuits** [9] - 28:3,
28:6, 28:9, 104:25,
113:21, 114:5,
114:18, 131:3,
199:18
**push** [16] - 44:10,
44:12, 44:14, 50:12,
50:15, 58:3, 68:15,
78:1, 90:23, 101:22,
108:18, 109:1,
109:2, 140:24,
141:12
**push-up** [6] - 44:10,
44:12, 44:14, 58:3,
140:24, 141:12
**pushed** [1] - 102:9
**pushing** [3] - 37:11,
102:13, 141:3
**Put** [1] - 89:25
**put** [10] - 32:25, 37:14,
41:16, 44:24,
124:22, 131:23,
154:15, 158:12,
179:5, 183:5
**putting** [3] - 38:23,
90:2, 218:4

# Q

qualified [1] - 203:16
qualify [2] - 36:8, 36:9
qualifying [1] - 36:17
quarters [1] - 22:3
questioning [4] -
49:19, 73:2, 74:1,
215:21
questions [19] - 47:10,
52:8, 93:18, 112:12,
116:1, 145:22,
146:4, 151:7, 152:8,
154:18, 196:1,
196:8, 198:17,
200:21, 202:11,
203:19, 208:1,
214:19, 215:4
quick [7] - 44:18,
80:24, 80:25, 185:7,
199:25, 200:3,
216:24
quicker [1] - 43:2
quickly [9] - 44:20,
75:11, 98:2, 136:15,
149:16, 161:4,
179:19, 213:13,
218:3
quite [3] - 27:14,
196:13, 199:9
quote [1] - 89:15

# R

R-i-c-h-a-r-d-s-o-n [1]
- 155:6
racing [1] - 43:4
radiation [1] - 138:3
radio [38] - 18:18,
18:22, 19:5, 24:9,
26:1, 27:7, 102:21,
102:25, 129:5,
130:4, 135:23,
136:10, 141:14,
143:4, 143:8,
144:15, 152:9,
152:12, 152:14,
165:1, 166:3,
166:21, 167:8,
167:14, 167:17,
167:24, 168:3,
170:14, 170:17,
198:18, 201:20,
201:23, 202:6,
202:7, 202:8,
205:10, 213:25,
214:1
radios [1] - 166:10
rail [1] - 23:6
railing [4] - 21:10,
31:3, 137:19, 180:20
raise [1] - 52:20
raising [1] - 34:15
Rambo [2] - 217:22
ran [25] - 23:22, 23:25,

31:2, 67:13, 107:1,
128:3, 128:4,
128:22, 128:24,
128:25, 129:1,
131:14, 134:21,
142:24, 159:23,
160:21, 160:23,
172:4, 180:14,
196:13, 205:13,
205:15, 205:18,
206:7, 208:9
range [4] - 36:7,
36:15, 36:16, 69:25
rare [2] - 118:11,
200:16
rather [5] - 141:7,
157:22, 183:17,
219:23, 220:6
re [4] - 13:3, 47:14,
112:15, 200:23
re-cross [2] - 112:15,
200:23
re-examination [1] -
47:14
re-sworn [1] - 13:3
reach [3] - 43:25,
130:21, 211:7
reached [3] - 42:17,
137:20, 182:2
reaching [1] - 65:16,
65:22, 65:23, 65:24,
67:24, 68:2, 131:8,
172:13, 180:6,
205:23, 206:16
reaction [1] - 41:14
read [12] - 9:6, 92:12,
111:2, 136:1,
143:10, 143:24,
144:7, 184:1, 202:3,
215:9, 215:14,
219:23
Reader's [1] - 45:5
reading [6] - 66:23,
111:22, 188:1,
216:15, 219:13
ready [3] - 38:18,
38:24, 220:10
reality [3] - 49:24,
63:11, 82:11
realized [2] - 32:15,
136:13
really [20] - 6:24, 39:1,
50:16, 55:9, 58:22,
86:23, 86:24,
108:24, 110:16,
113:17, 131:6,
135:1, 137:1, 138:4,
138:5, 138:13,
147:12, 175:20,
187:19, 215:20
rear [2] - 18:4, 190:24
reason [9] - 7:4, 7:10,
97:25, 116:14,
125:21, 142:21,
142:23, 148:8,
198:25

reasons [1] - 81:20,
87:15, 90:2, 116:14,
202:13, 202:19,
219:17
rebuttal [1] - 218:7
receive [1] - 201:23
RECEIVED [2] - 4:2,
5:2
received [7] - 29:18,
47:18, 61:13, 73:20,
153:2, 166:18,
177:19
recently [1] - 36:18
recess [8] - 60:10,
115:3, 115:16,
117:2, 186:25,
187:2, 215:23,
216:12
Recess [2] - 60:17,
188:4
recognize [9] - 14:14,
14:18, 15:8, 18:14,
23:19, 169:7,
173:21, 188:25,
189:17
recognized [1] - 18:13
recollection [3] -
167:14, 197:2, 197:4
reconfigure [1] -
134:19
record [15] - 6:19,
10:5, 12:20, 60:20,
61:3, 115:13, 117:5,
117:14, 121:16,
151:15, 152:16,
155:4, 187:19,
188:7, 204:1
recorded [3] - 13:12,
13:14, 123:25
recording [5] - 153:1,
153:4, 153:5, 153:6,
165:17, 165:19,
165:22, 188:12,
207:7
recordings [1] - 166:2
recovered [3] -
119:18, 119:21,
120:4
recovery [2] - 24:2,
119:17
RECROSS [1] - 3:4
rectangular [1] -
77:20
REDIRECT [6] - 3:4,
47:16, 112:16,
151:12, 200:24,
214:22
redirect [2] - 112:14,
200:22
redo [2] - 113:9,
113:10
REDUCTION [1] -
222:19
refer [1] - 119:8
reference [2] - 153:24,
187:15
referred [2] - 122:18,

190:4
referring [1] - 77:8,
79:23
reflect [5] - 12:20,
60:20, 116:16,
117:5, 188:7
refresh [2] - 167:7,
186:15
refreshes [3] - 143:25,
167:4, 197:2
regard [31] - 47:25,
49:9, 52:22, 54:15,
54:23, 55:8, 55:14,
61:14, 61:22, 61:25,
62:15, 62:21, 63:2,
72:7, 74:2, 74:8,
75:18, 79:15, 81:1,
81:5, 81:14, 81:19,
81:25, 82:14, 83:5,
83:21, 90:16, 93:18,
112:18, 113:11
regardless [1] - 70:18
regards [1] - 73:9
regathered [1] -
172:20
regular [3] - 138:1,
162:5, 162:8
REGULATIONS [2] -
222:16, 222:20
relates [1] - 8:20
relating [2] - 157:21,
157:25
relation [3] - 8:14,
98:14, 146:21
relatively [2] - 216:24,
217:17
relayed [1] - 202:3
release [2] - 78:3,
80:24
released [1] - 37:10
releases [1] - 78:1
relevance [2] - 209:3,
214:5
reload [5] - 57:24,
79:7, 97:25, 98:1,
98:3
reloaded [1] - 83:14
reloading [2] - 37:13,
91:7
remained [2] - 17:17,
124:17
remember [59] -
42:19, 57:19, 60:10,
79:2, 86:22, 87:23,
90:13, 90:15, 93:7,
95:18, 95:20, 95:22,
95:23, 111:8, 115:4,
139:21, 149:19,
159:17, 160:5,
160:8, 160:19,
166:24, 167:15,
168:2, 171:8,
172:22, 175:20,
177:2, 177:23,
178:23, 180:8,
181:22, 182:15,

183:21, 183:22,
184:9, 185:22,
187:3, 192:25,
193:3, 193:6,
195:12, 196:23,
197:17, 197:18,
198:15, 201:8,
201:9, 201:18,
202:1, 202:4,
213:12, 213:17,
214:1, 214:7,
214:10, 215:25,
216:3
remembering [1] -
106:20
remote [1] - 218:23
rendered [1] - 39:22
reopen [1] - 12:22
repeat [2] - 95:24,
156:20
rephrase [2] - 49:25,
53:11
replaced [1] - 113:15
report [19] - 46:10,
65:18, 87:22, 87:24,
88:3, 110:21, 111:5,
111:9, 111:15,
112:1, 112:3, 112:5,
112:18, 112:19,
112:23, 113:1,
113:13, 185:22,
187:16
reported [2] - 171:16,
177:2
REPORTED [1] -
222:14
REPORTER [3] - 1:21,
222:10, 222:23
REPORTER'S [1] -
1:15
reports [1] - 113:18
represent [3] - 39:7,
53:1, 56:14
request [5] - 10:4,
10:6, 73:5, 199:17,
219:14
requested [2] - 123:2,
142:23
requesting [1] - 143:5
require [1] - 118:8
required [1] - 152:20
rescue [2] - 24:2, 47:6
research [3] - 60:14,
115:4, 115:5
reserve [1] - 13:21
resident [1] - 19:23
resisting [2] - 40:8,
145:17
resolve [1] - 218:22
resolved [1] - 10:21
resolving [1] - 9:22
resort [1] - 62:5
resources [4] - 199:1,
199:3, 199:10,
202:12, 202:13,
202:20

*respond* [2] - 122:17, 206:24
*responded* [4] - 118:23, 123:15, 156:3, 158:18
*responding* [1] - 144:3
*response* [2] - 49:19, 95:17
*responsibility* [1] - 81:19
*rest* [3] - 7:4, 7:9, 184:17
*resting* [2] - 90:21, 140:20
*resulting* [1] - 46:18
*resume* [1] - 13:2
*RESUMED* [1] - 13:9
*retired* [2] - 219:15, 219:22
*retrace* [2] - 207:17, 214:12
*retrieve* [2] - 44:19, 44:21
*return* [1] - 41:23
*returning* [1] - 191:20
*reverence* [1] - 62:13
*review* [6] - 6:20, 11:3, 11:14, 11:23, 143:18, 167:3
*Review* [1] - 73:10
*reviewed* [1] - 156:14
*reviewing* [2] - 144:2, 157:12
*reword* [1] - 27:22
*rib* [3] - 93:21, 94:15, 94:17
*Richardson* [11] - 19:7, 26:8, 26:12, 155:1, 155:5, 184:2, 188:19, 206:4, 206:7, 211:24, 212:8
*RICHARDSON* [2] - 3:11, 155:2
*right-hand* [1] - 174:15
*right-handed* [2] - 97:8, 100:11
*risk* [6] - 66:13, 66:16, 67:12, 72:2, 162:23, 203:16
*robbery* [20] - 15:21, 24:8, 24:10, 24:19, 70:22, 71:5, 88:24, 101:5, 142:19, 142:24, 143:11, 144:16, 168:6, 198:20, 199:8, 202:25, 203:7, 203:9, 203:12
*rocking* [1] - 123:22
*Rodney* [2] - 217:22
*Roger* [1] - 143:13
*role* [8] - 15:9, 75:3, 89:6, 101:10, 118:21, 163:3,

213:15, 214:13
*roll* [1] - 44:16
*roof* [167] - 19:16, 23:7, 26:4, 26:8, 26:11, 26:18, 26:24, 27:3, 27:4, 27:9, 27:10, 31:4, 31:10, 32:16, 32:18, 32:20, 33:3, 33:4, 33:12, 33:13, 33:18, 33:20, 33:23, 33:25, 34:1, 40:11, 40:15, 40:20, 40:22, 40:23, 44:16, 48:8, 48:15, 48:17, 48:20, 48:23, 49:1, 49:10, 49:13, 51:14, 56:4, 57:17, 57:21, 58:7, 58:19, 58:23, 63:23, 63:24, 64:6, 64:8, 64:9, 64:20, 65:10, 65:19, 83:23, 90:14, 96:12, 96:14, 98:23, 99:14, 99:15, 99:16, 99:19, 100:2, 101:11, 101:13, 101:23, 102:4, 102:10, 105:23, 106:5, 106:7, 106:9, 106:12, 106:15, 106:16, 106:25, 107:1, 107:4, 107:5, 108:2, 108:3, 108:25, 109:6, 109:7, 109:10, 109:23, 109:24, 110:2, 110:3, 110:6, 110:9, 110:10, 110:15, 119:2, 124:7, 124:10, 124:14, 124:17, 126:1, 126:9, 126:23, 138:24, 139:2, 139:7, 139:9, 139:13, 139:16, 139:20, 139:22, 139:24, 140:3, 140:16, 141:1, 141:4, 141:5, 141:10, 141:13, 144:11, 145:6, 146:19, 148:17, 148:19, 148:24, 149:9, 149:11, 149:18, 150:20, 150:22, 151:5, 151:6, 151:22, 154:11, 170:3, 170:6, 170:16, 170:19, 170:23, 180:21, 181:6, 182:2, 182:7, 182:17, 182:20, 183:15, 183:17, 184:10, 184:12, 185:24, 186:1, 200:17, 203:15
*roofs* [10] - 26:18,

26:22, 48:2, 48:7, 48:14, 85:24, 109:11, 109:14, 110:8, 110:13
*rooftop* [20] - 27:17, 28:7, 28:11, 106:17, 106:18, 107:9, 107:14, 107:15, 137:12, 137:14, 137:18, 137:21, 138:15, 142:25, 143:11, 171:3
*ROOM* [1] - 1:23
*room* [8] - 18:3, 18:5, 26:11, 124:9, 124:10, 124:11, 185:25
*rooms* [1] - 75:10
*rotation* [1] - 148:11
*roughly* [2] - 85:16, 200:14
*round* [11] - 36:14, 36:21, 37:8, 38:9, 38:10, 38:13, 38:17, 70:4, 78:10, 149:2, 161:25
*rounds* [13] - 36:19, 41:23, 41:25, 54:5, 78:5, 78:9, 79:3, 81:13, 101:25, 102:1, 102:3, 162:6, 185:6
*rouse* [2] - 132:2, 132:6
*route* [2] - 143:9, 214:12
*Rule* [1] - 9:13
*ruled* [2] - 115:22, 215:15
*rules* [1] - 219:20
*Rules* [1] - 116:24
*ruling* [3] - 10:17, 116:19, 219:7
*run* [12] - 14:24, 24:22, 40:10, 128:19, 131:3, 131:5, 134:1, 134:5, 160:14, 163:7, 173:13, 212:1
*running* [77] - 22:4, 22:6, 22:16, 22:19, 27:3, 27:6, 27:16, 31:11, 31:15, 39:19, 47:7, 47:19, 47:22, 65:19, 66:4, 66:7, 67:6, 71:14, 93:24, 104:16, 107:3, 108:4, 110:18, 124:13, 124:15, 125:24, 126:5, 127:19, 128:12, 130:18, 132:9, 132:12, 138:12, 140:4, 140:5, 145:14, 145:16, 160:20, 171:25, 172:7, 172:9,

172:12, 179:11, 179:18, 179:22, 179:23, 180:2, 180:4, 180:8, 180:12, 180:16, 181:4, 182:16, 183:7, 183:13, 186:4, 197:16, 198:14, 199:20, 199:22, 199:24, 204:24, 206:9, 206:14, 206:15, 206:22, 208:12, 208:14, 208:19, 208:21, 209:2, 209:8, 210:16, 210:23, 210:24, 218:24
*runs* [1] - 106:8
*RUSSELL* [77] - 2:15, 3:6, 3:8, 3:9, 3:11, 3:12, 3:14, 6:16, 8:5, 10:3, 10:10, 10:25, 11:13, 12:16, 13:22, 13:25, 14:6, 14:13, 23:11, 23:18, 25:1, 25:8, 25:10, 27:20, 27:24, 27:25, 29:16, 32:1, 32:8, 38:19, 41:8, 43:12, 47:10, 51:21, 52:5, 53:7, 67:1, 72:10, 72:12, 72:16, 72:24, 73:2, 77:13, 79:25, 92:14, 92:19, 95:15, 103:7, 103:13, 112:12, 121:8, 126:16, 146:1, 146:14, 151:7, 152:13, 152:23, 154:20, 165:5, 165:8, 165:12, 177:12, 184:4, 188:15, 196:5, 196:24, 199:12, 200:21, 207:5, 208:5, 209:5, 214:9, 214:19, 216:22, 218:5, 218:10, 218:14
*Russell* [9] - 6:17, 7:16, 7:23, 11:25, 12:17, 95:13, 188:14, 196:2, 218:1
*Russell's* [1] - 49:19
*Russell...* [4] - 8:4, 10:24, 145:24, 208:2

**S**

*safe* [1] - 44:25
*safely* [1] - 170:10
*safest* [1] - 202:18
*safety* [6] - 56:5, 75:9, 163:17, 184:25, 202:15, 202:16
*satisfaction* [1] -

135:21
*save* [1] - 113:18
*saw* [96] - 14:24, 22:12, 22:15, 26:10, 26:16, 28:21, 31:9, 37:21, 49:4, 49:6, 59:19, 63:5, 63:12, 63:14, 63:16, 63:19, 63:24, 64:8, 64:19, 65:14, 67:21, 68:4, 68:13, 68:15, 68:16, 68:21, 68:24, 87:20, 93:3, 97:16, 105:12, 105:15, 106:7, 106:12, 106:15, 106:23, 107:4, 123:14, 124:8, 124:21, 125:8, 125:24, 125:25, 126:9, 126:22, 128:12, 130:11, 130:18, 130:23, 133:12, 136:5, 136:6, 136:19, 136:21, 136:25, 137:2, 137:13, 138:23, 139:6, 140:15, 140:23, 145:5, 146:18, 149:11, 150:9, 151:3, 151:14, 151:15, 159:22, 160:12, 160:13, 161:8, 171:24, 172:3, 172:7, 172:9, 172:12, 176:24, 180:1, 180:4, 180:10, 181:4, 181:23, 184:10, 184:18, 186:3, 188:22, 194:12, 195:13, 198:13, 198:14, 203:14, 206:14, 211:3, 211:4
*scale* [3] - 67:22, 68:13, 71:18
*scaled* [1] - 180:21
*scared* [2] - 35:19, 35:20
*scenario* [1] - 125:16
*scene* [24] - 7:20, 9:9, 9:16, 27:1, 45:3, 45:9, 45:13, 63:3, 65:12, 74:16, 75:15, 104:20, 118:23, 119:22, 156:7, 156:16, 157:9, 157:10, 158:11, 158:16, 158:18, 201:11, 205:13, 209:11
*scenes* [2] - 118:9, 118:11
*Scott* [1] - 217:13
*scratch* [1] - 157:14
*screen* [12] - 8:12,

17:21, 17:24, 126:25, 138:4, 138:10, 139:18, 139:19, 152:18, 153:3, 178:15, 194:22

**Sean** [1] - 121:17

**SEAN** [1] - 121:18

**search** [80] - 17:9, 29:25, 30:2, 30:10, 30:12, 30:18, 30:21, 75:10, 101:6, 101:7, 101:8, 102:18, 107:15, 107:18, 107:22, 142:22, 161:2, 161:5, 161:10, 161:12, 161:15, 163:5, 163:6, 163:7, 163:10, 163:12, 163:13, 163:24, 164:3, 164:7, 164:13, 164:15, 164:16, 164:18, 166:9, 168:11, 168:15, 168:16, 168:17, 168:24, 169:3, 169:11, 169:14, 169:18, 169:21, 170:1, 172:5, 172:16, 172:20, 172:25, 173:3, 173:10, 175:1, 175:6, 175:9, 175:12, 175:15, 175:16, 175:17, 175:21, 178:12, 181:10, 181:17, 185:15, 185:18, 185:23, 186:5, 186:14, 186:16, 187:6, 190:14, 190:23, 191:3, 191:19, 197:25, 199:21, 200:8, 207:24, 212:2

**searched** [7] - 17:10, 30:22, 169:18, 175:4, 176:5, 176:8, 200:4

**searches** [3] - 107:20, 181:12, 200:2

**searching** [9] - 24:5, 75:6, 75:8, 115:6, 141:24, 164:7, 169:20, 200:1, 211:20

**seat** [3] - 29:17, 38:20, 192:12

**seated** [1] - 216:12

**second** [56] - 10:4, 17:18, 19:5, 20:13, 34:9, 44:23, 48:19, 48:25, 49:12, 57:14, 57:19, 58:9, 58:10, 58:11, 64:20, 65:9,

68:9, 68:14, 72:2, 81:8, 82:15, 83:13, 85:22, 89:13, 90:16, 91:12, 91:13, 94:7, 94:16, 96:8, 96:21, 98:4, 98:11, 99:9, 101:24, 105:22, 106:14, 108:16, 108:23, 120:5, 127:7, 135:3, 143:20, 157:20, 171:22, 172:9, 178:5, 178:12, 178:18, 180:12, 180:17, 206:9, 206:14, 206:19, 208:17

**second-story** [5] - 64:20, 65:9, 68:14, 105:22, 108:16

**second..** [1] - 53:19

**seconds** [34] - 36:4, 36:20, 36:22, 37:16, 51:4, 52:23, 53:1, 53:19, 53:23, 76:10, 76:15, 82:4, 82:8, 82:9, 82:11, 82:12, 82:16, 82:17, 82:19, 82:20, 109:25, 139:22, 139:25, 140:1, 140:15, 141:10, 141:11, 149:13, 198:9, 210:9, 211:11, 211:14, 211:15, 213:14

**SECTION** [1] - 222:12

**section** [2] - 103:3, 118:4

**security** [3] - 17:15, 68:5, 221:1

**see** [210] - 9:7, 14:4, 17:21, 17:23, 20:19, 20:24, 21:10, 21:11, 21:13, 21:16, 22:9, 22:19, 23:3, 27:16, 28:7, 28:10, 28:22, 28:24, 30:11, 31:22, 32:9, 34:14, 35:2, 35:13, 35:19, 35:21, 37:6, 41:20, 41:22, 43:25, 46:3, 56:15, 58:17, 59:6, 60:1, 60:2, 64:2, 64:14, 64:17, 64:22, 65:9, 65:22, 65:24, 66:1, 66:4, 67:24, 68:2, 68:4, 68:20, 68:22, 72:5, 75:13, 75:24, 80:8, 80:12, 84:14, 84:17, 85:5, 86:10, 88:15, 88:17, 92:17, 92:24, 96:16, 96:17, 97:3, 97:19, 98:23, 99:1, 99:23, 99:24, 101:21, 102:2,

105:10, 105:11, 105:16, 105:23, 105:24, 106:3, 106:17, 107:2, 108:13, 108:14, 108:25, 109:13, 110:2, 110:13, 124:13, 124:25, 125:1, 125:11, 125:23, 126:22, 127:2, 127:18, 127:20, 127:24, 128:2, 128:19, 128:23, 129:10, 129:21, 130:7, 130:14, 130:21, 131:13, 133:24, 137:10, 137:17, 137:23, 137:25, 138:5, 138:10, 138:24, 139:7, 139:13, 140:19, 140:24, 142:1, 142:11, 145:6, 145:12, 145:15, 147:7, 147:8, 147:13, 147:14, 147:15, 147:16, 147:17, 147:22, 147:24, 147:25, 148:7, 148:22, 149:8, 149:23, 150:21, 151:2, 151:17, 151:23, 152:5, 153:3, 156:23, 157:21, 159:19, 163:24, 164:6, 167:4, 167:12, 169:2, 170:12, 171:15, 171:19, 172:8, 172:12, 173:8, 174:5, 179:7, 179:9, 180:1, 180:4, 180:6, 180:13, 181:19, 182:3, 182:6, 182:8, 182:10, 182:12, 182:20, 182:23, 183:1, 183:4, 183:11, 184:7, 184:16, 184:21, 188:20, 189:20, 191:5, 191:16, 192:4, 192:6, 192:8, 192:11, 193:10, 194:15, 194:18, 195:7, 195:10, 195:18, 197:1, 197:15, 200:16, 205:22, 206:15, 210:5, 210:23, 210:24, 211:2, 211:17, 215:24, 216:10

**seeing** [8] - 88:9, 107:8, 112:8, 147:23, 147:25,

183:22, 191:21, 195:4

**seek** [1] - 116:1

**seem** [2] - 110:3, 144:21

**sees** [1] - 104:16

**self** [1] - 55:4

**self-defense** [1] - 55:4

**semiautomatic** [10] - 36:24, 37:2, 37:4, 37:5, 37:7, 37:9, 42:22, 100:24, 119:16

**sending** [1] - 163:24

**sense** [7] - 105:6, 111:21, 111:22, 111:25, 115:10, 148:12, 215:14

**sensitive** [1] - 138:6

**sent** [1] - 217:1

**sentences** [1] - 111:21

**separate** [3] - 50:21, 57:12, 81:3

**sequence** [2] - 57:2, 57:3

**sergeant** [7] - 46:11, 144:4, 144:6, 144:12, 155:16, 213:20

**Sergeant** [10] - 19:7, 26:8, 26:12, 155:1, 184:2, 196:6, 206:4, 206:6, 211:24, 212:8

**series** [3] - 73:9, 73:10, 98:11

**serious** [12] - 54:17, 54:21, 62:18, 71:21, 74:5, 74:12, 198:22, 199:8, 199:16, 202:20, 203:7

**seriously** [1] - 72:4

**service** [1] - 122:17

**SESSION** [1] - 6:3

**set** [24] - 9:13, 20:16, 47:4, 61:22, 76:13, 96:8, 96:9, 96:11, 104:21, 112:9, 134:11, 135:2, 135:20, 135:25, 136:5, 136:8, 136:11, 159:10, 161:2, 161:4, 161:22, 194:16

**setting** [2] - 104:18, 134:24

**seven** [4] - 58:1, 58:11, 78:5, 190:11

**several** [12] - 15:16, 17:2, 17:14, 22:21, 29:24, 44:7, 63:17, 64:11, 65:2, 65:11

**shaded** [2] - 106:10, 106:11

**shape** [2] - 129:1, 219:11

**shapes** [2] - 192:4,

194:15

**shell** [9] - 32:12, 56:15, 119:12, 119:13, 119:17, 119:18, 119:21, 120:4, 121:2

**Shelly** [1] - 217:22

**shielded** [1] - 8:1

**shifting** [1] - 134:16

**shine** [3] - 140:3, 140:5, 140:7

**shining** [2] - 136:17, 153:23

**shirt** [5] - 128:11, 129:20, 150:11, 182:9, 182:14

**shock** [2] - 8:18, 8:24

**shocking** [1] - 9:23

**shoes** [3] - 124:23, 125:4, 125:6

**shoot** [44] - 34:25, 41:19, 42:6, 47:23, 48:11, 48:17, 48:19, 50:6, 50:9, 50:21, 51:13, 55:1, 57:12, 58:22, 64:5, 64:17, 64:25, 66:12, 66:17, 67:6, 69:6, 69:8, 69:12, 70:15, 70:18, 71:13, 71:16, 71:20, 78:15, 78:17, 78:20, 79:7, 83:22, 91:23, 92:8, 95:25, 96:4, 97:9, 99:5, 109:13, 132:1, 132:2, 132:11, 132:13

**shooter** [2] - 43:14

**Shooting** [1] - 73:10

**shooting** [109] - 7:4, 7:7, 7:8, 10:14, 13:11, 14:3, 14:19, 19:10, 31:17, 31:19, 35:11, 40:19, 42:2, 42:5, 42:8, 42:10, 42:15, 42:16, 42:17, 43:16, 43:19, 44:17, 44:24, 44:25, 45:10, 45:16, 46:17, 49:10, 49:12, 50:12, 52:16, 53:2, 53:20, 54:1, 54:3, 54:4, 54:6, 55:2, 55:24, 56:3, 56:14, 56:20, 57:4, 59:7, 60:1, 60:4, 63:5, 63:13, 63:15, 67:11, 69:25, 72:22, 73:10, 73:11, 73:12, 73:22, 73:25, 75:15, 81:1, 81:20, 81:23, 82:3, 82:10, 83:6, 83:16, 83:19, 83:25, 85:13, 85:16, 86:12, 86:17, 87:2, 89:23, 90:12, 90:13, 92:6, 93:9, 93:20, 94:5, 94:13, 94:19, 97:7,

*97:23, 97:24, 99:5, 101:9, 102:7, 110:7, 110:20, 114:21, 116:5, 118:15, 118:17, 119:7, 119:22, 139:12, 141:15, 152:9, 169:8, 173:25, 181:21, 184:24, 185:14, 198:1, 198:10, 198:11, 200:8, 201:16, 207:14*

**shooting/policy** [1] - 71:24

**shootings** [2] - 118:9, 118:12

**short** [3] - 134:22, 185:5, 217:21

**shorter** [1] - 82:7

**shot** [52] - 7:7, 31:21, 32:22, 35:1, 35:2, 35:10, 36:1, 36:2, 40:16, 43:5, 43:23, 44:3, 44:6, 44:7, 45:18, 47:5, 48:15, 51:17, 52:1, 53:9, 53:10, 53:16, 55:1, 55:10, 55:12, 58:18, 70:11, 78:25, 81:6, 81:8, 82:18, 83:1, 83:6, 83:7, 83:14, 86:23, 86:24, 87:4, 88:13, 90:2, 90:8, 91:14, 91:18, 91:22, 92:1, 95:9, 109:3, 109:5, 131:25, 132:5

**shot..** [1] - 45:15

**shotgun** [6] - 161:25, 162:3, 162:5, 162:9, 181:20, 190:4

**shots** [40] - 7:12, 35:25, 52:22, 53:10, 55:22, 57:2, 57:3, 57:17, 79:13, 81:25, 82:5, 82:15, 84:4, 84:15, 84:19, 86:5, 87:10, 89:14, 90:16, 91:7, 91:12, 91:13, 93:2, 93:5, 93:20, 94:14, 94:15, 94:16, 94:17, 96:8, 96:9, 96:11, 97:20, 98:11, 101:14, 119:19, 142:8, 198:14

**shoulder** [5] - 44:18, 58:16, 85:4, 91:1, 94:11

**Show** [2] - 49:16, 89:20

**show** [32] - 8:10, 8:12, 8:13, 9:18, 23:8, 24:24, 29:3, 32:2, 37:18, 46:12, 49:17, 49:21, 50:3, 50:16, 51:14, 54:9, 54:11,

56:12, 79:19, 80:7, 85:19, 89:18, 96:6, 98:17, 126:12, 138:4, 147:18, 149:1, 149:4, 188:1, 215:18

**showed** [1] - 178:14

**showing** [8] - 34:16, 35:6, 85:9, 85:13, 169:2, 173:19, 174:12, 185:12

**shown** [6] - 14:15, 31:1, 31:12, 104:13, 158:11, 188:25

**shows** [5] - 7:3, 7:7, 9:23, 34:23, 80:9

**shut** [1] - 80:23

**side** [35] - 17:16, 17:25, 18:5, 21:4, 33:8, 33:18, 33:19, 33:23, 35:17, 38:12, 46:13, 80:16, 93:21, 93:22, 94:1, 94:2, 94:6, 94:22, 96:15, 96:18, 97:1, 98:20, 99:24, 100:4, 110:13, 133:11, 137:6, 137:8, 137:9, 137:11, 173:17, 174:24, 176:18, 178:24, 182:7

**sidebars** [1] - 116:7

**sides** [1] - 215:20

**sight** [22] - 16:11, 21:25, 22:1, 26:15, 47:7, 106:13, 106:14, 129:2, 129:15, 135:18, 158:24, 159:25, 161:3, 205:8, 205:15, 205:19, 205:20, 206:1, 206:11, 206:19, 211:13, 211:21

**signature** [1] - 150:17

**significance** [2] - 28:14, 29:19

**significant** [3] - 7:5, 7:10, 71:9

**signs** [1] - 57:8

**Silva** [7] - 75:21, 172:24, 173:13, 174:18, 175:19, 186:13, 217:7

**silver** [1] - 80:13

**similar** [4] - 123:2, 123:10, 170:8, 175:11

**simple** [2] - 38:11, 44:18

**simply** [2] - 55:9, 116:21

**simultaneous** [2] - 149:14, 149:18

**simultaneously** [2] - 140:1, 149:20

**single** [7] - 21:23, 43:1, 64:20, 65:5, 65:10, 65:19, 74:14, 108:2, 120:24, 148:9, 154:4

**single-story** [6] - 64:20, 65:5, 65:10, 65:19, 74:14, 108:2

**sit** [3] - 58:21, 88:7, 114:10

**sites** [1] - 216:6

**sits** [1] - 19:4

**situation** [5] - 40:2, 45:5, 88:12, 123:10, 144:3

**situations** [1] - 170:8

**six** [3] - 135:5, 143:9, 198:9

**size** [1] - 200:3

**skew** [1] - 101:19

**skills** [1] - 28:18

**skip** [2] - 75:15, 190:9

**sky** [1] - 148:8

**slanted** [1] - 33:13

**slide** [6] - 37:10, 38:2, 38:13, 38:17, 86:21

**slight** [2] - 30:13, 70:5

**slightly** [1] - 171:1

**slightly..** [1] - 46:22

**slips** [1] - 116:15

**slot** [1] - 80:15

**slow** [2] - 71:1, 117:24

**slowly** [2] - 16:14, 113:25

**small** [5] - 18:3, 124:9, 135:4, 173:6, 219:12

**smaller** [1] - 16:14

**snap** [6] - 38:11, 80:23, 80:24, 80:25, 98:5

**snap-on** [1] - 80:25

**snaps** [1] - 80:13

**snipers** [1] - 32:25

**so..** [2] - 113:18, 192:12

**socially** [1] - 15:11

**solution** [1] - 12:1

**someone** [33] - 9:6, 16:7, 30:9, 30:17, 31:17, 32:21, 40:8, 46:4, 46:13, 47:6, 57:9, 62:19, 71:13, 71:22, 72:3, 72:4, 75:6, 75:12, 81:16, 102:23, 104:15, 105:3, 133:2, 133:3, 134:5, 138:11, 138:14, 138:19, 140:5, 143:12, 147:15, 149:20, 210:13

**sometimes** [6] - 16:13, 111:7, 122:18, 148:13, 200:2, 210:17

**somewhat** [2] - 85:5,

95:2

**somewhere** [12] - 19:13, 96:17, 110:3, 125:9, 130:6, 138:7, 146:25, 150:16, 154:1, 178:23, 181:25, 195:21

**soon** [3] - 38:15, 149:19, 212:9

**sorry** [15] - 38:7, 71:3, 79:20, 137:9, 142:2, 142:5, 146:13, 157:14, 165:6, 168:7, 171:7, 200:22, 203:5, 212:5

**sort** [22] - 20:10, 21:5, 35:18, 36:12, 102:9, 103:22, 106:4, 125:1, 129:18, 138:16, 140:20, 141:3, 159:9, 159:10, 163:9, 165:22, 174:23, 175:12, 190:18, 195:9, 195:13, 215:13

**sorted** [1] - 215:10

**sorts** [1] - 52:17

**sought** [2] - 116:6, 199:7

**sounds** [2] - 186:15, 186:17

**source** [1] - 201:7

**south** [13] - 16:9, 17:10, 18:5, 151:24, 151:25, 173:11, 174:24, 175:1, 175:13, 176:16, 181:16, 186:11, 190:14

**southern** [2] - 179:16, 179:17

**southwest** [3] - 151:20, 191:12, 192:24

**southwesterly** [1] - 139:5

**space** [4] - 69:18, 69:24, 105:19, 110:12

**spaced** [1] - 109:19

**spatter** [1] - 44:1

**speaker** [1] - 197:21

**speakers** [1] - 153:4

**speaking** [10] - 36:7, 50:15, 58:22, 65:4, 81:2, 95:7, 95:20, 116:24, 125:22, 132:14

**specific** [5] - 118:7, 158:1, 160:21, 162:18, 164:5

**specifically** [16] - 47:22, 63:21, 66:19, 75:16, 89:21, 92:10, 118:15, 118:17,

119:17, 166:23, 167:1, 167:15, 183:24, 184:9, 192:22, 192:25

**specifics** [3] - 82:21, 197:18, 215:10

**specify** [1] - 58:17

**speculate** [1] - 202:1

**speculating** [1] - 202:3

**speculation** [2] - 51:21, 52:5

**speed** [1] - 148:10

**spell** [5] - 61:2, 117:13, 121:15, 155:3, 203:25

**spent** [1] - 97:14

**split** [3] - 34:9, 172:9, 180:12

**sport** [1] - 98:19

**sporting** [2] - 90:19, 98:18

**sports** [1] - 90:19

**spot** [1] - 16:1

**spotlight** [1] - 195:6

**spotted** [1] - 185:25

**SPRING** [1] - 1:23

**sprinted** [1] - 22:7

**square** [2] - 108:15, 173:8

**stabilized** [1] - 123:20

**stable** [1] - 123:22

**stage** [9] - 85:21, 85:22, 85:23, 91:12, 91:13, 94:16, 101:14, 101:24, 101:25

**stages** [1] - 89:23

**staircase** [1] - 192:7

**stairs** [14] - 19:24, 19:25, 20:7, 21:21, 22:3, 22:7, 75:23, 75:24, 171:23, 172:10, 178:2, 178:8, 192:2, 193:5

**stairway** [2] - 129:11, 193:8

**stairwell** [34] - 17:18, 17:21, 18:4, 18:10, 18:16, 19:21, 20:11, 20:13, 20:20, 21:4, 21:10, 21:25, 22:9, 22:13, 22:15, 22:18, 24:3, 24:4, 25:12, 25:14, 25:18, 25:19, 26:10, 171:21, 176:10, 176:13, 178:2, 178:3, 178:4, 178:17, 178:18, 179:3, 192:3, 192:24

**stairwells** [1] - 20:16

**stamp** [1] - 165:23

**stamps** [1] - 166:4

**stance** [4] - 86:17, 90:12, 97:8, 99:5

**stand** [8] - 13:3,

19:21, 29:4, 37:18, 132:24, 138:13, 139:13, 152:6
**standard** [1] - 162:14
**Standards** [1] - 61:18
**standing** [21] - 18:11, 32:13, 32:14, 33:16, 49:13, 55:16, 70:10, 84:8, 84:9, 84:10, 84:12, 85:9, 85:10, 86:5, 91:1, 110:16, 135:12, 176:14, 176:24, 178:14, 182:1
**stands** [4] - 61:18, 116:19, 132:25, 158:9
**start** [22] - 6:21, 6:22, 21:24, 21:25, 22:20, 31:14, 33:24, 41:23, 46:14, 85:25, 101:23, 125:24, 136:9, 139:10, 158:7, 159:15, 178:2, 178:7, 193:7, 204:24, 216:15
**started** [46] - 18:23, 31:10, 32:15, 42:5, 85:20, 91:2, 93:3, 94:10, 96:19, 96:23, 102:5, 103:4, 104:15, 104:17, 107:3, 124:13, 124:15, 126:5, 127:2, 127:4, 136:17, 151:4, 156:7, 157:10, 157:12, 157:15, 168:17, 169:3, 169:11, 169:14, 169:16, 169:18, 169:20, 183:17, 183:18, 185:24, 186:2, 195:15, 196:14, 201:12, 206:22, 208:19, 208:20, 209:2, 218:18
**starting** [7] - 53:18, 85:3, 85:4, 85:7, 86:16, 102:15, 199:22
**starts** [8] - 47:6, 52:25, 90:24, 90:25, 99:1, 100:2, 101:15, 108:4
**state** [9] - 6:8, 12:11, 27:20, 61:2, 87:21, 117:13, 121:15, 155:3, 203:25
**statement** [10] - 13:12, 13:14, 54:25, 62:22, 75:19, 86:19, 86:22, 93:22, 136:4, 184:25
**STATES** [6] - 1:1, 1:22, 222:11,

222:13, 222:17, 222:20
**static** [1] - 141:11
**stating** [1] - 135:23
**stationary** [1] - 141:8
**stationery** [1] - 141:3
**stay** [3] - 45:16, 148:15, 194:2
**stayed** [1] - 176:4
**staying** [1] - 27:4
**steadiest** [1] - 56:9
**steel** [2] - 24:9, 100:24
**STENOGRAPHICAL LY** [1] - 222:14
**step** [9] - 38:4, 56:7, 96:19, 97:5, 99:1, 138:18, 154:21, 203:20, 215:5
**stepped** [3] - 23:25, 31:3, 154:14
**steps** [5] - 55:19, 55:21, 76:13, 96:13, 96:14
**stick** [1] - 39:25
**still** [30] - 16:23, 30:14, 44:8, 45:23, 59:7, 60:5, 65:7, 83:15, 88:15, 91:22, 92:6, 94:23, 95:9, 95:25, 98:20, 98:23, 101:22, 102:10, 107:16, 109:21, 135:22, 136:20, 136:22, 148:12, 149:23, 156:19, 161:4, 195:9, 215:22
**stipulation** [1] - 187:12
**stomach** [5] - 91:8, 91:11, 91:19, 99:15, 141:2
**stomach-type** [1] - 141:2
**stood** [1] - 175:6
**stop** [40] - 22:20, 22:21, 22:24, 23:23, 35:10, 39:19, 42:2, 42:8, 96:21, 97:23, 97:24, 105:7, 105:8, 105:25, 131:23, 131:25, 132:9, 140:19, 145:5, 149:17, 149:18, 151:16, 164:1, 197:18, 203:10, 204:15, 204:23, 205:14, 208:9, 208:10, 208:16, 209:14, 209:16, 209:18, 209:19, 209:21, 213:2, 213:6, 213:8
**Stop** [4] - 22:23, 89:23, 105:4, 105:7
**stopped** [17] - 39:21, 42:4, 43:19, 56:20,

57:4, 139:8, 139:10, 139:15, 139:17, 139:21, 139:23, 139:25, 140:16, 140:20, 149:15, 151:23, 214:4
**stopping** [4] - 23:4, 53:19, 132:5, 141:18
**stopwatch** [6] - 51:7, 51:8, 52:24, 52:25, 82:6, 82:8
**storage** [1] - 124:10
**story** [14] - 64:20, 65:5, 65:9, 65:10, 65:19, 68:7, 68:14, 74:14, 105:22, 108:2, 108:16, 108:23, 110:9
**straight** [1] - 91:6
**stray** [1] - 45:12
**street** [13] - 69:1, 103:25, 104:1, 104:3, 104:5, 124:12, 124:16, 124:17, 127:11, 169:6, 171:24, 171:25, 172:11
**STREET** [1] - 1:23
**Street** [10] - 26:1, 104:4, 104:6, 124:7, 143:12, 158:21, 168:19, 169:13, 170:4, 172:4
**streets** [2] - 110:12, 169:5
**stressed** [1] - 43:4
**strike** [7] - 82:1, 126:12, 131:16, 155:14, 160:3, 206:15, 207:13
**striking** [1] - 23:6
**struck** [8] - 41:15, 43:21, 45:12, 87:5, 87:7, 87:9, 87:16, 89:15
**structure** [1] - 173:11
**structures** [1] - 200:5
**stud** [1] - 80:19
**studs** [2] - 80:12, 80:13
**stuff** [2] - 147:14, 214:1
**stumbled** [3] - 87:17, 87:19, 97:22
**subdue** [1] - 39:17
**subject** [7] - 19:4, 20:24, 26:3, 26:7, 47:20, 72:12, 117:1
**subpoenaed** [1] - 216:25
**substantial** [8] - 28:18, 66:13, 66:16, 67:12, 69:10, 70:20, 72:2, 203:16
**substantially** [2] - 8:8, 9:12

**suffering** [1] - 11:18
**sufficient** [1] - 8:23
**suggest** [1] - 160:24
**SUITE** [2] - 2:6, 2:10
**summarize** [1] - 122:7
**summary** [1] - 111:6
**summoned** [1] - 219:21
**superiors** [2] - 112:20, 112:22
**Superman** [1] - 59:16
**supervision** [1] - 155:20
**supervisor** [2] - 45:3, 45:9
**support** [5] - 122:6, 122:11, 122:13, 123:9, 143:3
**suppose** [1] - 191:12
**supposed** [2] - 113:11, 216:20
**surprise** [1] - 142:9
**surprised** [1] - 87:1
**surrender** [4] - 49:21, 52:17, 197:8, 197:11
**surround** [1] - 16:7
**surveillance** [1] - 186:22
**suspect** [35] - 14:24, 15:1, 15:21, 16:15, 19:12, 19:14, 20:8, 21:16, 27:2, 27:8, 28:10, 39:17, 41:24, 47:19, 75:8, 114:18, 124:6, 134:6, 136:18, 142:19, 142:24, 143:11, 143:15, 144:11, 148:16, 148:19, 148:24, 149:9, 149:11, 151:6, 162:20, 162:22, 166:15, 167:8, 202:15
**suspect's** [1] - 202:16
**suspected** [4] - 19:14, 19:15, 186:9
**suspects** [5] - 20:4, 24:21, 33:1, 34:19, 47:8
**suspicions** [1] - 26:25
**sustained** [1] - 209:4
**SWAT** [1] - 32:24
**sweat** [1] - 124:23
**sweatpants** [1] - 205:5
**sweatshirt** [3] - 29:1, 124:23, 205:5
**sworn** [6] - 13:8, 61:1, 117:12, 121:14, 155:2, 203:24
**synopsis** [2] - 143:6, 213:20
**system** [1] - 131:17

**systems** [1] - 164:23

### T

**tactical** [14] - 116:14, 122:5, 122:11, 122:12, 122:15, 122:18, 122:22, 123:11, 161:13, 162:13, 163:3, 164:17, 168:11, 168:22
**tactically** [1] - 140:3
**tall** [2] - 125:11, 127:22
**tap** [2] - 52:24, 52:25
**tape** [3] - 153:1, 153:6, 173:25
**target** [3] - 31:17, 69:24, 70:4
**TASER** [9] - 39:10, 39:12, 39:13, 39:18, 39:20, 160:14, 196:9, 196:12, 196:15
**taught** [3] - 44:5, 47:18, 97:9
**teaches** [2] - 61:25, 62:16
**team** [27] - 32:24, 101:6, 101:7, 107:15, 107:18, 161:2, 161:5, 161:10, 161:12, 161:16, 161:22, 163:6, 163:13, 163:22, 164:13, 164:16, 169:3, 169:11, 169:21, 172:16, 172:20, 172:25, 173:10, 191:3, 191:20
**team's** [1] - 168:15
**television** [4] - 28:12, 69:25, 70:3, 70:6
**ten** [11] - 45:21, 53:1, 53:19, 82:9, 82:11, 122:9, 136:2, 136:3, 136:6, 137:4
**tend** [1] - 125:5
**tends** [1] - 131:6
**tenth** [2] - 83:1, 83:7
**term** [6] - 30:3, 30:6, 30:7, 101:1, 103:20, 153:24
**terms** [11] - 58:17, 62:22, 63:3, 71:9, 71:17, 89:2, 89:12, 90:7, 93:17
**test** [1] - 187:14
**testified** [4] - 52:23, 95:7, 115:16, 115:17
**testifying** [1] - 9:5, 112:25, 114:17, 160:5, 183:21
**testimony** [24] - 7:11,

*8:15, 8:16, 9:6, 10:15, 11:1, 13:4, 29:2, 52:15, 53:8, 53:14, 58:19, 59:3, 59:22, 82:2, 86:13, 95:5, 115:8, 116:19, 150:9, 187:15, 216:16, 219:21, 219:23*

**THAT** [2] - 222:12, 222:15

**THE** [194] - 2:4, 2:4, 2:13, 6:4, 6:11, 6:15, 6:19, 7:1, 7:16, 7:19, 8:4, 9:1, 9:11, 10:2, 10:6, 10:19, 10:24, 11:7, 11:10, 11:21, 12:2, 12:6, 12:9, 12:19, 13:2, 13:6, 13:7, 13:20, 13:23, 14:8, 14:10, 23:13, 23:15, 25:3, 25:5, 27:22, 29:5, 29:6, 32:3, 32:5, 37:19, 37:20, 38:4, 38:6, 41:5, 41:6, 43:9, 43:10, 43:11, 47:12, 47:14, 51:1, 51:22, 51:23, 52:7, 52:9, 52:10, 52:12, 53:3, 53:12, 60:9, 60:20, 60:25, 61:2, 61:4, 61:6, 66:21, 66:25, 67:2, 69:21, 69:23, 71:1, 72:11, 72:17, 72:19, 72:25, 73:4, 73:7, 73:15, 73:18, 74:1, 74:6, 76:20, 76:22, 77:8, 77:12, 77:15, 79:20, 79:24, 80:1, 92:15, 92:18, 92:20, 92:22, 95:13, 103:9, 103:11, 112:14, 113:25, 115:2, 115:13, 117:5, 117:13, 117:15, 117:17, 121:7, 121:9, 121:10, 121:15, 121:17, 121:19, 126:15, 126:17, 142:2, 142:5, 145:24, 146:12, 146:13, 151:9, 152:17, 152:21, 152:24, 154:19, 154:21, 154:23, 154:24, 155:3, 155:5, 155:7, 165:4, 165:13, 165:16, 177:13, 184:5, 186:24, 187:2, 187:10, 187:13, 187:17, 187:22, 188:3, 188:7, 188:13, 188:16, 196:2, 196:22,*

*196:23, 199:6, 199:7, 203:20, 203:25, 204:2, 204:4, 207:6, 208:2, 209:4, 214:6, 214:7, 214:21, 215:5, 215:14, 215:19, 216:12, 216:25, 217:4, 217:8, 217:10, 217:14, 217:18, 217:25, 218:9, 218:12, 218:15, 218:25, 219:3, 219:18, 220:1, 220:9, 220:13, 220:16, 220:21, 220:24, 222:10, 222:11, 222:13, 222:14, 222:15, 222:16, 222:17, 222:19, 222:20

**thee** [1] - 49:14

**themselves** [1] - 44:1

**thereafter** [1] - 159:5

**thermal** [1] - 138:2

**they've** [4] - 30:17, 57:10, 210:11, 216:25

**thinking** [10] - 20:3, 28:15, 52:13, 83:2, 83:10, 83:15, 83:18, 107:1, 107:8, 195:7

**third** [29] - 17:18, 19:6, 20:17, 20:18, 27:9, 27:10, 45:17, 76:5, 76:8, 85:23, 96:9, 137:5, 137:11, 137:19, 138:14, 178:5, 178:12, 178:18, 179:10, 179:17, 179:24, 181:4, 181:24, 182:17, 183:6, 193:11, 193:18, 195:2, 200:17

**third-floor** [7] - 27:10, 179:24, 181:4, 181:24, 183:6, 193:11, 195:2

**thirsty** [1] - 46:14

**THIS** [1] - 222:18

**thorough** [1] - 46:19

**thousands** [1] - 38:25

**Threat** [1] - 54:20

**threat** [25] - 34:6, 41:22, 44:8, 44:12, 54:17, 58:23, 59:8, 59:12, 60:3, 60:5, 62:17, 67:11, 69:10, 69:14, 69:16, 70:7, 70:16, 70:20, 71:21, 71:24, 74:4, 74:11, 74:15, 109:18

**threaten** [1] - 68:22

**threatened** [1] - 66:17*

*threatening* [1] - 34:24

**threats** [1] - 72:4

**three** [34] - 20:21, 22:3, 36:9, 36:11, 41:25, 50:23, 51:1, 51:2, 57:16, 58:4, 58:13, 62:25, 75:23, 81:3, 85:21, 89:23, 109:10, 109:24, 110:9, 113:24, 114:4, 120:19, 122:16, 154:4, 162:21, 201:11, 209:10, 212:17, 216:20, 216:23, 217:21, 217:23

**three-foot** [2] - 20:21

**three-quarters** [1] - 22:3

**three-story** [1] - 110:9

**throughout** [5] - 53:25, 74:22, 89:22, 142:11, 197:14

**thumb** [2] - 38:8, 38:15

**THURSDAY** [1] - 6:1

**tie** [1] - 41:21

**time-out** [1] - 140:21

**timing** [1] - 81:5

**tires** [1] - 138:7

**TITLE** [1] - 222:13

**TO** [1] - 222:12

**today** [9] - 58:21, 88:7, 114:10, 114:14, 119:3, 215:16, 215:24, 216:21, 217:6

**together** [6] - 45:20, 51:11, 85:25, 109:19, 130:11, 183:1

**tomorrow** [12] - 11:12, 187:24, 215:24, 216:10, 216:14, 216:21, 217:11, 218:19, 218:24, 219:6, 220:7, 220:11

**took** [13] - 9:20, 14:19, 19:10, 45:21, 86:17, 97:7, 109:23, 185:4, 198:1, 209:8, 209:19, 209:24, 213:16

**tool** [2] - 75:7, 136:9

**tools** [1] - 123:18

**top** [15] - 19:17, 22:7, 25:14, 31:3, 33:12, 33:13, 38:2, 76:8, 106:5, 109:6, 110:14, 147:20, 148:1, 152:5

**topics** [1] - 46:22

**torso** [6] - 85:8, 90:23, 94:22, 98:22, 102:10, 102:14

*total* [9] - 36:3, 41:20, 53:2, 78:13, 78:25, 80:17, 114:5, 121:2, 218:10

**touch** [1] - 126:25

**Tovar** [3] - 204:20, 206:24, 217:5

**toward** [6] - 31:3, 84:22, 94:12, 94:21, 179:13, 192:16

**towards** [22] - 58:16, 74:14, 85:3, 85:8, 85:24, 90:21, 90:25, 91:1, 94:22, 97:1, 97:21, 98:20, 99:3, 99:6, 100:1, 100:4, 101:23, 130:15, 171:10, 193:11, 195:14

**tower** [2] - 143:4, 144:17

**track** [2] - 47:8, 150:16

**traffic** [12] - 24:9, 204:15, 204:23, 205:14, 208:9, 208:10, 209:13, 209:16, 209:17, 209:19, 209:21, 213:2

**traffic's** [1] - 18:19

**trained** [6] - 31:16, 31:18, 81:15, 81:18, 89:6, 164:9

**training** [25] - 20:3, 24:22, 29:9, 29:18, 31:24, 36:5, 36:10, 36:13, 44:3, 44:5, 44:20, 47:18, 54:15, 61:14, 67:5, 71:12, 81:15, 125:3, 132:10, 132:14, 132:18, 132:21, 145:16, 162:23

**Training** [1] - 61:19

**transcript** [12] - 11:20, 152:18, 153:3, 153:7, 153:9, 165:1, 165:17, 167:12, 177:10, 207:3, 207:8

**TRANSCRIPT** [4] - 1:15, 222:14, 222:16, 222:18

**transcripts** [1] - 136:1

**transitioned** [1] - 153:19

**translated** [1] - 147:10

**transmission** [3] - 18:22, 144:16, 201:24

**transmissions** [1] - 207:11

**transported** [1] - 30:23

**trapped** [1] - 129:8

**travels** [1] - 70:4

**tree** [2] - 8:2, 178:24

*Trevor* [2] - 6:5, 12:10

**TREVOR** [3] - 1:7, 222:5

**trial** [2] - 6:21, 115:7

**TRIAL** [1] - 1:16

**tried** [4] - 9:15, 19:5, 89:9, 124:12

**tries** [3] - 18:21, 50:9, 50:12

**trigger** [5] - 37:7, 37:8, 42:24, 42:25, 43:3

**trim** [1] - 124:24

**trouble** [4] - 120:1, 120:2, 120:3, 194:21

**true** [4] - 72:22, 166:19, 173:25, 201:22

**TRUE** [1] - 222:13

**trust** [1] - 10:17

**try** [13] - 8:15, 8:19, 16:7, 17:7, 21:21, 39:17, 99:5, 111:4, 128:23, 135:16, 136:18, 150:2, 194:3

**trying** [35] - 30:9, 50:15, 51:19, 52:2, 52:3, 52:4, 56:9, 68:15, 90:14, 93:13, 102:24, 107:16, 108:17, 108:18, 108:25, 109:21, 129:3, 131:5, 150:17, 154:15, 154:17, 170:6, 170:9, 175:21, 176:4, 184:11, 185:16, 192:21, 198:13, 202:17, 206:2, 207:17, 213:6, 214:12

**tucked** [8] - 65:20, 94:23, 96:17, 97:3, 98:24, 99:16, 100:7, 101:15

**Tuesday** [7] - 217:20, 218:2, 218:8, 218:9, 218:13, 218:16, 218:18

**TUESDAY** [1] - 1:18

**tunnel** [1] - 138:20

**turn** [20] - 41:15, 66:18, 85:8, 92:9, 94:11, 101:23, 102:15, 143:19, 143:23, 151:23, 151:25, 152:6, 156:18, 157:20, 166:10, 167:2, 179:22, 179:24, 179:25, 197:23

**turned** [2] - 41:1, 112:8

**turning** [1] - 41:13, 76:17, 90:25, 94:12, 94:21, 99:3, 147:23, 183:19, 192:1,*

*Trevor* page reference at top right: 245

198:16
**TV** [4] - 27:16, 43:24, 47:7, 153:23
**twice** [3] - 79:8, 107:15, 122:16
**twin** [1] - 25:19
**two** [44] - 18:14, 19:15, 19:20, 20:6, 36:20, 36:22, 37:24, 39:16, 46:21, 48:16, 55:19, 55:21, 68:7, 71:23, 80:12, 80:14, 80:15, 81:12, 82:16, 82:19, 85:24, 92:4, 94:19, 94:20, 94:25, 106:21, 109:24, 115:18, 122:14, 157:22, 170:23, 185:19, 192:2, 192:4, 192:12, 194:16, 194:18, 204:14, 207:11, 211:3, 215:1, 216:19, 218:6
**two-story** [1] - 68:7
**Tyler** [21] - 15:5, 15:8, 102:19, 118:17, 124:5, 156:4, 167:9, 196:10, 196:20, 197:4, 197:7, 197:11, 197:15, 204:12, 208:8, 208:18, 208:20, 208:23, 209:6, 209:24, 214:17
**type** [12] - 11:17, 25:15, 35:21, 111:1, 111:2, 124:10, 125:16, 137:22, 141:2, 162:1, 205:3
**typed** [2] - 110:25, 158:11
**typical** [6] - 123:11, 199:13, 199:22, 200:9, 200:11, 210:20
**typically** [7] - 163:13, 163:17, 164:14, 166:6, 199:19, 199:23, 210:8

## U

**um..** [2] - 103:4, 109:22
**unable** [1] - 129:10
**unavailable** [2] - 219:14, 219:20
**unclear** [1] - 53:9
**under** [13] - 13:4, 19:22, 44:15, 56:4, 62:15, 107:11, 122:16, 128:5, 129:15, 155:19, 164:10, 190:15, 203:16

**underneath** [11] - 28:25, 60:6, 80:14, 80:15, 94:23, 99:16, 100:8, 101:15, 149:22, 150:20, 212:7
**understood** [4] - 13:15, 27:24, 150:9, 178:17
**unfortunately** [1] - 190:8
**uniform** [7] - 37:21, 79:15, 79:17, 80:5, 80:7, 212:21, 213:1
**uniformed** [2] - 19:24, 163:15
**uniforms** [1] - 212:18
**union's** [1] - 46:20
**unique** [1] - 62:1
**unit** [2] - 119:14, 157:3
**UNITED** [6] - 1:1, 1:22, 222:11, 222:13, 222:17, 222:20
**units** [6] - 68:9, 70:10, 134:23, 140:13, 161:4, 166:9
**universal** [1] - 34:13
**unless** [1] - 54:16
**unlike** [1] - 83:21
**unreasonable** [1] - 62:9
**unsnap** [1] - 80:23
**untruthful** [1] - 93:13
**unusual** [2] - 200:9, 200:11
**unusually** [1] - 200:20
**up** [208] - 10:22, 12:2, 12:25, 14:22, 15:22, 16:23, 19:25, 20:9, 20:10, 20:15, 20:18, 20:20, 21:1, 21:20, 21:21, 22:3, 23:6, 23:25, 24:3, 24:11, 26:12, 26:18, 28:16, 29:4, 31:9, 32:25, 34:5, 34:10, 34:12, 34:15, 34:18, 34:22, 34:23, 35:7, 35:18, 37:12, 37:18, 40:10, 40:15, 40:20, 40:21, 40:23, 41:10, 41:15, 41:16, 41:22, 43:20, 43:25, 44:10, 44:12, 44:14, 49:20, 50:9, 50:12, 50:16, 51:18, 52:1, 57:17, 58:3, 58:16, 59:11, 60:13, 68:6, 68:13, 75:23, 75:24, 76:4, 76:13, 83:23, 83:25, 84:8, 84:12, 84:22, 84:25, 85:1, 85:7, 85:13, 85:16, 85:24, 89:25, 90:3, 90:11, 90:14, 90:23, 96:12, 96:14,

96:19, 97:8, 97:9, 97:10, 97:12, 97:13, 98:6, 98:21, 99:2, 100:3, 100:9, 101:9, 101:22, 102:9, 102:10, 102:13, 102:14, 104:13, 104:15, 104:18, 104:21, 106:2, 106:3, 106:5, 106:7, 106:12, 106:14, 107:1, 108:10, 108:22, 109:13, 110:14, 110:15, 111:23, 113:18, 115:8, 115:23, 130:17, 130:25, 131:3, 131:24, 134:7, 134:11, 134:24, 137:11, 137:14, 137:18, 137:20, 140:24, 141:4, 141:12, 146:19, 147:12, 147:18, 149:1, 149:4, 150:17, 151:3, 151:4, 151:15, 158:15, 159:10, 161:4, 161:9, 161:22, 163:10, 168:19, 168:24, 169:13, 171:22, 172:16, 178:2, 178:4, 178:8, 178:11, 179:7, 179:18, 180:19, 180:20, 180:22, 180:23, 181:2, 181:6, 181:23, 182:2, 182:6, 182:17, 183:9, 183:20, 184:12, 187:5, 187:9, 187:24, 192:2, 192:5, 192:21, 192:24, 193:4, 193:7, 193:13, 193:18, 194:12, 195:13, 203:14, 210:24, 211:7, 211:8, 212:10, 213:13, 213:18, 214:14, 216:8, 217:15, 218:9, 218:12, 220:13
**upper** [9] - 85:8, 90:23, 94:22, 102:14, 147:23, 151:24, 151:25, 192:16, 194:15
**upset** [1] - 46:14
**upstairs** [1] - 26:2
**upwards** [3] - 85:25, 100:1, 193:11
**useful** [1] - 170:9
**useless** [1] - 39:22

**uses** [3] - 90:22, 98:21, 138:2
**usual** [1] - 216:1

## V

**vague** [1] - 53:8
**value** [4] - 8:8, 8:18, 8:24, 9:12
**variables** [2] - 200:3, 200:6
**various** [2] - 9:18, 30:24
**vehicle** [8] - 201:13, 201:15, 204:15, 204:21, 209:13, 209:14, 214:24, 215:1
**vehicles** [1] - 135:8
**verbal** [2] - 162:15, 162:19
**verbally** [1] - 35:10
**verbatim** [1] - 95:18
**version** [1] - 45:5
**versions** [1] - 9:20
**via** [1] - 26:1
**vicinity** [3] - 131:13, 133:16, 160:16
**video** [16] - 124:1, 138:1, 186:22, 188:12, 188:17, 189:3, 189:23, 190:8, 190:12, 190:21, 191:1, 193:23, 194:13, 198:5, 198:8
**view** [12] - 85:15, 128:5, 145:20, 147:25, 151:1, 172:4, 172:17, 184:14, 184:15, 184:19, 191:16, 192:1
**views** [1] - 139:18
**violated** [1] - 73:22
**violation** [1] - 89:4
**VIRGINIA** [1] - 1:5
**virtually** [1] - 219:6
**vision** [2] - 138:20, 205:15
**visit** [1] - 216:6
**visual** [3] - 158:23, 160:17, 167:21
**visually** [1] - 159:19, 186:1, 186:3
**vital** [1] - 57:8
**volley** [1] - 93:19
**volleys** [1] - 51:1
**vs** [2] - 1:10, 222:6

## W

**waist** [2] - 182:8, 182:9
**waistband** [47] - 29:1,

29:2, 29:3, 29:7, 29:13, 29:14, 29:18, 29:23, 30:14, 34:17, 37:22, 40:24, 41:13, 44:19, 44:22, 65:17, 65:20, 65:21, 65:22, 65:6, 86:6, 90:9, 90:10, 96:17, 97:4, 130:21, 130:22, 130:23, 131:1, 142:14, 172:13, 180:6, 180:7, 182:6, 182:13, 205:23, 205:24, 206:16, 206:17
**wait** [11] - 26:13, 41:17, 41:18, 41:20, 92:18, 136:8, 142:2, 146:12, 169:22, 170:5
**waiting** [1] - 26:14
**walk** [9] - 7:15, 45:6, 45:8, 46:6, 46:9, 46:11, 46:20, 76:13, 185:11
**walk-through** [7] - 45:6, 45:8, 46:6, 46:9, 46:11, 46:20, 185:11
**walked** [2] - 26:8, 173:5
**walking** [5] - 18:20, 20:7, 151:4, 189:17, 192:16
**walkway** [5] - 76:14, 106:8, 179:11, 179:12, 191:14
**walkways** [2] - 110:17, 150:6
**wall** [12] - 67:22, 68:7, 68:13, 74:14, 108:6, 108:7, 108:12, 108:21, 108:22, 108:24, 127:20, 174:23
**walls** [3] - 70:6, 71:18, 195:14
**Walnut** [4] - 104:22, 158:20, 168:18, 169:13
**warrant** [7] - 15:21, 34:20, 166:19, 167:10, 167:16, 167:20, 167:25
**warrants** [1] - 208:15
**watch** [3] - 134:5, 134:6, 194:3
**watched** [2] - 140:8, 180:19
**watching** [8] - 106:13, 134:1, 134:2, 149:9, 183:10, 194:5, 198:15
**ways** [3] - 19:4, 27:14, 123:18

**weapon** [45] - 29:10, 29:22, 30:5, 32:23, 34:16, 35:7, 36:25, 37:2, 37:5, 37:6, 37:23, 38:18, 39:15, 39:17, 41:22, 41:24, 42:20, 42:25, 44:19, 44:21, 44:24, 49:5, 56:10, 57:25, 64:15, 70:11, 72:6, 80:20, 84:17, 88:18, 88:19, 96:2, 99:6, 130:24, 131:5, 131:7, 131:9, 131:11, 142:12, 142:17, 145:7, 153:17, 160:24, 162:2, 182:13

**weapons** [21] - 28:22, 30:17, 30:20, 30:24, 36:13, 36:24, 95:9, 98:8, 100:14, 100:17, 100:20, 100:22, 147:14, 160:11, 161:24, 185:16, 186:18, 206:25, 210:10, 210:13, 214:13

**wear** [2] - 29:7, 37:21

**wearing** [4] - 124:20, 205:4, 212:22, 212:24

**week** [1] - 219:1

**Wendy** [1] - 76:22

**west** [19] - 16:10, 17:15, 17:16, 18:4, 57:8, 108:4, 126:2, 126:11, 128:13, 130:18, 133:11, 137:6, 155:18, 155:20, 168:18, 168:20, 172:9, 173:12, 204:10

**WEST** [1] - 2:16

**westbound** [7] - 126:5, 127:13, 131:14, 133:20, 133:22, 134:21, 186:2

**WESTERN** [1] - 1:3

**western** [8] - 129:16, 174:20, 175:16, 176:5, 190:24, 191:20, 193:14, 195:19

**whatsoever** [1] - 58:24

**white** [9] - 105:22, 106:10, 108:14, 124:23, 135:8, 137:24, 138:4, 138:5, 147:11

**whites** [2] - 135:3, 135:6

**whizzing** [1] - 52:1

**whole** [12] - 45:5, 66:2, 68:19, 86:18,

88:12, 101:2, 101:10, 114:10, 128:3, 136:8, 150:24, 180:1

**willing** [1] - 11:4

**WILSHIRE** [1] - 2:5

**window** [21] - 20:22, 21:5, 21:6, 21:7, 21:9, 21:11, 21:22, 22:2, 25:15, 26:3, 26:4, 28:21, 31:23, 46:3, 63:23, 105:21, 106:4, 133:11, 136:17, 192:7

**window-type** [1] - 25:15

**windows** [11] - 68:15, 68:16, 108:11, 108:18, 108:19, 109:1, 128:19, 128:22, 128:24, 129:4, 180:14

**wire** [1] - 39:17

**wires** [1] - 39:21

**wish** [1] - 13:20

**WITH** [2] - 222:16, 222:19

**WITNESS** [33] - 13:6, 13:8, 29:6, 37:20, 38:6, 41:6, 43:10, 51:1, 51:23, 52:9, 52:12, 61:1, 61:4, 69:23, 72:19, 73:7, 73:18, 74:6, 117:12, 117:15, 121:9, 121:14, 121:17, 142:5, 146:13, 154:23, 155:2, 155:5, 196:23, 199:7, 203:24, 204:2, 214:7

**witness** [24] - 10:11, 13:2, 13:3, 43:9, 45:11, 60:22, 115:16, 116:4, 117:7, 117:9, 121:6, 121:10, 154:24, 160:3, 196:1, 203:21, 212:1, 215:7, 215:8, 216:20, 217:13, 218:1, 219:20, 219:22

**witnesses** [14] - 187:5, 214:14, 215:16, 215:21, 216:14, 216:20, 216:23, 217:16, 217:21, 218:4, 218:7, 218:12, 218:24

**WITNESSES** [1] - 3:4

**witnesses'** [1] - 217:4

**woman** [1] - 150:11

**Woods** [22] - 6:5, 12:10, 15:5, 15:8,

102:17, 113:17, 124:5, 156:4, 167:9, 167:22, 196:10, 197:7, 197:11, 197:15, 204:12, 208:8, 208:18, 208:20, 208:23, 209:6, 209:24, 214:17

**WOODS** [3] - 1:7, 2:4, 222:5

**woods** [195] - 7:3, 7:6, 7:9, 15:20, 16:25, 17:5, 17:8, 19:1, 19:15, 20:2, 20:25, 21:13, 21:17, 22:1, 22:10, 22:16, 22:19, 23:22, 24:5, 24:8, 24:13, 24:20, 25:22, 26:5, 26:15, 26:17, 26:22, 26:25, 27:4, 28:21, 31:2, 31:21, 32:10, 33:9, 34:5, 34:11, 34:20, 35:1, 35:5, 35:9, 35:22, 36:1, 39:8, 39:19, 40:3, 40:7, 40:10, 40:23, 42:2, 42:3, 49:10, 50:1, 50:3, 50:5, 50:21, 52:13, 53:2, 53:21, 54:5, 55:1, 56:15, 56:21, 56:23, 57:1, 63:2, 63:5, 63:12, 63:14, 63:16, 63:19, 63:24, 64:14, 64:19, 65:3, 65:14, 66:4, 66:13, 67:21, 69:14, 69:16, 70:7, 74:9, 75:24, 78:25, 81:3, 82:23, 83:2, 83:16, 83:22, 84:5, 85:13, 85:16, 86:3, 87:5, 87:9, 87:15, 89:12, 89:13, 90:16, 95:8, 96:24, 96:25, 97:5, 97:16, 98:12, 100:11, 101:8, 101:11, 102:3, 104:12, 105:10, 105:15, 119:6, 125:8, 125:24, 126:6, 126:23, 129:3, 129:21, 129:25, 130:7, 130:18, 131:14, 131:20, 135:17, 140:16, 140:19, 140:24, 142:12, 144:21, 145:5, 146:19, 150:9, 150:19, 158:23, 158:25, 159:5, 160:17, 160:19, 162:16, 162:19, 164:19, 167:25, 170:12,

171:6, 171:15, 171:24, 172:17, 173:13, 173:18, 174:18, 175:25, 179:7, 179:11, 181:23, 182:2, 182:15, 183:1, 183:7, 183:9, 183:11, 183:22, 184:7, 184:10, 188:20, 188:23, 191:15, 194:12, 198:1, 198:12, 198:13, 198:15, 198:18, 199:2, 199:7, 200:13, 202:21, 202:24, 203:14, 204:15, 204:23, 205:3, 205:8, 206:21, 207:17, 212:12, 212:16, 213:11, 213:4, 213:22, 214:3, 214:12

**Woods'** [2] - 196:20, 197:4

**woods'** [9] - 7:14, 27:2, 47:25, 57:10, 83:21, 93:20, 168:12, 182:23, 185:15

**word** [1] - 54:22

**wording** [1] - 111:24

**words** [9] - 66:15, 79:10, 82:18, 83:13, 111:4, 111:20, 113:13, 137:23, 163:14

**works** [1] - 143:2

**worry** [1] - 70:1

**wound** [1] - 8:20

**wounds** [1] - 7:13

**wrap** [2] - 218:9, 218:12

**write** [1] - 57:6

**wrote** [3] - 113:14, 113:15, 144:10

**X**

**X's** [2] - 39:7, 109:10

**Y**

**yard** [1] - 107:20

**yards** [2] - 101:8, 205:16

**year** [5] - 36:8, 36:9, 36:11, 103:14, 118:17

**years** [19] - 28:2, 28:4, 29:10, 29:21, 30:5, 30:16, 34:13, 38:24, 51:2, 62:25, 113:24, 114:4, 114:6, 122:9,

122:20, 156:2, 166:22, 200:14

**yell** [2] - 34:18, 105:4

**yelled** [4] - 22:5, 22:21, 22:22, 22:23

**yelling** [16] - 22:20, 54:8, 54:9, 54:10, 54:11, 54:13, 90:22, 101:20, 101:21, 177:24, 178:8, 178:21, 179:6, 194:12, 197:18, 213:6

**yellow** [1] - 32:12

**yells** [1] - 22:3

**yesterday** [16] - 8:1, 12:25, 32:12, 35:24, 37:13, 37:20, 37:25, 40:24, 43:13, 44:9, 46:16, 55:15, 57:18, 78:5, 81:14, 93:18

**you..** [1] - 146:4

**younger** [4] - 18:14, 19:20, 20:6, 20:14

**yourself** [22] - 15:18, 40:10, 43:14, 62:24, 71:22, 99:18, 111:3, 133:5, 138:20, 143:24, 157:18, 170:13, 186:12, 189:5, 190:1, 192:16, 192:20, 193:13, 207:14, 211:24, 213:22, 214:2

**yourselves** [2] - 60:11, 102:12

**Z**

**zoom** [17] - 7:8, 8:19, 8:24, 56:16, 80:8, 105:24, 138:16, 138:18, 138:20, 138:22, 147:2, 147:4, 147:7, 154:4, 154:7, 169:3

**zoomed** [2] - 8:12, 10:7

**zooming** [2] - 9:10, 105:25