

FILED
CLERK, U.S. DISTRICT COURT
9/6/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___rf___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WOODS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICER JOHN B. FAGAN; et al., <br><br> Defendants. | Case No. CV 14-08374 VAP (SPx) <br><br> **AMENDED JUDGMENT ON SPECIAL VERDICT** |

This action came on regularly for a bifurcated trial on June 14, 2016, in Courtroom 780 of the United States District Court, Central District of California, Western Division, Honorable Virginia A. Phillips, presiding. The Plaintiffs in this Case No. CV 14-08374 VAP (SPx), Trevor Woods and Tyra Woodson, were represented by Brian T. Dunn of The Cochran Firm and John Fattahi. Defendants John Fagan and Daniel Martinez were represented by Deputy City Attorney Howard Russell.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence, the jury was duly instructed by the Court and the Cause was submitted to the jury. The jury deliberated and thereafter returned into Court with two special verdicts as follows:

1. John Fagan and Daniel Martinez interfered with the Plaintiffs' familial relationship with Tyler Woods in violation of the Fourteenth Amendment;
2. John Fagan and Daniel Martinez acted with malice, oppression, or reckless disregard of the Plaintiffs' rights;
3. The damages for Trevor Woods' harm are $300,000.00; and
4. The damages for Tyra Woodson's harm are $750,000.00.

Following an appeal from the verdict, the parties entered into a settlement agreement that resolved the previously entered judgment as well as Plaintiffs' attorneys' fees and costs. Pursuant to the settlement and stipulation of the parties, and good cause appearing, NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that:

Plaintiff Trevor Woods shall recover the sum of $300,000.00 from Defendants John Fagan and Daniel Martinez, and Plaintiff Tyra Woodson shall recover the sum of $750,000.00 from Defendants John Fagan and Daniel Martinez.

DATED: September 06, 2018

_____
Hon. Virginia A. Phillips
Chief United States District Judge