BRIAN T. DUNN, ESQ. (SBN 176502)
Email: bdunn@cochranfirm.com
MEGAN R. GYONGYOS, ESQ. (285476)
Email: mgyongyos@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

LAW OFFICE OF JOHN FATTAHI
   John Fattahi, Esq. (Bar No. 247625)
   jfattahi@gmail.com
21250 Hawthorne Boulevard, Suite 700
Torrance, California  90503
Telephone:   (424) 999-5579
Facsimile:   (424) 675-2779

*Attorneys for Plaintiffs Trevor Woods and
Tyra Woodson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WOODS, et al., | Case No. CV 14-08374 VAP (SPx) |
| Plaintiffs, | **NOTICE OF SATISFACTION OF AMENDED JUDGMENT IN FAVOR OF PLAINTIFFS TREVOR WOODS AND TYRA WOODSON** |
| vs. | |
| OFFICER JOHN B. FAGAN; et al., | [No Hearing Required] |
| Defendants. | Before the Hon. Virginia A. Phillips |

## NOTICE OF SATISFACTION OF JUDGMENT IN FAVOR OF PLAINTIFFS TREVOR WOODS AND TYRA WOODSON

WHEREAS, an amended judgment was entered in the above action on the 6th day of September, 2018, in favor of Plaintiffs Trevor Woods and Tyra Woodson and against Defendants John Fagan and Daniel Martinez (ECF Doc. No. 195), pursuant to the settlement agreement between Plaintiffs and Defendants, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

WHEREAS, pursuant to the settlement agreement, Plaintiffs hereby stipulate that the amended judgment has been fully satisfied;

WHEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the United States District Court, Central District of California, is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Respectfully submitted,

DATED:  October 25, 2018          LAW OFFICE OF JOHN FATTAHI


By_____/s/ John Fattahi_____
John Fattahi
*Attorney for Plaintiffs Trevor Woods and Tyra Woodson*